IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>    Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

## SCHEDULING ORDER

A scheduling conference was held on August 27, 2021. Under the authority of Fed. R. Bankr. P. 7016 and Fed. R. Civ. P. 16, it is hereby:

**ORDERED** that the following deadlines and settings shall apply in the above referenced proceeding:

| EVENT | DEADLINE |
|---|---|
| File complaint and adversary proceeding | August 18, 2021 |
| Status Conference | August 24, 2021 |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

| EVENT | DEADLINE |
|---|---|
| Deadline for Defendant to file Answer and motion to dismiss, abstain, or withdraw reference | September 14, 2021 |
| Deadline to join additional parties and for parties to intervene[2] | September 17, 2021 |
| Deadline to exchange Rule 26(a)(1) initial disclosures | September 22, 2021 |
| Deadline for Plaintiffs' Responses to any motions to dismiss, abstain, or withdraw reference | September 28, 2021 |
| ~~Deadline for ERCOT to substantially complete document production[3]~~ | ~~September 30, 2021~~ |
| Deadline for Plaintiffs' Responses to any motion to intervene | October 4, 2021 |
| Deadline for Defendant's & Intervenors' Replies in support of motions to dismiss, abstain, or withdraw reference | October 5, 2021 |
| Deadline to file motion to seek leave to amend the pleadings | October 5, 2021 |
| Deadline for Defendant's & Intervenors' Replies in support of motions intervene | October 11, 2021 |
| Hearing on motions to dismiss, abstain, withdraw reference, or intervention | October __, 2021 |
| All fact discovery shall be completed | November 23, 2021 |
| Initial disclosure of experts the parties intend to call in their case in chief as required by Fed. R. Civ. P. 26(a)(2), including disclosure of | December 9, 2021 |

---

[2] The Parties agree that the Public Utility Commission of Texas may file a motion seeking leave to intervene after this deadline, and all Parties reserve the right to contest the intervention.

[3] ~~This deadline shall apply to documents responsive to the Official Committee of Unsecured Creditors' Rule 2004 Requests and the Debtor's First Requests for Production served on July 29, 2021.~~

| EVENT | DEADLINE |
|---|---|
| expert reports | |
| Disclosure of any rebuttal experts as required by Fed. R. Civ. P. 26(a)(2), including disclosure of expert reports | January 6, 2022 |
| Deadline to file motions for summary judgment[4][3] | January 6, 2022 |
| Pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) | January 25, 2022 |
| Deadline to complete expert discovery | January 28, 2022 |
| Objections to pretrial disclosures pursuant to Fed R. Civ. P. 26(a)(3) | February 8, 2022 |
| Joint Pretrial Statement | February 11, 2022 |
| Pretrial hearing | February 15, 2022 |
| Trial | February 21-25, 2022 |

**IT IS SO ORDERED.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

---

[4][3] Responses to motions for summary judgment shall be filed within ~~14~~21 days, and replies shall be filed within 7 days of any response. The Parties agree that motions may be filed with respect to certain issues ~~at any time prior to the deadline, and that the filing of a motion on a discrete issue shall not preclude a party from filing subsequent motions on other issues and counts, provided however that no Party may file more than 3 separate~~between the Court's hearing on any motion to dismiss, abstain, withdraw reference, on intervention and the deadline to file motions ~~without~~for summary judgment. ~~Without~~ leave of Court or consent of the ~~opposing Party~~Parties, neither Plaintiffs nor Defendant/Intervenors may file more than two motions for summary judgment.

Document comparison by Workshare Professional on Friday, August 27, 2021 10:45:31 AM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://US_DMS/US2016/102933505/1 |
| Description | #102933505v1<US2016> - Brazos - Debtor and UCC Proposed Scheduling Order |
| Document 2 ID | interwovenSite://US_DMS/US2016/102955564/1 |
| Description | #102955564v1<US2016> - Brazos - ERCOT Proposed Scheduling Order |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 8 |
| Deletions | 9 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 17 |