Electronic Appearance Sheet

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

John Higgins, Porter Hedges LLP
Client(s): Unsecured Creditors Committee

Jamil Alibhai, Munsch Hardt Kopf & Harr, P.C.
Client(s): ERCOT (Electric Reliability Council of Texas, Inc.)

Ross Parker, Munsch Hardt Kopf & Harr, P.C.
Client(s): ERCOT (Electric Reliability Council of Texas, Inc.)

Soo Min Kim, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Paul Trahan, Norton Rose Fulbright
Client(s): Debtor

Louis Strubeck, O'Melveny & Myers LLP
Client(s): Brazos Electric Power Cooperative Inc

Eric Wade, Porter Hedges LLP
Client(s): Official Committee of Unsecured Creditors

Lino Mendiola, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Cooperative, Inc.

Layla Milligan, Office of the Texas Attorney General
Client(s): Public Utility Commission of Texas

Michael Rosenthal, Gibson Dunn & Crutcher LLP
Client(s): Luminant Energy LLC

Mark Cody, Jones Day
Client(s): Oncor Electric Delivery Company

Maris Kandestin, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

Judith Ross, Ross & Smith, PC
Client(s): Tenaska Power Services Co.

Bruce Ruzinsky, Jackson Walker LLP
Client(s): LCRA

Quinette  Bonds , Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Electronic Appearance Sheet

Michael Parker, Norton Rose Fulbright US LLP
Client(s): Brazos Electrical Power Cooperative, Inc.

James Silliman, Eversheds Sutherland (US) LLP
Client(s): BRAZOS ELECTRIC POWER COOPERATIVE, INC.

Andrea Wong, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation