## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>    Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>    Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

## ORDER GRANTING ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.'S
## MOTION TO DISMISS AND FOR ABSTENTION

Before the Court is ERCOT's Motion to Dismiss and for Abstention (the "Motion").

Having considered the Motion, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion is GRANTED.