IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>       Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>       Plaintiff / Intervenor-Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>       Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

**WITNESS AND EXHIBIT LIST FOR**
**OCTOBER 1, 2021 COMPLIANCE HEARING**

**WITNESSES:**

1. All persons listed on the witness list of any party; and

2. Any rebuttal and/or impeachment witness.

| | |
|---|---|
| Judge: | Honorable David R. Jones<br>Courtroom 400 |
| Hearing Date: | October 1, 2021 |
| Hearing Time: | 11:30 a.m. (Central) |
| Party's Name: | Brazos Electric Power Cooperative, Inc. |
| Attorneys' Names: | Louis R. Strubeck Jr.<br>Jason L. Boland |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

- 1 -

- 2 -

|  | Paul Trahan |
|---|---|
|  | Lino Mendiola |
|  | Michael Boldt |
| Attorneys' Phone: | (713) 651-5151 |
| Nature of Proceeding: | Compliance Hearing on Discovery |

**EXHIBITS**

| Ex. | Description | Offered | Objection | Admitted / Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1. | ERCOT's First Requests for Production to Brazos Electric Power Cooperative, Inc. | | | | |
| 2. | Brazos Electric Power Cooperative, Inc.'s Requests for Production to ERCOT | | | | |
| 3. | Official Committee of Unsecured Creditors' Requests for Production to Brazos Electric Power Cooperative, Inc., dated March 30, 2021 | | | | |
| 4. | Official Committee of Unsecured Creditors' Requests for Production to Brazos Electric Power Cooperative, Inc., dated June 14, 2021 | | | | |
| 5. | Compliance Report [To be filed in advance of hearing] | | | | |
| 6. | Any document or pleading filed in the above-captioned case, including any exhibits thereto | | | | |
| 7. | Any exhibit designated by any other party | | | | |
| 8. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |

The Debtor reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing; and (ii) the right to use additional exhibits for purposes of rebuttal

or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. The Debtor also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 29, 2021
      Houston, Texas

Respectfully submitted,

**EVERSHEDS SUTHERLAND (US) LLP**

By: */s/ Lino Mendiola*
Lino Mendiola (SBT 00791248)
Michael Boldt (SBT 24064918)
Jim Silliman (SBT 24081416)
One American Center
600 Congress Ave., Suite 2000
Austin, TX 78701
Telephone: (512) 721-2700
Facsimile: (512) 721-2656
Email: linomendiola@eversheds-sutherland.us
Email: michaelboldt@eversheds-sutherland.us
Email: jimsilliman@eversheds-sutherland.us

*Special Counsel for the Debtor and Debtor in Possession*

**O'MELVENY & MYERS LLP**
Louis R. Strubeck, Jr. (SBT 19425600)
Nick Hendrix (SBT 24087708)
2501 North Harwood Street
Dallas, Texas 75201
lstrubeck@omm.com
nhendrix@omm.com
(972) 360-1925

*Co-Counsel for the Debtor and Debtor in Possession*

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
Julie G. Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone:     (713) 651-5151
Facsimile:     (713) 651-5246
Email: jason.boland@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

Paul Trahan  (SBT 24003075)
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701
Telephone:     (512) 536 5288
Facsimile:     (512) 536 4598
Email: paul.trahan@nortonrosefulbright.com

Steve A. Peirce (SBT 15731200)
111 West Houston Street, Suite 1800
San Antonio, TX  78205
Telephone:   (210) 270-7179
Facsimile:  (210) 270-7205
Email: steve.peirce@nortonrosefulbright.com

*Counsel for the Debtor and Debtor in Possession*

- 5 -

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service on the 29th day of September, 2021.

*/s/ Maria Mokrzycka*
Maria Mokrzycka