# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC. AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff / Intervenor-Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

## NOTICE OF ELECTRONIC HEARING ON OCTOBER 18, 2021

**PLEASE TAKE NOTICE** that a hearing will be held on **October 18, 2021, at 2:00 p.m. (prevailing Central Time)**, before the Honorable David R. Jones, United States Bankruptcy Judge for the Southern District of Texas, in Courtroom 400, 515 Rusk Street, Houston, Texas 77002, to consider the relief requested in the following:

1. *Debtor's Emergency Motion for Leave to File Motion for Partial Summary Judgment* **[Dkt. No. 44, filed Sept. 29, 2021]**;

2. *Official Committee of Unsecured Creditors' Emergency Motion for Leave to File Motion for Partial Summary Judgment* **[Dkt. No. 45, filed Sept. 29, 2021]**.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held by remote electronic means. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691. You may view video via GoToMeeting. To use

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeJones" in the GoToMeeting app or click the link on Judge Jones's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Jones. Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the filings in this adversary proceeding can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor's claims and noticing agent at https://cases.stretto.com/Brazos/court-docket/court-docket-category/806-adversary-proceedings/

*[Remainder of Page Intentionally Left Blank]*

Dated: October 4, 2021
      Houston, Texas

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Jason L. Boland*
Jason L. Boland (SBT 24040542)
Julie G. Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246
Email: jason.boland@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

Steve A. Peirce (SBT 15731200)
111 West Houston Street, Suite 1800
San Antonio, TX 78205
Telephone: (210) 270-7179
Facsimile: (210) 270-7205
Email: steve.peirce@nortonrosefulbright.com

COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION

-and-

Louis R. Strubeck, Jr. (SBT 19425600)
**O'MELVENY & MYERS LLP**
2501 North Harwood Street
Dallas, Texas 75201
Telephone:    (972) 360-1925
Email: lstrubeck@omm.com

CO-COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION