UNITED STATES BANKRUPTCY COURT    SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Adversary Case Number | 21-03863 (DRJ) |
|---|---|---|---|
| | Brazos Electric Power Cooperative, Inc. | | |
| | *versus* | | |
| | Electric Reliability Council of Texas, Inc. | | |

This lawyer, who is admitted to the State Bar of _____Texas_____:

| | |
|---|---|
| Name | Ron H. Moss |
| Firm | Winstead PC |
| Street | 401 Congress Avenue, Suite 2100 |
| City & Zip Code | Austin, Texas 78701 |
| Telephone | 512.370.2867 |
| Licensed: State & Number | Texas 14591025 |

Seeks to appear as the attorney for this party:

| Electric Reliability Council of Texas, Inc. |
|---|
| Dated: October 7, 2021    Signed: /s/ Ron Moss |

| COURT USE ONLY: The applicant's state bar reports their status as: _____. |
|---|
| Dated:    Signed: _____ Deputy Clerk |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____    _____
United States Bankruptcy Judge