**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., | Case No. 21-30725 (DRJ) |
| Debtor.[1] | |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., | |
| Plaintiff, | Adv. Proc. No. 21-03863 (DRJ) |
| v. | |
| ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., | |
| Defendant. | |

**THE AD HOC GROUP OF
MEMBER-OWNER DISTRIBUTION COOPERATIVES'
WITNESS AND EXHIBIT LIST FOR OCTOBER 18, 2021 HEARING**

Each individual member of the Ad Hoc Group of member-owner distribution cooperatives

(each, a "***Co-Op Member***")[2] files this Witness and Exhibit List for the matters originally scheduled

for **October 18, 2021 at 2:00 p.m. (prevailing Central Time)**, as rescheduled by the *Notice of*

*Reset Hearing Time for Telephonic and Video Hearing on October 18, 2021* [Adv. Dkt. No. 79]

to **October 18, 2021 at 12:00 p.m. (prevailing Central Time)** (or as such hearing may be

---

[1]     The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2]     The Co-Op Members comprising the "***Ad Hoc Group***" are: (1) Bartlett Electric Cooperative, Inc.; (2) Comanche County Electric Cooperative Association; (3) Cooke County Electric Cooperative Association, Inc. d/b/a PenTex Energy; (4) Hamilton County Electric Cooperative Association; (5) Heart of Texas Electric Cooperative, Inc.; (6) J-A-C Electric Cooperative, Inc.; (7) Navasota Valley Electric Cooperative, Inc.; and (8) Wise Electric Cooperative, Inc.

continued or rescheduled, the "*Hearing*").

## WITNESSES

The Co-Op Members may call any of the following witnesses at the Hearing, whether by proffer, by declaration, or through video or telephonic appearance, or any other means directed by the Court:

1.      Any witness called or listed by any other party;

2.      Any witness necessary to lay the foundation for the admission of exhibits; and

3.      Any rebuttal and/or impeachment witnesses.

## EXHIBITS

The Co-Op Members may offer into evidence any one or more of the following exhibits at the Hearing:

| EXHIBIT | DESCRIPTION | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION |
|---------|-------------|---------|-----------|----------|------|-------------|
| A. | Any motions, pleadings, or other documents filed in these chapter 11 cases | | | | | |
| B. | Any exhibits needed to rebut the testimony of witnesses or evidence presented by any other party | | | | | |
| C. | Any exhibit designated by any other party | | | | | |

The Co-Op Members reserve the right to supplement or amend this Witness and Exhibit List at any time prior to the Hearing.

US 8349851

Dated: October 14, 2021

Respectfully submitted,

*/s/ Harry A. Perrin*
Harry A. Perrin (Texas Bar No. 15796800)
Michael A. Garza
(S.D. Tex. Fed. I.D. No. 3174861)
Kiran Vakamudi (Texas Bar No. 24106540)
**VINSON & ELKINS LLP**
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Tel: (713) 758-2222
Fax: (713) 758-2346
hperrin@velaw.com
mgarza@velaw.com
kvakamudi@velaw.com

*-and-*

Jordan W. Leu (Texas Bar No. 24070139)
**VINSON & ELKINS LLP**
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Tel: (214) 220-7700
Fax: (214) 220-7716
jleu@velaw.com

**COUNSEL FOR THE AD HOC GROUP OF
MEMBER-OWNER DISTRIBUTION
COOPERATIVES**

3

US 8349851

## **CERTIFICATE OF SERVICE**

      I certify that on October 14, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                             */s/ Harry A. Perrin*
                             Harry A. Perrin

US 8349851