**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER<br>COOPERATIVE, INC.,<br><br>Debtor.¹ | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER<br>COOPERATIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF<br>TEXAS, INC.,<br><br>Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 18, 2021**

The Official Committee of Unsecured Creditors (the "Committee") files this witness and

exhibit list (the "Witness and Exhibit List") for the electronic hearing scheduled for October 18,

2021 at 12:00 (CT) before the Honorable David R. Jones at the United States Bankruptcy Court

for the Southern District of Texas, Courtroom 400, 515 Rusk Avenue, Houston, Texas 77002

(the "Hearing").

**WITNESSES**

The Committee may call any of the following witnesses at the Hearing:

1.      Any witness called or listed by any other party;

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

13046092

2

2.	Any witness necessary to lay the foundation for the admission of exhibits; and

3.	Any rebuttal and/or impeachment witnesses.

## EXHIBITS

The Committee may offer into evidence any one or more of the following exhibits:

| EXHIBIT NO. | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases | | | | | | |
| 2. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | | | |
| 3. | Any exhibit listed by any other party | | | | | | |

The Committee reserves the right to further amend or supplement the Witness and Exhibit List at any time prior to or during the Hearing.

*[Remainder of Page Intentionally Blank]*

13046092

Respectfully submitted this 14th day of October, 2021.

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
John F. Higgins (TX 09597500)
Eric D. Wade (TX 00794802)
Heather K. Hatfield (TX 24050730)
M. Shane Johnson (TX 24083263)
Megan Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
ewade@porterhedges.com
hhatfield@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and –

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

Thomas Moers Mayer (admitted pro hac vice)
Amy Caton (admitted pro hac vice)
Jennifer Sharret (admitted pro hac vice)
John P. Coffey (admitted pro hac vice)
Ronald S. Greenberg (admitted pro hac vice)
Seth F. Schinfeld (admitted pro hac vice)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
(212) 715-8000
tmayer@kramerlevin.com
acaton@kramerlevin.com
jsharret@kramerlevin.com
jcoffey@kramerlevin.com
rgreenberg@kramerlevin.com
sschinfeld@kramerlevin.com

**COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

3

13046092

4

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on October 14, 2021.

/s/ *John F. Higgins*
John F. Higgins

13046092