IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>                      Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>                      Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

**LUMINANT ENERGY COMPANY LLC AND EXELON GENERATION COMPANY, LLC'S FIRST AMENDED WITNESS AND EXHIBIT LIST FOR HEARING ON OCTOBER 18, 2021**

Luminant Energy Company LLC ("Luminant") and Exelon Generation Company, LLC ("Exelon"), (collectively, "Movants") by and through their undersigned counsel, file this witness and exhibit list (the "Witness and Exhibit List") for the hearing to be held electronically on Monday, October 18, 2021 at 12:00 p.m. (CT) before the Honorable David R. Jones (the "Hearing").

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

## I. WITNESSES

The Movants may call any of the following witnesses at the Hearing:

1. Mathew Parker, Senior Vice President and Chief Risk Officer of Vistra Corp.;

2. Any witness called or listed by any other party;

3. Any witness necessary to lay the foundation for the admission of exhibits; and

4. Any rebuttal and/or impeachment witnesses.

## II. EXHIBITS

| Exhibit | Description of Exhibit |
|---|---|
| 1 | Luminant Energy Company LLC's Proof of Claim [Claim No. 388] |
| 2 | Exelon Generation Company LLC's Proof of Claim [Claim No. 374] |
| 3 | ERCOT Market Notice: M-B100121-01 Estimated Cumulative Aggregate Short Pay Amount |

The Movants may also refer to or rely upon and use as evidence (a) exhibits included on the exhibit list of any other movant or party, (b) any pleading, hearing transcript, or other document filed with the Court in this case or the main bankruptcy proceeding, and (c) any exhibits needed to rebut the testimony of witnesses or evidence presented by any other party of movant.

The Movants reserve the right to supplement and/or amend this list or introduce any evidence necessary at any time prior to or during the Hearing.

Dated: October 15, 2021                                  Respectfully submitted,

/s/ _Marquel S. Jordan_                                  /s/ _Michael A. Rosenthal_
**BLANK ROME LLP**                                       **GIBSON, DUNN & CRUTCHER LLP**
Marquel S. Jordan (24041870)                             Michael A. Rosenthal (17281490)
717 Texas Avenue, Suite 1400                             Michael L. Raiff (00784803)
Houston, TX 77002                                        2001 Ross Avenue, Suite 2100
Tel:  713.228.6601                                       Dallas, TX 75201
Email: Marquel.Jordan@blankrome.com                      Tel:    214.698.3100
                                                         Email: MRosenthal@gibsondunn.com
    and                                             MRaiff@gibsondunn.com

**EXELON CORPORATION**                                       and
Carrie Hill Allen (admitted *pro hac vice*)
Vice President & Deputy General Counsel                  Matthew G. Bouslog (admitted *pro hac vice*)
101 Constitution Ave, Suite 400E                         3161 Michelson Dr.
Washington, DC. 20001                                    Irvine, CA 92612-4412
Tel:  202.637.0344                                       Tel:    949-451-3800
Email: Carrie.Allen@exeloncorp.com                       Email: MBouslog@gibsondunn.com

    and                                                 and

Cynthia F. Brady (admitted *pro hac vice*)               Eric T. Haitz (24101851)
Assistant General Counsel                                811 Main Street, Suite 3000
Exelon Business Services Company                         Houston, TX 77002-6117
4300 Winfield Road, 2nd floor                            Tel:    346-718-6600
Warrenville, IL 60555                                    Email: EHaitz@gibsondunn.com
Tel:  630.657.4449
Email: Cynthia.Brady@exeloncorp.com                      *Counsel to Luminant Energy Company LLC*

*Counsel for Exelon Generation
Company, LLC*


**Certificate of Service**

    This is to certify that on October 14, 2021, a true and correct copy of the foregoing Witness and Exhibit List for the Hearing was electronically filed with the Court using CM/ECF, which will send notification of this filing to counsel of record in the above-captioned case.

                                                          /s/ _Michael A. Rosenthal_
                                                          Michael A. Rosenthal

## **ERCOT MARKET NOTICE**

**M-B100121-01 Estimated Cumulative Aggregate Short Pay Amount**

*[http://www.ercot.com/services/comm/mkt_notices/archives/6071]*

*[http://www.ercot.com/news/february2021]*

To: Credit; CRR; Settlements

Sent: Fri, Oct 01, 2021 01:20 PM

Subject: M-B100121-01 Estimated Cumulative Aggregate Short Pay Amount

**NOTICE DATE**: October 1, 2021

**NOTICE TYPE**: M-B100121-01 - Settlements

**SHORT DESCRIPTION:** Estimated Cumulative Aggregate Short Pay Amount

**INTENDED AUDIENCE:** QSE and CRRAH Settlement Personnel

**DAYS AFFECTED:** October 1, 2021

**LONG DESCRIPTION:** The current estimated cumulative aggregate short pay amount is $2,960,207,427.18. This amount reflects payments received for previously short-paid Invoices and the application of available Financial Security to short-paid balances, where available. Note that as indicated in Market Notice M-B042321-01, Hanwha Energy USA Holdings Corp DBA 174 Power Global has entered into a payment plan with ERCOT.

