IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER, COOPERATIVE, INC.[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>    Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

## DECLARATION OF MARK HOLLER

I, Mark Holler, declare under the penalty of perjury as follows:

1.  "My name is Mark Holler. I am Director, Credit Risk, of Tenaska Power Services Co. ("TPS"). I am over the age of twenty-one and am competent to make this declaration. I have personal knowledge of the facts set forth herein, which are true and correct.

2.  Exhibit No. 94-32 (Unredacted Docket No. 103), filed in the above-captioned adversary proceeding, is a true and correct copy of the RRS Confirmation Agreement between TPS and Enerwise Global Technologies, LLC d/b/a CPower under which CPower sold RRS product to

---

[1] The Debtor in this chapter 11 case, along with the last four digits its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's proposed claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

1

TPS, which TPS then sold to Brazos Electric Power Cooperative, Inc. ("Brazos") under TPS's contract with Brazos. TPS paid CPower under that RRS Confirmation Agreement for the product in full in February and March of 2021.

3. I hereby declare under penalty of perjury that the foregoing it is true and correct to the best of my information and belief."

Dallas, Texas
Dated: October 18, 2021

Mark Holler
Director, Credit Risk
Tenaska Power Services Co.