IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER, COOPERATIVE, INC.[1]<br><br>　　　　Debtor. | Chapter 11<br><br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>　　　　Defendant. | <br><br><br>Adv. Proc. No. 21-03863 (DRJ) |

**NOTICE OF HEARING**

　　**PLEASE TAKE NOTICE** that on October 21, 2021, the Defendant Intervenors filed their *Emergency Motion Authorizing Defendant Intervenors Access to Confidential and Highly Confidential Material* [Docket No. 129] (the "Emergency Motion").

　　**PLEASE TAKE FURTHER NOTICE** that the hearing on the Emergency Motion will take place on **October 25, 2021 at 9:00 a.m. (prevailing Central Time)** before the Honorable David R. Jones, United States Bankruptcy Judge, in Room 400 of the United States Bankruptcy Court, 515 Rusk Street, Houston, Texas 77002. Participation at the hearing will only be permitted by an audio and video connection.

　　**PLEASE TAKE FURTHER NOTICE** that audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will

---

[1] The Debtor in this chapter 11 case, along with the last four digits its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's proposed claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

1

be asked to enter the conference room number.  Judge Jones' conference room number is 205691. Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click on the link on Judge Jones' homepage.  The meeting code is "JudgeJones".  Click on the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings.  To make your electronic appearance, click the "Electronic Appearance" link on Judge Jones' homepage.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the filings in this adversary proceeding can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov/ or can be obtained free of charge on the website maintained by the Debtor's claims and noticing agent at https://cases.stretto.com/Brazos/court-docket/court-docket-category/806-adversary-proceedings/.

Houston, TX
October 21, 2021

By: */s/ Mark McKane*
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
David R. Seligman, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   david.seligman@kirkland.com

-and-

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:   (415) 439-1400
Facsimile:   (212) 439-1500
Email:   mark.mckane@kirkland.com

-and-

Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   aparna.yenamandra@kirkland.com

***Counsel to Calpine Corporation***

## CERTIFICATE OF SERVICE

I certify that on October 21, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Mark McKane*
Mark McKane
