United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 22, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>　　　　　Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>　　　　Plaintiff / Intervenor-Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>　　　　　Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

### ORDER DENYING MOTION TO INTERVENE
**[Relates to Adv. Dkt. No. 29]**

Upon consideration of the *Motion to Intervene* (the "Motion") filed by Luminant Energy Company LLC ("Luminant") and Exelon Generation Company, LLC ("Exelon") [Adv. Dkt No. 29]; and any responses thereto, including the *Debtor's Omnibus Response to Motions to Intervene in the ERCOT Claim Objection Proceeding* [Adv. Dkt No 64] filed by the above-captioned debtor and debtor in possession (the "Debtor"), the *Official Committee of Unsecured Creditors' Joinder and Response to Motions to Intervene* [Adv. Dkt. No. 65] filed by the Official Committee of Unsecured Creditors  (the "Committee") and the *Electric Reliability Council of Texas, Inc.'s*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729).  Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos.  The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

*Response in Opposition to Market Participants' Motions to Intervene* [Adv. Dkt. No. 63] filed by Electric Reliability Council of Texas, Inc. ("ERCOT"); and all arguments of counsel at the hearing on the Motions (the "Hearing"); the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and after due deliberation and for the reasons stated on the record at the Hearing, it is **HEREBY ORDERED THAT**:

1. The Motion is DENIED.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order, and the Parties hereby consent to such jurisdiction to resolve any dispute or controversies arising from or related to this Order.

**Signed: October 22, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**