IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER,<br>COOPERATIVE, INC.[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER<br>COOPERATIVE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF<br>TEXAS, INC.,<br><br>    Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that Calpine Corporation, on behalf of itself and each of its affiliates, including but not limited to Calpine Energy Services, L.P., Calpine Energy Solutions, LLC, and Cavallo Energy Texas, LLC (collectively, "Calpine"); Tenaska Power Services Co. ("TPS"); NRG Energy, Inc., on behalf of itself and each of its affiliates, including but not limited to Direct Energy LP, NRG Cedar Bayou Development Company, LLC, NRG South Texas LP, NRG Texas Power LLC, NRG Power Marketing LLC, and Cirro Group, Inc. (collectively,

---

[1] The Debtor in this chapter 11 case, along with the last four digits its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's proposed claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

1

"NRG"); ENGIE Energy Marketing NA, Inc., on behalf of itself and each of its affiliates, including but not limited to Anson Solar Center LLC, Live Oak Wind Project LLC, Engie Long Draw Solar LLC, Las Lomas Wind Project LLC, Jumbo Hill Wind Project, LLC, Prairie Hill Wind Project, LLC, Solaire Holman 1 LLC, Seymour Hills Wind Project LLC and Engie Resources LLC (collectively, "ENGIE"); Talen Energy Supply, LLC, on behalf of itself and each of its affiliates, including but not limited to Talen Energy Marketing, LLC (collectively "Talen"); Golden Spread Electric Cooperative, Inc. ("GSEC"); South Texas Electric Cooperative, Inc. ("STEC"); and NextEra Energy Marketing, LLC, on behalf of itself and certain of its affiliates ("NEM") (together with Calpine, TPS, NRG, ENGIE, GSEC, and STEC, the "Defendant Intervenors"), have served the attached *Defendant Intervenors' First Requests for Production to Brazos Electric Power Cooperative, Inc.*

[*Remainder of Page Intentionally Left Blank*]

Houston, TX
October 22, 2021

By: */s/ Mark McKane*
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
David R. Seligman, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:        david.seligman@kirkland.com

-and-

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:   (415) 439-1400
Facsimile:   (212) 439-1500
Email:        mark.mckane@kirkland.com

-and-

Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:        aparna.yenamandra@kirkland.com

*Counsel to Calpine Corporation*

**CERTIFICATE OF SERVICE**

    I certify that on October 22, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Mark McKane*
Mark McKane

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> BRAZOS ELECTRIC POWER, COOPERATIVE, INC.[1] <br><br> Debtor. | Chapter 11 <br><br><br> Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., <br><br> Defendant. | <br><br><br> Adv. Proc. No. 21-03863 (DRJ) |

**DEFENDANT INTERVENORS' FIRST REQUESTS FOR PRODUCTION
TO BRAZOS ELECTRIC POWER COOPERATIVE, INC.**

To: Brazos Electric Power Cooperative, Inc., by and through its attorneys of record, including Jason L. Boland, Norton Rose Fulbright US LLP, 1301 McKinney Street, Suite 5100, Houston, Texas 77010, jason.boland@nortonrosefulbright.com

Pursuant to Rule 7034 of the Federal Rules of Bankruptcy Procedure and Rule 34 of the

Federal Rules of Civil Procedure, Calpine Corporation, on behalf of itself and each of its affiliates,

---

[1] The Debtor in this chapter 11 case, along with the last four digits its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's proposed claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

REQUESTS FOR PRODUCTION                                                                1

including but not limited to Calpine Energy Services, L.P., Calpine Energy Solutions, LLC, and Cavallo Energy Texas, LLC (collectively, "Calpine"); Tenaska Power Services Co. ("TPS"); NRG Energy, Inc., on behalf of itself and each of its affiliates, including but not limited to Direct Energy LP, NRG Cedar Bayou Development Company, LLC, NRG South Texas LP, NRG Texas Power LLC, NRG Power Marketing LLC, and Cirro Group, Inc. (collectively, "NRG"); ENGIE Energy Marketing NA, Inc., on behalf of itself and each of its affiliates, including but not limited to Anson Solar Center LLC, Live Oak Wind Project LLC, Engie Long Draw Solar LLC, Las Lomas Wind Project LLC, Jumbo Hill Wind Project, LLC, Prairie Hill Wind Project, LLC, Solaire Holman 1 LLC, Seymour Hills Wind Project LLC and Engie Resources LLC (collectively, "ENGIE"); Talen Energy Supply, LLC, on behalf of itself and each of its affiliates, including but not limited to Talen Energy Marketing, LLC (collectively "Talen"); Golden Spread Electric Cooperative, Inc. ("GSEC"); South Texas Electric Cooperative, Inc. ("STEC"); and NextEra Energy Marketing, LLC, on behalf of itself and certain of its affiliates ("NEM") (together with Calpine, TPS, NRG, ENGIE, GSEC, and STEC, the "Defendant Intervenors"), serve the following Requests for Production on Brazos Electric Power Cooperative, Inc. (the "Debtor") and requests that the Debtor produce for inspection the items requested at the office of the undersigned counsel, on or before November 22, 2021.

