IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*,[2]<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., *et al.*,[3]<br><br>Defendants. | Adv. Proc. No. 21-03863 (DRJ) |

## NOTICE OF APPEAL

Electric Reliability Council of Texas, Inc. ("ERCOT") and Defendant-Intervenors Calpine Corporation, NRG Energy, Inc., NextEra Energy Marketing, LLC, ENGIE Energy Marketing NA, Inc., and Talen Energy Supply, LLC, by and through their undersigned counsel, submit this *Notice*

---

[1] The Debtor in this chapter 11 case, along with the last four digits its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's proposed claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2] The Plaintiff-Intervenors in this Adversary Proceeding are: the Official Committee of Unsecured Creditors, Mid-South Electric Cooperative Association; Denton County Electric Cooperative, Inc., d/b/a CoServ Electric; United Electric Cooperative Services, Inc., d/b/a United Cooperative Services; Tri-County Electric Cooperative, Inc.; Bartlett Electric Cooperative, Inc.; Comanche County Electric Cooperative Association; Cooke County Electric Cooperative Association, Inc. d/b/a PenTex Energy; Hamilton County Electric Cooperative Association; Heart of Texas Electric Cooperative, Inc.; J-A-C Electric Cooperative, Inc.; Navasota Valley Electric Cooperative, Inc.; and Wise Electric Cooperative, Inc.

[3] The Defendant-Intervenors in this Adversary Proceeding are: Calpine Corporation; Tenaska Power Services Co.; NRG Energy, Inc.; ENGIE Energy Marketing NA, Inc.; Talen Energy Supply, LLC; Golden Spread Electric Cooperative, Inc; South Texas Electric Cooperative; and NextEra Energy Marketing, LLC.

1

*of Appeal* of the *Order Granting in Part and Denying in Part Defendant's Motion to Dismiss and for Abstention* [Dkt. No. 137] entered by the Bankruptcy Court on October 22, 2021. The Order is attached as **Exhibit A**. ERCOT and Defendant-Intervenors' motion for leave to file this appeal is filed concurrently with this Notice of Appeal.

The names of all the parties to the Order and the names, addresses, telephone numbers, and email addresses of their respective attorneys of record are as follows:

| PARTY | COUNSEL |
|---|---|
| **ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. – APPELLANT** | **MUNSCH HARDT KOPF & HARR, P.C.**<br>Kevin M. Lippman (Texas Bar No. 00784479)<br>Deborah Perry (Texas Bar No. 24002755)<br>Jamil N. Alibhai (Texas Bar No. 00793248)<br>Ross H. Parker (Texas State Bar No. 24007804)<br>500 N. Akard St.<br>Suite 3800<br>Dallas, TX 75201<br>klippman@munsch.com<br>dperry@munsch.com<br>jalibhai@munsch.com<br>rparker@munsch.com |
| **BRAZOS ELECTRIC POWER COOPERATIVE, INC. – APPELLEE** | **NORTON ROSE FULBRIGHT US LLP**<br>Jason L. Boland (SBT 24040542)<br>Julie G. Harrison (SBT 24092434)<br>Maria Mokrzycka (SBT 24119994)<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010<br>Telephone: (713) 651-5151<br>jason.boland@nortonrosefulbright.com<br>julie.harrison@nortonrosefulbright.com<br>maria.mokrzycka@nortonrosefulbright.com<br><br>Paul Trahan (SBT 24003075)<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701<br>Telephone: (512) 536 5288<br>paul.trahan@nortonrosefulbright.com |

| PARTY | COUNSEL |
|---|---|
| | Michael M. Parker (SBT 00788163)<br>Steve A. Peirce (SBT 15731200) 111 West Houston Street, Suite 1800 San Antonio, TX 78205<br>Telephone: (210) 270-7179<br>Facsimile: (210) 270-7205<br>Email: michael.parker@nortonrosefulbright.com<br>Email: steve.peirce@nortonrosefulbright.com<br><br>**EVERSHEDS SUTHERLAND (US) LLP**<br>Lino Mendiola (SBT 00791248)<br>Michael Boldt (SBT 24064918)<br>Jim Silliman (SBT 24081416)<br>One American Center<br>600 Congress Ave., Suite 2000<br>Austin, TX 78701<br>Telephone: (512) 721-2700<br>linomendiola@eversheds-sutherland.us<br>michaelboldt@eversheds-sutherland.us<br><br>**O'MELVENY & MYERS LL**<br>Louis R. Strubeck, Jr. (SBT 19425600)<br>Nick Hendrix (SBT 24087708)<br>2501 North Harwood Street<br>Dallas, Texas 75201<br>Telephone: (972) 360-1925<br>lstrubeck@omm.com<br>nhendrix@omm.com |
| **THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS – APPELLEE** | **PORTER HEDGES LLP**<br>John F. Higgins (TX 09597500)<br>Eric D. Wade (TX 00794802)<br>Heather K. Hatfield (TX 24050730)<br>M. Shane Johnson (TX 24083263)<br>Megan Young-John (TX 24088700)<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 226-6248<br>jhiggins@porterhedges.com<br>ewade@porterhedges.com<br>hhatfield@porterhedges.com<br>sjohnson@porterhedges.com |

