**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>            Debtor. [1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>           Plaintiff / Intervenor-Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>           Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

**AMENDED WITNESS AND EXHIBIT LIST FOR
NOVEMBER 15, 2021 HEARING**

**WITNESSES:**

| | |
|---|---|
| 1. All persons listed on the witness list of any party; and | Judge:       Honorable David R. Jones<br>                Courtroom 400 |
| 2. Any rebuttal and/or impeachment witness. | Hearing Date:    November 15, 2021 |
| | Hearing Time:    2:00 p.m. (Central) |
| | Party's Name:    Brazos Electric Power Cooperative, Inc. |
| | Attorneys' Names:    Louis R. Strubeck Jr.<br>                     Jason L. Boland |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

Paul Trahan
Lino Mendiola
Michael Boldt

<u>Attorneys' Phone</u>:   (713) 651-5151

<u>Nature of Proceeding</u>:  Hearing on *Electric Reliability Council of Texas, Inc.'s Emergency Motion to Dismiss* [Adv. Dkt. No. 191] and *Joinder of Calpine Corporation, Tenaska Power Services Co., NRG Energy, Inc., ENGIE Energy Marketing NA, Inc., Talen Energy Supply, LLC, South Texas Electric Cooperative, Inc., and NextEra Energy Marketing, LLC to the Electric Reliability Council of Texas, Inc.'s Motion to Dismiss and Answer to the Amended Complaint* [Adv. Dkt. No. 193]; and *Debtor's Emergency Motion for Entry of an Order Striking ERCOT's Amended Proof of Claim* [Adv. Dkt. No. 233].

## EXHIBITS

| <u>Ex.</u> | <u>Description</u> | <u>Offered</u> | <u>Objection</u> | <u>Admitted / Not Admitted</u> | <u>Disposition</u> |
|---|---|---|---|---|---|
| 1. | ERCOT's Proof of Claim | | | | |
| 2. | ERCOT Nodal Protocols regarding pricing [Adv. Dkt. No. 173-1] | | | | |
| 3. | ERCOT Nodal Protocols Section 21: Revision Request Process, January 1, 2021 | | | | |
| 4. | Nodal Protocol Revision Request 626, as approved | | | | |
| 5. | Senate Bill 1580 | | | | |
| 6. | ERCOT's Amended Proof of Claim | | | | |
| 7. | Redline of Addendum to ERCOT's Original and Amended Proofs of Claim | | | | |
| 8. | Any document or pleading filed in the above-captioned case, including any exhibits thereto | | | | |
| 9. | Any exhibit designated by any other party | | | | |

| 10. | Any exhibit necessary to rebut the evidence or testimony of any witness offered or designated by any other party | | | | |
|---|---|---|---|---|---|

The Debtor reserves (i) the right to amend and/or supplement this Witness and Exhibit List at any time prior to the hearing; and (ii) the right to use additional exhibits for purposes of rebuttal or impeachment and to further supplement the foregoing Witness and Exhibit List as appropriate. The Debtor also reserves the right to rely upon and use as evidence (i) exhibits included on the exhibit lists of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned matter.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 13, 2021          Respectfully submitted,
      Houston, Texas

**EVERSHEDS SUTHERLAND (US) LLP**          **NORTON ROSE FULBRIGHT US LLP**

By: */s/ Lino Mendiola*                    By: */s/ Jason L. Boland*
Lino Mendiola (SBT 00791248)               Jason L. Boland (SBT 24040542)
Michael Boldt (SBT 24064918)               Julie G. Harrison (SBT 24092434)
Jim Silliman (SBT 24081416)                Maria Mokrzycka (SBT 24119994)
One American Center                        1301 McKinney Street, Suite 5100
600 Congress Ave., Suite 2000              Houston, TX 77010
Austin, TX 78701                           Telephone: (713) 651-5151
Telephone: (512) 721-2700                  Facsimile: (713) 651-5246
Facsimile: (512) 721-2656                  Email: jason.boland@nortonrosefulbright.com
Email: linomendiola@eversheds-sutherland.us    Email: julie.harrison@nortonrosefulbright.com
Email: michaelboldt@eversheds-sutherland.us    Email: maria.mokrzycka@nortonrosefulbright.com
Email: jimsilliman@eversheds-sutherland.us

*Special Counsel for the Debtor and Debtor in*    Paul Trahan (SBT 24003075)
*Possession*                               98 San Jacinto Boulevard, Suite 1100
                                           Austin, TX 78701
**O'MELVENY & MYERS LLP**                  Telephone: (512) 536 5288
Louis R. Strubeck, Jr. (SBT 19425600)      Facsimile: (512) 536 4598
Nick Hendrix (SBT 24087708)                Email: paul.trahan@nortonrosefulbright.com
2501 North Harwood Street
Dallas, Texas 75201                        Steve A. Peirce (SBT 15731200)
Telephone: (972) 360-1925                  111 West Houston Street, Suite 1800
Email: lstrubeck@omm.com                   San Antonio, TX 78205
Email: nhendrix@omm.com                    Telephone: (210) 270-7179
                                           Facsimile: (210) 270-7205
                                           Email: steve.peirce@nortonrosefulbright.com
*Co-Counsel for the Debtor and Debtor in*
*Possession*                               *Counsel for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service on the 13th day of November, 2021.

                                           */s Julie Harrison*
                                           Julie Harrison

- 4 -