United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 15, 2021
Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 21-30725** |
| **BRAZOS ELECTRIC POWER** | § | |
| **COOPERATIVE, INC.,** | § | **CHAPTER 11** |
| | § | |
| Debtor. | § | |
| | § | |
| **BRAZOS ELECTRIC POWER** | § | |
| **COOPERATIVE, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | **ADVERSARY NO. 21-3863** |
| | § | |
| **ELECTRIC RELIABILITY COUNCIL OF** | § | |
| **TEXAS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER
(Docket No. 233)

For the reasons stated on the record pursuant to Bankruptcy Rule 7052, it is

**ORDERED THAT**:

1.    The motion to strike the amended proof of claim is denied.  No further amendments may be made absent a showing of compelling cause and further order.

   **SIGNED: November 15, 2021.**


_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**