United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 16, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC. AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS,<br><br>Plaintiff/Plaintiff-Intervenor,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>Defendant. | Adv. Proc. No. 21-03863 (DRJ)<br><br><br><br><br><br><br><br>(Docket No. 226) |

## JOINT STIPULATION AND AGREED ORDER EXTENDING THE DEADLINE TO COMPLETE FACT DEPOSITIONS
**[Relates to Dkt. No. 13]**

Brazos Electric Power Cooperative, Inc. (the "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") (together with Debtor, "Plaintiffs"), and the Electric Reliability Council of Texas, Inc. ("ERCOT" or "Defendant," and together with Plaintiffs, the "Parties") hereby enter into this stipulation and agreed order (the "Stipulation and Agreed Order") and state as follows:

**WHEREAS**, on August 30, 2021, the Court entered a scheduling order (the "Scheduling Order") [Adv. Dkt. No. 13] setting forth various deadlines and settings in this Adversary

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

Proceeding, including motion deadlines, discovery deadlines, and a trial set for February 21–25, 2022;

**WHEREAS**, the Scheduling Order sets November 23, 2021 as the deadline for Parties to conclude all fact discovery (the "Fact Discovery Deadline") [Adv. Dkt. No. 13 ¶ 1];

**WHEREAS**, the Parties have agreed to extend the Fact Discovery Deadline to December 3, 2021 for the sole purpose of conducting certain additional depositions;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED BY THE PARTIES AND HEREBY ORDERED THAT:**

1. The Fact Discovery Deadline is extended to and through December 3, 2021 by agreement of the Parties solely to allow additional time for depositions.

2. No other date or deadline set forth in the Scheduling Order shall be amended by this Stipulation and Agreed Order.

**IT IS SO ORDERED:**

Signed:  November 16, 2021.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

**IT IS SO STIPULATED:**

**Date: November 12, 2021**

| | |
|---|---|
| **EVERSHEDS SUTHERLAND (US) LLP**<br><br>By: */s/ Lino Mendiola*<br>Lino Mendiola (SBT 00791248)<br>Michael Boldt (SBT 24064918)<br>Jim Silliman (SBT 24081416)<br>One American Center<br>600 Congress Ave., Suite 2000<br>Austin, TX 78701<br>Telephone: (512) 721-2700<br>Facsimile: (512) 721-2656<br>Email: linomendiola@eversheds-sutherland.us<br>Email: michaelboldt@eversheds-sutherland.us<br>Email: jimsilliman@eversheds-sutherland.us<br><br>*Special Counsel for the Debtor and Debtor in Possession*<br><br>**NORTON ROSE FULBRIGHT US LLP**<br><br>By: */s/ Jason L. Boland*<br>Jason L. Boland (SBT 24040542)<br>Julie G. Harrison (SBT 24092434)<br>Maria Mokrzycka (SBT 24119994)<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010<br>Telephone: (713) 651-5151<br>Facsimile: (713) 651-5246<br>Email: jason.boland@nortonrosefulbright.com<br>Email: julie.harrison@nortonrosefulbright.com<br>Email: maria.mokrzycka@nortonrosefulbright.com<br><br>Paul Trahan (SBT 24003075)<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701<br>Telephone: (512) 536 5288<br>Facsimile: (512) 536 4598<br>Email: paul.trahan@nortonrosefulbright.com | **MUNSCH HARDT KOPF & HARR, P.C.**<br><br>By: */s/   Jamil N. Alibhai*<br>Kevin M. Lippman (SBT 00784479)<br>Deborah Perry (SBT 24002755)<br>Jamil N. Alibhai (SBT 00793248)<br>3800 Ross Tower<br>500 N. Akard Street<br>Dallas, Texas 75201<br>Telephone:     (214) 855-7500<br>Facsimile:      (214) 855-7584<br>Email: klipppman@munsch.com<br>Email: dperry@munsch.com<br>Email: jalibhai@munsch.com<br><br>*Counsel for Electric Reliability Council of Texas, Inc.*<br><br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br><br>*/s/ Thomas Moers Mayers*<br><br>Thomas Moers Mayer (admitted *pro hac vice*)<br>Amy Caton (admitted *pro hac vice*)<br>Jennifer Sharret (admitted *pro hac vice*)<br>John P. Coffey (admitted *pro hac vice*)<br>Ronald S. Greenberg (admitted *pro hac vice*)<br>Jeffrey S. Trachtman (admitted *pro hac vice*)<br>Seth F. Schinfeld (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>(212) 715-9100<br>(212) 715-8000<br>tmayer@kramerlevin.com<br>acaton@kramerlevin.com<br>jsharret@kramerlevin.com<br>jcoffey@kramerlevin.com<br>rgreenberg@kramerlevin.com<br>jtrachtman@kramerlevin.com<br>sschinfeld@kramerlevin.com |

| | |
|---|---|
| Steve A. Peirce (SBT 15731200)<br>111 West Houston Street, Suite 1800<br>San Antonio, TX 78205<br>Telephone: (210) 270-7179<br>Facsimile: (210) 270-7205<br>Email: steve.peirce@nortonrosefulbright.com<br><br>*Counsel for the Debtor and Debtor in Possession*<br><br>**O'MELVENY & MYERS LLP**<br>Louis R. Strubeck, Jr. (SBT 19425600)<br>Nick Hendrix (SBT 24087708)<br>2501 North Harwood Street<br>Dallas, Texas 75201<br>lstrubeck@omm.com<br>nhendrix@omm.com<br>(972) 360-1925<br><br>*Co-Counsel for the Debtor and Debtor in Possession* | *Counsel to the Official Committee of Unsecured Creditors*<br><br>**PORTER HEDGES LLP**<br><br>*/s/ John F. Higgins*<br>John F. Higgins (TX 09597500)<br>Eric D. Wade (TX 00794802)<br>Heather K. Hatfield (TX 24050730)<br>M. Shane Johnson (TX 24083263)<br>Megan Young-John (TX 24088700)<br>PORTER HEDGES LLP<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 228-1331<br>jhiggins@porterhedges.com<br>ewade@porterhedges.com<br>hhatfield@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |