United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 09, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Electric Reliability Council of Texas, Inc., et al., | § § § § | |
| Appellants, | § § | |
| versus | § § | Civil Action H-21-3877 |
| Brazos Electric Power, Cooperative, Inc., et al., | § § § § | |
| Apellees. | § | |

| | | |
|---|---|---|
| *In re* Brazos Electric Power, Cooperative, Inc., | § § § § § | Bankruptcy 21-3863 |
| Debtor. | § | |

## Consolidation Order

This case is consolidated with Civil Action H-21-3692 *Electric Reliability Council of Texas, Inc. et al.* (11)

Signed on December **8**, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge