IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>    DEBTOR. | § § § § § § § | CHAPTER 11<br><br>CASE NO. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>    PLAINTIFF<br><br>V.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>    DEFENDANT. | § § § § § § § § § § § § § § | Adv. Pro. No. 21-03863 (DRJ) |

**JOINT STIPULATION AND AGREED ORDER AMONG
THE PUBLIC UTILITY COMMISSION OF TEXAS AND DENTON
COUNTY ELECTRIC COOPERATIVE, INC., D/B/A COSERV ELECTRIC**

The Public Utility Commission of Texas (the "**PUCT**") and the Denton County Electric Cooperative, Inc., d/b/a CoServ Electric ("**CoServ**") hereby file this Joint Stipulation and Agreed Order through their undersigned counsel and hereby stipulate and agree ("**Stipulation and Agreed Order**") as follows:

**WHEREAS** on October 22, 2021, Plaintiff-Intervenor Denton County Electric Cooperative, Inc., d/b/a CoServ Electric ("**CoServ**") served a *Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* [Doc. 151] (the "**Subpoena**") upon the PUCT.

**WHEREAS** on November 5, 2021, the PUCT filed its *Motion to Quash Subpoena, or in the Alternative, Motion for Protective Order* [Doc. 206] ("**Motion to Quash**").

**WHEREAS** on November 24, 2021, CoServ filed its *Response to the Public Utility Commission of Texas's Motion to Quash Subpoena, or in the Alternative, Motion for Protective Order and Emergency Cross-Motion to Compel* [Doc. 260] ("**Cross-Motion to Compel**").

**WHEREAS** an agreement has been reached between CoServ and the PUCT (the "**Parties**") regarding discovery parameters and deadlines in response to the Subpoena, including search terms, custodians of record, and the time period for the search.

**WHEREAS** CoServ agrees that by the PUCT voluntarily agreeing to produce documents in response to the Subpoena and by the filing and entry of this Stipulation and Agreed Order, the PUCT in no way waives or is intending to waive its assertion of sovereign immunity.

**WHEREAS,** the PUCT and CoServ, in light of the agreement reflected herein, agree to withdraw the Motion to Quash and Cross-Motion to Compel, respectively.

**NOW, THEREFORE, IT IS STIPULATED, AGREED, AND ORDERED** as follows:

1. The foregoing recitals are hereby incorporated by reference into this Stipulation and Agreed Order.

2. The Motion to Quash filed by the PUCT is hereby withdrawn.

3. The Cross-Motion to Compel filed by CoServ is hereby withdrawn.

4. This Stipulation and Agreed Order shall be binding upon the Parties and upon all of their affiliates, assigns, and successors, in each case, in their respective capacities as such.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation and Agreed Order, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation and Agreed Order.

Signed: _____, 2021

                                                               THE HONORABLE DAVID R. JONES
                                                               UNITED STATES BANKRUPTCY JUDGE

Dated: December 9, 2021

**STIPULATED AND AGREED:**

| */s/ Layla D. Milligan* | */s/ Maris Kandestin* |
|---|---|
| JASON B. BINFORD | CHARLES R. GIBBS |
| Texas State Bar No. 24045499 | Texas State Bar No. 7846300 |
| S. Dist. Bar No. 574720 | ERIC SEITZ |
| LAYLA D. MILLIGAN | Texas State Bar No. 24067863 |
| Texas State Bar No. 24026015 | JANE A. GERBER |
| S. Dist. Bar No. 38000 | Texas State Bar No. 24092416 |
| AUTUMN HIGHSMITH | MARIS KANDESTIN |
| Texas State Bar No. 24048806 | Del. State Bar No. 5294 |
| S. Dist. Bar No. 597383 | McDermott Will & Emery LLP |
| Office of the Attorney General of Texas | 2501 North Harwood Street, Suite 1900 |
| Bankruptcy & Collections Division | Dallas, Texas 75201-1664 |
| P. O. Box 12548 MC008 | Telephone: (214) 295-8000 |
| Austin, Texas 78711-2548 | Email: crgibbs@mwe.com |
| Telephone: (512) 463-2173 |        eseitz@mwe.com |
| Facsimile: (512) 936-1409 |        jagerber@mwe.com |
| jason.binford@oag.texas.gov |        mkandestin@mwe.com |
| layla.milligan@oag.texas.gov | |
| autumn.highsmith@oag.texas.gov | *Counsel to Denton County Electric Cooperative, Inc., d/b/a CoServ Electric* |
| *Counsel for the Public Utility Commission of Texas* | |

## CERTIFICATE OF SERVICE

I certify that on December 9, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

                                       */s/ Layla D. Milligan*
                                       LAYLA D. MILLIGAN