# Exhibit C

Contains Highly Confidential Portions Bound Separately

Page 1

1        BORDOVSKY - 12/1/21

2     IN THE UNITED STATES BANKRUPTCY COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
3              HOUSTON DIVISION
   -------------------------------
4  In re:                              Chapter 11

5  BRAZOS ELECTRIC POWER
   COOPERATIVE, INC.                   Case No.
6                                      21-30725 (DRJ)
          Debtor.
7
   BRAZOS ELECTRIC POWER
8  COOPERATIVE, INC.

9         Plaintiff

10 v.                                  Adv. Proc. No.
                                       21-03863 (DRJ)
11 ELECTRIC RELIABILITY
   COUNCIL OF TEXAS, INC.
12
          Defendant.
13 -------------------------------

14    **CONTAINS HIGHLY CONFIDENTIAL PORTIONS**

15           **BOUND SEPARATELY**

16       PAGES 46-56, 71-72, 86-111

17

18       VIDEOTAPED ORAL DEPOSITION OF

19             KHAKI BORDOVSKY

20               Waco, Texas

21            December 1, 2021

22

23

24 Reported by:  Susan S. Klinger, RMR-CRR, CSR

25 Job No. 202444

TSG Reporting - Worldwide    877-702-9580

Contains Highly Confidential Portions Bound Separately

Page 11

```
 1                     BORDOVSKY - 12/1/21
 2       is either an outside attorney or an expert,
 3       so we won't need to excuse anyone who is
 4       currently on from when we discuss highly
 5       confidential information, Mark; is that
 6       correct?
 7              All right.
 8                     KHAKI BORDOVSKY,
 9  having been first duly sworn, testified as
10  follows:
11                     EXAMINATION
12  BY MR. ALIBHAI:
13       Q.   Good morning.  Could you please
14  state your full name.
15       A.   My name is Khaki Jane Bordovsky.
16       Q.   Ms. Bordovsky -- am I saying that
17  correct?
18       A.   Yes.
19       Q.   Ms. Bordovsky, how are you employed?
20       A.   I'm employed by Brazos Electric.
21       Q.   What is your current position?
22       A.   My current position is vice
23  president of services.
24       Q.   How long have you been the vice
25  president of services?
```

Contains Highly Confidential Portions Bound Separately

Page 57

```
 1                    BORDOVSKY - 12/1/21
 2                *        *        *
 3         Q.    Let me hand you what has been marked
 4  as Exhibit 30.
 5                (Exhibit 30 marked.)
 6         Q.    This is an email from Mr. Evans to
 7  you and Mr. Karnei and others dated
 8  February 19th; correct?
 9         A.    That's correct.
10         Q.    And it is a summary of collateral
11  calls from ERCOT; correct?
12         A.    It appears to be a summary of
13  collateral calls from February 16th through
14  19th.
15         Q.    And was the collateral call for
16  February 18th paid -- sorry -- the collateral
17  call for February 16th that was due
18  February 18th paid?
19         A.    No, it was not.
20         Q.    Was the collateral call for
21  February 17th that was due February 19th paid?
22         A.    No, it was not.
23         Q.    Was the collateral call for
24  February 18th that was due February 22nd paid?
25         A.    No, it was not.
```

Contains Highly Confidential Portions Bound Separately

Page 135

1  BORDOVSKY - 12/1/21

2  C E R T I F I C A T E

3

4    I, SUSAN S. KLINGER, a certified shorthand

5  reporter within and for the State of Texas, do

6  hereby certify:

7    That KHAKI BORDOVSKY, the witness whose

8  deposition is hereinbefore set forth, was duly

9  sworn by me and that such deposition is a true

10 record of the testimony given by such witness.

11    I further certify that I am not related to

12 any of the parties to this action by blood or

13 marriage; and that I am in no way interested in

14 the outcome of this matter.

15    IN WITNESS WHEREOF, I have hereunto set my

16 hand this 2nd of December, 2021.

17

18 _____

19 Susan S. Klinger, RMR-CRR, CSR

20 Texas CSR# 6531

21

22

23

24

25