## IN THE UNITED STATES BANKRUPTCY COURTFOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| In re:<br>BRAZOS ELECTRIC POWER<br>COOPERATIVE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER<br>COOPERATIVE, INC., *et al.*,<br><br>Plaintiff / Intervenor-Plaintiffs,<br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF<br>TEXAS, INC., *et al.*,<br><br>Defendant / Intervenor-Defendants. | Adv. Proc. No. 21-03863 (DRJ) |

## AFFIDAVIT OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On January 6, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtor's Motion for Partial Summary Judgment** (Docket No. 285)

Dated: January 7, 2022

Sabrina G. Tu

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 7th day of January, 2022, by Sabrina G. Tu, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

SERINA TRAN
Notary Public - California
Orange County
Commission # 2368456
My Comm. Expires Jul 30, 2025

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

# Exhibit A



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Electric Reliability Council of TX | Attn: Leslie Wiley & Kenan Ogelman | 7620 Metro Center Drive | | Austin | TX | 78744 |
| Electric Reliability Council of TX | c/o Munsch Hardt Kopf & Harr, P.C. | 500 N. Akard Street, Suite 3800, 3800 Ross Tower | Attn: K Lippman, D Perry & R Parker | Dallas | TX | 75201-6659 |

In re: Brazos Electric Power Cooperative, Inc. v. Electric Reliability Council of Texas, Inc.
Case No. 21-03863 (DRJ)

# **Exhibit B**



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Electric Reliability Council of Texas, Inc. (ERCOT) | Attn: Leslie Wiley and Kenan Ogelman | | kenan.ogelman@ercot.com |
| Electric Reliability Council of Texas, Inc. (ERCOT) | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: Kevin M. Lippman & Deborah M. Perry | klippman@munsch.com dperry@munsch.com |

In re: Brazos Electric Power Cooperative, Inc. v. Electric Reliability Council of Texas, Inc.
Case No. 21-03863 (DRJ)