Electronic Appearance Sheet

Jon C.  Fultz, Fultz & Fultz, PLLC
Client(s): Counsel for Mid-South Electric Corp.

Nadigadda Sajana, Pro Se, None, Pro Se
Client(s): Stakeholder

Mark McKane, Kirkland & Ellis LLP
Client(s): Calpine Corporation

Marc Taubenfeld, McGuire, Craddock & Strother, PC
Client(s): Regions Bank, as Indenture Trustee

Jamil  Alibhai, Munsch Hardt Kopf & Harr
Client(s): COUNSEL FOR ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.

Louis Strubeck, O'Melveny & Myers LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Melissa Harris, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Wayne Kitchens, HWA, LLP
Client(s): HILCO Electric Cooperative

John Higgins, Porter Hedges LLP
Client(s): Unsecured Creditors Committee

Nathan Haynes, Greenberg Traurig
Client(s): Certain Holders of (or managers or investment managers to certain

holders of) the 6.54% Series 2009A Senior Secured Notes due June

30, 2024 Issued by Brazos Sandy Creek Electric Cooperative, Inc.

Judith Ross, Ross & Smith, PC
Client(s): Tenaska Power Services Co.