**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER<br>COOPERATIVE, INC.,<br><br>       Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER<br>COOPERATIVE, INC., *et al.*,<br><br>       Plaintiff / Intervenor-Plaintiffs,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF<br>TEXAS, INC., *et al.*,<br><br>       Defendant / Intervenor-Defendants. | Adv. Proc. No. 21-03863 (DRJ) |

**NOTICE OF HEARING ON**
**OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**MOTION FOR SUMMARY JUDGMENT**
[Relates to Adv. Dkt. No. 281]

      **PLEASE TAKE NOTICE THAT** a hearing has been set for **Monday, January 31, 2022**

**at 1:00 p.m. prevailing Central Time** on *Official Committee of Unsecured Creditors' Motion for*

*Summary Judgment* [Adv. Dkt. No. 281], before the Honorable David R. Jones, United States

Bankruptcy Judge.  The hearing will take place in Judge Jones' courtroom, Courtroom 400, 515

Rusk, Houston, Texas 77002 and by telephone and video conference, with the following

instructions below.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

13225455

Participation at the hearing is permitted in-person and by audio and video connection pursuant to the Court's Post-COVID Reopening Plan.

For participants not attending in person, audio communication will be by use of the Court's dial-in facility.  You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number.  Judge Jones' conference room number is **205691**. Video communication will be by use of the GoToMeeting platform.  Connect via the free GoToMeeting application or click the link on Judge Jones' home page.  The meeting code is "JudgeJones."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jones' home page.  Select the case name, complete the required fields and click "Submit" to complete your appearance.

Respectfully submitted this 18th day of January 2022.

[*Remainder of Page Intentionally Blank*]

13225455

**PORTER HEDGES LLP**

*/s/ John F. Higgins*
_____
John F. Higgins (TX 09597500)
Eric D. Wade (TX 00794802)
Heather K. Hatfield (TX 24050730)
M. Shane Johnson (TX 24083263)
Megan Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
jhiggins@porterhedges.com
ewade@porterhedges.com
hhatfield@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

- and –

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

Thomas Moers Mayer (admitted *pro hac vice*)
Amy Caton (admitted *pro hac vice*)
Jennifer Sharret (admitted *pro hac vice*)
John P. Coffey (admitted *pro hac vice*)
Ronald S. Greenberg (admitted *pro hac vice*)
Jeffrey S. Trachtman (admitted *pro hac vice*)
Seth F. Schinfeld (admitted *pro hac vice*)
Nancy M. Bello (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
(212) 715-8000
tmayer@kramerlevin.com
acaton@kramerlevin.com
jsharret@kramerlevin.com
jcoffey@kramerlevin.com
rgreenberg@kramerlevin.com
jtrachtman@kramerlevin.com
sschinfeld@kramerlevin.com
nbello@kramerlevin.com

*Counsel to the Official Committee of Unsecured Creditors*

3

13225455

**<u>Certificate of Service</u>**

I certify that on January 18, 2022 I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
John F. Higgins

13225455