# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*,<br><br>Plaintiff / Intervenor-Plaintiffs,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. *et al.*,<br><br>Defendant / Intervenor-Defendants. | Adv. Proc. No. 21-03863 (DRJ) |

## NOTICE OF HYBRID HEARING ON DEBTOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON JANUARY 31, 2022

**PLEASE TAKE NOTICE** that a hybrid hearing will be held on **January 31, 2022, at 1:00 p.m. (prevailing Central Time)**, before the Honorable David R. Jones, United States Bankruptcy Judge for the Southern District of Texas, in Courtroom 400, 515 Rusk Street, Houston, Texas 77002, to consider the relief requested in the *Debtor's Motion for Partial Summary Judgment* **[Adv. Dkt. No. 285, filed Jan. 6, 2022]**, and the *Debtor's Joinder to the Official Committee of Unsecured Creditors' Motion for Summary Judgment* **[Adv. Dkt. No. 288, filed Jan. 6, 2022]**.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729).  Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos.  The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

**PLEASE TAKE FURTHER NOTICE** that you may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. You will be responsible for your own long-distance charges. Once connected, you will be asked to enter the conference room number. Judge Jones's conference room number is 205691. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeJones" in the GoToMeeting app or click the link on Judge Jones's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing. To make your electronic appearance, go to the Southern District of Texas website and select "Bankruptcy Court" from the top menu. Select "Judges' Procedures," then "View Home Page" for Judge Jones. Under "Electronic Appearance" select "Click here to submit Electronic Appearance". Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the filings in this adversary case can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov or can be obtained free of charge on the website maintained by the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: January 18, 2022<br>Houston, Texas | Respectfully submitted, |
| **EVERSHEDS SUTHERLAND (US) LLP** | **NORTON ROSE FULBRIGHT US LLP** |
| | By: */s/ Jason L. Boland* |
| Lino Mendiola (SBT 00791248) | Jason L. Boland (SBT 24040542) |
| Michael Boldt (SBT 24064918) | Julie G. Harrison (SBT 24092434) |
| David Baay (SBT 24027050) | Maria Mokrzycka (SBT 24119994) |
| Jim Silliman (SBT 24081416) | 1301 McKinney Street, Suite 5100 |
| One American Center | Houston, TX 77010 |
| 600 Congress Ave., Suite 2000 | Telephone: (713) 651-5151 |
| Austin, TX 78701 | Facsimile: (713) 651-5246 |
| Telephone: (512) 721-2700 | Email: jason.boland@nortonrosefulbright.com |
| Facsimile: (512) 721-2656 | Email: julie.harrison@nortonrosefulbright.com |
| Email: linomendiola@eversheds-sutherland.us | Email: maria.mokrzycka@nortonrosefulbright.com |
| Email: michaelboldt@eversheds-sutherland.us | |
| Email: davidbaay@eversheds-sutherland.us | Paul Trahan (SBT 24003075) |
| Email: jimsilliman@eversheds-sutherland.us | Emily Wolf (SBT 24106595) |
| | 98 San Jacinto Boulevard, Suite 1100 |
| *Special Counsel for the Debtor and Debtor in Possession* | Austin, TX 78701 |
| | Telephone: (512) 536 5288 |
| | Facsimile: (512) 536 4598 |
| **O'MELVENY & MYERS LLP** | Email: paul.trahan@nortonrosefulbright.com |
| Louis R. Strubeck, Jr. (SBT 19425600) | Email: emily.wolf@nortonrosefulbright.com |
| Nick Hendrix (SBT 24087708) | |
| 2501 North Harwood Street | Steve A. Peirce (SBT 15731200) |
| Dallas, Texas 75201 | 111 West Houston Street, Suite 1800 |
| Telephone: (972) 360-1925 | San Antonio, TX 78205 |
| Email: lstrubeck@omm.com | Telephone: (210) 270-7179 |
| Email: nhendrix@omm.com | Facsimile: (210) 270-7205 |
| Telephone: (972) 360-1925 | Email: steve.peirce@nortonrosefulbright.com |
| | |
| *Co-Counsel for the Debtor and Debtor in Possession* | *Counsel for the Debtor and Debtor in Possession* |

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service on the 18th day of January, 2022.

*/s/ Maria Mokrzycka*
Maria Mokrzycka