IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>　　　Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>　　　Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.,<br><br>　　　Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

### FIRST AMENDED NOTICE OF HYBRID HEARING ON ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
[ECF NO. 279]

　　1.　　PLEASE TAKE NOTICE that on December 22, 2021, Electric Reliability Council of Texas, Inc. ("ERCOT") filed its *Motion for Partial Summary Judgment* [Docket No. 279] under seal (the "Motion").

　　2.　　PLEASE TAKE FURTHER NOTICE that the hybrid hearing on the Motion will take place on **Monday, January 31, 2022, at 1:00 p.m.** (prevailing Central Time) before the Honorable David R. Jones, Chief United States Bankruptcy Judge, in Room 400 of the United States Bankruptcy Court, 515 Rusk Street, Houston, Texas 77002.

　　3.　　PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or by an audio and video connection. Audio communication will be by use of the Court's dial-in facility. You may access the facility at (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Jones' conference room number is 205691. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click on the link of Judge Jones' homepage. The meeting code is "JudgeJones". Click on the setting icon in the upper right corner and enter your name under the personal information setting.

　　4.　　PLEASE TAKE FURTHER NOTICE that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your electronic

1

appearance, click the "Electronic Appearance" link on Judge Jones' homepage. Select the case name, complete the required fields, and click "Submit" to complete your appearance

     5.    PLEASE TAKE FURTHER NOTICE that copies of the filings in this adversary proceeding can be obtained through the Bankruptcy Court's electronic case filing system at https://ecf.txsb.uscourts.gov/ or can be obtained free of charge on the website maintained by Debtor's claims and noticing agent at https://cases.stretto.com/Brazos/court-docket/court-docket-category/806-adversary-proceedings/.

Dated: January 18, 2022

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jamil N. Alibhai*
    Kevin M. Lippman
    Texas Bar No. 00784479
    klippman@munsch.com
    Deborah Perry
    Texas Bar No. 24002755
    dperry@munsch.com
    Jamil N. Alibhai
    Texas Bar No. 00793248
    jalibhai@munsch.com
    Ross H. Parker
    Texas State Bar No. 24007804
    rparker@munsch.com

    3800 Ross Tower
    500 N. Akard Street
    Dallas, Texas  75201-6659
    Telephone: (214) 855-7500
    Facsimile:  (214) 855-7584

**ATTORNEYS FOR THE ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**

## CERTIFICATE OF SERVICE

I certify that on January 18, 2022, I caused a copy of the foregoing document to be served on all counsel of record via the Court's CM/ECF system

*/s/ Jamil N. Alibhai*
Jamil N. Alibhai
