# EXHIBIT A

# EXHIBIT HAS BEEN

# REDACTED