# EXHIBIT B

# EXHIBIT HAS BEEN

# REDACTED