# EXHIBIT C

# EXHIBIT HAS BEEN

# REDACTED