# EXHIBIT D

# EXHIBIT HAS BEEN

# REDACTED