IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,[1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*,[2]<br><br>    Plaintiffs,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., *et al*.,[3]<br><br>    Defendants. | Adv. Proc. No. 21-03863 (DRJ) |

**ORDER DENYING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
MOTION FOR SUMMARY JUDGMENT**
[Relates to Adv. Dkt. No. 281]

Before the Court is *Official Committee of Unsecured Creditors' Motion for Summary Judgment* [Adv. Dkt. No. 281] (the "Motion"), and the Court having considered the Motion, *Electric Reliability Council of Texas, Inc.'s Response in Opposition to Official Committee of*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's proposed claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2] The Plaintiff-Intervenors in this Adversary Proceeding are: the Official Committee of Unsecured Creditors, Mid-South Electric Cooperative Association; Denton County Electric Cooperative, Inc., d/b/a CoServ Electric; United Electric Cooperative Services, Inc., d/b/a United Cooperative Services; Tri-County Electric Cooperative, Inc.; Bartlett Electric Cooperative, Inc.; Comanche County Electric Cooperative Association; Cooke County Electric Cooperative Association, Inc. d/b/a PenTex Energy; Hamilton County Electric Cooperative Association; Heart of Texas Electric Cooperative, Inc.; J-A-C Electric Cooperative, Inc.; Navasota Valley Electric Cooperative, Inc.; and Wise Electric Cooperative, Inc.

[3] The Defendant-Intervenors in this Adversary Proceeding are: Calpine Corporation; Tenaska Power Services Co.; NRG Energy, Inc.; ENGIE Energy Marketing NA, Inc.; Talen Energy Supply, LLC; Golden Spread Electric Cooperative, Inc.; South Texas Electric Cooperative, Inc.; and NextEra Energy Marketing, LLC.

1

*Unsecured Creditors' Motion for Summary Judgment*, and the arguments of counsel, the Court finds that the relief requested in the Motion should be denied.

IT IS THEREFORE ORDERED that the Official Committee of Unsecured Creditors' Motion for Summary Judgment is DENIED.

**Entered:**

_____
**HONORABLE DAVID R. JONES**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**