# EXHIBIT 1

1          STATE OF TEXAS

2       HOUSE OF REPRESENTATIVES

3

4       STATE AFFAIRS COMMITTEE

5          PUBLIC HEARING

6       Tuesday, March 16, 2021

7            8:00 a.m.

8

9

10

11         AUDIO TRANSCRIPTION

12    Portion 1 Audio Runtime: 1:51

13    Portion 2 Audio Runtime: 2:50

14

15

16

17

18

19

20

21

22

23

24  Transcriber:  Annette M. Montalvo, RDR, CRR

25

Page 126

1  throughout that week was, people would miss an
2  outage for one day, and then they'd extend it,
3  and then they'd extend it. Was that gas supply?
4  Was that mechanical issues? It varied. But we
5  were not very sure and felt like there was an
6  extreme amount of risk about the uncertainty on
7  the supply side of the system. And it would not
8  take the loss of much supply to plunge us back
9  into outages.
10       And so we thought what can we do that's
11  going to keep as much of that generation on as
12  possible. And we considered Reliability Unit
13  Commitment. We considered that option. The
14  challenge we saw there is the RUC process is a
15  unit by unit decision, it takes more time, and
16  you may pick the wrong unit to RUC on and find
17  out you have a problem later on down the line.
18  So we were looking for a way to send the most
19  clear signal we possibly could to people to stay
20  on line, at maximum, as they had the days before.
21       And where this had an impact, and why
22  we did it through Friday morning was, we saw load
23  shed Thursday morning and Friday morning. And we
24  heard from some gas plants, hey, as soon as you
25  get out of emergency conditions, you let me know

Page 127

1  because I'm out. The gas price is too high. I
2  don't want to buy gas for Friday if I don't have
3  to run Friday. So we were hearing from people
4  that they needed some understanding of what we
5  saw in the system in order to know how to manage
6  their generation.
7       And so we thought we've got to put
8  something in place that's going to get us through
9  that Friday morning peak because everything was
10  showing once we got through that peak Friday
11  morning, the storm was going to be moving out, we
12  hoped, that we would see the generation continue
13  to stabilize as the weather improved, and we'd be
14  in the clear. So that was on the supply side.
15       Now on the load side, okay, our load
16  forecast is already showing based on what our
17  computer models have told us to expect, we're
18  going to be in outages, and we think, what can we
19  do about that.
20       Well, we wanted the residential load to
21  come back. We wanted to keep it at zero load
22  shed. What we did not know is how much
23  industrial load had come off. As Ms. Bivens
24  said, often the industrial load isn't part of a
25  utility's load shed program, but we know from at

Page 128

1  least what we had heard from the industrial users
2  themselves or from other sources, the Commission,
3  we talked a lot to the Commission about this,
4  that a fair amount of industrial load shed had
5  happened voluntarily, some not voluntarily, some
6  of it ended up being part of load shed plans like
7  here in Austin, but voluntarily by a lot of
8  people because they said, I'm not going to pay
9  $9,000 a megawatt hour because it's not worth it
10  to make what I make, so I'm going to stay off.
11  I'm going to sit on the sidelines until this is
12  over.
13       And when the Commission set up this
14  whole market structure, where the prices can go
15  up to $9,000, it had two purposes. We talk a
16  whole lot about how generators get a very big
17  incentive to build, and a very big incentive to
18  come to Texas, because when we have these
19  scarcity times, when they're needed the most, we
20  pay them that value of loss load, we call it,
21  right. We pay them that highest price or
22  sometimes somewhere near it.
23       But the flip side of that is, and it's
24  the same part of the market design is, if you're
25  in a scarcity condition, if you're tight, you not

Page 129

1  only need generation to be up, you'd rather have
2  load go down. That's what keeps you in balance.
3       So part of the market structure is that
4  high price for those sophisticated users who use
5  a lot of electricity, they get an incentive to
6  stay off the system and back up so we don't have
7  as much load out there.
8       So we needed to, we believed, and we
9  were discussing this with the chair of the
10  Commission then, and Chairman Walker, throughout
11  the evening, we needed to send the strongest
12  signal as we could to the demand side and the
13  supply side, that we could not go back into
14  outages, and we were going to take every measure
15  we possibly could to prevent what we saw coming
16  Thursday morning and Friday morning.
17       So the step we took is, as you've heard
18  a lot about, we talked to the Commission about,
19  you issued an order on Monday, that's more or
20  less pegged the prices during load shed at
21  $9,000. And, you know, let me say, when we talk
22  about the workings of the market, I think the
23  Commission issued an order every day that week
24  that adjusted the workings of the market through
25  administrative means because we were in an