# EXHIBIT 2

```
                                                              Page 1
 1              KARNEI - 11/18/21

 2      IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
 3               HOUSTON DIVISION
        --------------------------------
 4   In re:                            Chapter 11

 5   BRAZOS ELECTRIC POWER
     COOPERATIVE, INC.                 Case No.
 6                                     21-30725 (DRJ)
              Debtor.
 7   --------------------------------
     BRAZOS ELECTRIC POWER
 8   COOPERATIVE, INC.

 9            Plaintiff

10   vs.                               Adv. Proc. No.
                                       21-03863 (DRJ)
11   ELECTRIC RELIABILITY
     COUNCIL OF TEXAS, INC.
12
              Defendant.
13   --------------------------------

14

15

16

17          VIDEOTAPED ORAL DEPOSITION OF

18                 CLIFTON KARNEI

19                  Waco, Texas

20              November 18, 2021

21

22

23

24   Reported by:  Susan S. Klinger, RMR-CRR, CSR

25   Job No. 202442
```

Page 119

1                    KARNEI - 11/18/21

2     limit?

3          A.     Yes.

4          Q.     Did you obtain additional approval?

5          A.     Not that I recall.

6          Q.     And was it used to -- was your

7     aggregate limit used to purchase natural gas?

8          A.     I don't recall.

9          Q.     Was there a need to purchase natural

10    gas in order to run the Brazos plants?

11         A.     Yes.

12         Q.     And the price of energy in the ERCOT

13    market was still at 9,000; correct?

14         A.     Yes.

15         Q.     Was the power generated by the

16    Brazos plants still being sold in the ERCOT

17    market at $9,000 per megawatt hour?

18         A.     Yes.

19         Q.     Did Brazos ever conduct an analysis

20    as to whether it should continue buying

21    expensive natural gas versus not running the

22    plants?

23         A.     We discussed it at the time, and we

24    made the decision that we were going to

25    purchase all the gas we could get our hands on