# APPENDIX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Relevant portions of Clifton Karnei's 11/18/21 deposition transcript |
| 2. | ERCOT Market Notice M-C021521-05 (Fed. 19, 2021) |
| 3. | Relevant portions of Bill Magness' deposition transcript |
| 4. | Relevant portions of Carrie Bivens' deposition transcript |
| 5. | Relevant portions of Dave Maggio's deposition transcript |
| 6. | Bivens Deposition Exhibit 106 |
| 7. | Relevant portions of Clifton Karnei's 11/19/21 deposition transcript |