# EXHIBIT 1

**THIS EXHIBIT HAS BEEN REDACTED**