# EXHIBIT 2

**To:** legal_notifications;operations

**Sent:** 2/19/21 9:27 AM

**Subject:** M-C021521-05 Update: ERCOT Expectations Regarding Exiting EEA3 and Public Utility Commission Emergency Orders Affecting ERCOT Market Prices

**NOTICE DATE:** February 19, 2021

**NOTICE TYPE:** M-C021521-05 Legal

**SHORT DESCRIPTION:** Update: ERCOT Expectations Regarding Exiting EEA3 and Public Utility Commission Emergency Orders Affecting ERCOT Market Prices

**INTENDED AUDIENCE:** ERCOT Market Participants

**DAYS AFFECTED:** February 19, 2021

**LONG DESCRIPTION:** At approximately 9:00 AM on February 19, 2021, ERCOT exited Energy Emergency Alert (EEA) Level 3. Starting with the 9:05 AM Security-Constrained Economic Dispatch (SCED) interval, ERCOT also discontinued adjustments to the RTBLTIMPORT component of the Real-Time Reliability Deployment Price Adder process. With removal of the adjustment, ERCOT has returned to utilizing the RTBLTIMPORT component solely for Block-Load Transfer imports.

**ADDITIONAL INFORMATION:** The related Public Utility Commission of Texas orders can be found using the links below:

- February 15, 2021 Order is available at this link.
- February 16, 2021 Order is available at this link.

**CONTACT:** If you have any questions, please contact your ERCOT Account Manager. You may also call the general ERCOT Client Services phone number at (512) 248-3900 or contact ERCOT Client Services via email at ClientServices@ercot.com.

**If you are receiving email from a public ERCOT distribution list that you no longer wish to receive, please follow this link in order to unsubscribe from this list: http://lists.ercot.com.**

mm