# EXHIBIT 3

# THIS EXHIBIT HAS BEEN REDACTED