# EXHIBIT 4

# THIS EXHIBIT HAS BEEN REDACTED