# EXHIBIT 5

# THIS EXHIBIT HAS BEEN REDACTED