# EXHIBIT 7

# THIS EXHIBIT HAS BEEN REDACTED