United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 31, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*,[2]<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., *et al*.,[3]<br><br>Defendants. | Adv. Proc. No. 21-03863 (DRJ) |

**STIPULATION AND AGREED ORDER
REGARDING EXPERT DISCOVERY DEADLINES**

(Docket No. 352)

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's proposed claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2] The Plaintiff-Intervenors in this Adversary Proceeding are: the Official Committee of Unsecured Creditors, Mid-South Electric Cooperative Association; Denton County Electric Cooperative, Inc., d/b/a CoServ Electric; United Electric Cooperative Services, Inc., d/b/a United Cooperative Services; Tri-County Electric Cooperative, Inc.; Bartlett Electric Cooperative, Inc.; Comanche County Electric Cooperative Association; Cooke County Electric Cooperative Association, Inc. d/b/a PenTex Energy; Hamilton County Electric Cooperative Association; Heart of Texas Electric Cooperative, Inc.; J-A-C Electric Cooperative, Inc.; Navasota Valley Electric Cooperative, Inc.; and Wise Electric Cooperative, Inc.

[3] The Defendant-Intervenors in this Adversary Proceeding are: Calpine Corporation; Tenaska Power Services Co.; NRG Energy, Inc.; ENGIE Energy Marketing NA, Inc.; Talen Energy Supply, LLC; Golden Spread Electric Cooperative, Inc.; South Texas Electric Cooperative; and NextEra Energy Marketing, LLC.

1

The undersigned counsel have conferred regarding extending the deadline to complete expert discovery and agree as follows:

The deadline to complete expert discovery is extended from January 28, 2022 to February 11, 2022.

**IT IS THEREFORE ORDERED** that the expert discovery deadlines as set forth in the Scheduling Order [Dkt. 13] are hereby amended in accordance with the parties' stipulation.

**Signed:  January 31, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

| **EVERSHEDS SUTHERLAND (US) LLP**<br><br>By: */s/ Lino Mendiola*<br>Lino Mendiola (SBT 00791248)<br>Michael Boldt (SBT 24064918)<br>Jim Silliman (SBT 24081416)<br>One American Center<br>600 Congress Ave., Suite 2000<br>Austin, TX 78701<br>Telephone: (512) 721-2700<br>Facsimile: (512) 721-2656<br>Email: linomendiola@eversheds-sutherland.us<br>Email: michaelboldt@eversheds-sutherland.us<br>Email: jimsilliman@eversheds-sutherland.us<br><br>*Special Counsel for the Debtor and Debtor in Possession* | **MUNSCH HARDT KOPF & HARR, P.C.**<br><br>By: */s/ Jamil N. Alibhai*<br>Kevin M. Lippman (SBT 00784479)<br>Deborah Perry (SBT 24002755)<br>Jamil N. Alibhai (SBT 00793248)<br>3800 Ross Tower<br>500 N. Akard Street<br>Dallas, Texas 75201<br>Telephone: (214) 855-7500<br>Facsimile: (214) 855-7584<br>Email: klipppman@munsch.com<br>Email: dperry@munsch.com<br>Email: jalibhai@munsch.com<br><br>**WINSTEAD PC**<br>Elliot Clark (SBT 24012428)<br>Ron H. Moss  (SBT 14591025)<br>401 Congress Avenue, Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 370-2800<br>Facsimile: (512) 370-2850<br>Email: eclark@winstead.com<br>Email: rhmoss@winstead.com<br><br>*Counsel for Electric Reliability Council of Texas, Inc.* |
|---|---|
| **NORTON ROSE FULBRIGHT US LLP**<br><br>By: */s/ Jason L. Boland*<br>Jason L. Boland (SBT 24040542)<br>Julie G. Harrison (SBT 24092434)<br>Maria Mokrzycka (SBT 24119994)<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010<br>Telephone: (713) 651-5151<br>Facsimile: (713) 651-5246<br>Email: jason.boland@nortonrosefulbright.com<br>Email: julie.harrison@nortonrosefulbright.com<br>Email:maria.mokrzycka@nortonrosefulbright.com<br><br>Paul Trahan (SBT 24003075)<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701<br>Telephone: (512) 536 5288 | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br><br>By: */s/ Thomas Mayer*<br>Thomas Moers Mayer (admitted *pro hac vice*)<br>Amy Caton (admitted *pro hac vice*)<br>Jennifer Sharret (admitted *pro hac vice*)<br>John P. Coffey (admitted *pro hac vice*)<br>Ronald S. Greenberg (admitted *pro hac vice*)<br>Jeffrey S. Trachtman (admitted *pro hac vice*)<br>Seth F. Schinfeld (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>tmayer@kramerlevin.com |

