Electronic Appearance Sheet

Connie Lahn, Barnes & Thornburg
Client(s): Midcontinent Independent System Operator, INC

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Molly Sigler, Barnes & Thornburg
Client(s): Midcontinent Independent System Operator, INC.

Jeff Prostok , Forshey Prostok LLP
Client(s): Tri County Electric Coop Inc

Judith Ross, Ross & Smith, PC
Client(s): Tenaska Power Services Co.

Robert Burns, Bracewell LLP
Client(s): Tenaska Marketing Ventures

Richard Mach, Pro Se, None, Pro Se
Client(s): real estate buyer

Thomas Mayer, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Amy Caton, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Jennifer  Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

John "Sean" Coffey, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Seth Schinfeld, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Kevin Lippman, Munsch Hardt Kopf & Harr, PC
Client(s): Electric Reliability Council of Texas, Inc.

Mark Cody, Jones Day
Client(s): Oncor Electric Delivery Company

Andrea Wong, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Electronic Appearance Sheet

Joshua Eppich, Bonds Ellis Eppich Schafer Jones LLP
Client(s): United Electric Cooperative

Paul Trahan, Norton Rose Fulbright US LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Maria Mokrzycka, Norton Rose Fulbright US LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Soo Min Kim, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Leah Lerman, USDOJ Civil
Client(s): FERC

matthew troy, USDOJ Civil Division
Client(s): RUS

Quinette Bonds, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Eric Wade, Porter Hedges LLP
Client(s): Unsecured Creditors Committee

Charles Cowden, Ross & Smith, PC
Client(s): Tenaska Power Services Co.

Seth Schinfeld, Kramer Levin Naftalis & Frankel LLP
Client(s): The Official Committee of Unsecured Creditors

James Silliman, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Layla Milligan, Office of the Texas Attorney General
Client(s): Public Utility Commission of Texas

Charles Gibbs, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

David Baay, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Jamil Alibhai, Munsch Hardt
Client(s): ERCOT

Electronic Appearance Sheet

Jason Binford, Office of the Attorney General of Texas
Client(s): Public Utility Commission of Texas

Jordan Curry, Munsch Hardt
Client(s): ERCOT

Maris Kandestin, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

Toni Anderson, Munsch Hardt
Client(s): ERCOT

Jay Krystinik, Reed Smith LLP
Client(s): East Texas Electric Cooperative, Inc.

Harry Perrin, Vinson & Elkins LLP
Client(s): Ad Hoc Group of Member Cooperatives

Jordan Leu, Vinson & Elkins LLP
Client(s): Ad Hoc Group of Member Cooperatives

Mike Garza, Vinson & Elkins LLP
Client(s): Ad Hoc Group of Member Cooperatives

Lino Mendiola, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Cooperative, Inc.

Louis Strubeck, O'Melveny Myers
Client(s): Co-counsel for the Debtor

Jason Boland, Norton Rose Fulbright
Client(s): Counsel for the Debtor

Andrea Wong, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Krishna Murthy, Pro Se, None, Pro Se
Client(s): Lender to TX coops

Krishna Murthy, Farmermac
Client(s): Farmermac

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Electronic Appearance Sheet

Thomas Mayer, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Amy Caton, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Jennifer Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

John "Sean" Coffey, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Seth Schinfeld, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Wayne Kitchens, Hughes Watters Askanase, LLP
Client(s): HILCO Electric Cooperative

Lino Mendiola , Eversheds Sutherland US LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Charles Gibbs, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

Michael Boldt , Eversheds Sutherland
Client(s): Brazos Electric Power Cooperative Inc.

Jim Silliman , Eversheds Sutherland US LLP
Client(s): Brazos Electric Power Cooperative

Kevin Lippman, Munsch Hardt Kopf & Harr, PC
Client(s): Electric Reliability Council of Texas, Inc.

Maris Kandestin, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

Louis Strubeck , O'Melvney & Myers
Client(s): Brazos Electric Power Cooperative, Inc.

Shelby Perry, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

Jason Binford, Office of the Attorney General of Texas
Client(s): Public Utility Commission of Texas

Electronic Appearance Sheet

Nick Hendrix, O'Melveny & Myers LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Jason Boland , Norton Rose Fulbright US LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Jason Cohen, Bracewell LLP
Client(s): Mid South Electric

Paul Trahan , Norton Rose Fulbright US LLP
Client(s): Brazos Electric Power Cooperative Inc.

Mark Cody, Jones Day
Client(s): Oncor Electric Delivery Company

Maria Mokrzycka, Norton Rose Fulbright US LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Andrea Wong, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Leah Lerman, USDOJ Civil
Client(s): FERC

Seth Schinfeld, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Jay Krystinik, Reed Smith LLP
Client(s): East Texas Electric Cooperative, Inc.

Layla Milligan, Office of the Texas Attorney General
Client(s): Public Utility Commission of Texas

Eric Wade, Porter Hedges LLP
Client(s): Unsecured Creditors Committee

Paul Trahan, Norton Rose Fulbright
Client(s): Debtor/Plaintiff

Quinette Bonds, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Eric Haitz, Gibson, Dunn & Crutcher LLP
Client(s): Luminant Energy Company LLC

Sarah Schultz, Akin Gump Strauss HAUER & Feld LLP
Client(s): Tri-County Electric Cooperative

Electronic Appearance Sheet

David Baay, Eversheds Sutherland
Client(s): Debtor - Brazos Electric

Mark McKane, Kirkland & Ellis LLP
Client(s): Calpine Corporation

Joshua Eppich, Bonds Ellis Eppich Schafer Jones LLP
Client(s): United Electric Cooperative Services, Inc.

Patrick Hughes, Haynes and Boone, LLP
Client(s): South Texas Electric Cooperative Inc.

Andrew Russell, Bonds Ellis Eppich Schafer Jones LLP
Client(s): United Electric Cooperative Services, Inc.

Marc Taubenfeld, McGuire, Craddock & Strother, PC
Client(s): Regions Bank, as Indenture Trustee

Jamil Alibhai, Munsch Hardt Kopf & Harr, P.C.
Client(s): Electric Reliability Council of Texas, Inc.

Ross Parker, Munsch Hardt Kopf & Harr, P.C.
Client(s): Electric Reliability Council of Texas, Inc.

Judith Ross, Ross & Smith, PC
Client(s): Tenaska Power Services Co.

Mark McKane, Kirkland & Ellis LLP
Client(s): Calpine Corporation

Melissa Harris, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Annapoorni Sankaran, Holland & Knight LLP
Client(s): Golden Spread Electric Cooperative, Inc.

John Higgins, Porter Hedges LLP
Client(s): Official Committee of Unsecured Creditors

Soo Min Kim, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Mark Conlan, Gibbons P.C.
Client(s): NJR Energy Services Company