# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> BRAZOS ELECTRIC POWER COOPERATIVE, INC., <br><br> Debtor. | Chapter 11 <br><br> Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*, <br><br> Plaintiff / Intervenor-Plaintiffs, <br><br> v. <br><br> ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., *et al.*, <br><br> Defendant / Intervenor-Defendants. | Adv. Proc. No. 21-03863 (DRJ) |

## **JOINT STIPULATION REGARDING OBJECTIONS TO TRIAL EXHIBITS**

In order to streamline the presentation of evidence at trial and to avoid the need to lodge what might prove to be unnecessary objections, the parties stipulate as follows:

1. The parties preserve relevance objections to exhibits for trial and, by so doing, agree they are relieved of the obligation to assert such objections before trial.

2. Documents produced in discovery are presumed to be authentic.

3. Party communications and party-generated documents, plus those of the Public Utility Commission of Texas and ACES, are presumed to qualify as business records under FRE 803(6).

104662641v1

**IT IS SO STIPULATED:**

Date: February 6, 2022

| | |
|---|---|
| **EVERSHEDS SUTHERLAND (US) LLP**<br><br>By: */s/ Lino Mendiola*<br>Lino Mendiola (SBT 00791248)<br>Michael Boldt (SBT 24064918)<br>Jim Silliman (SBT 24081416)<br>One American Center<br>600 Congress Ave., Suite 2000<br>Austin, TX 78701<br>Telephone: (512) 721-2700<br>Facsimile: (512) 721-2656<br>Email: linomendiola@eversheds-sutherland.us<br>Email: michaelboldt@eversheds-sutherland.us<br>Email: jimsilliman@eversheds-sutherland.us<br><br>*Special Counsel for the Debtor and Debtor in Possession* | **MUNSCH HARDT KOPF & HARR, P.C.**<br><br>By: */s/ Jamil Alibhai*<br>Kevin M. Lippman (SBT 00784479)<br>Deborah Perry (SBT 24002755)<br>Jamil N. Alibhai (SBT 00793248)<br>3800 Ross Tower<br>500 N. Akard Street<br>Dallas, Texas 75201<br>Telephone: (214) 855-7500<br>Facsimile: (214) 855-7584<br>Email: klipppman@munsch.com<br>Email: dperry@munsch.com<br>Email: jalibhai@munsch.com<br><br>**WINSTEAD PC**<br>Elliot Clark (SBT 24012428)<br>Ron H. Moss (SBT 14591025)<br>401 Congress Avenue, Suite 2100<br>Austin, Texas 78701<br>Telephone: (512) 370-2800<br>Facsimile: (512) 370-2850<br>Email: eclark@winstead.com<br>Email: rhmoss@winstead.com<br><br>*Counsel for Electric Reliability Council of Texas, Inc.* |
| **NORTON ROSE FULBRIGHT US LLP**<br><br>By: */s/ Paul Trahan*<br>Jason L. Boland (SBT 24040542)<br>Julie G. Harrison (SBT 24092434)<br>Maria Mokrzycka (SBT 24119994)<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010<br>Telephone: (713) 651-5151<br>Facsimile: (713) 651-5246<br>Email: jason.boland@nortonrosefulbright.com<br>Email: julie.harrison@nortonrosefulbright.com<br>Email: maria.mokrzycka@nortonrosefulbright.com | **KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br><br>By: */s/ Ronald Greenberg*<br>Thomas M. Mayer (admitted *pro hac vice*)<br>Amy Caton (admitted *pro hac vice*)<br>Jennifer Sharret (admitted *pro hac vice*)<br>John P. Coffey (admitted *pro hac vice*)<br>Ronald S. Greenberg (admitted *pro hac vice*)<br>Jeffrey S. Trachtman (admitted *pro hac vice*)<br>Seth F. Schinfeld (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100 |

104662641v1

| | |
|---|---|
| Paul Trahan (SBT 24003075)<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX 78701<br>Telephone: (512) 536 5288<br>Facsimile: (512) 536 4598<br>Email: paul.trahan@nortonrosefulbright.com<br><br>Steve A. Peirce (SBT 15731200)<br>111 West Houston Street, Suite 1800<br>San Antonio, TX 78205<br>Telephone: (210) 270-7179<br>Facsimile: (210) 270-7205<br>Email: steve.peirce@nortonrosefulbright.com<br><br>*Counsel for the Debtor and Debtor in Possession* | Facsimile: (212) 715-8000<br>tmayer@kramerlevin.com<br>acaton@kramerlevin.com<br>jsharret@kramerlevin.com<br>jcoffey@kramerlevin.com<br>rgreenberg@kramerlevin.com<br>jtrachtman@kramerlevin.com<br>sschinfeld@kramerlevin.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| **O'MELVENY & MYERS LLP**<br><br>By: */s/ Nick Hendrix*<br>Louis R. Strubeck, Jr. (SBT 19425600)<br>Nick Hendrix (SBT 24087708)<br>2501 North Harwood Street<br>Dallas, Texas 75201<br>lstrubeck@omm.com<br>nhendrix@omm.com<br>Telephone: (972) 360-1925<br><br>*Co-Counsel for the Debtor and Debtor in Possession* | **PORTER HEDGES LLP**<br><br>By: */s/ John Higgins*<br>John F. Higgins (TX 09597500)<br>Eric D. Wade (TX 00794802)<br>Heather K. Hatfield (TX 24050730)<br>M. Shane Johnson (TX 24083263)<br>Megan Young-John (TX 24088700)<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Facsimile: (713) 228-1331<br>jhiggins@porterhedges.com<br>ewade@porterhedges.com<br>hhatfield@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |
| **KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP**<br><br>By: */s/ Mark McKane*<br>David R. Seligman, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200 | **FORSHEY & PROSTOK LLP**<br><br>By: */s/ Sarah Link Schultz*<br>J. Robert Forshey (SBT 07264200)<br>Jeff P. Prostok (SBT 16352500)<br>777 Main Street, Suite 1550<br>Fort Worth, Texas 76102<br>Telephone: (817) 877-8855<br>Facsimile: (817) 877-4151<br>Email: bforshey@forsheyprostok.com |

