Electronic Appearance Sheet

Amy Caton, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Thomas Mayer, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Jennifer Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

John "Sean" Coffey, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Seth Schinfeld, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Andrea Wong, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Kevin Lippman, Munsch Hardt Kopf & Harr, PC
Client(s): Electric Reliability Council of Texas, Inc.

Mark McKane, Kirkland & Ellis LLP
Client(s): Calpine Corporation

Charles Gibbs, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

Maris Kandestin, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

Mark Cody, Jones Day
Client(s): Oncor Electric Delivery Company

Eric Wade, Porter Hedges LLP
Client(s): Unsecured Creditors Committee

Leah Lerman, USDOJ, Civil Division
Client(s): FERC

Andrew Russell, Bonds Ellis
Client(s): United Electric Cooperative

Electronic Appearance Sheet

Louis Strubeck, O'Melveny & Myers LLP
Client(s): Brazos Electric

Paul Trahan, Norton Rose Fulbright
Client(s): Debtor

Jason Cohen, Bracewell LLP
Client(s): Mid South Electric Coop

Quinette Bonds, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Layla Milligan, Office of the Texas Attorney General
Client(s): Public Utility Commission of Texas

Soo Min Kim, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Seth Schinfeld, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Melissa Harris, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Jay Krystinik, Reed Smith LLP
Client(s): East Texas Electric Cooperative, Inc.

Patrick Hughes, Haynes and Boone LLP
Client(s): South Texas Electric Cooperative Inc.