**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER<br>COOPERATIVE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER<br>COOPERATIVE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF<br>TEXAS, INC.<br><br>Defendant. | Adv. Proc. No. 21-03863 (DRJ) |

**BRAZOS ELECTRIC POWER COOPERATIVE, INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' FIRST AMENDED WITNESS AND EXHIBIT LIST FOR TRIAL**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Brazos Electric Power Cooperative, Inc. ("Brazos Electric" or "Debtor") and the Official Committee of Unsecured Creditors (the "Committee") of Brazos Electric, by and through their undersigned counsel, hereby jointly submit their First Amended Witness and Exhibit List for Trial (the "First Amended Witness and Exhibit List") with respect to the above-captioned adversary proceeding (the "Adversary").

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

1

## DEBTOR AND THE COMMITTEE'S WITNESSES

### A. Expect to Present Witnesses

Debtor and the Committee expect to present the following witnesses at trial:

1. **Clifton Karnei**, Brazos Electric (as a fact witness);

2. **Khaki Bordovsky**, Brazos Electric (as a fact witness);

3. **Dan Kueker**, Brazos Electric (as a fact witness);

4. **Kenan Ögelman**, ERCOT (as a fact witness);

5. **Bill Magness**, ERCOT (as a fact witness);

6. **Dave Maggio**, ERCOT (as a fact witness);

7. **Woody Rickerson**, ERCOT (as a fact witness);

8. **Matthew Tanner**, Ph.D., Berkeley Research Group, LLC (as an expert);

9. **Shams Siddiqi**, Ph.D., Crescent Power, Inc. (as an expert);

10. **Christopher Kearns**, Berkeley Research Group (as an expert);

11. **Howard Scott**, Ph.D., Cognyst Advisors (as an expert);

12. **DeAnn Walker**, formerly PUCT (as a fact witness);

13. **Arthur D'Andrea**, formerly PUCT (as a fact witness); and

14. **Carrie Bivens**, ERCOT Independent Market Monitor, Potomac Economics (as a fact witness and expert by deposition testimony).

### B. May Call Witnesses

Debtor and the Committee may call as witnesses at trial:

15. **Joshua Clevenger**, Brazos Electric (as a fact witness);

16. **Dean Thrall**, Brazos Electric (as a fact witness by deposition testimony or in-person);

17. **Joe Booth**, Brazos Electric (as a fact witness by deposition testimony or in-person);

18. **Johnny York**, Brazos Electric (as a fact witness by deposition testimony or in-person);

19. **Mark Ruane**, ERCOT (as a fact witness);

20. **Brad Jones**, ERCOT (as a fact witness);

21. **Dan Woodfin**, ERCOT (as a fact witness by deposition testimony);

22. **Gary Franzen**, ACES (as a fact witness by deposition testimony);

23. **Christian Nagle**, ACES (as a fact witness);

24. **Rodney Kuhl**, ACES (as a fact witness by deposition testimony);

25. **Danielle Powers**, Concentric Energy Advisors, Inc. (as an expert);

26. Any witness identified, offered, or call by any other party;

27. Any witness necessary to lay the foundation for the admission of exhibits; and

28. Any rebuttal and/or impeachment witnesses as necessary.

## DEBTOR AND THE COMMITTEE'S EXHIBITS

Debtor and the Committee may offer into evidence any one or more of the exhibits included within Exhibit A hereto.

## RESERVATION OF RIGHTS

The First Amended Witness and Exhibit List is subject to all stipulations within the *Stipulation Regarding Rule 26(a)(3) Pretrial Disclosures and Trial Witnesses* filed on behalf of all parties to this Adversary on February 2, 2022 [Adv. Dkt. No. 365], the *Joint Stipulation Regarding Objections to Trial Exhibits* filed on behalf of all parties to this Adversary on February 6, 2022 [Adv. Dkt. No. 374], and the *Joint Stipulation to Limit Expert Testimony at Trial* filed on behalf of certain parties to this Adversary on February 9, 2022 [Adv. Dkt. No. 385] (collectively, the "Pretrial Stipulations").  To the extent the witnesses, testimony by deposition designations, and documents or other exhibits listed by Debtor and the Committee

impinge on subject matters involving hedging or winterization, these disclosures are made out of an abundance of caution, subject to all Pretrial Stipulations and reservations within *Debtor and the Committee's Objections to ERCOT and Defendant Intervenors' Pre-Trial Disclosures* [Adv. Dkt. 381], and without admitting and/or waiving any rights to challenge the relevance of such issues to the Adversary.

Debtor and the Committee reserve the right to modify, amend or supplement the First Amended Witness and Exhibit List at any time prior to the conclusion of the trial. Debtor and the Committee reserve the right to call or to introduce one or more, or none, of the witnesses listed above. Debtor and the Committee reserve the right to cross-examine any witness called by any other party.  Debtor and the Committee reserve the right to ask the Court to take judicial notice of pleadings, transcripts and/or documents filed in or in connection with this Adversary or other relevant proceedings. Debtor and the Committee reserve the right to object to exhibits listed on any party's exhibit list (including newly produced or listed documents) for any purpose at any time prior to the conclusion of the trial. Designation of any exhibit below does not waive any objections the Debtor and the Committee may have to any exhibit listed on any other party's exhibit list.

*[Remainder of Page Intentionally Left Blank]*

Dated: February 13, 2022            Respectfully submitted,
     Houston, Texas

**EVERSHEDS SUTHERLAND (US) LLP**            **NORTON ROSE FULBRIGHT US LLP**

By: */s/ Lino Mendiola*                  By: */s/ Paul Trahan*     
Lino Mendiola (SBT 00791248)            Jason L. Boland (SBT 24040542)
Michael Boldt (SBT 24064918)            Julie G. Harrison (SBT 24092434)
David Baay (SBT 24027050)            Maria Mokrzycka (SBT 24119994)
Jim Silliman (SBT 24081416)            1301 McKinney Street, Suite 5100
One American Center            Houston, TX 77010
600 Congress Ave., Suite 2000            Telephone: (713) 651-5151
Austin, TX 78701            Facsimile: (713) 651-5246
Telephone: (512) 721-2700            Email: jason.boland@nortonrosefulbright.com
Facsimile: (512) 721-2656            Email: julie.harrison@nortonrosefulbright.com
Email: linomendiola@eversheds-sutherland.us            Email: maria.mokrzycka@nortonrosefulbright.com
Email: michaelboldt@eversheds-sutherland.us
Email: davidbaay@eversheds-sutherland.us            Paul Trahan (SBT 24003075)
Email: jimsilliman@eversheds-sutherland.us            98 San Jacinto Boulevard, Suite 1100
            Austin, TX 78701
*Special Counsel for the Debtor and Debtor in*            Telephone:    (512) 536 5288
*Possession*            Facsimile:    (512) 536 4598
            Email: paul.trahan@nortonrosefulbright.com
**O'MELVENY & MYERS LLP**
Louis R. Strubeck, Jr. (SBT 19425600)
Nick Hendrix (SBT 24087708)            Steve A. Peirce (SBT 15731200)
2501 North Harwood Street            111 West Houston Street, Suite 1800
Dallas, Texas 75201            San Antonio, TX 78205
lstrubeck@omm.com            Telephone:  (210) 270-7179
nhendrix@omm.com            Facsimile: (210) 270-7205
(972) 360-1925            Email: steve.peirce@nortonrosefulbright.com

*Co-Counsel for the Debtor and Debtor in*            *Counsel for the Debtor and Debtor in Possession*
*Possession*

**PORTER HEDGES LLP**

*/s/ John F. Higgins*

John F. Higgins (TX 09597500)
Eric D. Wade (TX 00794802)
Heather K. Hatfield (TX 24050730)
M. Shane Johnson (TX 24083263)
Megan Young-John (TX 24088700)
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 228-1331
jhiggins@porterhedges.com
ewade@porterhedges.com
hhatfield@porterhedges.com
sjohnson@porterhedges.com
myoung-john@porterhedges.com

***Counsel to the Official Committee of
Unsecured Creditors***

**KRAMER LEVIN NAFTALIS & FRANKEL
LLP**

*/s/ Thomas Moers Mayer*

Thomas Moers Mayer (admitted *pro hac vice*)
Amy Caton (admitted *pro hac vice*)
Jennifer Sharret (admitted *pro hac vice*)
John P. Coffey (admitted *pro hac vice*)
Ronald S. Greenberg (admitted *pro hac vice*)
Jeffrey S. Trachtman (admitted *pro hac vice*)
Seth F. Schinfeld (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100
(212) 715-8000
tmayer@kramerlevin.com
acaton@kramerlevin.com
jsharret@kramerlevin.com
jcoffey@kramerlevin.com
rgreenberg@kramerlevin.com
jtrachtman@kramerlevin.com
sschinfeld@kramerlevin.com

***Counsel to the Official Committee of
Unsecured Creditors***

## CERTIFICATE OF SERVICE

I certify that on February 13, 2022, I caused a copy of the foregoing document to be served via the Court's CM/ECF system on all counsel of record in the Adversary.

