Power Supply Committee - Consider Natural Gas Supply Plan for 2020-2024

Case No. 21-30725
**PX110**
Adv. Proc. No. 21-03863



# Brazos Electric Cooperative
# 2020 – 2024 Natural Gas Supply Plan
# September 2020



# Brazos Electric Cooperative
# 2020-2024 Natural Gas Supply Plan

| | | |
|---|---|---|
| 1 | Executive Summary | 3 |
| 2 | Forecast Consumption | 3 |
| 3 | Transportation | 4 |
| 4 | Storage Services | 5 |
| 5 | Analysis | 6 |
| 6 | Recommendations/Actions Items | 8 |
| | Appendix A: Current Contracts | 9 |
| | Appendix C: Brazos Electric's Natural Gas Fired Generation | 11 |
| | Appendix D: Projected Average Consumption (MMBtu/day) | 13 |

**DISCLAIMER**

ACES has prepared this report based upon information provided by Brazos Electric Cooperative and information obtained from other sources considered to be reliable. ACES makes no representations or warranties as to the accuracy of any data used in the preparation of this report. Brazos Electric Cooperative is cautioned that reliance upon this information and the underlying assumptions for conclusions, decisions, or strategies involves risks and uncertainties. ACES cannot give any assurances that actual results will be consistent with the projections in this report. This report contains confidential and proprietary information and should not be disclosed without the express written consent of Brazos Electric Cooperative and ACES.

# 1 Executive Summary

ACES prepared the following natural gas supply plan to meet Brazos Electric Power Cooperative, Inc.'s (Brazos) projected Fall 2020 through 2024 natural gas consumption. The plan was prepared based on current estimates of natural gas consumption along with peak demand requirements. The following sections cover Forecast Consumption, Transportation, Storage Services, Analysis, and Recommendations/Action Items. Long Term/Further Considerations. Also attached at the end of the document:

Appendix A – NAESB Current Contracts
Appendix B – Brazos Pipeline Map
Appendix C – Brazos Electric's Natural Gas Fired Generation
Appendix D – Projected Average Consumption
Appendix E – Brazos PGMY Yard Map

ACES will update this natural gas supply plan on an annual basis.

In the past year, Brazos has made changes two-fold. On the physical operations side, changes have been made on the Worsham Steed line to allow for much higher flows to Jack County. These increases allow for flows of over 150,000 MMBtu directly to Jack County, which has changed how natural gas is procured and flowed on a daily basis. In regards to storage and transportation contracts, Brazos has extended the interruptible transportation on Atmos for a term of three years which will be the primary source of transportation for Johnson County and the Miller fleet. Also, Brazos has increased and extended services at Worsham Steed through October 31, 2024. Firm transportation of 25,000 MMBtu/day and firm storage with a maximum storage quantity of 200,000 MMBtu in the summer (120,000 MMBtu for winter) has been secured at Worsham Steed. Firm storage at Hill Lake has also been agreed upon through October 31, 2023, with an MSQ as high as 100,000 MMBtu during the summer, ratcheting back to 60,000 MMBtu.

At the end of October 2020, the Enterprise firm transportation will expire. While Enterprise may still be needed at times for pressure reasons, the increased Worsham flexibility and flows will allow Enterprise quantities to be decreased and potentially eliminated.

# 2 Forecast Consumption

This natural gas supply plan utilizes forecast generation data from ACES' Portfolio Modeling and Portfolio Strategy groups, and is based on forward curves dated September 11, 2020. Figure 1 shows the projected average daily consumption volumes based on Brazos' most recent monthly Portfolio Position Report and Appendix D is a chart that represents a monthly volumetric estimate of consumption.

Power Supply Committee - Consider Natural Gas Supply Plan for 2020-2024

Exhibit 1

Figure 1. Projected Average Daily Consumption (MMBtu/day)



Figure 2 displays the daily peak capacity volumes based on the capacity at each of the natural gas-fired plants.

