# February 2021

| Day | Henry Hub | HSC | Katy | NGPL Midcon | NGPL TX/ OK | Waha | NYMEX | Day |
|---|---|---|---|---|---|---|---|---|
| 1 | 2.66 | 2.70 | 2.68 | 2.56 | 2.56 | 2.53 | 2.85 | Mon |
| 2 | 2.86 | 2.78 | 2.76 | 2.67 | 2.69 | 2.68 | 2.84 | Tues |
| 3 | 3.18 | 3.02 | 3.00 | 2.84 | 2.85 | 2.82 | 2.75 | Wed |
| 4 | 2.91 | 2.82 | 2.80 | 2.78 | 2.79 | 2.76 | 2.93 | Thur |
| 5 | 2.91 | 2.86 | 2.87 | 2.87 | 2.81 | 2.76 | 2.86 | Fri |
| 6 | 2.91 | 2.86 | 2.87 | 2.87 | 2.81 | 2.76 | 2.86 | Sat |
| 7 | 2.91 | 2.86 | 2.87 | 2.87 | 2.81 | 2.76 | 2.86 | Sun |
| 8 | 3.39 | 3.21 | 3.21 | 3.34 | 3.22 | 3.15 | 2.88 | Mon |
| 9 | 3.21 | 3.18 | 3.18 | 3.34 | 3.20 | 3.14 | 2.83 | Tues |
| 10 | 3.19 | 3.25 | 3.26 | 3.35 | 3.19 | 3.26 | 2.91 | Wed |
| 11 | 3.69 | 3.72 | 4.44 | 4.92 | 3.75 | 4.53 | 2.86 | Thur |
| 12 | 5.89 | 10.74 | 10.00 | 11.87 | 9.19 | 11.32 | 2.91 | Fri |
| 13 | 5.89 | 10.74 | 10.00 | 11.87 | 9.19 | 11.32 | 2.91 | Sat |
| 14 | 5.89 | 10.74 | 10.00 | 11.87 | 9.19 | 11.32 | 2.91 | Sun |
| 15 | 5.88 | 161.65 | 141.27 | 205.22 | 13.77 | 149.49 | 2.91 | Mon |
| 16 | 5.88 | 161.65 | 141.27 | 205.22 | 13.77 | 149.49 | 2.91 | Tues |
| 17 | 16.96 | 400.00 | 375.00 | 22.45 | 24.13 | 204.68 | 3.21 | Wed |
| 18 | 23.58 |  | 216.66 | 23.29 | 23.17 | 64.22 | 3.08 | Thur |
| 19 | 7.37 | 62.97 | 62.99 | 6.32 | 6.69 | 8.42 | 3.06 | Fri |
| 20 | 7.37 | 62.97 | 62.99 | 6.32 | 6.69 | 8.42 | 3.06 | Sat |
| 21 | 7.37 | 62.97 | 62.99 | 6.32 | 6.69 | 8.42 | 3.06 | Sun |
| 22 | 4.97 | 4.00 | 4.71 | 4.05 | 3.99 | 4.51 | 2.95 | Mon |
| 23 | 2.87 | 2.52 | 2.55 | 2.67 | 2.66 | 2.59 | 2.87 | Tues |
| 24 | 2.80 | 2.62 | 2.69 | 2.66 | 2.67 | 2.56 | 2.79 | Wed |
| 25 | 2.75 | 2.61 | 2.65 | 2.62 | 2.62 | 2.64 | 2.77 | Thur |
| 26 | 2.70 | 2.60 | 2.52 | 2.44 | 2.49 | 2.40 | 2.77 | Fri |
| 27 | 2.70 | 2.60 | 2.52 | 2.44 | 2.49 | 2.40 | 2.77 | Sat |
| 28 | 2.70 | 2.60 | 2.52 | 2.44 | 2.49 | 2.40 | 2.77 | Sun |
| **Average** | **5.26** | **36.93** | **40.97** | **20.16** | **6.23** | **24.28** | **2.90** | **Average** |

Case No. 21-30725

**PX136**

Adv. Proc. No. 21-03863