The following table identifies outstanding short-paying QSEs/CRRAHs by Counter-Party and amount owed:

| Counter-Party | $ Total |
|---|---|
| BRAZOS ELECTRIC POWER CO OP INC (CP) | 1,886,595,737.08 |
| EAGLES VIEW PARTNERS LTD (CP) | 1,152,020.82 |
| ENERGY MONGER LLC (CP) | 8,837,559.24 |
| ENTRUST ENERGY INC (CP) | 295,854,913.68 |
| GBPOWER LLC (CP) | 20,261,262.08 |
| GRIDDY ENERGY LLC (CP) | 29,925,923.66 |
| GRIDPLUS TEXAS INC (CP) | 1,446,332.66 |
| HANWHA ENERGY USA HOLDINGS CORP DBA 174 POWER GLOBAL (CP) | 16,725,674.97 |
| ILUMINAR ENERGY LLC (CP) | 42,117,624.63 |
| MQE LLC (CP) | 13,640,237.19 |
| POWER OF TEXAS HOLDINGS INC VIRTUAL (CP) | 16.29 |
| RAYBURN COUNTRY ELECTRIC COOPERATIVE INC (CP) | 637,338,877.75 |
| VOLT ELECTRICITY PROVIDER LP (CP) | 6,311,247.13 |
| Total | 2,960,207,427.18 |

The following table identifies the outstanding short pay total by Invoice due date:

| Invoice Due Date | $ Total |
|---|---|
| 2/22/2021 | 9,700,274.84 |
| 2/23/2021 | 16,601,147.27 |
| 2/25/2021 | 1,858,097,318.32 |
| 2/26/2021 | 293,487,487.86 |
| 3/1/2021 | 722,514.09 |
| 3/2/2021 | 26,539.27 |
| 3/3/2021 | |

| Date | Amount |
|---|---|
|  | 101,729.97 |
| 3/4/2021 | 159,173.02 |
| 3/5/2021 | 23,820,612.09 |
| 3/8/2021 | 346,823,827.88 |
| 3/9/2021 | 241,299,563.53 |
| 3/10/2021 | 53,020,247.11 |
| 3/11/2021 | 18,359.13 |
| 3/12/2021 | 10,238.26 |
| 3/15/2021 | 11,788.81 |
| 3/16/2021 | 5,678,149.21 |
| 3/17/2021 | 28,782.19 |
| 3/18/2021 | 28,405.46 |
| 3/19/2021 | 561.47 |
| 3/22/2021 | 3,217.38 |
| 3/23/2021 | 5,553.30 |
| 3/24/2021 | 71.35 |
| 3/25/2021 | 7.45 |
| 3/26/2021 | 8,042.13 |
| 3/29/2021 | 4,112.64 |
| 3/30/2021 | 402.74 |
| 3/31/2021 | 3,687.27 |
| 4/1/2021 | 21,851.07 |
| 4/6/2021 | 10,434.27 |
| 4/7/2021 | 109,503.58 |
| 4/8/2021 | 563,012.41 |
| 4/9/2021 | 5,068.67 |
| 4/12/2021 | 5,729.67 |
| 4/13/2021 | 30,305.03 |
| 4/14/2021 | 37,170,229.57 |
| 4/15/2021 | 23,647,652.33 |
| 4/16/2021 | 25,451,131.54 |

| Date | Amount |
|---|---|
| 4/19/2021 | 11,283,540.28 |
| 4/20/2021 | 1,357,442.89 |
| 4/21/2021 | 1,085,466.95 |
| 4/22/2021 | 937,678.09 |
| 4/23/2021 | 3,051.32 |
| 4/26/2021 | 916.06 |
| 4/27/2021 | 35.98 |
| 4/28/2021 | 3,031.83 |
| 4/29/2021 | 67.18 |
| 4/30/2021 | 1.83 |
| 5/5/2021 | 95.10 |
| 5/7/2021 | 7.91 |
| 5/10/2021 | 116.01 |
| 5/11/2021 | 118.78 |
| 5/20/2021 | 36.56 |
| 6/3/2021 | 349.63 |
| 6/7/2021 | 844.75 |
| 6/9/2021 | 41.44 |
| 6/11/2021 | 41.80 |
| 6/14/2021 | 96.39 |
| 6/15/2021 | 123.01 |
| 6/16/2021 | 257.14 |
| 6/17/2021 | 115.28 |
| 6/21/2021 | 51.78 |
| 6/22/2021 | 76.20 |
| 6/25/2021 | 104.94 |
| 6/29/2021 | 74.59 |
| 6/30/2021 | 136.82 |
| 7/6/2021 | 204.24 |
| 7/8/2021 | 346.68 |
| 7/9/2021 | |

| Date | Amount |
|---|---:|
|  | 31.96 |
| 7/12/2021 | 35.11 |
| 7/13/2021 | 4.67 |
| 7/14/2021 | 9,047.50 |
| 7/15/2021 | 3,361.44 |
| 7/16/2021 | 4,028.26 |
| 7/19/2021 | 6,402.99 |
| 7/20/2021 | 4,318.59 |
| 7/21/2021 | 339.32 |
| 7/22/2021 | 5,537.27 |
| 7/23/2021 | 3,253.73 |
| 7/26/2021 | 3,403.85 |
| 7/27/2021 | 3,147.69 |
| 7/28/2021 | 10,786.75 |
| 7/29/2021 | 6,942,526.37 |
| 7/30/2021 | 185.53 |
| 8/2/2021 | 363.42 |
| 8/3/2021 | 147.61 |
| 8/4/2021 | 308.91 |
| 8/5/2021 | 425.57 |
| 8/6/2021 | 418.30 |
| 8/9/2021 | 54.93 |
| 8/10/2021 | 35.23 |
| 8/11/2021 | 2,841.50 |
| 8/12/2021 | 704.79 |
| 8/13/2021 | 1,164.59 |
| 8/16/2021 | 4,884.10 |
| 8/17/2021 | 425,936.67 |
| 8/18/2021 | 1,380,926.64 |
| 8/19/2021 | 2,008.34 |
| 8/20/2021 | 2,550.21 |