REQUESTS FOR PRODUCTION                                                                                                    2

**INSTRUCTIONS & DEFINITIONS**

1. Reference is made to ERCOT's First Requests for Production to Brazos Electric Power Cooperative, served by ERCOT on August 31, 2021 (the "First Document Request") and to ERCOT's Second Requests for Production to Brazos Electric Power Cooperative Inc., served by ERCOT on September 16, 2021 (the "Second Document Request"). Except as otherwise provided in this Request for the Production of Documents (the "Request"), the Defendant Intervenors incorporate by reference all Instructions and Definitions from the First Document Request and the Second Document Request.

## REQUESTS FOR PRODUCTION

**REQUEST NO. 1:**

All Documents You produced to any other party in this Adversary Proceeding in response to any requests for production served upon You by any other party in this Adversary Proceeding. This Request should be supplemented on an ongoing basis to the extent You produce any additional responsive Documents pursuant to any prior or future request for production in this Adversary Proceeding.

**REQUEST NO. 2:**

All Documents produced to You by anyone, whether party or third party, in response to any discovery request or third party subpoena in this Adversary Proceeding. This Request should be supplemented on an ongoing basis to the extent third parties produce any additional Documents to You pursuant to prior or future third party subpoenas in this Adversary Proceeding.

**REQUEST NO. 3:**

All responses to requests for admission or interrogatories You served on any other party in this Adversary Proceeding in response to any requests for admission or interrogatories served upon You by any other party in this Adversary Proceeding. This Request should be supplemented on an ongoing basis to the extent You produce any additional response to any prior or future request for admission or interrogatory in this Adversary Proceeding.

Houston, TX
October 22, 2021

By: /s/ Judith W. Ross
**ROSS & SMITH, PC**
Judith W. Ross
TX Bar No. 21010670
700 North Pearl Street, Suite 1610
Dallas, TX 75201
Telephone:	(214) 377-8659
Email:		judith.ross@judithwross.com

*Counsel to Tenaska Power Services Co.*

By: /s/ Annapoorni R. Sankaran
**HOLLAND & KNIGHT LLP**
Annapoorni R. Sankaran
TX Bar No. 24071918
1100 Louisiana Street, Suite 4300
Houston, TX 77002
Telephone:	(713) 821-7000
Facsimile:	(713) 821-7001
Email:		anna.sankaran@hklaw.com

*Counsel to Golden Spread Electric Cooperative, Inc.*

By: /s/ Patrick L. Hughes
**HAYNES AND BOONE, LLP**
Patrick L. Hughes
Texas State Bar No. 10227300
David Trausch
Texas State Bar No. 24113513
1221 McKinney, Suite 4000
Houston, TX 77010
Telephone:	(713) 547-2000
Facsimile:	(713) 547-2600
Email:		patrick.hughes@haynesboone.com
Email:		david.trausch@haynesboone.com

*Counsel to South Texas Electric Cooperative, Inc.*

By: /s/ Mark McKane
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
David R. Seligman, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:		david.seligman@kirkland.com

-and-

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:	(415) 439-1400
Facsimile:	(212) 439-1500
Email:		mark.mckane@kirkland.com

-and-

Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:		aparna.yenamandra@kirkland.com

*Counsel to Calpine Corporation*

By: */s/ Jonathan M. Dunworth*
**SHEARMAN & STERLING**
C. Luckey McDowell (SBT 24034565)
Ian E. Roberts (SBT 24056217)
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 403-0649
Email: luckey.mcdowell@shearman.com
Email: ian.roberts@shearman.com

-and-

Joel Moss (*pro hac vice* pending)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (212) 848-4693
Email: joel.moss@shearman.com

-and-

Jonathan M. Dunworth (*pro hac vice* pending)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5288
Email: jonathan.dunworth@shearman.com

***Counsel to NRG Energy, Inc., ENGIE Energy Marketing NA, Inc., Talen Energy Supply LLC, and NextEra Energy Marketing, LLC***

## CERTIFICATE OF SERVICE

I certify that on October 22, 2021, I caused a copy of the foregoing document to be served by electronic mail on the following counsel of record for the Debtor:

Lino Mendiola
linomendiola@eversheds-sutherland.us

Michael Boldt
michaelboldt@eversheds-sutherland.us

Jim Silliman
jimsilliman@eversheds-sutherland.us

Louis R. Strubeck, Jr.
lstrubeck@omm.com

Nick Hendrix
nhendrix@omm.com

Jason L. Boland
jason.boland@nortonrosefulbright.com

Julia G. Harrison
julie.harrison@nortonrosefulbright.com

Maria Mokrzycka
maria.mokrzycka@nortonrosefulbright.com

Paul Trahan
paul.trahan@nortonrosefulbright.com

Michael M. Parker
michael.parker@nortonrosefulbright.com

Steve E. Peirce
steve.peirce@nortonrosefulbright.com

*/s/ Alistair Blacklock*
Alistair Blacklock