| PARTY | COUNSEL |
|---|---|
|  | myoung-john@porterhedges.com<br><br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>Thomas Moers Mayer (admitted pro hac vice)<br>Amy Caton (admitted pro hac vice)<br>Jennifer Sharret (admitted pro hac vice)<br>John P. Coffey (admitted pro hac vice)<br>Ronald S. Greenberg (admitted pro hac vice)<br>Seth F. Schinfeld (admitted pro hac vice)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>tmayer@kramerlevin.com<br>acaton@kramerlevin.com<br>jsharret@kramerlevin.com<br>jcoffey@kramerlevin.com<br>rgreenberg@kramerlevin.com<br>sschinfeld@kramerlevin.com |
| **CALPINE CORPORATION -- APPELLANT** | **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>David R. Seligman, P.C. (admitted *pro hac vice*) 300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: david.seligman@kirkland.com<br><br>Mark McKane, P.C. (admitted *pro hac vice*)<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (212) 439-1500<br>Email: mark.mckane@kirkland.com<br><br>Aparna Yenamandra (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: aparna.yenamandra@kirkland.com |

| PARTY | COUNSEL |
|---|---|
| **NRG ENERGY, INC., ENGIE ENERGY MARKETING NA, INC., TALEN ENERGY SUPPLY, LLC, AND NEXTERA ENERGY MARKETING, LLC -- APPELLANTS** | **SHEARMAN & STERLING LLP**<br>C. Luckey McDowell (SBT 24034565)<br>Ian E. Roberts (SBT 24056217)<br>2828 N. Harwood Street, Suite 1800<br>Dallas, Texas 75201<br>Telephone: (214) 403-0649<br>Email: luckey.mcdowell@shearman.com<br>Email: ian.roberts@shearman.com<br><br>Joel Moss (admitted *pro hac vice*)<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (212) 848-4693<br>Email: joel.moss@shearman.com<br><br>Jonathan M. Dunworth (admitted *pro hac vice*)<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 848-5288<br>Email: jonathan.dunworth@shearman.com |
| **INTERESTED PARTIES** ||
| **GOLDEN SPREAD ELECTRIC COOPERATIVE, INC.** | **HOLLAND & KNIGHT LLP**<br>Annapoorni R. Sankaran TX Bar No. 24071918<br>1100 Louisiana Street, Suite 4300<br>Houston, TX 77002<br>Telephone: (713) 821-7000<br>Facsimile: (713) 821-7001<br>Email: anna.sankaran@hklaw.com |
| **SOUTH TEXAS ELECTRIC COOPERATIVE** | **HAYNES AND BOONE, LLP**<br>Patrick L. Hughes<br>Texas State Bar No. 10227300<br>David Trausch<br>Texas State Bar No. 24113513<br>1221 McKinney, Suite 4000<br>Houston, TX 77010<br>Telephone:    (713) 547-2000<br>Facsimile:    (713) 547-2600<br>Email: patrick.hughes@haynesboone.com<br>Email: david.trausch@haynesboone.com |

| PARTY | COUNSEL |
|---|---|
| **TENASKA POWER SERVICES CO. -- APPELLANT** | **ROSS & SMITH, PC**<br>Judith W. Ross<br>TX Bar No. 21010670<br>700 North Pearl Street, Suite 1610<br>Dallas, TX 75201<br>Telephone: (214) 377-8659<br>Email: judith.ross@judithwross.com |
| **TRI-COUNTY ELECTRIC COOPERATIVE, INC.** | **FORCHEY & PROSTOK LLP**<br>J. Robert Forshey (07264200)<br>Jeff P. Prostok (16352500)<br>777 Main St., Suite 1550<br>Fort Worth, Texas 76102<br>Tel: 817.877.8855<br>Fax: .817.877.4151<br>bforshey@forsheyprostok.com<br>jprostok@forsheyprostok.com<br><br>**AKIN GUMP STRAUSS HAUER & FELD, LLP**<br>Sarah Link Schultz<br>Texas Bar No. 24033047<br>Laura P. Warrick<br>Texas Bar No. 24079546<br>2300 N. Field Street, Suite 1800<br>Dallas, Texas 75201-2481<br>(214) 969-4367 Telephone<br>(214) 969-4343 Facsimile<br>sschultz@akingump.com<br><br>Abid Qureshi (pro hac vice)<br>New York Bar No. 2684637<br>One Bryant Park<br>New York, New York 10036<br>Telephone: (212) 872-100<br>aqureshi@akingump.com |
| **THE AD HOC GROUP OF MEMBER-OWNER DISTRIBUTION COOPERATIVES** | **VINSON & ELKINS LLP**<br>Harry A. Perrin (15796800)<br>Michael A. Garza (S.D. Tex. 3174861)<br>Kiran Vakamudi (24106540)<br>1001 Fannin Street, Suite 2500<br>Houston, Texas 77002<br>Tel:  713.758.2222 |