3

| | |
|---|---|
| Facsimile: (512) 536 4598<br>Email: paul.trahan@nortonrosefulbright.com<br><br>Steve A. Peirce (SBT 15731200)<br>111 West Houston Street, Suite 1800<br>San Antonio, TX 78205<br>Telephone: (210) 270-7179<br>Facsimile: (210) 270-7205<br>Email: steve.peirce@nortonrosefulbright.com<br><br>*Counsel for the Debtor and Debtor in Possession* | acaton@kramerlevin.com<br>jsharret@kramerlevin.com<br>jcoffey@kramerlevin.com<br>rgreenberg@kramerlevin.com<br>jtrachtman@kramerlevin.com<br>sschinfeld@kramerlevin.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| **O'MELVENY & MYERS LLP**<br><br>By:   */s/Louis Strubeck*<br>Louis R. Strubeck, Jr. (SBT 19425600)<br>Nick Hendrix (SBT 24087708)<br>2501 North Harwood Street<br>Dallas, Texas 75201<br>lstrubeck@omm.com<br>nhendrix@omm.com<br>Telephone: (972) 360-1925<br><br>*Co-Counsel for the Debtor and Debtor in Possession* | **PORTER HEDGES LLP**<br><br>By: */s/ John Higgins*<br>John F. Higgins (TX 09597500)<br>Eric D. Wade (TX 00794802)<br>Heather K. Hatfield (TX 24050730)<br>M. Shane Johnson (TX 24083263)<br>Megan Young-John (TX 24088700)<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 228-1331<br>jhiggins@porterhedges.com<br>ewade@porterhedges.com<br>hhatfield@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br><br>By: */s/ David Seligman*<br>David R. Seligman, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: david.seligman@kirkland.com<br>-and-<br>Mark McKane, P.C. (admitted pro hac vice)<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (212) 439-1500<br>Email: mark.mckane@kirkland.com<br>-and-<br>Aparna Yenamandra (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: aparna.yenamandra@kirkland.com<br><br>*Counsel to Calpine Corporation* | **ROSS & SMITH, PC**<br><br>By: */s/ Judith Ross*<br>Judith W. Ross<br>TX Bar No. 21010670<br>700 North Pearl Street, Suite 1610<br>Dallas, TX 75201<br>Telephone: (214) 377-8659<br>Email: judith.ross@judithwross.com<br><br>*Counsel to Tenaska Power Services Co.* |
| **SHEARMAN & STERLING LLP**<br><br>By: */s/ C. Luckey McDowell*<br>C. Luckey McDowell (SBT 24034565)<br>Ian E. Roberts (SBT 24056217)<br>2828 N. Harwood Street, Suite 1800<br>Dallas, Texas 75201<br>Telephone: (214) 271-5777<br>Email: luckey.mcdowell@shearman.com<br>Email: ian.roberts@shearman.com<br>-and-<br>Joel Moss (admitted *pro hac vice*)<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 616-1100<br>Email: joel.moss@shearman.com<br>-and-<br>Jonathan M. Dunworth (admitted *pro hac vice*) | **HAYNES AND BOONE, LLP**<br><br>By: */s/ Patrick L. Hughes*<br>Patrick L. Hughes<br>Texas State Bar No. 10227300<br>David Trausch<br>Texas State Bar No. 24113513<br>1221 McKinney, Suite 4000<br>Houston, TX 77010<br>Telephone: (713) 547-2000<br>Facsimile: (713) 547-2600<br>Email: patrick.hughes@haynesboone.com<br>Email: david.trausch@haynesboone.com<br><br>*Counsel to South Texas Electric Cooperative, Inc.* |

| | |
|---|---|
| 599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 848-4000<br>Email: jonathan.dunworth@shearman.com<br><br>*Counsel to NRG Energy, Inc., ENGIE Energy Marketing NA, Inc., Talen Energy Supply, LLC, and NextEra Energy Marketing, LLC* | |

6