104662641v1

| | |
|---|---|
| david.seligman@kirkland.com<br><br>Mark McKane, P.C. (admitted *pro hac vice*)<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (212) 439-1500<br>mark.mckane@kirkland.com<br><br>Aparna Yenamandra (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>aparna.yenamandra@kirkland.com<br><br>*Counsel to Calpine Corporation* | Email: jprostok@forsheyprostok.com<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Sarah Link Schultz (SBT 24033047)<br>2300 N. Field Street<br>Suite 1800<br>Dallas, Texas 75201<br>Telephone: (214) 969-4367<br>Facsimile: (214) 969-4343<br>Email: sschultz@akingump.com<br><br>*Counsel for Tri-County Electric Cooperative, Inc.* |
| **SHEARMAN & STERLING LLP**<br><br>By: */s/ Ian Roberts*<br>C. Luckey McDowell (SBT 24034565)<br>Ian E. Roberts (SBT 24056217)<br>2828 N. Harwood Street, Suite 1800<br>Dallas, Texas 75201<br>Telephone: (214) 271-5777<br>Email: luckey.mcdowell@shearman.com<br>Email: ian.roberts@shearman.com<br>-and-<br>Joel Moss (admitted *pro hac vice*)<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 616-1100<br>Email: joel.moss@shearman.com<br>-and-<br><br>Jonathan M. Dunworth (admitted *pro hac vice*)<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 848-4000<br>Email: jonathan.dunworth@shearman.com<br><br><br>*Counsel to NRG Energy, Inc., ENGIE Energy Marketing NA, Inc., Talen Energy Supply, LLC, and NextEra Energy Marketing, LLC* | **HAYNES AND BOONE, LLP**<br><br>By: */s/ Patrick L. Hughes*<br>Patrick L. Hughes<br>Texas State Bar No. 10227300<br>David Trausch<br>Texas State Bar No. 24113513<br>1221 McKinney, Suite 4000<br>Houston, TX 77010<br>Telephone: (713) 547-2000<br>Facsimile: (713) 547-2600<br>Email: patrick.hughes@haynesboone.com<br>Email: david.trausch@haynesboone.com<br><br>*Counsel to South Texas Electric Cooperative, Inc.* |

104662641v1

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP**<br><br>By:  */s/ Eric Seitz*<br>Charles R. Gibbs (SBT 7846300)<br>Eric Seitz (SBT 24067863)<br>Jane A. Gerber (SBT 24092416)<br>2501 North Harwood Street, Suite 1900<br>Dallas, Texas 75201<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>Email: crgibbs@mwe.com<br>Email: eseitz@mwe.com<br>Email: jagerber@mwe.com<br><br>*Counsel to Denton County Electric Cooperative, Inc., d/b/a CoServ Electric* | **ROSS & SMITH, PC**<br><br>By: */s/ Judith W. Ross*<br>Judith W. Ross<br>TX Bar No. 21010670<br>700 North Pearl Street, Suite 1610<br>Dallas, TX 75201<br>Telephone: (214) 377-8659<br>Email: judith.ross@judithwross.com<br><br>*Counsel to Tenaska Power Services Co.* |
| **BONDS ELLIS EPPICH SCHAFER JONES LLP**<br><br>By: */s/ Joshua N. Eppich*<br>John Y. Bonds, III (SBT 02589100)<br>Joshua N. Eppich (SBT 24050567)<br>J. Robertson Clarke (SBT 24108098)<br>420 Throckmorton Street, Suite 1000<br>Fort Worth, Texas 76102<br>Telephone: (817) 405-6900<br>Facsimile: (817) 405-6902<br>Email: john@bondellis.com<br>Email: joshua@bondellis.com<br>Email: robbie.clarke@bondellis.com<br><br>*Counsel for United Electric Cooperative Services, Inc. d/b/a United Cooperative Services*<br><br>**BRACEWELL LLP**<br><br>By: */s/ Jason Cohen*<br>Jason Cohen (SBT 24050435)<br>Nancy McEvily Davis (SBT 24078971)<br>711 Louisiana, Suite 2300<br>Houston, Texas 77002<br>Telephone: (713) 223-2300<br>Facsimile: (800) 404-3970<br>Email: jason.cohen@bracwell.com<br>Email: nancy.davis@bracewell.com | **VINSON & ELKINS LLP**<br><br>By: */s/ Jordan W. Leu*<br>Harry A. Perrin (SBT 15796800)<br>Michael A. Garza (S.D. Tex. Fed. I.D. No. 3174861)<br>Kiran Vakamudi (SBT 24106540)<br>1001 Fannin Street, Suite 2500<br>Houston, Texas 77002<br>Telephone: (713) 758-2222<br>Facsimile: (713) 758-2346<br>Email: hperrin@velaw.com<br>Email: mgarza@velaw.com<br>Email: kvakamudi@velaw.com<br><br>Jordan W. Leu (SBT 24070139)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Telephone: (214) 220-7700<br>Facsimile: (214) 220-7716<br>Email: jleu@velaw.com<br><br>*Counsel for the Ad Hoc Group of Member-Owner Distribution Cooperatives* |

104662641v1

| | |
|---|---|
| *Counsel for Mid-South Electric Cooperative Association* | |

104662641v1