*/s/ Maria Mokrzycka*
Maria Mokrzycka

**Exhibit A**
**Trial Exhibits for Debtor and the Committee**

| Exh. No. | Date | Bates | Depo. Exh. | Description of Document Debtor and the Committee Expect to Offer | Conf. (C) or Highly Conf. (HC) | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| PX001 | 6/1/2010 | BRAZOS_DR_000001752 - BRAZOS_DR_000001958 | | Indenture of Deed of Trust, Security Agreement, and Financing Statement dated as of June 1, 2010 | C | | | | |
| PX002 | 4/1/2015 | BRAZOS_000220487 | | Standard Form Market Participant Agreement between Brazos and ERCOT | C | | | | |
| PX003 | 9/28/2018 | BRAZOS_DR_000005279 - BRAZOS_DR_000005418 | | Second Amended and Restated Credit Agreement between Brazos Electric Power Cooperative, Inc. and Bank of America, N.A. dated as of September 28, 2018 | C | | | | |
| PX004 | 3/25/2019 | BRAZOS_DR_000003229 | | 2018 BEPC Auditors Report and Consolidated Financial Statements | C | | | | |
| PX005 | 3/3/2020 | BRAZOS_000094559 | Clevenger 125/ Kuhl 1 | ACES Memo re: 2020.03 Brazos Unhedged Bidding Strategy | C | | | | |
| PX006 | 3/18/2020 | BRAZOS_DR_000003129 | | 2019 BEPC Financial Statement and Auditors Report | C | | | | |
| PX007 | 1/26/2021 | BRAZOS_DR_000005248 - BRAZOS_DR_000005253 | | S&P Global Ratings, "Brazos Electric Power Cooperative Inc., Brazos Sandy Creek Electric Cooperative Inc.; Rural Electric Coop", dated January 26, 2021 | C | | | | |
| PX008 | Feb-21 | | | Brazos Electric's ERCOT Final February 2021 Settlement Summary for DAM CRR | C | | | | |
| PX009 | Feb-21 | | | Brazos Electric's ERCOT Final February 2021 Settlement Summary for DAM QSE | C | | | | |
| PX010 | Feb-21 | | | Brazos Electric's ERCOT Final February 2021 Settlement Summary for RT QSE | C | | | | |

| PX011 | Feb-21 | | | ERCOT Peaker Net Margin Reports for February 12, 2021 through February 21, 2021 | C | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX012 | 2/3/2021 | BRAZOS_000 077509 | | ACES email to D. Kueker RE: Position + Market Update 2-3-2021 PM | C | | | | |
| PX013 | 2/3/2021 | BRAZOS_000 077111 | | Attachment to Position + Market Update 2-3-2021 AM | C | | | | |
| PX014 | 2/3/2021 | BRAZOS_000 077230 | | Capacity Position Spreadsheet | C | | | | |
| PX015 | 2/3/2021 | BRAZOS_000 077231 | | Capacity Position Spreadsheet | C | | | | |
| PX016 | 2/3/2021 | BRAZOS_000 077217 | | RE: Position + Market Update 2-3-2021 AM | C | | | | |
| PX017 | 2/5/2021 | BRAZOS_000 078513 | | ACES email from D. Kueker RE: Gas Supply Next Week | C | | | | |
| PX018 | 2/5/2021 | BRAZOS_000 242890 | Kueker Ex. 12 | Internal Brazos Email RE: Fuel oil inventory for Miller units | C | | | | |
| PX019 | 2/5/2021 | BRAZOS_000 243760 | Kueker Ex. 5 | Internal Brazos Email RE: Johnson Co. Fuel Oil Capacity? | C | | | | |
| PX020 | 2/8/2021 | ERCOT_B026 88873– ERCOT_B026 88878 | Magness 11 | Text Messages with DeAnn Walker between 02/08/2021 and 03/08/2021 | C | | | | |
| PX021 | 2/10/2021 | BRAZOS_000 080552 | | ACES email from R. Vrabel FW: Power Plants Restrictions in Atmos North Texas Area | C | | | | |
| PX022 | 2/10/2021 | BRAZOS_000 080356 | | ACES email to D. Kueker Re: ETF IT | C | | | | |
| PX023 | 2/10/2021 | BRAZOS_000 139751 | | Internal Brazos Emails  RE: Fuel Oil Specs for Brazos Electric Miller & Johnson | C | | | | |
| PX024 | 2/10/2021 | BRAZOS_000 210368 | Kueker Ex. 16 | Internal Brazos Emails Re:Fuel Oil Recommendation for Millers 4/5 | C | | | | |
| PX025 | 2/10/2021 | BRAZOS_000 008375 - 8406 | | Winter Storm 2021 Jack Checklist | C | | | | |
| PX026 | 2/11/2021 | BRAZOS_000 097140 | | Email from Stebbins to York re OSI Rolling Outage Program – Sub List – Feb 2021.xlsx | C | | | | |
| PX027 | 2/11/2021 | BRAZOS_000 | | Internal Brazos Emails  RE: follow up on fuel | C | | | | |

| | | 100232 | | purchases for Brazos Electric | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PX028 | 2/11/2021 | BRAZOS_000 157464 | | Internal Brazos Emails RE: Fuel Oil Recommendation for Millers 4/5 | C | | | | | |
| PX029 | 2/11/2021 | ERCOT_B015 1503– ERCOT_B015 1545 | Magness 18/ Magness 100 / Walker 121 | Magness Contemporaneous Notes, 2/11/2021 – 3/27/2021 | C | | | | | |
| PX030 | 2/11/2021 | BRAZOS_000 097141 | | OSI Rolling Outage Program – Sub List – Feb 2021.xlsx (attachment to BRAZOS_000097140) | C | | | | | |
| PX031 | 2/12/2021 | BRAZOS_000 081539 | | ACES email from D. Kueker Re: Miller ETF gas for weekend strip | C | | | | | |
| PX032 | 2/12/2021 | BRAZOS_000 081738 | | ACES email from J. Clevenger Re: Jack Gas Update for weekend | C | | | | | |
| PX033 | 2/13/2021 | BRAZOS_000 159257 | | Internal Brazos Emails Re: Script for PUCT appeal on support to deliver fuel oil to Miller and Johnson Plants | C | | | | | |
| PX034 | 2/14/2021 | BRAZOS_000 083174 | | ACES email from D. Kueker Re: Miller 2+3 HSLs | C | | | | | |
| PX035 | 2/15/2021 | BRAZOS_000 260401 | Kueker Ex. 43 | Messages between D. Kueker and D. Thrall | C | | | | | |
| PX036 | 2/16/2021 | BRAZOS_000 083664 | | ACES and Brazos email re: Fuel Inventory Update- Tuesday 06:00 | C | | | | | |
| PX037 | 2/16/2021 | BRAZOS_000 160952 | Kueker Ex. 35 | Internal Brazos Emails Re: ETF Gas – flowing to Jack instead of Miller as of 1300 Tue | C | | | | | |
| PX038 | | | | EXHIBIT INTENTIONALLY OMITTED | | | | | | |
| PX039 | 2/17/2021 | BRAZOS_000 260409 | Kueker Ex. 36 | Messages between D. Kueker and R. Vrabel | C | | | | | |
| PX040 | 2/18/2021 | BRAZOS_000 084862 | | ACES email from D. Kueker FW: Worsham-Steed OFO | C | | | | | |
| PX041 | 2/18/2021 | BRAZOS_000 084863 | | Worsham-Steed Gas Storage LLC, Operational Flow Order | C | | | | | |