Figure 2. Daily Peak Consumption (MMBtu/day)

|      | Jack County | Johnson County | Miller | Total   |
|------|-------------|----------------|--------|---------|
| 2020 | 208,000     | 53,000         | 95,000 | 356,000 |
| 2021 | 208,000     | 53,000         | 95,000 | 356,000 |
| 2022 | 208,000     | 53,000         | 95,000 | 356,000 |
| 2023 | 208,000     | 53,000         | 95,000 | 356,000 |
| 2024 | 208,000     | 53,000         | 95,000 | 356,000 |

## 3  Transportation

ACES identified the volumes of firm pipeline capacity that Brazos Electric has secured for 2020 through 2024, as shown in Figure 3:

Figure 3. Firm Pipeline Capacity (MMBtu/day)

| Firm Transportation | | |
|---|---|---|
| Pipeline | Volume | Expiration |
| Enterprise | 20,000 MMBtu/day | October 31, 2020 |
| Energy Transfer | 65,000 MMBtu/day | October 31, 2021 |
| Worsham Steed | 25,000 MMBtu/day | October 31, 2024 |
| **Total Firm Deliverability** | **110,000 MMBtu/day** | |

| Interruptible Transportation | | |
|---|---|---|
| Pipeline | Volume | Expiration |
| Atmos | 156,000 MMBtu/day | December 31, 2022 |

BRAZOS_000074116

Power Supply Committee – Consider Natural Gas Supply Plan for 2020-2024

Exhibit 1

Although the chart above shows only 110,000 MMBtu of firm transportation, additional volumes can be secured as a delivered product to cover the deficit at Jack County. Worsham Steed's volume can reach as high as 150,000 MMBtu/day, while Enlink can also flow up to 55,000 MMBtu/day. Under the current daily offering and operations of the Jack County units, specifically the increase in capacity from Worsham Steed, the usage frequency of supply from Enlink has diminished. This is both due to liquidity and economics on the Enlink supply.

In Figure 4, Brazos' average daily consumption is compared to the current firm natural gas transportation services. The deficit shown below will be partially supplied once the Enterprise Transportation contract is renegotiated and renewed. In addition to this, gas supplies on Worsham Steed can be purchased on a delivered basis which will also help fill the deficit seen below.

Figure 4. Total 2020 - 2024 Natural Gas Daily Transportation (MMBtu/day)



*Projected Consumption includes capacity of Johnson County and Jack County only.*

## 4  Storage Services

Figure 5 shows the natural gas storage capacity and park & loan services that Brazos has in place for 2020 through 2024:

Figure 5. Storage and Park and Loan Capacity (MMBtu/day)

BRAZOS_000074117

| Storage | | | | | |
|---|---|---|---|---|---|
| Pipeline | Injection | Withdrawal | Max Capacity | $/MMBtu* | Expiration |
| Worsham Steed - Summer | 40,000 MMBtu/day | 40,000 MMBtu/day | 200,000 MMBtu | $0.05 + 1.5% | 10/31/2024 |
| Worsham Steed - Winter | 40,000 MMBtu/day | 40,000 MMBtu/day | 120,000 MMBtu | $0.05 + 1.5% | 10/31/2024 |
| Hill Lake - Summer | 20,000 MMBtu/day | 20,000 MMBtu/day | 100,000 MMBtu | $0.05 + 1.5% | 10/31/2024 |
| Hill Lake - Winter | 20,000 MMBtu/day | 20,000 MMBtu/day | 60,000 MMBtu | $0.05 + 1.5% | 10/31/2024 |

| Park and Loan | | | | | |
|---|---|---|---|---|---|
| Pipeline | Park | Loan | Max Capacity | $/MMBtu* | Expiration |
| ETF | 20,000 MMBtu/day | 20,000 MMBtu/day | Negotiated** | Negotiated** | N/A |
| Atmos | 25,000 MMBtu/day | 25,000 MMBtu/day | Negotiated** | Negotiated** | N/A |

*$/MMBtu costs vary based on volume, etc. Highest costs displayed for reference. All costs shown in Figure 5 are variable. Reservation (fixed periodic demand fees) charges not included.

**Atmos and ETF PAL rate negotiated daily. Rates and max capacity can range based on time of year, duration of park/loan, or conditions on the pipe. Rates are expected to range from $0.15 - $0.25.