| CP_NAME | CP_NUMBER | MMATOT | CPMMA | CPMMARS |
|---|---|---|---|---|
| SHELL ENERGY NORTH AMERICA (US) LP (CP) | 9375172669999 | 213,597,162.45 | 16,335,637.58 | 7.6479% |
| LUMINANT ENERGY COMPANY LLC (CP) | 6062523939999 | 213,597,162.45 | 15,816,243.20 | 7.4047% |
| CITIGROUP ENERGY INC (CP) | 1451846319999 | 213,597,162.45 | 8,671,460.60 | 4.0597% |
| CALPINE POWER MANAGEMENT LLC CP (CP) | 1127108769999 | 213,597,162.45 | 7,260,991.20 | 3.3994% |
| NRG TEXAS POWER LLC (CP) | 1684560499999 | 213,597,162.45 | 6,997,191.00 | 3.2759% |
| EDF TRADING NORTH AMERICA LLC (CP) | 1091142519999 | 213,597,162.45 | 6,263,917.18 | 2.9326% |
| VITOL INC (CP) | 7906200469999 | 213,597,162.45 | 5,755,036.80 | 2.6943% |
| RIVERCREST POWER SOUTH LLC (CP) | 0799985329999 | 213,597,162.45 | 5,710,288.00 | 2.6734% |
| NEXTERA ENERGY MARKETING LLC (CP) | 0544813419999 | 213,597,162.45 | 5,577,055.65 | 2.6110% |
| DC ENERGY TEXAS LLC (CP) | 8276737039999 | 213,597,162.45 | 5,463,685.60 | 2.5579% |
| LNE POWER LLC (CP) | 0807673309999 | 213,597,162.45 | 5,376,230.40 | 2.5170% |
| MERRILL LYNCH COMMODITIES INC (CP) | 1603528659999 | 213,597,162.45 | 4,591,932.80 | 2.1498% |
| BOSTON ENERGY TRADING AND MARKETING LLC (CP) | 0748829579999 | 213,597,162.45 | 4,413,026.40 | 2.0661% |
| EXELON GENERATION COMPANY LLC (CP) | 9604589589999 | 213,597,162.45 | 4,183,132.80 | 1.9584% |
| SARACEN ENERGY WEST LP (CP) | 8300183679999 | 213,597,162.45 | 4,114,316.00 | 1.9262% |
| PEAK ENERGY CAPITAL LP (CP) | 0805062709999 | 213,597,162.45 | 3,851,939.20 | 1.8034% |
| TENASKA POWER SERVICES CO (CP) | 9630189819999 | 213,597,162.45 | 3,728,050.09 | 1.7454% |
| MIDWEST ENERGY TRADING EAST LLC (CP) | 9616314189999 | 213,597,162.45 | 3,532,331.20 | 1.6537% |
| NRG POWER MARKETING LLC (CP) | 0282559799999 | 213,597,162.45 | 3,403,736.80 | 1.5935% |
| MORGAN STANLEY CAPITAL GROUP INC (CP) | 0069878799999 | 213,597,162.45 | 3,348,852.20 | 1.5678% |
| ATNV ENERGY LP (CP) | 0792520149999 | 213,597,162.45 | 3,200,457.60 | 1.4984% |
| BP ENERGY COMPANY (CP) | 6252757559999 | 213,597,162.45 | 3,147,732.80 | 1.4737% |
| MAG ENERGY SOLUTIONS INC (CP) | 2055562079999 | 213,597,162.45 | 2,914,717.60 | 1.3646% |
| EDF ENERGY SERVICES LLC (CP) | 7887078479999 | 213,597,162.45 | 2,623,175.20 | 1.2281% |
| ENGELHART CTP (US) LLC (CP) | 0791244989999 | 213,597,162.45 | 2,575,897.60 | 1.2060% |
| ETC ENDURE ENERGY LLC (CP) | 8096434929999 | 213,597,162.45 | 2,387,216.80 | 1.1176% |