| PARTY | COUNSEL |
|---|---|
|  | Fax: 713.758.2346<br>hperrin@velaw.com mgarza@velaw.com<br>kvakamudi@velaw.com<br><br>Jordan W. Leu (24070139)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Tel: 214.220.7700<br>Fax: 214.220.7716<br>jleu@velaw.com |
| **DENTON COUNTY ELECTRIC COOPERATIVE, INC., D/B/A COSERV ELECTRIC** | **MCDERMOTT WILL & EMERY LLP**<br>Charles R. Gibbs (7846300)<br>Eric Seitz (24067863)<br>Jane A. Gerber (24092416)<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201-1664<br>Tel: 214.295.8000<br>Fac 972.232.3098<br>crgibbs@mwe.com<br>eseitz@mwe.com<br>jagerber@mwe.com |
| **UNITED ELECTRIC COOPERATIVE SERVICES, INC. D/B/A UNITED COOPERATIVE SERVICES** | **BONDS ELLIS EPPICH SCHAFER JONES LLP**<br>John Y. Bonds (02589100)<br>Joshua N. Eppich (24050567)<br>J. Robertson Clarke (24108098)<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, Texas 76102<br>Tel: 817.405.6900<br>Fax: 817.405.6902<br>john@bondsellis.com<br>joshua@bondsellis.com<br>robbie.clarke@bondsellis.com |
| **COUNSEL FOR MID-SOUTH ELECTRIC COOPERATIVE ASSOCIATION** | **BRACEWELL LLP**<br>Jason Cohen (24050435)<br>Nancy McEvily Davis (24078971)<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002<br>Tel: 713.223.2300<br>Fax:: 800.404.3970 |

| PARTY | COUNSEL |
|---|---|
|  | Nancy.Davis@bracewell.com<br>Jason.Cohen@bracewell.com |
| **THE PUBLIC UTILITY COMMISSION OF TEXAS** | KEN PAXTON<br>Attorney General of Texas<br><br>BRENT WEBSTER<br>First Assistant Attorney General<br><br>GRANT DORFMAN<br>Deputy First Assistant Attorney General<br><br>SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation<br><br>SEAN O'NEILL<br>Assistant Attorney General<br>Deputy Chief, Bankruptcy & Collections Division<br><br>JASON B. BINFORD<br>Texas State Bar No. 24045499<br>Southern Dist. Bar No. 574720<br>LAYLA D. MILLIGAN<br>Texas State Bar No. 24026015<br>Southern Dist. Bar No. 38000<br>Office of the Attorney General of Texas<br>Bankruptcy & Collections Division<br>P. O. Box 12548 MC008<br>Austin, Texas 78711-2548<br>Telephone: (512) 463-2173<br>Facsimile: (512) 936-1409<br>jason.binford@oag.texas.gov<br>layla.milligan@oag.texas.gov |

Dated: November 5, 2021

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jamil N. Alibhai*
Kevin M. Lippman
Texas Bar No. 00784479
klippman@munsch.com
Deborah Perry
Texas Bar No. 24002755
dperry@munsch.com
Jamil N. Alibhai
Texas Bar No. 00793248
jalibhai@munsch.com
Ross H. Parker
Texas State Bar No. 24007804
rparker@munsch.com

3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

**ATTORNEYS FOR ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**

By: */s/ Mark McKane*
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
David R. Seligman, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email: david.seligman@kirkland.com
-and-

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:    (415) 439-1400
Facsimile:    (212) 439-1500
Email: mark.mckane@kirkland.com

-and-

Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email: aparna.yenamandra@kirkland.com

***ATTORNEYS FOR CALPINE CORPORATION***

**SHEARMAN & STERLING LLP**

By: */s/ Ian E. Roberts*
C. Luckey McDowell (SBT 24034565)
Ian E. Roberts (SBT 24056217)
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 403-0649
Email: luckey.mcdowell@shearman.com
Email: ian.roberts@shearman.com

Joel Moss (admitted *pro hac vice*)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (212) 848-4693
Email: joel.moss@shearman.com

Jonathan M. Dunworth (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5288
Email: jonathan.dunworth@shearman.com

***ATTORNEYS FOR NRG ENERGY, INC.,
ENGIE ENERGY MARKETING NA, INC.,
TALEN ENERGY SUPPLY, LLC, AND
NEXTERA ENERGY MARKETING, LLC***

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2021, I caused a copy of the foregoing document to be served via the Court's CM/ECF system on all counsel of record.

*/s/ Jamil N. Alibhai*
Jamil N. Alibhai