| PX042 | 2/19/2021 | BRAZOS_000 163884 | Kueker Ex. 37 | Internal Brazos Emails Re: Gas Update as of Friday 0928 | C | | | | |
| PX043 | 2/22/2021 | BRAZOS_000 165742 | | Internal Brazos Emails FW: Notice of Force Majeure - ETC Marketing, Ltd. | C | | | | |
| PX044 | 2/22/2021 | BRAZOS_000 219552 | | Notice of Force Majeure - 2021 - TGPNA - Brazos FM Feb Freeze.pdf | C | | | | |
| PX045 | 2/25/2021 | BRAZOS_000 207307 - BRAZOS_000 207309 | | Brazos Electric's Force Majeure Notice to ERCOT, dated February 25, 2021 | C | | | | |
| PX046 | 2/28/2021 | | | ERCOT Load Shed Event Log for February 2021 | C | | | | |
| PX047 | 3/1/2021 | BRAZOS_000 208786 – 208829 | | ERCOT ISO Operations Support Request for Information | C | | | | |
| PX048 | 3/3/2021 | BRAZOS_000 008310 – 8350 | | Brazos QSE Response to ERCOT RFI | C | | | | |
| PX049 | 3/29/2021 | BRAZOS_000 008284 | | FERC_RFI1_1a_Generator_Outage.xlsx | C | | | | |
| PX050 | 3/30/2021 | BRAZOS_000 236908 | | Brazos Trade Data - Trade Data (NG - Feb) - BRAZOS022821(bal to NG).xls | C | | | | |
| PX051 | 9/28/2021 | | | S&P Capital IQ, Day-Ahead Natural Gas Prices, Gulf Coast – TX Region | C | | | | |
| PX052 | Feb. 2020 and Feb. 2021 | | | ERCOT RTSPP data for HB_HBAVG for February 1-28, 2021 and February 15-19, 2020 | C | | | | |
| PX053 | | BRAZOS_000 100072 | | ERCOT issues Watch for extreme cold weather | C | | | | |
| PX054 | | | | ERCOT provided workpapers ERCOT_B0132965.xlsx and ERCOT_B0132967.CSV | C | | | | |
| PX055 | 3/25/2020 | BRAZOS_000 270719 | | BP 317 Energy Risk Management | HC | | | | |
| PX056 | 2/4/2021 | BRAZOS_000 095471 | | ACES Email Re: Position + Market Update 2-4-2021 AM | HC | | | | |
| PX057 | 2/4/2021 | BRAZOS_000 | | Capacity Position Spreadsheet | HC | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 095480 | | | | | | | | |
| PX058 | 2/5/2021 | BRAZOS_000 090309 | | Brazos Electric Cooperative, February 2021 Power Cost Estimate, February 4, 2021 | HC | | | | | |
| PX059 | 2/8/2021 | ERCOT_B026 7059- ERCOT_B026 7132 | Walker 111 | Text messages between DeAnn Walker and Bill Magness between the dates  02/08/2021 and 03/08/2021 | HC | | | | | |
| PX060 | 2/11/2021 | ERCOT_B015 9864 – 159786 | | Email string re Power Plants Restrictions in Atmos North Texas Area | HC | | | | | |
| PX061 | 2/11/2021 | ERCOT_B026 9888- ERCOT_B026 9893 | Rickerson 10 | Text Message between Woody Rickerson, Dan Woodfin and Jimmy Hartman between dates of 02/11/2021 and 02/22/2021 | HC | | | | | |
| PX062 | 2/12/2021 | BRAZOS_000 158698 | | ACES emails  with J. Clevenger RE: Setup for Sun (2/14) | HC | | | | | |
| PX063 | 2/12/2021 | BRAZOS_000 090542 | | Email between Brazos and UCS RE: United Position for Feb. 12-13 | HC | | | | | |
| PX064 | 2/12/2021 | BRAZOS_000 214875 | | February 2021 Power Cost Estimate | HC | | | | | |
| PX065 | 2/13/2021 | ERCOT_B016 3827 | Ögelman 38 | Email(s) re: Golden Spread Units | HC | | | | | |
| PX066 | 2/13/2021 | ERCOT_B016 3340- ERCOT_B016 3341 | Rickerson 5 | Email(s) re: Load shed amounts | HC | | | | | |
| PX067 | 2/15/2021 | ERCOT_B016 9418 | Bivens 5 | Email from Carrie Bivens RE: Pricing during EEA | HC | | | | | |
| PX068 | 2/15/2021 | ERCOT_B016 9894– ERCOT_B016 9896 | Maggio 106 | Email(s) re: ERCOT SCED RTSPP pricing during EEA load shed | HC | | | | | |
| PX069 | 2/15/2021 | ERCOT_B016 8446– ERCOT_B016 8447 | Maggio 104/ Ögelman 41 | Email(s) re: Pricing info for media call | HC | | | | | |

| PX070 | 2/15/2021 | ERCOT_B028 5866– ERCOT_B028 5867 | Maggio 105 / Ögelman 39 | Email(s) re: Talking points regarding prices below 9000 during firm load shed | HC | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX071 | 2/15/2021 | ERCOT_B016 9429– ERCOT_B016 9430 | Maggio 2/ Maggio 107 | Email(s) re: Why aren't prices at $9,000 | HC | | | | |
| PX072 | 2/16/2021 | ERCOT_B017 2492-93 | | Email chain re: Notice of price correction for PUCT emergency order | HC | | | | |
| PX073 | 2/16/2021 | ERCOT_B027 8955 | Graves 13/ Ögelman 42 | Email(s) re: ERCOT SCED RTSPP pricing during EEA load shed | HC | | | | |
| PX074 | 2/16/2021 | ERCOT_B017 4173– ERCOT_B017 4178 | Maggio 115 | Email(s) re: RTRDPA | HC | | | | |
| PX075 | 2/16/2021 | ERCOT_B017 2254 | Ögelman 34 | Email(s) re: suspending defaults | HC | | | | |
| PX076 | 2/17/2021 | ERCOT_B017 5560– ERCOT_B017 5562 | Ögelman 45 | Email(s) re: ERCOT morning brief | HC | | | | |
| PX077 | 2/17/2021 | ERCOT_B028 6554– ERCOT_B028 6555 | Maggio 116 | Email(s) re: GTBD adjustment for pricing run as we exit EEA3 | HC | | | | |
| PX078 | 2/17/2021 | ERCOT_B017 5672– ERCOT_B017 5677 | Ögelman 46 | Email(s) re: Market update for 2/16 | HC | | | | |
| PX079 | 2/18/2021 | PUCT 0033399 | Ruane 11 | Email between PUCT and Potomac Economics re: collateral request | HC | | | | |
| PX080 | 2/18/2021 | BRAZOS_000 089495 | | Power Cost Estimate Template Feb 2021 as of 2-18-21.xlsx | HC | | | | |

| PX081 | 2/22/2021 | ERCOT_B001 6391– ERCOT_B001 6393 | Maggio 103 | Email(s) re: Lt. Governor Question | HC | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX082 | 2/22/2021 | BRAZOS_000 214034 | | Internal Brazos Emails Re: TGPNA Force Majeure - Brazos Electric Power Cooperative | HC | | | | |
| PX083 | 3/4/2021 | PUCT 0206428- PUCT 0206430 | D'Andrea 21 | Email from Connie Corona re: IMM Letter with energy price recommendation | HC | | | | |
| PX084 | 3/8/2021 | BRAZOS_000 187097 | | Hedge Amounts and Power Purchases_Final - 0221 Brazos SalesandPurchases Report as of 030821 - Final.xlsx | HC | | | | |
| PX085 | 3/31/2021 | ERCOT_B001 0255 | Frosch 13 | Email from Colleen Frosch re: 0091 ERCOT ISO Responses to FERC Attachment A | HC | | | | |
| PX086 | 3/31/2021 | ERCOT_B006 6186- ERCOT_B006 6187; ERCOT_B006 6223- ERCOT_B006 6228; ERCOT_B006 6254- ERCOT_B006 6265 | Frosch 14 | Narrative answers as attachments to FERC Attachment A | HC | | | | |
| PX087 | 4/9/2021 | ERCOT_B006 7116 | Frosch 17 | ERCOT ISO Response to FERC Attachment A Data Request March 17, 2021 | HC | | | | |
| PX088 | 6/25/2021 | BRAZOS_000 274542 - BRAZOS_000 274580 | | Brazos Electric Power Cooperative, Inc. and Subsidiaries Independent Auditor's Report and Consolidated Financial Statements for the year ended December 31, 2020 | HC | | | | |
| PX089 | | | | Clevenger_compiled_documents | HC | | | | |
| PX090 | | | | Exhibit A to Debtor's Objections and Answers to ERCOT's Second Set of Interrogatories | HC | | | | |

| PX091 | | BRAZOS_000 091157 – 91163 | | Timeline of ERCOT notices and weather advisories | HC | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX092 | 12/21/1989 | Public - https://www.ne rc.com/pa/rrm/ ea/February%2 02011%20Sout hwest%20Cold %20Weather% 20Event/ERCO T%20Emergen cy%20Operatio n%201989.pdf | | ERCOT Emergency Operation 1989 | | | | | |
| PX093 | 6/1/2012 | | Graves 6 | 2012 Brattle ERCOT Resource Adequacy Review | | | | | |
| PX094 | Jul-12 | public - https://www.pu c.texas.gov/ind ustry/electric/re ports/ERCOT_ annual_reports/ 2011annualrep ort.pdf | | ERCOT 2011 State of the Market | | | | | |
| PX095 | 9/12/2013 | | | Transcript of September 12, 2013, PUCT Open Meeting; Nodal Protocol Revision Request 568 | | | | | |
| PX096 | 9/19/2013 | | | Nodal Protocol Revision Request No. 568 – Real-Time Reserve Price Adder Based on Operating Reserve Demand Curve | | | | | |
| PX097 | | | | EXHIBIT INTENTIONALLY OMITTED | | | | | |
| PX098 | 8/12/2014 | | Ögelman 23 | NPRR626 - Reliability Deployment Price Adder (formerly "ORDC Price Reversal Mitigation Enhancements"), ERCOT Board Report, August 12, 2014 | | | | | |

| PX099 | Jul-15 | Public - https://www.puc.texas.gov/industry/electric/reports/ERCOT_annual_reports/2014annualreport.pdf | | ERCOT 2014 State of the Market | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX100 | 11/1/2018 | | Magness Expert 10 | ERCOT Nodal Protocols, Section 22, Attachment A: Standard Form Market Participant Agreement, November 1, 2018 | | | | | |
| PX101 | 3/1/2019 | | Ögelman 4 | ERCOT Market Update: ERCOT's use of Energy Emergency Alerts | | | | | |
| PX102 | 5/9/2019 | Public - https://interchange.puc.texas.gov/Documents/48721_25_1017465.PDF | Magness Expert 5 | Order Adopting Amendment to Sec. 25.505 and Repeal of Sec. 25.508 as Approved at the May 9, 2019 Open Meeting | | | | | |
| PX103 | Jun-19 | Public - https://www.puc.texas.gov/industry/electric/reports/ERCOT_annual_reports/2018annualreport.pdf | | ERCOT 2018 State of the Market | | | | | |
| PX104 | 6/6/2019 | Public - https://www.ercot.com/files/docs/2019/06/06/ERCOT_Energy_Emergency_Alert_Communications_Matrix_June_2019.p | | ERCOT Energy Emergency Alert Communications Matrix June 2019 | | | | | |