**Figure 6. Reservation Costs of Storage / Park and Loan**
*Energy Transfer & Enterprise varies monthly depending on number of days.*

| Monthly Reservation Charges | | | |
|---|---|---|---|
| Pipeline | Reservation | Other Charges | |
| Atmos (S & T) | $ - | $ 900.00 | Meter Fee |
| Enterprise * | $ 60,833.40 | | |
| ETF * | $ 138,395.99 | | |
| Worsham Steed (T-Port) | $ 50,000.00 | | |
| Worsham Steed (Storage) | $ 57,000.00 | | |
| Hill Lake (Storage) | $ 28,500.00 | | |
| Total | $ 334,729.39 | | |

With the heavy growth of renewable energy in ERCOT, it has become more difficult to forecast clearings than in previous years. Due to this, last year Brazos subscribed to additional storage services both at Hill Lake Storage as well as Worsham Steed storage. On a daily basis, 60,000 MMBtu can be either injected or withdrawn from storage. This flexibility is extremely valuable as it can be sculpted on an hourly basis to minimize hourly charges on specific pipelines. In addition, it can be withdrawn during peak hours to limit pulling the pressure of the system at Jack County down too quickly.

## 5 Analysis

After analyzing Brazos' expected peak consumption and transportation capacity, ACES concluded there is sufficient transportation for the Jack, Johnson, and Miller units. Although it is less likely that the units will be dispatched to peak capacity each day, it is necessary to plan to have sufficient firm transportation to supply Jack County and Johnson County for peak daily consumption. Without firm transportation, it could be challenging to secure firm delivered gas supply on a peak day to meet Brazos' needs.

Brazos' current transportation agreement with Energy Transfer is set to expire within the upcoming year. Current model runs show a decrease in consumption for both Johnson County and the Miller fleet

in the years to come. Due to the improvements which led to increased flow capability from Worsham Steed directly to Jack County, it may be possible to reduce or entirely terminate firm transportation on ETF.

Because of the importance of line pack for the Jack Units it is necessary to make sure there is sufficient supplies available to manage the current operational configuration and ACES will continue to work with Brazos to make sure that supply options are optimized.

### Pipeline Transportation, Operationally Flexible Services, and Storage Service

- Brazos' historical capacity factors have been high enough to support subscribing to firm pipeline transportation instead of buying mostly delivered supply. Brazos has been able to negotiate discounted transportation rates from the pipelines serving their facilities. Currently, none of these pipelines can serve 100% of the Brazos load; therefore, Brazos will likely always have transportation capacity from more than one pipeline. The allocation between pipelines will be based on the operational flexibility and economics of serving the Brazos generators. Having capacity from several pipelines reduces the risk in relying on a single supply source. Not only is the supply risk reduced but the operational risk is as well. Completely relying on one or two sources poses a risk if any compressor or pipeline issues arise also.

- The peaking units at Miller have a very low capacity factor. Firm transportation demand charges on low capacity factor units equate to high cost gas transportation on a dollar per MMBtu basis, which translates to higher generation costs. Since a portion of the Miller units can generate by substituting oil and firm gas deliveries, firm transportation is not necessary or recommended for the Miller units.

- Brazos often consumes gas on a non-ratable schedule (more gas consumption on-peak than off-peak) and as a result, there will always be a need for pipeline or storage services to manage the hourly load variance. Pipelines have provided highly reliable operational flexibility on an interruptible basis; however, as witnessed during the Polar Vortex winters ago and the cold blast in the winter of 2017-2018, there is limited capacity to provide this on extreme days. Subscribing to firm hourly services allows the pipelines to reserve this capacity for customers to have when needed. Worsham Steed storage provides hourly flexibility to withdraw gas directly to Jack County as well as into Atmos, ETF pipeline, or Enterprise. Hill Lake storage also provides hourly flexibility to withdraw gas into ETF, Atmos, and Enterprise also.

- Brazos has the need for storage, as well as park and loan contracts, to provide additional flexibility to manage their power supply portfolio. The structure of the nodal market in ERCOT has increased the demand for greater flexibility from both Johnson County and Jack County. In addition, timing differences between the gas and power markets, changes in weather patterns, unit outages, supply curtailments, and changing market prices will all have an impact on the volume of natural gas used versus what was forecast.