| DARBY ENERGY LLC (CP) | 9697872959999 | 213,597,162.45 | 2,381,428.80 | 1.1149% |
| DIRECT ENERGY LP (CP) | 0397133549999 | 213,597,162.45 | 2,335,228.20 | 1.0933% |
| ENGIE ENERGY MARKETING NA INC (CP) | 9689097399999 | 213,597,162.45 | 2,323,019.80 | 1.0876% |
| CASTLETON COMMODITIES MERCHANT TRADING LP (CP) | 0387147839999 | 213,597,162.45 | 2,192,944.80 | 1.0267% |
| MERCURIA ENERGY AMERICA LLC (CP) | 8317491279999 | 213,597,162.45 | 2,118,228.00 | 0.9917% |
| LQA LLC (CP) | 8097849739999 | 213,597,162.45 | 2,025,694.40 | 0.9484% |
| SW POWER TRADING LLC (CP) | 9687451959999 | 213,597,162.45 | 1,970,629.60 | 0.9226% |
| J ARON AND COMPANY LLC (CP) | 0069803129999 | 213,597,162.45 | 1,926,077.60 | 0.9017% |
| MET TEXAS TRADING LP (CP) | 9658406019999 | 213,597,162.45 | 1,907,828.80 | 0.8932% |
| APPIAN WAY ENERGY PARTNERS SOUTHCENTRAL LP (CP) | 0796574869999 | 213,597,162.45 | 1,845,732.80 | 0.8641% |
| SESCO SOUTHWEST TRADING LLC (CP) | 9616099279999 | 213,597,162.45 | 1,843,860.20 | 0.8632% |
| LOWER COLORADO RIVER AUTHORITY (CP) | 0432268859999 | 213,597,162.45 | 1,758,520.00 | 0.8233% |
| HARTREE PARTNERS LP (CP) | 0159561629999 | 213,597,162.45 | 1,654,966.40 | 0.7748% |
| CORSAIR LLC (CP) | 1171312659999 | 213,597,162.45 | 1,569,956.80 | 0.7350% |
| BRAZOS ELECTRIC POWER CO OP INC (CP) | 0037722909999 | 213,597,162.45 | 1,442,164.54 | 0.6752% |
| CALPINE ENERGY SOLUTIONS LLC (CP) | 9682542769999 | 213,597,162.45 | 1,385,352.00 | 0.6486% |
| MACQUARIE ENERGY LLC (CP) | 7988460369999 | 213,597,162.45 | 1,288,011.00 | 0.6030% |
| CITY OF AUSTIN DBA AUSTIN ENERGY (CP) | 8008717669999 | 213,597,162.45 | 1,257,563.74 | 0.5888% |
| JUST ENERGY TEXAS LP (CP) | 1105699989999 | 213,597,162.45 | 1,257,082.00 | 0.5885% |
| ALTUS POWER LLC (CP) | 0806096849999 | 213,597,162.45 | 1,157,796.00 | 0.5420% |
| WOLFRAMIUM POWER LP (CP) | 0805522519999 | 213,597,162.45 | 1,081,412.00 | 0.5063% |
| RWE RENEWABLES QSE LLC (CP) | 8080878169999 | 213,597,162.45 | 1,062,281.60 | 0.4973% |
| PEARL STREET MERCHANT ENERGY LLC (CP) | 0813507079999 | 213,597,162.45 | 1,040,277.60 | 0.4870% |
| SOUTH TEXAS ELECTRIC COOPERATIVE INC (CP) | 0038663329999 | 213,597,162.45 | 1,009,887.20 | 0.4728% |
| VBE INVESTMENTS LLC (CP) | 0807886659999 | 213,597,162.45 | 964,293.60 | 0.4515% |
| MACQUARIE ENERGY TRADING LLC (CP) | 1169800249999 | 213,597,162.45 | 942,453.60 | 0.4412% |
| ISO 2 LLC (CP) | 0813741559999 | 213,597,162.45 | 897,604.80 | 0.4202% |