| | | df | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX105 | 7/30/2019 | BRAZOS_000 260253 | | Certified Copy of Resolution Approving Revision No. 15 Wholesale Power Supply and Delivery Service Rate and the TRRM Protocols | | | | | |
| PX106 | 2/3/2020 | ERCOT_B013 4694– ERCOT_B013 4696 | Ögelman 2 | ERCOT Employee Organizational Chart | | | | | |
| PX107 | 5/29/2020 | | | Methodology for Implementing Operating Reserve Demand Curve (ORDC) to Calculate Real-Time Reserve Price Adder, Version 2.5 | | | | | |
| PX108 | 6/18/2020 | Public - fitchratings.co m/research/us- public- finance/fitch- affirms-brazos- electric-power- cooperative- inc-tx-idr-at-a- outlook- positive-18-06- 2020 | | Fitch Ratings, Rating Action Commentary "Fitch Affirms Brazos Electric Power Cooperative, Inc. TX IDR at 'A+' – Outlook Positive", dated June 18, 2020 | | | | | |
| PX109 | 7/1/2020 | | Ögelman 25/ Sotkiewic z 26 | ERCOT Methodology for Implementing Operating Reserve Demand Curve (ORDC) to Calculate Real-Time Reserve Price Adder, Version 2.6 | | | | | |
| PX110 | 9/23/2020 | BRAZOS_000 074113 | | Brazos 2020-2023 Natural Gas Supply Plan September 2020 | | | | | |

| PX111 | Oct-20 | Public - https://www.ercot.com/files/docs/2021/04/09/2020_10_Settlement_Energy_and_PTP_Obligations.pdf | | ERCOT, Settlement: Energy and PTP Obligations, PowerPoint presentation | | | | | |
| PX112 | 11/5/2020 | Public - https://www.ercot.com/files/docs/2020/11/05/SARA-FinalWinter2020-2021.pdf | | Final Seasonal Assessment of Resource Adequacy for the ERCOT Region (SARA) Winter 2020/2021 | | | | | |
| PX113 | 11/5/2020 | Public - https://www.ercot.com/files/docs/2020/11/05/SARA-FinalWinter2020-2021.xlsx | | Final Seasonal Assessment of Resource Adequacy for the ERCOT Region (SARA) Winter 2020/2021 (Excel native) | | | | | |
| PX114 | 11/23/2020 | | | CDR Summer Peak Ave Wind Capacity Percentages 11-23-2020 (excel) | | | | | |
| PX115 | Dec-20 | Public - https://www.ercot.com/files/docs/2020/12/23/2020_LTSA_Report.zip | | 2020 Long-Term System Assessment  for the ERCOT Region | | | | | |
| PX116 | 1/1/2021 | | Ögelman 5 | ERCOT Nodal Excerpts | | | | | |
| PX117 | 1/1/2021 | | Payton 5 | ERCOT Nodal Protocols Section 1: Overview | | | | | |
| PX118 | 1/1/2021 | | Payton 7 | ERCOT Nodal Protocols Section 21: Revision Request Process | | | | | |
| PX119 | 1/1/2021 | | Sotkiewic | ERCOT Nodal Protocols Section 6: | | | | | |

| | | | z 4 | Adjustment Period and Real-Time Operations | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX120 | 1/1/2021 | | Graves 18 | Protocol 6.5.9.4.2 EEA Levels | | | | | |
| PX121 | 1/11/2021 | Public - https://www2.illinois.gov/sites/ipa/Documents/2021%20Electricity%20Plan/Final%20Docs/IPA%202021%20Electricity%20Procurement%20Plan%20%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%29.pdf | | IPA 2021 Electricity Procurement Plan (Final 11 January 2021) | | | | | |
| PX122 | 1/15/2021 | Public - https://www.ercot.com/files/docs/2021/01/15/2020_ERCOT_Reserve_Margin_Study_Report_FINAL_1-15-2021.pdf | | Estimation of the Market Equilibrium and Economically Optimal Reserve Margins for the ERCOT Region for 2024 | | | | | |
| PX123 | Feb-21 | | | Brazos Electric QSE ERCOT Settlement Invoices, dated February 1, 2021 to February 28, 2021 | | | | | |
| PX124 | Feb-21 | | | Brazos Electric Temporary Affordability Adjustments Applied to Member Invoices, February 2021 | | | | | |
| PX125 | Feb-21 | | | Brazos Electric's Balance Sheet Trial Balance, February 2021 | | | | | |
| PX126 | Feb-21 | | | ERCOT 60 Day SCED Disclosure Reports for February 15, 2021 through February 19, 2021 | | | | | |

| PX127 | Feb-21 | | | ERCOT director-level org chart as of February 2021 [attached to 8/3/2021 J. Alibhai email] | | | | | |
| PX128 | 2/1/2021 | Public - https://www.ercot.com/files/docs/2021/08/18/February_1__2021_Nodal_Protocols.pdf | | ERCOT Nodal Protocols as of February 1, 2021 | | | | | |
| PX129 | Feb-21 | Public - https://www.vibrantcleanenergy.com/wp-content/uploads/2021/03/VCE-ERCOT-StormUri.pdf | | ERCOT Winter Storm Uri Blackout Analysis (February, 2021) Vibrant Clean Energy | | | | | |
| PX130 | Feb-21 | | | Historical Real-Time ORDC and Reliability Deployment Price Adders and Reserves | | | | | |
| PX131 | Feb-21 | | | Historical Real-Time ORDC and Reliability Deployment Prices for 15-Minute Settlement Interval | | | | | |
| PX132 | Feb-21 | | Magness Expert 6 | Protocol 4.4.11 (Feb. 2021) | | | | | |
| PX133 | Feb-21 | | | PUCT functional org chart as of February 2021 [attached to 8/6/2021 J. Binford email] | | | | | |
| PX134 | Feb-21 | | Magness Expert 7 | PUCT Rule 25.501 (Feb. 2021). | | | | | |
| PX135 | Feb-21 | | Magness Expert 4 | Tex. Utilities Code 39.151 (Feb. 2021) | | | | | |
| PX136 | 2/2/2021 | | Payton 8 | 02 Feb 2021 Physical Daily Gas Delivery Prices for March | | | | | |

| PX137 | 2/5/2021 | Public - Available at https://www.ercot.com/files/docs/2021/02/03/February_5_2021_Nodal_Operating_Guide.pdf | | ERCOT Nodal Operating Guide | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX138 | 2/7/2021 | ERCOT_B0036344– ERCOT_B0036346 | Ögelman 20 | Email(s) re: Board inquiry | | | | | |
| PX139 | 2/10/2021 | PUCT 0000352 | | Email from Shawn Hazard, Emergency Management Coordinator, PUCT to Kasey Feldman et al (Feb. 10, 2021 09:58 CST) (PUCT 0000352) | | | | | |
| PX140 | 2/10/2021 | ERCOT_B0036466- ERCOT_B0036437 | Rickerson 2 | Email(s) re: Vistra call on conditions next week | | | | | |
| PX141 | 2/11/2021 | | | ACES Audio File (02_11_2021_10_19_Rodney Kuhl) | | | | | |
| PX142 | 2/12/2021 | | | ACES Audio File (02_12_2021_09_50_Christian Nagel) | | | | | |
| PX143 | 2/12/2021 | | | ACES Audio File (02_12_2021_09_50_Rob Vrabel) | | | | | |
| PX144 | 2/12/2021 | | | ACES Audio File (02_12_2021_09_50_Rodney Kuhl) | | | | | |
| PX145 | 2/12/2021 | PUCT 0203666 | | Texas Declaration of State of Disaster Pursuant to Section 418.014, dated February 12, 2021 | | | | | |
| PX146 | 2/13/2021 | ERCOT_B0010410 | | Email(s) re: High Price Tracking | | | | | |

| PX147 | 2/13/2021 | Public - https://www.ercot.com/services/comm/mkt_notices/detail?id=1abd107a-59ef-3602-8fb8-369f44aa9b53 | | ERCOT Notice M-A021321-01 Notice of Railroad Commission of Texas Action on Operation of Gas Utility Systems, Operations, February 13, 2021 09:53AM | | | | | |
| PX148 | 2/13/2021 | ERCOT_B0135769 | | Magness Email to PUCT | | | | | |
| PX149 | 2/14/2021 | Public - https://www.energy.gov/sites/prod/files/2021/02/f82/DOE%2002%28c%29%20Emergency%20Order%20-%20ERCOT%2002.14.2021.pdf | | DOE Order 202-21-1 | | | | | |
| PX150 | 2/14/2021 | ERCOT_B0136156– ERCOT_B0136159 | Maggio 102 | Email(s) re: Pricing info for media call | | | | | |
| PX151 | 2/14/2021 | ERCOT_B0010629 | | ERCOT letter to DOE | | | | | |
| PX152 | 2/14/2021 | Public - https://www.ercot.com/news/release?id=e2b19f22-7283-3fe8-bed2-a4a979dce772 | | ERCOT News Release, "Grid operator requests energy conservation for system reliability", February 14, 2021 | | | | | |