- In addition to the firm storage contracts, all of the current park and loan contracts are non-firm and provide Brazos with added flexibility for daily operations.

### Supply

- Based on previous operational and commercial market experience, a maximum of 100,000 MMBtu/day month-ahead and 100,000 MMBtu/day day-ahead was maintained to be a safe limit to stay within for natural gas procurement. Recently though, daily natural gas purchases have reached well over 150,000 MMBtu/day without difficulty in procurement. Due to this, ACES is comfortable in leaving over 100,000 MMBtu to be secured on a daily basis.

## 6  Recommendations/Actions Items

1. ACES recommends the Monthly Baseload Supply amounts for 2021 contingent on market dynamics, which will minimize any gas supply and reliability concerns. In order to cover any potential changes in the market, ACES will need authorization to secure volumes up to 30,000 MMBtu/day on a monthly baseload basis. This gas will not be purchased until the month prior during bidweek and will keep the daily purchases to a manageable, reliable level.

   **Requested Monthly Volumes to be executed during bidweek of preceding month:**
   - Term: January 2021 – 0 MMBtu/day
   - Term: February 2021 – 0 MMBtu/day
   - Term: March 2021 - 0 MMBtu/day
   - Term: April 2021 - 0 MMBtu/day
   - Term: May 2021 - 0 MMBtu/day
   - Term: June 2021 – 30,000 MMBtu/day
   - Term: July 2021 – 30,000 MMBtu/day
   - Term: August 2021 – 30,000 MMBtu/day
   - Term: September 2021 – 0 MMBtu/day
   - Term: October 2021 - 0 MMBtu/day
   - Term: November 2021 - 0 MMBtu/day
   - Term: December 2021 – 0 MMBtu/day

**Figure 7. Natural Gas Supply Plan**

Proposed 2021 Gas Supply Plan (MMBtu/d)

| Month | Projected Avg. Daily Consumption (ADC) | | | Targeted Baseload Supply | | Procurement Strategy | | | Avg. Daily Purchase / (Sale) |
|---|---|---|---|---|---|---|---|---|---|
| | Jack County | Johnson County & Miller [1] | Total | Pct. of Jack County ADC | Volume | Existing Long-term Baseload | Targeted Seasonal Baseload | Monthly Baseload | |
| January | 48,889 | 5,751 | 54,640 | 0% | - | - | - | - | 54,640 |
| February | 34,599 | 4,688 | 39,287 | 0% | - | - | - | - | 39,287 |
| March | 11,677 | 363 | 12,040 | 0% | - | - | - | - | 12,040 |
| April | 8,862 | 833 | 9,695 | 0% | - | - | - | - | 9,695 |
| May | 28,927 | 2,406 | 31,333 | 0% | - | - | - | - | 31,333 |
| June | 119,402 | 17,642 | 137,044 | 0% | - | - | - | 30,000 | 107,044 |
| July | 47,461 | 6,991 | 54,451 | 0% | - | - | - | 30,000 | 24,451 |
| August | 62,264 | 11,735 | 73,998 | 0% | - | - | - | 30,000 | 43,998 |
| September | 48,423 | 3,917 | 52,340 | 0% | - | - | - | - | 52,340 |
| October | 3,234 | 85 | 3,319 | 0% | - | - | - | - | 3,319 |
| November | 27,208 | 6,006 | 33,214 | 0% | - | - | - | - | 33,214 |
| December | 40,528 | 6,234 | 46,762 | 0% | - | - | - | - | 46,762 |

[1] The Johnson County and Miller plants are both served by transportation service agreements with Atmos Pipeline Texas, Energy Transfer Fuels, and Enterprise Pipeline. These agreements allow for the transfer of deliveries between these two plants. For this reason the supply of these two facilities is considered on a combined basis.

Power Supply Committee - Consider Natural Gas Supply Plan for 2020-2024                                Exhibit 1

2. On October 31, 2021, the Energy Transfer firm transportation agreement will terminate. Leading up to the expiration, ACES recommends analyzing this contracts as well as revisiting the Enterprise firm transportation contract to determine which, if any, contracts will be needed to reliably operate both units at Jack County. With the improvements in capacity from Worsham Steed, it may be possible to reduce or eliminate the firm transportation contracts. This would still allow for reliable operations at Jack County while savings Brazos fixed monthly demand charges.