| Name | Account | Total | Amount | Percent |
|---|---|---|---|---|
| MP2 ENERGY TEXAS LLC (CP) | 8281436319999 | 213,597,162.45 | 852,590.91 | 0.3992% |
| PEBBLESTONE ENERGY LLC (CP) | 0798833759999 | 213,597,162.45 | 835,836.00 | 0.3913% |
| TRAILSTONE ENERGY MARKETING LLC (CP) | 0792685229999 | 213,597,162.45 | 830,000.00 | 0.3886% |
| NEW MEXICO ELECTRIC MARKETING LLC (CP) | 0045121129999 | 213,597,162.45 | 824,384.80 | 0.3860% |
| LANEY POWER LLC (CP) | 1176765049999 | 213,597,162.45 | 804,583.20 | 0.3767% |
| XO ENERGY TX3 LP (CP) | 0803757479999 | 213,597,162.45 | 737,287.90 | 0.3452% |
| TWIN EAGLE RESOURCE MANAGEMENT LLC (CP) | 9651778899999 | 213,597,162.45 | 728,575.30 | 0.3411% |
| REUEL ENERGY LLC (CP) | 0807209169999 | 213,597,162.45 | 712,030.10 | 0.3334% |
| TALLER CUBE LLC (CP) | 0809369489999 | 213,597,162.45 | 702,680.60 | 0.3290% |
| GEXA ENERGY LP (CP) | 1081145429999 | 213,597,162.45 | 687,227.84 | 0.3217% |
| CWP ENERGY INC (CP) | 2035708909999 | 213,597,162.45 | 669,854.40 | 0.3136% |
| PCS TRADING LLC (CP) | 1171081439999 | 213,597,162.45 | 648,339.20 | 0.3035% |
| ARCTURUS POWER TRADING LLC (CP) | 0805196939999 | 213,597,162.45 | 641,731.20 | 0.3004% |
| BJ ENERGY LLC (CP) | 5555683809999 | 213,597,162.45 | 627,869.60 | 0.2940% |
| HERMIT ENERGY TRADING LLC (CP) | 1171120159999 | 213,597,162.45 | 611,175.20 | 0.2861% |
| XO ENERGY TX2 LP (CP) | 9674773379999 | 213,597,162.45 | 584,898.40 | 0.2738% |
| TX ACTIVE POWER INVESTMENTS LLC (CP) | 9647744059999 | 213,597,162.45 | 566,154.20 | 0.2651% |
| CITY OF GARLAND (CP) | 6011012569999 | 213,597,162.45 | 552,445.55 | 0.2586% |
| CASSIAN ENERGY LLC (CP) | 1170335389999 | 213,597,162.45 | 534,404.80 | 0.2502% |
| CIRRO GROUP INC (CP) | 0344414499999 | 213,597,162.45 | 491,872.00 | 0.2303% |
| GREENE ENERGY CAPITAL SW LLC (CP) | 0799029319999 | 213,597,162.45 | 468,360.30 | 0.2193% |
| SARACEN POWER LP (CP) | 8296206789999 | 213,597,162.45 | 467,008.80 | 0.2186% |
| PRECEPT POWER LLC (CP) | 0801790749999 | 213,597,162.45 | 446,264.60 | 0.2089% |
| ENGIE RESOURCES LLC (CP) | 0996683329999 | 213,597,162.45 | 439,288.00 | 0.2057% |
| UNIPER GLOBAL COMMODITIES NORTH AMERICA LLC (CP) | 0790933509999 | 213,597,162.45 | 430,430.40 | 0.2015% |
| VELOCITY AMERICAN ENERGY MASTER I LP (CP) | 8091180249999 | 213,597,162.45 | 418,240.00 | 0.1958% |
| JP MORGAN CHASE BANK NA (CP) | 0804103399999 | 213,597,162.45 | 405,869.60 | 0.1900% |
| CC8 LLC (CP) | 0795749699999 | 213,597,162.45 | 402,771.30 | 0.1886% |
| RAYBURN COUNTRY ELECTRIC COOPERATIVE INC (CP) | 6243686019999 | 213,597,162.45 | 397,041.02 | 0.1859% |
| BARTON FUND LLC (CP) | 0801324249999 | 213,597,162.45 | 390,003.90 | 0.1826% |
| LONESTAR II GENERATION HOLDINGS LLC (CP) | 1169540159999 | 213,597,162.45 | 386,863.21 | 0.1811% |
| FP SOUTH CAPITAL PARTNERS LLC (CP) | 1174094449999 | 213,597,162.45 | 362,782.40 | 0.1698% |
| TOTAL GAS AND POWER NORTH AMERICA INC (CP) | 6200599809999 | 213,597,162.45 | 361,443.30 | 0.1692% |
| SANDALWOOD POWER LLC (CP) | 0805491669999 | 213,597,162.45 | 356,183.20 | 0.1668% |
| TEXAS ENERGY TRANSFER POWER LLC (CP) | 8310992679999 | 213,597,162.45 | 291,027.78 | 0.1363% |
| BIG BEND TRADING LLC (CP) | 0806088179999 | 213,597,162.45 | 259,713.60 | 0.1216% |
| XO ENERGY TX LP (CP) | 9674793179999 | 213,597,162.45 | 256,957.50 | 0.1203% |
| INTERGRID POWER LLC (CP) | 0808329329999 | 213,597,162.45 | 236,864.80 | 0.1109% |
| PACIFIC SUMMIT ENERGY LLC (CP) | 1627682419999 | 213,597,162.45 | 234,003.40 | 0.1096% |
| LTSTE INVESTMENTS LLC (CP) | 0793781249999 | 213,597,162.45 | 227,861.40 | 0.1067% |
| DUKE ENERGY RENEWABLE SERVICES LLC (CP) | 0786769749999 | 213,597,162.45 | 224,602.87 | 0.1052% |
| AMERICAN ELECTRIC POWER SERVICE CORP (CP) | 0069798769999 | 213,597,162.45 | 222,591.20 | 0.1042% |
| GEODESIC 1 LLC (CP) | 0810285859999 | 213,597,162.45 | 203,676.90 | 0.0954% |
| DENTON MUNICIPAL ELECTRIC (CP) | 0713801909999 | 213,597,162.45 | 197,224.00 | 0.0923% |
| TIOS CAPITAL LLC (CP) | 0783774529999 | 213,597,162.45 | 195,880.90 | 0.0917% |
| FRONTIER UTILITIES LLC (CP) | 8094344219999 | 213,597,162.45 | 195,426.40 | 0.0915% |
| OCCIDENTAL POWER SERVICES INC (CP) | 1118490509999 | 213,597,162.45 | 194,192.60 | 0.0909% |
| GRIDMATIC INC (CP) | 0801996439999 | 213,597,162.45 | 193,974.80 | 0.0908% |
| NORTHERN STATES POWER COMPANY (CP) | 0069624199999 | 213,597,162.45 | 192,158.90 | 0.0900% |
| DYNASTY ENERGY CALIFORNIA INC (CP) | 2032730089999 | 213,597,162.45 | 191,880.80 | 0.0898% |
| VIRIBUS FUND LP (CP) | 1176918639999 | 213,597,162.45 | 189,411.20 | 0.0887% |
| MIDAMERICAN ENERGY SERVICES LLC (CP) | 0797495709999 | 213,597,162.45 | 187,904.70 | 0.0880% |
| KWANTIX TRADING FUND I LP (CP) | 0796291329999 | 213,597,162.45 | 186,312.00 | 0.0872% |
| ALTOP ENERGY TRADING TEXAS LLC (CP) | 1174165279999 | 213,597,162.45 | 177,996.00 | 0.0833% |