| PX153 | 2/14/2021 | Public - https://www.ercot.com/services/comm/mkt_notices/detail?id=4b1be90c-b1be-3c81-8c27-1ce90982caea | | M-A021421-01 Notice of U.S. Department of Energy Section 202(c) Order affecting the ERCOT Region | | | | | |
| PX154 | 2/14/2021 | Public - https://www.whitehouse.gov/briefing-room/statements-releases/2021/02/14/president-joseph-r-biden-jr-approves-texas-emergency-declaration/ | | Texas Emergency Declaration Approval, dated February 14, 2021 | | | | | |
| PX155 | 2/15/2021 | | Walker 115 | Audio Transcription of Emergency Open Meeting, Monday, February 15, 2021 | | | | | |
| PX156 | 2/15/2021 | PUCT_0020865-PUCT_0020868 | Walker 113 | Email(s) re: 51617 Winter ERCOT Order | | | | | |
| PX157 | 2/15/2021 | ERCOT_B0010828–ERCOT_B0010836 | Ögelman 8/ Maggio 112 | Email(s) re: Commission Order on Reliability Deployment Pricing Run and Peaker Net Margin Threshold | | | | | |
| PX158 | 2/15/2021 | ERCOT_B0136379–ERCOT_B0136381 | Maggio 109 | Email(s) re: Draft Order Directing Certain Actions | | | | | |

| PX159 | 2/15/2021 | ERCOT_B003 7837– ERCOT_B003 7838 | Ögelman 112 | Email(s) re: Pricing during EEA | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX160 | 2/15/2021 | ERCOT_B013 6397 – ERCOT_B013 6399 | Maggio 108/ Ögelman 7 | Email(s) re: Proposed language | | | | | |
| PX161 | 2/15/2021 | Public - https://www.er cot.com/service s/comm/mkt_n otices/detail?id =bbd04677-bc71-3a8f-9d99-5715e3484f5e | | ERCOT Notice M-C021521-01 Legal - Public Utility Commission Emergency Orders Affecting ERCOT Market Prices - February 15 2021 11:08 PM | | | | | |
| PX162 | 2/15/2021 | Public - https://www.er cot.com/service s/comm/mkt_n otices/detail?id =d0249671-372b-3690-b45e-f1783f47d642 | | ERCOT Notice M-C021521-02 Update: Public Utility Commission Emergency Orders Affecting ERCOT Market Prices - February 16, 2021 6:04 PM | | | | | |
| PX163 | 2/15/2021 | Public - https://www.er cot.com/service s/comm/mkt_n otices/detail?id =9e59e0d5-abb0-3f8d-aa5a-2e1d358a362f | | ERCOT Notice M-C021521-03 Update: Public Utility Commission Emergency Orders Affecting ERCOT Market Prices - February 17, 2021 09:24PM | | | | | |
| PX164 | 2/15/2021 | ERCOT_B004 | Maggio | Meeting Invite, Commission Order on | | | | | |

| | | 6358 | 111 | Reliability Deployment Pricing Run, etc. | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX165 | 2/15/2021 | Public - available at https://interchange.puc.texas.gov/Documents/51617_3_1111656.PDF | Magness 103/ Ögelman 105/ Maggio 110/ Ruane 8/ Graves 4/ Magness Expert 8/ Walker 109/ Payton 9/ Sotkiewicz 32/ D'Andrea 4 | Order Directing ERCOT to Take Action and Granting Exception to Commission Rules, PUC Project No. 51617, February 15, 2021 | | | | | |
| PX166 | 2/15/2021 | PUCT_0099196-PUCT_0099197 | Walker 114 | PUC Open Meeting Agenda, Monday, February 15, 2021, 5:20 P.M. | | | | | |
| PX167 | 2/16/2021 | | Walker 118 | Audio Transcription of Emergency Open Meeting, Monday, February 16, 2021 | | | | | |
| PX168 | 2/16/2021 | Public - https://nymag.com/intelligencer/2021/02/extreme-winter-weather-wreaks-havoc-across-u-s.html | | Danner, Chas (February 16, 2021). Extreme Winter Weather Wreaks Havoc Across U.S. New York Intelligencer | | | | | |
| PX169 | 2/16/2021 | ERCOT_B0271701-10 | | Email chain re: Load shed changes - GMS contact for tonight 2/15/2022 [**sic**] | | | | | |
| PX170 | 2/16/2021 | ERCOT_B0038405– | Magness 102 | Email(s) re: February 16 ERCOT Update | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | ERCOT_B003 8411 | | | | | | | |
| PX171 | 2/16/2021 | PUCT_000539 0 – PUCT_000539 1 | Ögelman 12 | Email(s) re: Houston Chronicle | | | | | |
| PX172 | 2/16/2021 | ERCOT_B003 8283– ERCOT_B003 8288 | Maggio 114 | Email(s) re: Load shed changes – GMS contact for tonight | | | | | |
| PX173 | 2/16/2021 | ERCOT_B003 8238– ERCOT_B003 8242 | Ögelman 9 | Email(s) re: Load Shed changes – GMS contact for tonight 2/15/2022 | | | | | |
| PX174 | 2/16/2021 | PUCT_002530 6- PUCT_002530 9 | Walker 117 | Email(s) re: open meeting today | | | | | |
| PX175 | | | | EXHIBIT INTENTIONALLY OMITTED | | | | | |
| PX176 | 2/16/2021 | ERCOT_B003 8414 | Magness 26 | Magness email RE: February 16 ERCOT update | | | | | |
| PX177 | 2/16/2021 | produced during discovery as PUCT 0206028 and ERCOT_B014 3933 | Bivens 7/ D'Andrea 11/ Magness 60/ Magness Expert 9/ Ögelman 106/ Walker 116/ Graves 5/ Sotkiewic z 33 | Second Order Directing ERCOT to Take Action and Granting Exception to Commission Rules, PUC Project No. 51617, February 16, 2021 | | | | | |

| PX178 | 2/17/2021 | | | Brazos Electric's Daily Cash Status Report as of February 17, 2021 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX179 | 2/17/2021 | ERCOT_B001 0979– ERCOT_B001 0987 | Maggio 117/ Ögelman 11 | Email(s) re: Commission Order on Reliability Deployment Pricing Run and Peaker Net Margin Threshold | | | | | |
| PX180 | 2/17/2021 | ERCOT_B017 6363– ERCOT_B017 6326 | Maggio 135 | Email(s) re: GTBD adjustment for pricing run as we exit EEA3 | | | | | |
| PX181 | 2/17/2021 | ERCOT_B001 0924 – ERCOT_B001 0961 | Magness 29 | Email(s) re: Need better weatherization talking points | | | | | |
| PX182 | 2/17/2021 | PUCT_000616 1 | Ögelman 14 | Email(s) re: Price of electricity | | | | | |
| PX183 | 2/18/2021 | PUCT_001502 3- PUCT_001502 5 | Walker 124 | Email re ERCOT Notice re: M-C021521-04 Update: ERCOT Expectations Regarding Exiting EEA3 and Public Utility Commission Emergency Orders Affecting ERCOT Market Prices | | | | | |
| PX184 | 2/18/2021 | ERCOT_B000 9220 | Ögelman 29/ Ögelman 114 | Email(s) from Carrie Bivens re: pricing concerns | | | | | |
| PX185 | 2/18/2021 | ERCOT_B000 9194- ERCOT_B000 9195 | Woodfin 13 | Email(s) re: draft market notice eea3 | | | | | |
| PX186 | 2/18/2021 | ERCOT_B000 9197- ERCOT_B000 9198 | Woodfin 14 | Email(s) re: Edited draft market notice | | | | | |
| PX187 | 2/18/2021 | ERCOT_B000 1643 | Maggio 119 | Email(s) re: ERCOT Morning Brief | | | | | |