## Appendix A: Current Contracts

**Current NAESB & Gas Annex Contracts**

| | |
|---|---|
| Centerpoint Energy Services, Inc. | NAESB |
| Chesapeake Energy Marketing | NAESB |
| CIMA Energy | NAESB |
| Cimarex | NAESB |
| ConocoPhillips | NAESB |
| Devon Gas Services | NAESB |
| Enbridge Marketing | NAESB |
| Energy Transfer Fuels | NAESB |
| EnLink Gas Marketing | NAESB |
| Enstor Energy Services, LLC | NAESB |
| Enterprise Products Operating | NAESB |
| ETC Marketing | NAESB |
| Koch Energy Services, LLC | NAESB |
| Luminant Energy | NAESB |
| Macquarie Energy | NAESB |
| Mercuria Energy America, Inc. | NAESB |
| Munich Re Trading LLC | NAESB |
| National Energy & Trade | NAESB |
| NJR Energy Services | NAESB |
| NorTex Trading and Marketing | NAESB |
| Occidental Energy Marketing, Inc | NAESB |
| Sequent Energy Management | NAESB |
| Shell Energy North America | NAESB |
| Targa Gas Marketing | NAESB |
| Tenaska Marketing Ventures | NAESB |
| Total Gas & Power | NAESB |
| Twin Eagle Resource Management | NAESB |
| Wells Fargo Commodities | NAESB |
| EDF Trading North America | Gas Annex |
| JP Morgan | Gas Annex |

Power Supply Committee - Consider Natural Gas Supply Plan for 2020-2024

Exhibit 1

## Storage and Transportation Contracts

| | |
|---|---|
| Hill Lake | Storage |
| Worsham Steed Storage | Storage |
| Energy Transfer Fuels | Firm Transportation |
| Enterprise Pipeline | Firm Transportation |
| Worsham Steed | Firm Transportation |
| Atmos Pipeline - Texas | Interruptible Transportation |
| Energy Transfer Fuels | Interruptible Transportation |

## Appendix B: Brazos Pipeline Map

Power Supply Committee - Consider Natural Gas Supply Plan for 2020-2024                                  Exhibit 1



## Appendix C: Brazos Electric's Natural Gas Fired Generation

Power Supply Committee - Consider Natural Gas Supply Plan for 2020-2024                                      Exhibit 1

| Facility | Summer Capacity (MW) | Heat Rate (Btu/kWh) | Pipeline Connections | Type |
|---|---|---|---|---|
| RW Miller #1 | 75 | 11955 | Atmos, ETF, Emerprise | Steam Turbine |
| RW Miller #2 | 120 | 10215 | Atmos, ETF, Enterprise | Steam Turbine |
| RW Miller #3 | 208 | 10279 | Atmos, ETF, Enterprise | Steam Turbine |
| RW Miller #4 | 115 | 11343 | Atmos, ETF, Enterprise | Combustion Turbine |
| RW Miller #5 | 104 | 11816 | Atmos, ETF, Enterprise | Combustion Turbine |
| Johnson County | 265 | 7610 | Atmos, ETF | Combined Cycle |
| Jack County #1 | 510/610* | 6,982/7,224* | ETF, Enlink, Enterprise, Worsham Steed | Combined Cycle |
| Jack County #2 | 510/610* | 6,982/7,224* | ETF, Enlink, Enterprise, Worsham Steed | Combined Cycle |

*includes duct firing

Power Supply Committee - Consider Natural Gas Supply Plan for 2020-2024       Exhibit 1