| Name | ID | Amount | Value | Percent |
|---|---|---|---|---|
| HANWHA ENERGY USA HOLDINGS CORP DBA 174 POWER GLOBAL | 0806881859999 | 213,597,162.45 | 174,674.00 | 0.0818% |
| EDP RENEWABLES NORTH AMERICA LLC (CP) | 0155344699999 | 213,597,162.45 | 174,054.40 | 0.0815% |
| GOLDEN SPREAD ELECTRIC COOPERATIVE INC (CP) | 1864707799999 | 213,597,162.45 | 172,064.00 | 0.0806% |
| AVANGRID RENEWABLES LLC (CP) | 9473764229999 | 213,597,162.45 | 169,789.39 | 0.0795% |
| LELAND POWER LLC (CP) | 0801903009999 | 213,597,162.45 | 163,864.30 | 0.0767% |
| NEW BRAUNFELS UTILITIES (CP) | 0383461699999 | 213,597,162.45 | 159,788.00 | 0.0748% |
| DTE ENERGY TRADING INC CP (CP) | 1799892319999 | 213,597,162.45 | 158,598.00 | 0.0743% |
| BRYAN TEXAS UTILITIES (CP) | 0793907799999 | 213,597,162.45 | 157,526.29 | 0.0737% |
| ENEL TRADING NORTH AMERICA LLC (CP) | 0805985629999 | 213,597,162.45 | 153,864.37 | 0.0720% |
| DYFL POWER LLC (CP) | 0788634089999 | 213,597,162.45 | 149,464.00 | 0.0700% |
| SENATE WIND LLC (CP) | 8322475849999 | 213,597,162.45 | 142,256.00 | 0.0666% |
| ORSTED ONSHORE NORTH AMERICA LLC (CP) | 0802191969999 | 213,597,162.45 | 141,360.00 | 0.0662% |
| CITY OF GEORGETOWN (CP) | 0895923729999 | 213,597,162.45 | 129,046.40 | 0.0604% |
| AMES ENERGY LLC (CP) | 0805543179999 | 213,597,162.45 | 127,942.40 | 0.0599% |
| GUADALUPE VALLEY ELECTRIC CO OP INC (CP) | 0079305899999 | 213,597,162.45 | 127,382.40 | 0.0596% |
| BROWNSVILLE PUBLIC UTILITIES BOARD (CP) | 6063470379999 | 213,597,162.45 | 125,736.00 | 0.0589% |
| MAVERICK CREEK WIND LLC (CP) | 1172245049999 | 213,597,162.45 | 120,256.00 | 0.0563% |
| SUSTAINING POWER SOLUTIONS LLC (CP) | 0788185189999 | 213,597,162.45 | 119,595.03 | 0.0560% |
| IN COMMODITIES US LLC (CP) | 1172090339999 | 213,597,162.45 | 116,713.40 | 0.0546% |
| TEXAS RETAIL ENERGY LLC (CP) | 1242384329999 | 213,597,162.45 | 110,103.62 | 0.0515% |
| SANTA RITA EAST WIND ENERGY LLC (CP) | 0804110669999 | 213,597,162.45 | 104,929.65 | 0.0491% |
| PRIORITY POWER MANAGEMENT LLC (CP) | 1283863449999 | 213,597,162.45 | 103,639.20 | 0.0485% |
| TEXPO POWER LP DBA TEXPO ENERGY (CP) | 7800613009999 | 213,597,162.45 | 98,520.00 | 0.0461% |
| FPL ENERGY TEXAS LLC (CP) | 1980232989999 | 213,597,162.45 | 94,472.00 | 0.0442% |
| WAKE WIND ENERGY LLC (CP) | 0792741829999 | 213,597,162.45 | 90,287.55 | 0.0423% |
| MIAMI WIND I LLC (CP) | 0790948679999 | 213,597,162.45 | 89,726.31 | 0.0420% |
| GERDAU AMERISTEEL ENERGY INC (CP) | 0799639869999 | 213,597,162.45 | 81,087.56 | 0.0380% |
| WEATHERFORD MUNICIPAL UTILITY SYSTEM (CP) | 0817196279999 | 213,597,162.45 | 77,955.20 | 0.0365% |
| AXPO US LLC (CP) | 0801803389999 | 213,597,162.45 | 75,920.00 | 0.0355% |
| SEMPRA GAS AND POWER MARKETING LLC (CP) | 0802069049999 | 213,597,162.45 | 73,755.70 | 0.0345% |
| NDC PARTNERS LLC (CP) | 0799461569999 | 213,597,162.45 | 68,595.00 | 0.0321% |
| CANADIAN BREAKS LLC (CP) | 0808707119999 | 213,597,162.45 | 67,653.89 | 0.0317% |
| FREEPOINT COMMODITIES LLC (CP) | 9679639069999 | 213,597,162.45 | 67,568.00 | 0.0316% |
| ASPIRE POWER VENTURES LP (CP) | 0784171419999 | 213,597,162.45 | 63,639.90 | 0.0298% |
| ORSTED US TRADING LLC (CP) | 1170713899999 | 213,597,162.45 | 63,008.40 | 0.0295% |
| EVERGY METRO INC (CP) | 0069658429999 | 213,597,162.45 | 61,370.60 | 0.0287% |
| RATTLESNAKE WIND I LLC (CP) | 0795228319999 | 213,597,162.45 | 58,280.00 | 0.0273% |
| UNCIA ENERGY LP SERIES E (CP) | 0797546949999 | 213,597,162.45 | 58,249.00 | 0.0273% |
| CITY OF COLLEGE STATION (CP) | 0403303009999 | 213,597,162.45 | 58,124.80 | 0.0272% |
| TTPA LLC (CP) | 0806917869999 | 213,597,162.45 | 57,222.30 | 0.0268% |
| TIDAL ENERGY MARKETING (US) LLC (CP) | 0396649539999 | 213,597,162.45 | 56,247.20 | 0.0263% |
| SOUTH PLAINS WIND ENERGY LLC (CP) | 0795544889999 | 213,597,162.45 | 55,304.00 | 0.0259% |
| SANTA RITA WIND ENERGY LLC (CP) | 0801880879999 | 213,597,162.45 | 52,454.64 | 0.0246% |
| FAYETTE ELECTRIC COOPERATIVE INC (CP) | 0593309779999 | 213,597,162.45 | 50,286.40 | 0.0235% |
| GOLDTHWAITE WIND ENERGY LLC (CP) | 0787479239999 | 213,597,162.45 | 47,439.67 | 0.0222% |
| SPARK ENERGY LLC (CP) | 0375974379999 | 213,597,162.45 | 46,120.00 | 0.0216% |
| MCADOO WIND ENERGY LLC (CP) | 8787320289999 | 213,597,162.45 | 45,226.40 | 0.0212% |
| HQ ENERGY SERVICES (US) INC (CP) | 0249887229999 | 213,597,162.45 | 44,825.30 | 0.0210% |
| MFT ENERGY US 1 LLC (CP) | 1174134369999 | 213,597,162.45 | 42,671.70 | 0.0200% |
| GUNSIGHT MOUNTAIN WIND ENERGY LLC (CP) | 0796659849999 | 213,597,162.45 | 42,169.40 | 0.0197% |
| MONTEREY TX LLC (CP) | 9674906529999 | 213,597,162.45 | 40,072.30 | 0.0188% |
| FORMOSA UTILITY VENTURE LTD (CP) | 9277887869999 | 213,597,162.45 | 38,630.41 | 0.0181% |
| TEXAS ELECTRIC MARKETING LLC (CP) | 0808537319999 | 213,597,162.45 | 38,070.40 | 0.0178% |
| DYNASTY POWER INC (CP) | 2452308219999 | 213,597,162.45 | 37,268.20 | 0.0174% |