| PX188 | 2/18/2021 | ERCOT_B027 2138– ERCOT_B027 2140 | Parakkuth 8 | Email(s) re: M-C021521-04 Update: ERCOT Expectations Regarding Exiting EEA3 and Public Utility Commission Emergency Orders Affecting ERCOT Market Prices | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX189 | 2/18/2021 | ERCOT_B000 1415 | Woodfin 12 | Email(s) re: Woodfin notes Feb. 18 | | | | | |
| PX190 | 2/18/2021 | ERCOT_B027 1981 | Graves 24/ Bivens 11/ Maggio 121/ Magness Expert 13 | ERCOT Notice  M-C021521-04 Update: ERCOT Expectations Regarding Exiting EEA3 and Public Utility Commission Emergency Orders Affecting ERCOT Market Prices - February 18, 2021  07:46AM | | | | | |
| PX191 | | | | EXHIBIT INTENTIONALLY OMITTED | | | | | |
| PX192 | 2/19/2021 | ERCOT_B013 8754- ERCOT_B013 8757 | Rickerson 17 | Email(s) re: Morning Update | | | | | |
| PX193 | 2/19/2021 | ERCOT_B013 9773– ERCOT_B013 9774 | Ögelman 36/ Magness 57 | Email(s) re: WSJ Story – alerting you/seeking feedback | | | | | |
| PX194 | 2/19/2021 | Public - https://www.er cot.com/news/r elease?id=ee7c d076-09b9- 39da-a9ba- 4287028dc3eb | | ERCOT News Release, dated February 19, 2021 | | | | | |
| PX195 | 2/19/2021 | Public - https://www.er cot.com/service s/comm/mkt_n otices/detail?id | | ERCOT Notice M-C021521-05 Update: ERCOT Expectations Regarding Exiting EEA3 and Public Utility Commission Emergency Orders Affecting ERCOT Market Prices, February 19, 2021 09:27AM | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | =dba778b5-e00b-30c6-ba2e-16784af65c2d | | | | | | | |
| PX196 | 2/19/2021 | Public - https://www.ercot.com/services/comm/mkt_notices/detail?id=feefdd8f-8530-3e80-bf31-34169c46deb9 | | M-A021921-01 Exceptional Fuel Costs submitted for multiple Resources between February 12 and 16, 2021 | | | | | |
| PX197 | | | | EXHIBIT INTENTIONALLY OMITTED | | | | | |
| PX198 | 2/21/2021 | Public - https://www.puc.texas.gov/consumer/facts/factsheets/elecfacts/WinterStormPriceExplainer-FIN.pdf | Ögelman 16 | "Electricity Prices during the 2021 Winter Storm" Prepared by the Public Utility Commission of Texas | | | | | |
| PX199 | 2/22/2021 | ERCOT_B0016394 | | Attachment to email re Lt. Governor question | | | | | |
| PX200 | 2/22/2021 | Public - https://www.ercot.com/services/comm/mkt_notices/detail?id=ae3e1251-4d26-3fab-a5f8- | | M-A022221-01 ERCOT is temporarily deviating from Protocol deadlines and timing related to settlements, collateral obligations, and Invoice payments | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 6f1ccd94ce0e | | | | | | | |
| PX201 | 2/23/2021 | ERCOT_B027 2370 | Bivens 15 | Email from Carrie Bivens attaching IMM Presentation to ERCOT Board (2/24/21) | | | | | |
| PX202 | 2/23/2021 | ERCOT_B027 2419-ERCOT_B027 2429 | Rickerson 13 / Magness 36 | Email(s) re: Things we haven't done – followup to 2011 Cold Weather Report | | | | | |
| PX203 | 2/24/2021 | Public - https://www.er cot.com/files/d ocs/2021/02/24 /2.3_Market_Fi nancial_Matter s.pdf | | ERCOT Board Presentation by IMM (Potomac) | | | | | |
| PX204 | 2/24/2021 | Public - https://www.er cot.com/files/d ocs/2021/02/24 /2.2_REVISED _ERCOT_Pres entation.pdf | | Review of February 2021 Extreme Cold Weather Event – ERCOT Presentation, dated February 24, 2021 | | | | | |
| PX205 | 2/25/2021 | PUCT_003874 2 | Magness 38 | Email(s) re: ERCOT Board of Directors 02-24-21 | | | | | |
| PX206 | 2/25/2021 | ERCOT_B005 6066-ERCOT_B005 6220 | Walker 1 | Joint Hearing Transcript: State Affairs & Energy Resources, Testimony of ERCOT CEO Bill Magness and PUC Chairman DeAnn Walker | | | | | |
| PX207 | 2/25/2021 | ERCOT_B030 3152 | Sotkiewic z 38 | Magness PPT - Review of Feb 21 Extreme Cold Event (02.25.21) | | | | | |

| PX208 | 2/25/2021 | ERCOT_B002 4819 and public - https://www.er cot.com/files/d ocs/2021/03/03 /Texas_Legisla ture_Hearings_ 2-25-2021.pdf | | Review of February 2021 Extreme Cold Weather Event – ERCOT Presentation, dated February 25, 2021 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX209 | 2/25/2021 | ERCOT_B005 2964- ERCOT_B005 3066 | Walker 128 | Transcription of Video Recording of Hearing of Senate Committee on Business & Commerce Testimony of Bill Magness and DeAnn Walker | | | | | |
| PX210 | 2/26/2021 | ERCOT_B014 1472 | Magness 40 | Proposed Email to Dan Patrick | | | | | |
| PX211 | 3/1/2021 | | | Debtor's Emergency Motion For Entry Of An Order Authorizing Continued Use Of Cash Management System, Bank Accounts, Business Forms And Company Credit Cards And Related Relief (Docket No. 26) | | | | | |
| PX212 | 3/1/2021 | | | Declaration Of Clifton Karnei In Support Of Chapter 11 Petition And Emergency First-Day Motions (Docket No. 3) | | | | | |
| PX213 | 3/1/2021 | PUCT_002076 7- PUCT_002080 0 | Walker 110 | Letter for DeAnn Walker to Chairman of Senate Business and Commerce Committee, House State Affairs Committee, and House Energy Resources Committee | | | | | |
| PX214 | 3/1/2021 | PUCT_002247 5- PUCT_002247 6 | Walker 101 | Letter from Governor Greg Abbott to Chairman DeAnn Walker accepting her resignation | | | | | |
| PX215 | 3/2/2021 | ERCOT_B002 0811 – ERCOT_B002 0827 | Maggio 127 | Email(s) re: Potential price correction for weather event | | | | | |

| PX216 | 3/3/2021 | Public - https://www.austintexas.gov/edims/document.cfm?id=355922 | | Austin Energy Feb Storm Briefing | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX217 | 3/3/2021 | ERCOT_B0024429– ERCOT_B0024433 | Maggio 128 | Email(s) re: Potential price correction for weather event | | | | | |
| PX218 | 3/4/2021 | | Ögelman 21 | 03/04/2021 Senate Committee on Business & Commerce Transcript | | | | | |
| PX219 | 3/4/2021 | ERCOT_B0045543 | | ERCOT's Letter Re: Generator Outages During February 2021 Cold Weather Event, dated March 4, 2021 | | | | | |
| PX220 | 3/4/2021 | Pubilc - https://interchange.puc.texas.gov/Documents/51812_61_1114183.PDF | Bivens 106/ Magness 107/ Ögelman 115/ Maggio 124 | Potomac Letter (3/4/21) re: PUC Project No. 51812, Issues Related to the State of Disaster for the  February 2021 Winter Weather Event | | | | | |
| PX221 | 3/4/2021 | ERCOT_B0057146 | D'Andrea 102 | Transcript of D'Andrea Testimony at March 4, 2021 Hearing of the House State Affairs Committee | | | | | |
| PX222 | 3/9/2021 | ERCOT_B0045740– ERCOT_B0045745 | Magness 108 | Email(s) re: Draft Letter to PUC | | | | | |
| PX223 | 3/10/2021 | ERCOT_B0030899 – ERCOT_B0030901 | Magness 3 | Email(s) re: IMM Letter with energy price recommendation (3/4/21) | | | | | |
| PX224 | 3/11/2021 | ERCOT_B0054220– | Magness 105 | 03/11/2021 Senate Committee on Jurisprudence Hearing Transcript | | | | | |

| | | ERCOT_B005 4293 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX225 | 3/11/2021 | ERCOT_B014 4161 – ERCOT_B014 4164 | Magness 4 | Email(s) re: 03.11.2021 IMM Letter | | | | | |
| PX226 | 3/11/2021 | ERCOT_B014 4068 – ERCOT_B014 4092 | Magness 7 | Email(s) re: House State Affairs slide deck for tomorrow | | | | | |
| PX227 | | | | EXHIBIT INTENTIONALLY OMITTED | | | | | |
| PX228 | 3/11/2021 | Public - https://www.ercot.com/files/docs/2021/03/18/Magness_statement_for_senate_energy_and_natural_resources_committee_final.pdf | | ERCOT Magness Statement -Senate Energy Committee Hearing on Resiliency  (03.11.21) | | | | | |
| PX229 | 3/11/2021 | Public - https://interchange.puc.texas.gov/Documents/51812_149_1115720.PDF | Bivens 107 | Potomac Letter (3/11/21) re: State of Disaster for the February 2021 Winter Weather Event | | | | | |
| PX230 | 3/11/2021 | ERCOT_B005 4387 | Bivens 3 | Senate Committee Hearing Transcript (Examining Billing Errors) | | | | | |
| PX231 | 3/11/2021 | | D'Andrea 26 | Transcript of Testimony of Arthur D'Andrea before Senate Committee on Jurisprudence | | | | | |
| PX232 | 3/15/2021 | ERCOT_B014 4508 – ERCOT_B014 4516 | Magness 8 | Email(s) re: House State Affairs draft slide deck | | | | | |