## Appendix D: Projected Average Consumption (MMBtu/day)

|  | Jack County | Johnson County | Miller | Total |
|---|---|---|---|---|
| Sep-20 | 102,763 | 18,629 | 7,337 | 128,729 |
| Oct-20 | 49,180 | 15,207 | 12,553 | 76,940 |
| Nov-20 | 45,766 | 11,775 | 6,382 | 63,922 |
| Dec-20 | 68,518 | 10,627 | 5,173 | 84,318 |
| Jan-21 | 72,899 | 15,287 | 10,794 | 98,980 |
| Feb-21 | 68,427 | 15,652 | 9,094 | 93,172 |
| Mar-21 | 17,882 | 1,338 | 4,338 | 23,558 |
| Apr-21 | 13,805 | 8,885 | 2,681 | 25,371 |
| May-21 | 24,165 | 10,261 | 4,421 | 38,847 |
| Jun-21 | 77,722 | 15,878 | 20,127 | 113,727 |
| Jul-21 | 123,800 | 26,143 | 45,913 | 195,857 |
| Aug-21 | 146,603 | 34,852 | 78,291 | 259,746 |
| Sep-21 | 82,412 | 16,066 | 21,248 | 119,725 |
| Oct-21 | 16,261 | 0 | 8,314 | 24,575 |
| Nov-21 | 37,748 | 10,889 | 3,804 | 52,441 |
| Dec-21 | 57,581 | 11,414 | 3,273 | 72,269 |
| Jan-22 | 61,979 | 15,621 | 10,524 | 88,124 |
| Feb-22 | 57,621 | 15,630 | 10,437 | 83,687 |
| Mar-22 | 14,519 | 7,792 | 3,635 | 25,947 |
| Apr-22 | 10,762 | 3,823 | 1,042 | 15,627 |
| May-22 | 19,857 | 8,320 | 2,423 | 30,601 |
| Jun-22 | 61,480 | 17,079 | 17,332 | 95,892 |
| Jul-22 | 101,595 | 27,497 | 39,716 | 168,808 |
| Aug-22 | 128,873 | 34,476 | 71,370 | 234,719 |
| Sep-22 | 60,437 | 14,784 | 18,545 | 93,766 |
| Oct-22 | 27,325 | 0 | 5,068 | 32,393 |
| Nov-22 | 26,825 | 8,619 | 2,224 | 37,668 |
| Dec-22 | 39,805 | 8,737 | 2,502 | 51,043 |
| Jan-23 | 53,665 | 16,380 | 11,590 | 81,634 |
| Feb-23 | 50,896 | 16,739 | 11,425 | 79,060 |
| Mar-23 | 17,172 | 6,841 | 1,614 | 25,627 |
| Apr-23 | 17,032 | 2,469 | 567 | 20,068 |
| May-23 | 18,272 | 6,416 | 1,480 | 26,168 |
| Jun-23 | 51,966 | 15,191 | 16,122 | 83,280 |
| Jul-23 | 94,162 | 25,503 | 38,678 | 158,343 |
| Aug-23 | 114,950 | 32,571 | 63,765 | 211,286 |
| Sep-23 | 51,783 | 13,617 | 16,791 | 82,191 |
| Oct-23 | 24,678 | 0 | 4,620 | 29,298 |
| Nov-23 | 21,151 | 7,954 | 1,756 | 30,861 |
| Dec-23 | 28,363 | 6,997 | 729 | 36,089 |
| Jan-24 | 52,771 | 17,865 | 12,319 | 82,954 |
| Feb-24 | 48,003 | 17,502 | 10,968 | 76,473 |
| Mar-24 | 18,503 | 5,942 | 1,779 | 26,224 |
| Apr-24 | 17,275 | 5,189 | 593 | 23,057 |
| May-24 | 19,566 | 7,430 | 1,979 | 28,975 |
| Jun-24 | 47,581 | 15,286 | 13,884 | 76,751 |
| Jul-24 | 91,634 | 25,881 | 39,076 | 156,592 |
| Aug-24 | 104,429 | 30,145 | 55,957 | 190,531 |
| Sep-24 | 42,271 | 13,024 | 13,060 | 68,355 |
| Oct-24 | 28,295 | 0 | 1,933 | 30,228 |
| Nov-24 | 28,810 | 6,684 | 1,749 | 37,244 |
| Dec-24 | 28,589 | 7,142 | 2,429 | 38,161 |

## Appendix E: BRAZOS PGMY YARD MAP (to Jack Units)

Power Supply Committee - Consider Natural Gas Supply Plan for 2020-2024

Exhibit 1