| Name | ID | Total | Amount | Percent |
|---|---|---|---|---|
| THORDIN LLC (CP) | 3059811849999 | 213,597,162.45 | 36,060.40 | 0.0169% |
| FMS CAPITAL LLC (CP) | 1176404459999 | 213,597,162.45 | 35,672.70 | 0.0167% |
| TURKEY TRACK WIND ENERGY LLC (CP) | 8278100819999 | 213,597,162.45 | 35,094.00 | 0.0164% |
| ONE VENTURES TX LLC (CP) | 1174227379999 | 213,597,162.45 | 34,120.70 | 0.0160% |
| PHARETRAM ENERGY SERVICES LTD (CP) | 0799548459999 | 213,597,162.45 | 32,507.00 | 0.0152% |
| PATTERN ENERGY MANAGEMENT SERVICES LLC (CP) | 0812397109999 | 213,597,162.45 | 31,104.00 | 0.0146% |
| BULL CREEK WIND LLC (CP) | 8268407749999 | 213,597,162.45 | 30,788.45 | 0.0144% |
| GEUS (CP) | 1312180139999 | 213,597,162.45 | 29,664.00 | 0.0139% |
| SCURRY COUNTY WIND LP (CP) | 7887170029999 | 213,597,162.45 | 29,443.61 | 0.0138% |
| EVERGY KANSAS CENTRAL INC (CP) | 0069437819999 | 213,597,162.45 | 28,610.80 | 0.0134% |
| APOLLO ENERGY CORP (CP) | 1137305289999 | 213,597,162.45 | 28,179.20 | 0.0132% |
| SAN BERNARD ELECTRIC COOPERATIVE INC (CP) | 0089453139999 | 213,597,162.45 | 28,144.00 | 0.0132% |
| AUTOMATED ALGORITHMS LLC 1 (CP) | 0801308449999 | 213,597,162.45 | 27,453.30 | 0.0129% |
| ROCTOP INVESTMENTS INC (CP) | 2028896309999 | 213,597,162.45 | 26,800.00 | 0.0125% |
| AM TRADING SOLUTIONS LLC (CP) | 0812125399999 | 213,597,162.45 | 26,635.90 | 0.0125% |
| REDEMPTIVE POWER INC (CP) | 0811178429999 | 213,597,162.45 | 25,067.40 | 0.0117% |
| STANTON WIND ENERGY LLC (CP) | 8082746049999 | 213,597,162.45 | 24,384.95 | 0.0114% |
| PNT FINANCIAL LLC (CP) | 0390936659999 | 213,597,162.45 | 24,200.00 | 0.0113% |
| CENTRAL TEXAS ELECTRIC COOPERATIVE INC (CP) | 0079302749999 | 213,597,162.45 | 24,077.60 | 0.0113% |
| SCURRY COUNTY WIND II LLC (CP) | 8076854959999 | 213,597,162.45 | 23,954.78 | 0.0112% |
| ALLIANCE POWER COMPANY LLC (CP) | 1362491879999 | 213,597,162.45 | 22,600.00 | 0.0106% |
| KERRVILLE PUBLIC UTILITY BOARD (CP) | 1248248069999 | 213,597,162.45 | 22,341.60 | 0.0105% |
| CONOCOPHILLIPS COMPANY (CP) | 0013682659999 | 213,597,162.45 | 21,440.00 | 0.0100% |
| RAINBOW ENERGY MARKETING CORPORATION (CP) | 8614986089999 | 213,597,162.45 | 21,327.50 | 0.0100% |
| TRIOLITH ENERGY FUND LP (CP) | 0798435009999 | 213,597,162.45 | 20,955.70 | 0.0098% |
| INITUS INVESTMENTS LLC (CP) | 0813325689999 | 213,597,162.45 | 19,028.50 | 0.0089% |
| INERTIA POWER III LP (CP) | 0791257659999 | 213,597,162.45 | 18,269.90 | 0.0086% |
| GRAND OAK CAPITAL PARTNERS LP (CP) | 0812080419999 | 213,597,162.45 | 17,843.30 | 0.0084% |
| TALEN ENERGY MARKETING LLC (CP) | 0474145249999 | 213,597,162.45 | 17,627.20 | 0.0083% |
| SP ENERGY TRADING LLC (CP) | 1171715949999 | 213,597,162.45 | 17,438.20 | 0.0082% |
| MAGNOLIA ENERGY CAPITAL LLC (CP) | 1174666479999 | 213,597,162.45 | 15,009.50 | 0.0070% |
| AMERICAN POWERNET MANAGEMENT LP (CP) | 1410814689999 | 213,597,162.45 | 14,611.68 | 0.0068% |
| SOURCE OPERATIONS GROUP LLC (CP) | 9690878789999 | 213,597,162.45 | 14,568.00 | 0.0068% |
| MITSUI AND CO ENERGY MARKETING AND SERVICES (USA) INC (CP) | 9682166019999 | 213,597,162.45 | 14,460.00 | 0.0068% |
| NOVATUS ENERGY MANAGEMENT LLC (CP) | 1171533219999 | 213,597,162.45 | 14,360.00 | 0.0067% |
| MP2 ENERGY LLC (CP) | 8330528199999 | 213,597,162.45 | 13,785.87 | 0.0065% |
| HERITAGE POWER LLC (CP) | 0806680749999 | 213,597,162.45 | 12,648.00 | 0.0059% |
| TRANSALTA ENERGY MARKETING (US) INC 3 (CP) | 0319045309999 | 213,597,162.45 | 12,413.40 | 0.0058% |
| DANSKE COMMODITIES US LLC (CP) | 1170410309999 | 213,597,162.45 | 12,325.90 | 0.0058% |
| ARDOR ENERGY LLC (CP) | 0806134719999 | 213,597,162.45 | 12,133.00 | 0.0057% |
| LAFAYETTE POWER LLC (CP) | 0805739029999 | 213,597,162.45 | 12,093.60 | 0.0057% |
| BULB US LLC (CP) | 1170265459999 | 213,597,162.45 | 10,168.00 | 0.0048% |
| ACCENT ENERGY TEXAS LP (CP) | 1333053709999 | 213,597,162.45 | 8,927.88 | 0.0042% |
| GRANTHAM ENERGY CORPORATION (CP) | 0805284899999 | 213,597,162.45 | 8,890.50 | 0.0042% |
| TRUELIGHT ENERGY FUND LP (CP) | 0794915719999 | 213,597,162.45 | 7,695.30 | 0.0036% |
| GESTERNOVA SA CORPORATION (CP) | 4685590219999 | 213,597,162.45 | 7,099.80 | 0.0033% |
| GROUP628 LLC 1 (CP) | 1168391869999 | 213,597,162.45 | 6,692.70 | 0.0031% |
| PHYSICAL SYSTEMS INTEGRATION LLC (CP) | 0113037389999 | 213,597,162.45 | 5,706.70 | 0.0027% |
| THE ENERGY AUTHORITY INC (CP) | 0159548609999 | 213,597,162.45 | 4,960.00 | 0.0023% |
| CORIOLIS FORCE LLC (CP) | 1171141779999 | 213,597,162.45 | 4,245.40 | 0.0020% |
| TRANE GRID SERVICES LLC (CP) | 8307332549999 | 213,597,162.45 | 4,213.88 | 0.0020% |
| SIX ONE COMMODITIES LLC (CP) | 0925313719999 | 213,597,162.45 | 3,326.20 | 0.0016% |
| TEC ENERGY INC (CP) | 2030184869999 | 213,597,162.45 | 3,317.50 | 0.0016% |
| 3000 ENERGY CORP (CP) | 1449916719999 | 213,597,162.45 | 3,286.00 | 0.0015% |