| PX233 | 3/16/2021 | Public - https://www.texasmonthly.com/news-politics/wall-street-profited-off-texas-blackouts/ | | "Some on Wall Street Profited off Texas Blackouts. In a Private Call, a Top Regulator Pledged He Would Try to Protect Their Windfall" (Texas Monthly) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX234 | 3/16/2021 | ERCOT_B0057606 – ERCOT_B0057626 | Magness 106 | 03/16/2021 Senate Committee on State Affairs Hearing Transcript | | | | | |
| PX235 | 3/17/2021 | Public - https://www.texasattorneygeneral.gov/sites/default/files/opinion-files/opinion/2021/kp-0363.pdf | | Opinion No. KP-0363 of the Attorney General of Texas issued on March 17, 2021 | | | | | |
| PX236 | 3/18/2021 | Public - https://www.dallasnews.com/news/watchdog/2021/03/18/ousted-public-utility-commission-chairman-admits-he-favors-helping-investors-not-the-public/ | | David Lieber, Dallas Morning News, Ousted Public Utility Commission chairman admits he favors helping investors, not the public. March 18, 2021 | | | | | |

| PX237 | 3/24/2021 | ERCOT_B014 5508 and public - https://docs.house.gov/meetings/IF/IF02/20210324/111365/HHRG-117-IF02-Wstate-MagnessB-20210324.pdf | | House Energy and Commerce Committee: Oversight and Investigations - March 24, 2021 Hearing: "Power Struggle: Examining the 2021 Texas Grid Failure" Statement by Bill Magness, President and Chief Executive Officer, ERCOT | | | | | |
| PX238 | 3/24/2021 | ERCOT_B014 5511 | | Truth in Testimony Disclosure Form - House Energy and Commerce Committee: Oversight and Investigations, date 03/24/21 - Witness: Bill Magness | | | | | |
| PX239 | 3/25/2021 | Public - https://www.ercot.com/news/release?id=3b6e4da3-fcbf-3c50-96b7-68c661568f13 | | ERCOT Press Release - ERCOT studies range of scenarios prior to summer, identifies low risk for outages | | | | | |
| PX240 | 3/25/2021 | Public - https://www.ercot.com/files/docs/2021/03/25/SARA-PreliminarySummer2021.pdf | | Preliminary Seasonal Assessment of Resource Adequacy for the ERCOT Region (SARA) Summer 2021 | | | | | |
| PX241 | 3/29/2021 | Public - https://uh.edu/news-events/stories/2021/march-2021/03292021-hobby-winter- | | Stipes, Chris. University of Houston, "New Report Details Impact of Winter Storm Uri on Texans", March 29, 2021 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | storm.php | | | | | | | |
| PX242 | 3/30/2021 | | | Luminant PUCT Rule 11 Agreement | | | | | |
| PX243 | 3/31/2021 | | | Navarro County Electric Cooperative, Inc. - RUS Form 7 as of December 31, 2020 | | | | | |
| PX244 | Apr-21 | Public - https://docs.txoga.org/files/2644-4-22-21-enverus_txoga_winter-storm-uri-natural-gas-analysis.pdf | | Enverus, Winter Storm Uri – Natural Gas Analysis, April 2021 | | | | | |
| PX245 | 4/6/2021 | Public - http://interchange.puc.texas.gov/Documents/51878_20_1120255.PDF | Rickerson 104 | February 2021 Extreme Cold Weather Event: Preliminary Report on Causes of Generator Outages and Derates, April 6, 2021. PUC Project No. 51878, Item 20 | | | | | |
| PX246 | 4/13/2021 | | Magness 55 | 04/13/2021 ERCOT Board Meeting Item No. 9 | | | | | |
| PX247 | 4/15/2021 | | | Methodology for Implementing Operating Reserve Demand Curve (ORDC) to Calculate Real-Time Reserve Price Adder, Version 2.7 | | | | | |
| PX248 | 4/16/2021 | | Ögelman 26 | ERCOT Winter Storm Review of Demand-Side Resources and Other Related Topics | | | | | |
| PX249 | 4/27/2021 | Public - https://www.ercot.com/files/docs/2021/04/28/ERCOT_Winter_Storm_Generator_Outages_By_Cause_Upd | | Update to April 6, 2021 Preliminary Report on Causes of Generator Outages and Derates During the February 2021 Extreme Cold Weather Event | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | ated_Report_4.27.21.pdf | | | | | | | |
| PX250 | 4/30/2021 | | Magness 2 | 04/30/2021 Magness Letter to Pallone | | | | | |
| PX251 | May-21 | Public - https://www.potomaceconomics.com/wp-content/uploads/2021/06/2020-ERCOT-State-of-the-Market-Report.pdf | | 2020 State of the Market Report for the ERCOT Electricity Markets, Potomac Economics, May 2021 | | | | | |
| PX252 | May-21 | Public - https://www.ercot.com/files/docs/2021/06/11/2021_EEA_Overview_Final.pdf | Graves 17 | ERCOT 2021 Energy Emergency Alert Overview, May 2021 | | | | | |
| PX253 | 5/4/2021 | ERCOT_B0046655 | Jones 102 | Transcript of Testimony of Brad Jones and Lori Cobos before Senate Committee | | | | | |
| PX254 | 5/4/2021 | ERCOT_B0046645– ERCOT_B0046654 | Ögelman 107 | Transcript of Texas Senate Business & Commerce Committee Meeting, Testimony of Brad Jones and Lori Cobos | | | | | |
| PX255 | 5/6/2021 | Public - https://www.ercot.com/files/docs/2021/05/06/Media_Call_EEA_Deck_for_May_6_2021_ | | ERCOT Overview & Emergency Procedures dated May 6 2021 | | | | | |

| | | FINAL.pdf | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX256 | 5/7/2021 | Public - https://www.eia.gov/todayinenergy/detail.php?id=47876#:~:text=Residential%20bills%20increased%20by%20a,commercial%20sales%20were%206%25%20lower. | | Average Texas electricity prices were higher in February 2021 - EIA | | | | | |
| PX257 | 5/14/2021 | Public - https://www.expressnews.com/business/article/ERCOT-CEO-winter-storm-pricing-16178206.php | | A deviation from ERCOT's rules: Interim CEO's comments raise questions about power pricing during storm - San Antonio Express News | | | | | |
| PX258 | 5/21/2021 | | | Superpriority Secured Debtor-In-Possession Credit Agreement between Brazos and JPMorgan Chase Bank, N.A., executed on May 21, 2021 (Dkt. 733-4) | | | | | |
| PX259 | 5/28/2021 | | | London Economics International, LLC (2021). Analysis of ERCOT market prices during February 2021 winter storm event. Prepared for Vistra Corp. May 28, 2021 | | | | | |
| PX260 | 6/1/2021 | | Ögelman 37/Maggio 130 | Enoch Kever letter attaching LEI report | | | | | |

| PX261 | 6/3/2021 | | Bivens 109/ Maggio 139 | NPRR 1081, Revisions to Real-Time Reliability Deployment Price Adder to Consider Firm Load | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX262 | 6/14/2021 | | Jones 105/ Ögelman 109/ Ruane 7 | ERCOT Proof of Claim, with exhibits [Claim No. 115] | | | | | |
| PX263 | 6/24/2021 | Public - https://www.sanantonio.gov/Portals/5/files/CEP%20Report%20Final.pdf | | City of San Antonio CEP Report Final | | | | | |
| PX264 | 6/28/2021 | | | NPRR1081 - Revisions to Real-Time Reliability Deployment Price Adder to Consider Firm Load Shed, ERCOT Board Report, June 28, 2021 | | | | | |
| PX265 | 7/12/2021 | Public - https://www.puc.texas.gov/agency/resources/reports/UTAustin_(2021)_EventsFebruary2021TexasBlackout_(002)FINAL_07_12_21.pdf | | University of Austin at Texas, Energy Institute, The Timeline and Events of the February 2021 Texas Electric Grid Blackouts | | | | | |
| PX266 | 8/2/2021 | | | ERCOT's Response to NRG Energy, Inc.'s First Request for Information, PUCT Docket No. 52322, August 2, 2021 | | | | | |
| PX267 | 8/18/2021 | | | Debtor's Complaint Objecting To Electric Reliability Council Of Texas, Inc.'s Proof Of Claim And Other Relief (Adversary Proceeding Docket No. 1) | | | | | |