| Name | Account | Amount | Value | Percent |
|---|---|---|---|---|
| WOLVERINE TRADING LLC (CP) | 0251881329999 | 213,597,162.45 | 3,116.01 | 0.0015% |
| BLLD LLC 1 (CP) | 1175313289999 | 213,597,162.45 | 2,744.60 | 0.0013% |
| CIGER TRADING TEXAS LLC (CP) | 0811835209999 | 213,597,162.45 | 2,650.60 | 0.0012% |
| VERANO ENERGY TRADING LP (CP) | 0805420519999 | 213,597,162.45 | 1,847.60 | 0.0009% |
| CEI HOLDCO SPV LP (CP) | 0809537799999 | 213,597,162.45 | 1,696.00 | 0.0008% |
| PURE ENERGY INC (CP) | 1421253149999 | 213,597,162.45 | 1,658.00 | 0.0008% |
| BROAD REACH POWER LLC (CP) | 1172089699999 | 213,597,162.45 | 1,643.99 | 0.0008% |
| VARSITY ENERGY LLC (CP) | 1171719039999 | 213,597,162.45 | 1,557.83 | 0.0007% |
| QUATTRO ENERGY LP (CP) | 0806674379999 | 213,597,162.45 | 1,219.00 | 0.0006% |
| GUZMAN ENERGY LLC (CP) | 0788479599999 | 213,597,162.45 | 1,188.50 | 0.0006% |
| RED WOLF TX2 LLC (CP) | 0811397999999 | 213,597,162.45 | 1,089.20 | 0.0005% |
| DRW COMMODITIES LLC (CP) | 9687220469999 | 213,597,162.45 | 883.50 | 0.0004% |
| ECTOR COUNTY ENERGY CENTER LLC (CP) | 0790877789999 | 213,597,162.45 | 632.20 | 0.0003% |
| STANDARD NORMAL ENERGY LLC (CP) | 1174443349999 | 213,597,162.45 | 599.00 | 0.0003% |
| FANTODS LLC (CP) | 0787508009999 | 213,597,162.45 | 490.00 | 0.0002% |
| ELECTRANET QSE I LLC (CP) | 0787579859999 | 213,597,162.45 | 341.07 | 0.0002% |
| VIRIDITY ENERGY SOLUTIONS INC (CP) | 8304646609999 | 213,597,162.45 | 158.62 | 0.0001% |
| AKUO TRADING SAS (CP) | 2728226629999 | 213,597,162.45 | 143.40 | 0.0001% |
| EKAPITAL INVESTMENTS LLC (CP) | 7907492419999 | 213,597,162.45 | 108.30 | 0.0001% |
| RHYTHM OPS LLC (CP) | 1175671719999 | 213,597,162.45 | 32.73 | 0.0000% |
| JP ENERGY RESOURCES LLC (CP) | 1171649829999 | 213,597,162.45 | 7.68 | 0.0000% |
| LANEY ANALYTICS LLC (CP) | 0806896849999 | 213,597,162.45 | 7.00 | 0.0000% |
| SHERBINO I WIND FARM LLC (CP) | 8081175149999 | 213,597,162.45 | 2.21 | 0.0000% |
| HEN POWER MARKETING LLC (CP) | 1171418449999 | 213,597,162.45 | 1.67 | 0.0000% |