| PX268 | 9/2/2021 | | Jones 108 | Brief for Appellee Luminant Energy filed in Texas Third Court of Appeals, Case No. 03-21-00098-CV | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX269 | 9/2/2021 | | Ögelman 111 | Case No. 03-21-00098-CV, Third Court of Appeals, Brief for Appellee | | | | | |
| PX270 | 9/23/2021 | | Graves 8 | Project No. 52631 PUCT Request for Comments on the High System-Wide Offer Cap | | | | | |
| PX271 | 9/28/2021 | ERCOT_B015 1460 | | Capacity Demand and Reserves Report (Dec. 2020) (excel) | | | | | |
| PX272 | 9/29/2021 | ERCOT_B013 2965 | Maggio 138A | SECD_Rerun_Summary_0215_0217.csv (excel) | | | | | |
| PX273 | 9/29/2021 | ERCOT_B013 2967 | Maggio 137A | SECD_Rerun_Summary_0218_0219.csv (excel) | | | | | |
| PX274 | 10/22/2021 | | Ögelman 103 | ERCOT's Objections and Responses to Brazos Electric's First Set of Interrogatories, First Requests for Admission, and Third Set of Requests for Production | | | | | |
| PX275 | 10/25/2021 | | | Amended Complaint [Adv. Dkt. No. 173] | | | | | |
| PX276 | 10/27/2021 | Public - https://www.austintexas.gov/sites/default/files/files/HSEM/Winter-Storm-Uri-AAR-and-Improvement-Plan-Technical-Report.pdf | | Winter Storm Uri AAR and Improvement Plan Technical Report | | | | | |
| PX277 | Nov-21 | Public - https://www.ercot.com/files/docs/2021/11/23/ERCOT%20Fact%20Sheet.p | | ERCOT Fact Sheet | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | df | | | | | | | |
| PX278 | 11/1/2021 | Public - https://www.sp global.com/rati ngs/en/research /articles/21110 1-texas-winter- storm-brought- downgrades- and-spurred- response- among-public- power-and- electric- cooperative- utilit-12164982 | | Texas Winter Storm Brought Downgrade _ S&P Global Ratings | | | | | |
| PX279 | 11/3/2021 | | | Answer to Amended Complaint [Adv. Dkt. No. 192] | | | | | |
| PX280 | 11/4/2021 | | Jones 111/ Ruane 6 | ERCOT Amended Proof of Claim, with exhibits [Claim No. 115-2] | | | | | |
| PX281 | 11/11/2021 | | | Email chain re: Deposition scheduling, top string 8:59 pm ET email from E. Clark to S. Schinfeld to, attaching mark-up of draft stipulation re: Brad Jones | | | | | |
| PX282 | 11/12/2021 | | | Email chain re: Deposition scheduling, top string 1:32 pm ET email from S. Schinfeld to E. Clark | | | | | |
| PX283 | 11/16/2021 | | | NERC Final Report on February 2021 Freeze Underscores Winterization Recommendations | | | | | |
| PX284 | 11/23/2021 | | | ERCOT Supplemental Objections and Responses to 1st Set of Interrogatories, 1st Requests for Admission, and 3rd Sets of RFPs to ERCOT | | | | | |

| PX285 | 12/2/2021 | Public - https://interchange.puc.texas.gov/Documents/52631_47_1171647.PDF | Graves 9 | Project No. 52631 Proposal for Adoption for Amendments to 16 TAC Sec. 25.505 as Approved at the December 2, 2021 Open Meeting | | | | | |
| PX286 | 12/7/2021 | Public - https://www.ercot.com/services/comm/mkt_notices/detail?id=397d6d0b-27bf-4db1-8ede-1c8627f1042f | | December 7, 2021 ERCOT Market Notice, Implementation of the Public Utility Commission of Texas's (PUCT's) approval of changes to the High System-Wide Offer Cap (HCAP) | | | | | |
| PX287 | 12/8/2021 | | | Public Utility Regulatory Act, Section 39.151 Essential Organizations | | | | | |
| PX288 | 12/8/2021 | Public - https://quantumspectrum.net/texas-electricity-deregulation/ | | Quantum Spectrum Energy - Deregulation of the Texas Electricity Market | | | | | |
| PX289 | 12/9/2021 | | | Christopher J. Kearns CV | | | | | |
| PX290 | 12/9/2021 | | | Kearns - Brazos Electric Ability to Pay | | | | | |
| PX291 | 12/9/2021 | | | Kearns - Documents Relied Upon | | | | | |
| PX292 | 12/9/2021 | | | Kearns - ERCOT Settlement Invoices | | | | | |
| PX293 | 12/9/2021 | | | Kearns - Member Abiltiy to Pay | | | | | |
| PX294 | 12/16/2021 | Public - https://www.adminmonitor.com/tx/puct/open_meeting/20211216/2/ | | Transcription of Recording of December 16, 2021, PUCT Open Meeting, Part 2 | | | | | |

| PX295 | 12/17/2021 | Public - https://www.ercot.com/files/docs/2021/12/16/ERCOT_Cold_Weather_Presentation.pptx | | NERC Presentation to ERCOT - The February 2021 Cold Weather Outages in Texas and the South Central United States – Gas and Electric Interdependencies | | | | | |
| PX296 | 12/21/2021 | | | Errata sheet for DeAnn Walker Deposition Transcript | | | | | |
| PX297 | 12/22/2021 | public - https://www.puc.texas.gov/agency/rulesnlaws/subrules/electric/25.505/25.505.pdf | Graves 10 | PUCT Rule 25.505 | | | | | |
| PX298 | 1/3/2022 | | | Miller Inventories 02192021 0307hs | | | | | |
| PX299 | 1/3/2022 | | | NGPL TX-OK SNL Prices | | | | | |
| PX300 | 1/7/2022 | | | Joint Stipulation to Calculations and Expert Testimony At Trial [Adv. Dkt. No. 291] | | | | | |
| PX301 | 02/18-19/2021 | | Sotkiewicz 49 | RTM_ORDC_REL_DPLY_PRC_ADDR_RSRV_2021 (excerpt) | | | | | |
| PX302 | | Public - https://austinenergy.com/wcm/connect/482f26ba-7c94-465a-8a00-59bd65f33967/Feb2021-WinterStormsAfterActionReport.pdf?MOD=AJPERES&CVID=nS28hAN | | Austin Energy Winter Storms After Action Report | | | | | |
| PX303 | | | Graves 7 | 2021 Brattle Market Design Options for | | | | | |

| | | | | Managing Reliability in ERCOT | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX304 | | Public - https://www.ferc.gov/media/february-2021-cold-weather-outages-texas-and-south-central-united-states-ferc-nerc-and | | FERC - NERC - Regional Entity Staff Report: The February 2021 Cold Weather Outages in Texas and the South Central United States | | | | | |
| PX305 | Various | BRAZOS_000008693 | | All interim and final ERCOT settlement invoices to Brazos for February 2021 power purchases | | | | | |
| PX306 | | Public - https://www.austintexas.gov/sites/default/files/files/HSEM/2021-Winter-Storm-Uri-AAR-Findings-Report.pdf | | City of Austin and Travis County 2021 Winter Storm Uri AAR Findings Report | | | | | |
| PX307 | | | | CDR Winter 2020- 21 Peak Ave Wind And Solar Capacity Percentages (excel) | | | | | |
| PX308 | | Public - https://www.cpsenergy.com/content/dam/corporate/en/Documents/CPS%20Energy%20and%20the%20Texas%20Electric%20Market%20- | | CPS Energy and the Texas Electric Market - March 2021 - Final Version | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | %20March%20 2021%20- %20Final%20 Version.pdf | | | | | | | |
| PX309 | | Public - https://www.eia .gov/electricity/ monthly/epm_t able_grapher.p hp?t=epmt_6_0 7_a | | Electric Power Monthly - U.S. Energy Information Administration (EIA) | | | | | |
| PX310 | | | | EOP-011-1 Emergency Operations | | | | | |
| PX311 | | Public - https://www.er cot.com/news/ mediakit/maps | | ERCOT Maps | | | | | |
| PX312 | | Public - https://www.er cot.com/files/d ocs/2020/05/12 /2019_09_Set3 01_M6_- _RT.pdf | | ERCOT Market Education, Settlements 301, Module 6: Real-Time Operations | | | | | |
| PX313 | | Public - http://mis.ercot. com/misapp/Ge tReports.do?rep ortTypeId=132 31 | | ERCOT Report on Historical Real-Time ORDC and Reliability Deployment Price Adders and Reserves for February 2021 (excel) | | | | | |
| PX314 | | Public - http://www.erc ot.com/mktinfo /rtm | | ERCOT's Real-Time Market Website (Data Source From) | | | | | |

| PX315 | | | | EXHIBIT INTENTIONALLY OMITTED | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PX316 | | | | Log of ERCOT directed orders to transmission operators prepared by Brazos Electric | | | | | |
| PX317 | | | | Chart of Lowest Temperature Days from 2011-2021 | | | | | |
| PX318 | | Public - https://www.weather.gov/wrh/climate | | National Weather Service Regions | | | | | |
| PX319 | | | | RTM_ORDC_REL_DPLY_PRC_ADDR_RSR V_2021.xlsx (excel) | | | | | |
| PX320 | | Public - http://www.puc.texas.gov/winterstorm21/ | | Screenshot of puc.texas.gov-winterstorm21 | | | | | |
| PX321 | | ERCOT_B0269147 | Magness 15 | Magness texts to Theresa Gage between 2/8/21 and 3/8/21 | C | | | | |
| PX322 | 2/16/2021 | PUCT 0214312 | | W. Roth email re involuntary load shed not out of market reliability deployment | HC | | | | |
| PX323 | 2/17/2021 | PUCT 0214321 | | A. Barlow email re mistake putting out press release | HC | | | | |
| PX324 | 2/19/2021 | PUCT 0214240 | | V. Leady email re: ERCOT data brief | HC | | | | |
| PX325 | 2/20/2021 | PUCT 0214394 | | C. Corona email re notes on D'Andrea and Walker conversations | HC | | | | |
| PX326 | 1/5/2021 - 3/30/2021 | PUCT 0214478 | | Text messages between T.J. Gleeson and Connie Corona between 1/5/21 and 3/30/21 | HC | | | | |
| | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Any document or pleading filed in the above-captioned adversary proceeding or main case | | | | | |
| | | | | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | |
| | | | | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | |