


Case No. 21-30725
**PX301**
Adv. Proc. No. 21-03863

# Historical Real-Time ORDC and Reliability Deployment Price Adders and Reserves - February 2021

| Batch ID | SCED Timestamp | PRC | RTOLCAP | RTORPA |
|---|---|---|---|---|
| 6067270 | 02/18/2021 00:00:23 | 3,430.88 | 7,202.56 | 0.6632 |
| 6067279 | 02/18/2021 00:05:16 | 3,236.60 | 6,595.53 | 4.0732 |
| 6067282 | 02/18/2021 00:10:17 | 3,192.41 | 6,492.15 | 5.4260 |
| 6067284 | 02/18/2021 00:15:16 | 3,249.64 | 6,643.17 | 3.5895 |
| 6067288 | 02/18/2021 00:20:16 | 3,283.52 | 6,775.91 | 2.4517 |
| 6067290 | 02/18/2021 00:25:16 | 3,305.71 | 6,981.68 | 1.3258 |
| 6067292 | 02/18/2021 00:30:15 | 3,392.10 | 7,049.57 | 1.0818 |
| 6067296 | 02/18/2021 00:35:16 | 3,443.73 | 7,307.60 | 0.4766 |
| 6067299 | 02/18/2021 00:40:17 | 3,441.86 | 7,363.84 | 0.3961 |
| 6067301 | 02/18/2021 00:45:16 | 3,449.23 | 7,362.42 | 0.3980 |
| 6067305 | 02/18/2021 00:50:16 | 3,473.59 | 7,413.51 | 0.3360 |
| 6067307 | 02/18/2021 00:55:17 | 3,483.94 | 7,424.55 | 0.3238 |
| 6067309 | 02/18/2021 01:00:24 | 3,482.94 | 7,351.46 | 0.4126 |
| 6067318 | 02/18/2021 01:05:15 | 3,435.66 | 7,277.56 | 0.5246 |
| 6067322 | 02/18/2021 01:10:19 | 3,491.14 | 7,308.45 | 0.4745 |
| 6067324 | 02/18/2021 01:15:16 | 3,488.02 | 7,339.64 | 0.4286 |
| 6067328 | 02/18/2021 01:20:15 | 3,483.83 | 7,343.35 | 0.4225 |
| 6067330 | 02/18/2021 01:25:16 | 3,463.58 | 7,200.23 | 0.6700 |
| 6067333 | 02/18/2021 01:30:17 | 3,575.92 | 7,350.84 | 0.4118 |
| 6067337 | 02/18/2021 01:35:15 | 3,528.23 | 7,457.47 | 0.2893 |
| 6067340 | 02/18/2021 01:40:15 | 3,571.50 | 7,608.88 | 0.1729 |
| 6067343 | 02/18/2021 01:45:16 | 3,615.69 | 7,601.29 | 0.1774 |
| 6067347 | 02/18/2021 01:50:19 | 3,578.98 | 7,492.23 | 0.2568 |
| 6067349 | 02/18/2021 01:55:15 | 3,686.19 | 7,768.20 | 0.0987 |
| 6067351 | 02/18/2021 02:00:22 | 3,770.91 | 7,907.49 | 0.0596 |
| 6067360 | 02/18/2021 02:05:15 | 3,857.77 | 8,060.08 | 0.0339 |
| 6067363 | 02/18/2021 02:10:16 | 3,905.04 | 8,075.83 | 0.0319 |
| 6067365 | 02/18/2021 02:15:16 | 4,019.28 | 8,243.18 | 0.0116 |
| 6067369 | 02/18/2021 02:20:17 | 4,030.29 | 8,354.47 | 0.0074 |
| 6067371 | 02/18/2021 02:25:17 | 4,062.02 | 8,398.35 | 0.0062 |
| 6067373 | 02/18/2021 02:30:17 | 4,112.55 | 8,601.35 | 0.0040 |
| 6067377 | 02/18/2021 02:35:16 | 4,145.79 | 8,841.57 | 0.0015 |
| 6067380 | 02/18/2021 02:40:19 | 4,210.28 | 9,004.43 | 0.0007 |
| 6067382 | 02/18/2021 02:45:17 | 4,185.03 | 8,950.65 | 0.0009 |
| 6067386 | 02/18/2021 02:50:16 | 4,289.38 | 8,829.80 | 0.0015 |
| 6067388 | 02/18/2021 02:55:16 | 4,306.95 | 8,779.97 | 0.0019 |
| 6067390 | 02/18/2021 03:00:22 | 4,201.57 | 8,636.91 | 0.0035 |

| | | | | |
|---|---|---|---|---|
| 6067399 | 02/18/2021 03:05:18 | 4,160.06 | 8,700.06 | 0.0027 |
| 6067402 | 02/18/2021 03:10:17 | 4,208.97 | 8,850.26 | 0.0014 |
| 6067404 | 02/18/2021 03:15:15 | 4,253.91 | 8,877.51 | 0.0013 |
| 6067408 | 02/18/2021 03:20:15 | 4,276.29 | 8,874.04 | 0.0008 |
| 6067410 | 02/18/2021 03:25:16 | 4,297.29 | 8,659.86 | 0.0021 |
| 6067412 | 02/18/2021 03:30:17 | 4,181.79 | 8,544.17 | 0.0034 |
| 6067416 | 02/18/2021 03:35:16 | 4,123.14 | 8,566.63 | 0.0031 |
| 6067419 | 02/18/2021 03:40:19 | 4,075.17 | 8,381.89 | 0.0067 |
| 6067421 | 02/18/2021 03:45:16 | 4,050.86 | 8,224.61 | 0.0125 |
| 6067425 | 02/18/2021 03:50:18 | 4,057.62 | 8,237.32 | 0.0172 |
| 6067427 | 02/18/2021 03:55:17 | 4,047.63 | 8,257.21 | 0.0159 |
| 6067430 | 02/18/2021 04:00:20 | 4,046.91 | 8,199.33 | 0.0199 |
| 6067438 | 02/18/2021 04:05:17 | 4,038.92 | 8,203.74 | 0.0196 |
| 6067441 | 02/18/2021 04:10:16 | 4,048.07 | 8,209.15 | 0.0192 |
| 6067443 | 02/18/2021 04:15:15 | 4,035.32 | 8,251.06 | 0.0163 |
| 6067447 | 02/18/2021 04:20:16 | 4,048.54 | 8,357.81 | 0.0107 |
| 6067449 | 02/18/2021 04:25:15 | 3,995.40 | 8,292.94 | 0.0138 |
| 6067451 | 02/18/2021 04:30:18 | 4,000.57 | 8,307.18 | 0.0131 |
| 6067455 | 02/18/2021 04:35:17 | 3,996.46 | 8,386.24 | 0.0096 |
| 6067458 | 02/18/2021 04:40:17 | 4,037.91 | 8,389.08 | 0.0095 |
| 6067460 | 02/18/2021 04:45:16 | 4,039.10 | 8,074.19 | 0.0321 |
| 6067464 | 02/18/2021 04:50:19 | 3,830.48 | 7,755.48 | 0.1023 |
| 6067466 | 02/18/2021 04:55:18 | 3,823.29 | 7,651.84 | 0.1473 |
| 6067468 | 02/18/2021 05:00:23 | 3,829.76 | 7,480.37 | 0.2654 |
| 6067477 | 02/18/2021 05:05:16 | 3,700.02 | 7,236.83 | 0.5876 |
| 6067480 | 02/18/2021 05:10:16 | 3,674.76 | 7,070.90 | 0.9895 |
| 6067482 | 02/18/2021 05:15:16 | 3,683.60 | 7,052.60 | 1.0526 |
| 6067486 | 02/18/2021 05:20:16 | 3,692.48 | 7,190.60 | 0.6811 |
| 6067489 | 02/18/2021 05:25:16 | 3,651.42 | 7,200.40 | 0.6605 |
| 6067491 | 02/18/2021 05:30:16 | 3,696.34 | 7,273.76 | 0.5239 |
| 6067495 | 02/18/2021 05:35:16 | 3,780.47 | 7,293.21 | 0.4906 |
| 6067498 | 02/18/2021 05:40:16 | 3,717.56 | 7,270.96 | 0.5276 |
| 6067500 | 02/18/2021 05:45:18 | 3,634.99 | 7,149.18 | 0.7743 |
| 6067504 | 02/18/2021 05:50:16 | 3,520.77 | 6,796.20 | 2.2208 |
| 6067506 | 02/18/2021 05:55:17 | 3,392.27 | 6,313.26 | 8.0347 |
| 6067509 | 02/18/2021 06:00:21 | 3,482.54 | 6,202.03 | 10.1546 |
| 6067517 | 02/18/2021 06:05:16 | 3,392.07 | 5,806.30 | 25.4025 |
| 6067520 | 02/18/2021 06:10:15 | 3,334.60 | 5,748.23 | 29.6648 |
| 6067522 | 02/18/2021 06:15:16 | 3,217.15 | 5,587.07 | 42.5686 |
| 6067526 | 02/18/2021 06:20:15 | 3,141.17 | 5,486.17 | 52.1133 |
| 6067528 | 02/18/2021 06:25:16 | 3,099.41 | 5,296.52 | 71.0545 |
| 6067530 | 02/18/2021 06:30:18 | 3,214.12 | 5,343.26 | 66.1525 |
| 6067534 | 02/18/2021 06:35:18 | 3,160.93 | 5,391.97 | 60.3888 |
| 6067537 | 02/18/2021 06:40:15 | 3,088.00 | 5,300.43 | 71.1046 |
| 6067539 | 02/18/2021 06:45:16 | 3,067.95 | 5,081.51 | 106.3811 |
| 6067543 | 02/18/2021 06:50:16 | 3,060.06 | 5,054.29 | 114.5361 |
| 6067545 | 02/18/2021 06:55:16 | 3,000.20 | 4,935.99 | 140.2571 |
| 6067548 | 02/18/2021 07:00:23 | 2,929.13 | 4,809.27 | 174.7471 |
| 6067556 | 02/18/2021 07:05:16 | 2,885.49 | 4,872.57 | 153.3227 |
| 6067559 | 02/18/2021 07:10:16 | 2,930.57 | 5,065.75 | 113.9775 |
| 6067561 | 02/18/2021 07:15:17 | 3,074.16 | 5,449.01 | 57.0172 |

| | | | | |
|---|---|---|---|---|
| 6067565 | 02/18/2021 07:20:16 | 3,235.53 | 5,843.31 | 27.8803 |
| 6067567 | 02/18/2021 07:25:16 | 3,072.66 | 5,598.97 | 45.9077 |
| 6067569 | 02/18/2021 07:30:17 | 2,906.24 | 5,202.30 | 89.2455 |
| 6067573 | 02/18/2021 07:35:14 | 2,914.04 | 5,131.98 | 102.4600 |
| 6067576 | 02/18/2021 07:40:16 | 2,879.14 | 5,037.44 | 121.2945 |
| 6067578 | 02/18/2021 07:45:17 | 2,801.58 | 4,940.15 | 143.0869 |
| 6067582 | 02/18/2021 07:50:16 | 2,808.77 | 4,844.46 | 165.2071 |
| 6067584 | 02/18/2021 07:55:17 | 2,664.01 | 4,551.04 | 264.4962 |
| 6067586 | 02/18/2021 08:00:20 | 2,635.23 | 4,637.69 | 233.4054 |
| 6067595 | 02/18/2021 08:05:15 | 2,648.22 | 4,683.88 | 213.3857 |
| 6067598 | 02/18/2021 08:10:17 | 2,719.54 | 4,797.41 | 178.7766 |
| 6067600 | 02/18/2021 08:15:16 | 2,734.29 | 4,872.74 | 157.8196 |
| 6067604 | 02/18/2021 08:20:15 | 2,722.67 | 4,744.72 | 193.8845 |
| 6067606 | 02/18/2021 08:25:16 | 2,684.02 | 4,754.34 | 190.6326 |
| 6067608 | 02/18/2021 08:30:17 | 2,677.86 | 4,787.53 | 179.7543 |
| 6067612 | 02/18/2021 08:35:17 | 2,714.66 | 4,910.33 | 147.0419 |
| 6067615 | 02/18/2021 08:40:16 | 2,773.38 | 4,972.75 | 133.1988 |
| 6067617 | 02/18/2021 08:45:17 | 2,745.74 | 4,903.42 | 150.6709 |
| 6067621 | 02/18/2021 08:50:16 | 2,741.20 | 4,900.63 | 151.3734 |
| 6067623 | 02/18/2021 08:55:16 | 2,645.38 | 4,757.53 | 195.3995 |
| 6067625 | 02/18/2021 09:00:22 | 2,467.78 | 4,277.15 | 416.5415 |
| 6067634 | 02/18/2021 09:05:17 | 2,550.53 | 4,432.35 | 358.0765 |
| 6067637 | 02/18/2021 09:10:15 | 2,550.87 | 4,426.81 | 356.5272 |
| 6067639 | 02/18/2021 09:15:16 | 2,476.38 | 4,405.56 | 356.2376 |
| 6067643 | 02/18/2021 09:20:17 | 2,447.05 | 4,323.63 | 387.1370 |
| 6067645 | 02/18/2021 09:25:16 | 2,464.82 | 4,324.93 | 382.6982 |
| 6067647 | 02/18/2021 09:30:17 | 2,764.61 | 5,052.81 | 129.0274 |
| 6067651 | 02/18/2021 09:35:16 | 2,786.02 | 5,110.94 | 110.1179 |
| 6067654 | 02/18/2021 09:40:16 | 2,594.63 | 4,882.57 | 155.2286 |
| 6067656 | 02/18/2021 09:45:18 | 2,601.60 | 4,799.58 | 178.5768 |
| 6067660 | 02/18/2021 09:50:19 | 2,612.51 | 4,801.88 | 173.8692 |
| 6067662 | 02/18/2021 09:55:16 | 2,566.80 | 4,854.53 | 159.1391 |
| 6067665 | 02/18/2021 10:00:23 | 2,620.60 | 4,847.31 | 167.3972 |
| 6067676 | 02/18/2021 10:05:16 | 2,574.95 | 4,707.07 | 209.1744 |
| 6067679 | 02/18/2021 10:10:17 | 2,666.14 | 4,755.83 | 192.0388 |
| 6067681 | 02/18/2021 10:15:15 | 2,650.03 | 4,677.51 | 213.4504 |
| 6067685 | 02/18/2021 10:20:16 | 2,717.45 | 4,702.18 | 203.8116 |
| 6067687 | 02/18/2021 10:25:16 | 2,942.57 | 5,214.12 | 84.1360 |
| 6067689 | 02/18/2021 10:30:15 | 2,898.05 | 5,072.99 | 117.5059 |
| 6067693 | 02/18/2021 10:35:16 | 2,855.02 | 5,298.11 | 73.3733 |
| 6067696 | 02/18/2021 10:40:17 | 2,803.89 | 5,140.02 | 102.4154 |
| 6067698 | 02/18/2021 10:45:17 | 3,080.55 | 5,738.84 | 32.0240 |
| 6067702 | 02/18/2021 10:50:19 | 3,058.18 | 5,564.02 | 47.3850 |
| 6067704 | 02/18/2021 10:55:18 | 3,066.12 | 5,617.59 | 41.0194 |
| 6067707 | 02/18/2021 11:00:21 | 3,048.85 | 5,384.44 | 67.5098 |
| 6067715 | 02/18/2021 11:05:18 | 3,199.04 | 5,765.78 | 32.3559 |
| 6067718 | 02/18/2021 11:10:18 | 3,414.00 | 6,237.86 | 10.6979 |
| 6067721 | 02/18/2021 11:15:16 | 3,296.96 | 5,981.14 | 20.0082 |
| 6067727 | 02/18/2021 11:20:15 | 3,478.10 | 6,425.18 | 6.6338 |
| 6067729 | 02/18/2021 11:25:15 | 3,558.70 | 6,801.30 | 2.3100 |
| 6067731 | 02/18/2021 11:30:16 | 3,645.03 | 7,114.69 | 0.8929 |

| | | | | |
|---|---|---|---|---|
| 6067735 | 02/18/2021 11:35:16 | 3,503.30 | 7,069.32 | 1.0267 |
| 6067738 | 02/18/2021 11:40:18 | 3,631.08 | 7,232.81 | 0.6227 |
| 6067740 | 02/18/2021 11:45:16 | 3,755.42 | 7,622.68 | 0.1697 |
| 6067744 | 02/18/2021 11:50:17 | 3,911.97 | 7,941.78 | 0.0545 |
| 6067746 | 02/18/2021 11:55:15 | 4,028.05 | 8,332.13 | 0.0123 |
| 6067748 | 02/18/2021 12:00:21 | 4,240.56 | 8,650.07 | 0.0034 |
| 6067757 | 02/18/2021 12:05:16 | 4,291.53 | 8,959.57 | 0.0009 |
| 6067760 | 02/18/2021 12:10:17 | 4,669.49 | 9,871.10 | 0.0000 |
| 6067762 | 02/18/2021 12:15:17 | 4,843.15 | 10,007.18 | 0.0000 |
| 6067766 | 02/18/2021 12:20:16 | 4,957.29 | 10,323.00 | 0.0000 |
| 6067768 | 02/18/2021 12:25:16 | 5,109.54 | 10,460.93 | 0.0000 |
| 6067770 | 02/18/2021 12:30:18 | 5,026.28 | 10,517.43 | 0.0000 |
| 6067774 | 02/18/2021 12:35:17 | 5,188.40 | 10,876.95 | 0.0000 |
| 6067777 | 02/18/2021 12:40:15 | 5,159.64 | 11,170.50 | 0.0000 |
| 6067779 | 02/18/2021 12:45:17 | 5,106.78 | 10,765.45 | 0.0000 |
| 6067783 | 02/18/2021 12:50:17 | 5,255.82 | 11,145.18 | 0.0000 |
| 6067785 | 02/18/2021 12:55:17 | 5,497.44 | 11,685.48 | 0.0000 |
| 6067787 | 02/18/2021 13:00:24 | 5,463.05 | 11,656.99 | 0.0000 |
| 6067796 | 02/18/2021 13:05:18 | 5,498.92 | 11,996.38 | 0.0000 |
| 6067799 | 02/18/2021 13:10:19 | 5,527.98 | 11,703.95 | 0.0000 |
| 6067801 | 02/18/2021 13:15:19 | 5,519.81 | 11,815.88 | 0.0000 |
| 6067805 | 02/18/2021 13:20:16 | 5,547.92 | 11,688.62 | 0.0000 |
| 6067807 | 02/18/2021 13:25:16 | 5,644.43 | 11,792.52 | 0.0000 |
| 6067809 | 02/18/2021 13:30:18 | 5,752.92 | 12,510.24 | 0.0000 |
| 6067813 | 02/18/2021 13:35:18 | 5,880.70 | 12,820.17 | 0.0000 |
| 6067816 | 02/18/2021 13:40:18 | 6,003.81 | 12,839.91 | 0.0000 |
| 6067818 | 02/18/2021 13:45:17 | 6,010.21 | 12,804.06 | 0.0000 |
| 6067822 | 02/18/2021 13:50:18 | 6,030.26 | 13,024.25 | 0.0000 |
| 6067824 | 02/18/2021 13:55:17 | 6,069.27 | 13,191.22 | 0.0000 |
| 6067826 | 02/18/2021 14:00:22 | 6,222.50 | 13,736.01 | 0.0000 |
| 6067835 | 02/18/2021 14:05:17 | 6,163.31 | 13,708.93 | 0.0000 |
| 6067838 | 02/18/2021 14:10:17 | 6,180.37 | 13,691.73 | 0.0000 |
| 6067840 | 02/18/2021 14:15:17 | 6,245.72 | 13,894.71 | 0.0000 |
| 6067844 | 02/18/2021 14:20:18 | 6,084.53 | 13,832.81 | 0.0000 |
| 6067846 | 02/18/2021 14:25:16 | 6,234.23 | 14,165.98 | 0.0000 |
| 6067850 | 02/18/2021 14:30:18 | 6,319.71 | 14,516.31 | 0.0000 |
| 6067856 | 02/18/2021 14:35:18 | 6,337.39 | 14,673.04 | 0.0000 |
| 6067859 | 02/18/2021 14:40:18 | 6,507.71 | 15,059.63 | 0.0000 |
| 6067864 | 02/18/2021 14:45:16 | 6,520.42 | 15,005.57 | 0.0000 |
| 6067868 | 02/18/2021 14:50:19 | 6,494.34 | 15,282.21 | 0.0000 |
| 6067870 | 02/18/2021 14:55:16 | 6,384.83 | 14,853.54 | 0.0000 |
| 6067873 | 02/18/2021 15:00:26 | 6,672.35 | 15,443.53 | 0.0000 |
| 6067881 | 02/18/2021 15:05:17 | 6,654.07 | 15,428.28 | 0.0000 |
| 6067884 | 02/18/2021 15:10:16 | 6,627.27 | 15,375.54 | 0.0000 |
| 6067886 | 02/18/2021 15:15:16 | 6,396.19 | 14,947.56 | 0.0000 |
| 6067890 | 02/18/2021 15:20:16 | 6,524.47 | 15,467.39 | 0.0000 |
| 6067892 | 02/18/2021 15:25:16 | 6,074.99 | 14,455.59 | 0.0000 |
| 6067894 | 02/18/2021 15:30:16 | 6,152.65 | 14,487.58 | 0.0000 |
| 6067898 | 02/18/2021 15:35:16 | 6,273.03 | 14,971.44 | 0.0000 |
| 6067901 | 02/18/2021 15:40:17 | 6,571.43 | 15,293.07 | 0.0000 |
| 6067903 | 02/18/2021 15:45:17 | 6,755.43 | 15,396.42 | 0.0000 |

| | | | | |
|---|---|---|---|---|
| 6067907 | 02/18/2021 15:50:16 | 6,777.32 | 15,738.17 | 0.0000 |
| 6067909 | 02/18/2021 15:55:16 | 6,791.92 | 15,793.31 | 0.0000 |
| 6067911 | 02/18/2021 16:00:23 | 7,080.72 | 16,333.80 | 0.0000 |
| 6067920 | 02/18/2021 16:05:19 | 6,975.75 | 16,176.29 | 0.0000 |
| 6067923 | 02/18/2021 16:10:17 | 6,852.16 | 15,887.68 | 0.0000 |
| 6067925 | 02/18/2021 16:15:17 | 6,853.52 | 15,959.89 | 0.0000 |
| 6067929 | 02/18/2021 16:20:17 | 6,887.63 | 15,884.27 | 0.0000 |
| 6067931 | 02/18/2021 16:25:18 | 6,939.81 | 16,306.10 | 0.0000 |
| 6067933 | 02/18/2021 16:30:19 | 6,961.50 | 16,326.97 | 0.0000 |
| 6067937 | 02/18/2021 16:35:17 | 7,016.14 | 16,309.79 | 0.0000 |
| 6067940 | 02/18/2021 16:40:16 | 6,963.64 | 16,454.18 | 0.0000 |
| 6067942 | 02/18/2021 16:45:17 | 6,857.16 | 16,170.68 | 0.0000 |
| 6067946 | 02/18/2021 16:50:18 | 6,812.45 | 16,062.64 | 0.0000 |
| 6067948 | 02/18/2021 16:55:19 | 6,803.92 | 16,250.85 | 0.0000 |
| 6067950 | 02/18/2021 17:00:21 | 6,877.08 | 15,876.77 | 0.0000 |
| 6067959 | 02/18/2021 17:05:17 | 6,876.39 | 15,662.11 | 0.0000 |
| 6067962 | 02/18/2021 17:10:20 | 6,725.42 | 15,080.46 | 0.0000 |
| 6067964 | 02/18/2021 17:15:18 | 6,788.28 | 14,865.47 | 0.0000 |
| 6067968 | 02/18/2021 17:20:17 | 6,658.87 | 14,113.22 | 0.0000 |
| 6067970 | 02/18/2021 17:25:19 | 6,248.72 | 13,670.70 | 0.0000 |
| 6067972 | 02/18/2021 17:30:17 | 6,253.30 | 13,886.38 | 0.0000 |
| 6067976 | 02/18/2021 17:35:15 | 6,169.23 | 13,691.75 | 0.0000 |
| 6067979 | 02/18/2021 17:40:17 | 6,060.71 | 13,576.34 | 0.0000 |
| 6067981 | 02/18/2021 17:45:16 | 5,810.39 | 13,199.32 | 0.0000 |
| 6067985 | 02/18/2021 17:50:17 | 5,556.77 | 12,347.54 | 0.0000 |
| 6067987 | 02/18/2021 17:55:18 | 5,672.71 | 11,529.86 | 0.0000 |
| 6067989 | 02/18/2021 18:00:23 | 5,437.90 | 11,516.62 | 0.0000 |
| 6067998 | 02/18/2021 18:05:17 | 5,368.47 | 11,237.63 | 0.0000 |
| 6068001 | 02/18/2021 18:10:18 | 5,161.79 | 11,326.27 | 0.0000 |
| 6068003 | 02/18/2021 18:15:15 | 5,047.65 | 10,790.19 | 0.0000 |
| 6068007 | 02/18/2021 18:20:18 | 4,756.54 | 10,263.71 | 0.0000 |
| 6068009 | 02/18/2021 18:25:19 | 4,661.97 | 10,208.71 | 0.0000 |
| 6068011 | 02/18/2021 18:30:17 | 4,402.35 | 9,272.81 | 0.0002 |
| 6068015 | 02/18/2021 18:35:17 | 4,403.10 | 9,286.18 | 0.0002 |
| 6068018 | 02/18/2021 18:40:16 | 4,442.96 | 9,364.09 | 0.0001 |
| 6068020 | 02/18/2021 18:45:17 | 4,313.86 | 9,054.45 | 0.0002 |
| 6068024 | 02/18/2021 18:46:23 | 4,346.10 | 9,072.17 | 0.0005 |
| 6068025 | 02/18/2021 18:50:15 | 4,266.54 | 8,901.57 | 0.0011 |
| 6068027 | 02/18/2021 18:55:20 | 4,120.48 | 9,028.48 | 0.0007 |
| 6068029 | 02/18/2021 19:00:24 | 4,074.63 | 9,121.54 | 0.0004 |
| 6068038 | 02/18/2021 19:05:17 | 4,217.75 | 9,323.19 | 0.0001 |
| 6068041 | 02/18/2021 19:10:17 | 4,124.02 | 9,253.99 | 0.0002 |
| 6068043 | 02/18/2021 19:15:18 | 4,203.85 | 9,513.06 | 0.0001 |
| 6068047 | 02/18/2021 19:20:19 | 4,175.65 | 9,459.41 | 0.0001 |
| 6068049 | 02/18/2021 19:25:17 | 4,205.40 | 9,594.02 | 0.0000 |
| 6068051 | 02/18/2021 19:30:17 | 4,045.03 | 9,304.59 | 0.0002 |
| 6068055 | 02/18/2021 19:35:18 | 4,156.55 | 9,250.36 | 0.0002 |
| 6068058 | 02/18/2021 19:40:16 | 4,259.41 | 9,580.92 | 0.0000 |
| 6068060 | 02/18/2021 19:45:19 | 4,358.51 | 9,811.35 | 0.0000 |
| 6068064 | 02/18/2021 19:50:19 | 4,249.04 | 9,525.52 | 0.0001 |
| 6068066 | 02/18/2021 19:55:20 | 4,335.21 | 9,550.49 | 0.0000 |

| | | | | |
|---|---|---|---|---|
| 6068068 | 02/18/2021 20:00:22 | 4,356.56 | 9,627.53 | 0.0000 |
| 6068077 | 02/18/2021 20:05:17 | 4,444.31 | 9,845.58 | 0.0000 |
| 6068080 | 02/18/2021 20:10:17 | 4,306.35 | 9,745.91 | 0.0000 |
| 6068082 | 02/18/2021 20:15:19 | 4,354.36 | 9,657.14 | 0.0000 |
| 6068086 | 02/18/2021 20:20:20 | 4,379.79 | 9,987.48 | 0.0000 |
| 6068088 | 02/18/2021 20:25:18 | 4,419.44 | 10,089.00 | 0.0000 |
| 6068090 | 02/18/2021 20:30:19 | 4,354.94 | 10,071.42 | 0.0000 |
| 6068094 | 02/18/2021 20:35:19 | 4,306.19 | 9,757.25 | 0.0000 |
| 6068097 | 02/18/2021 20:40:18 | 4,403.75 | 9,943.47 | 0.0000 |
| 6068099 | 02/18/2021 20:45:18 | 4,437.60 | 10,140.61 | 0.0000 |
| 6068103 | 02/18/2021 20:50:21 | 4,469.58 | 10,327.54 | 0.0000 |
| 6068105 | 02/18/2021 20:55:18 | 4,375.60 | 10,072.23 | 0.0000 |
| 6068107 | 02/18/2021 21:00:26 | 4,446.97 | 10,015.90 | 0.0000 |
| 6068116 | 02/18/2021 21:05:18 | 4,594.96 | 10,293.35 | 0.0000 |
| 6068119 | 02/18/2021 21:10:17 | 4,565.97 | 10,361.71 | 0.0000 |
| 6068121 | 02/18/2021 21:15:17 | 4,578.94 | 10,360.24 | 0.0000 |
| 6068125 | 02/18/2021 21:20:18 | 4,580.44 | 10,319.86 | 0.0000 |
| 6068127 | 02/18/2021 21:25:19 | 4,625.42 | 10,482.41 | 0.0000 |
| 6068129 | 02/18/2021 21:30:18 | 4,554.54 | 10,422.36 | 0.0000 |
| 6068133 | 02/18/2021 21:35:18 | 4,727.94 | 10,678.42 | 0.0000 |
| 6068136 | 02/18/2021 21:40:19 | 4,734.98 | 10,597.40 | 0.0000 |
| 6068138 | 02/18/2021 21:45:18 | 4,808.74 | 10,606.70 | 0.0000 |
| 6068142 | 02/18/2021 21:50:17 | 4,734.35 | 10,714.16 | 0.0000 |
| 6068144 | 02/18/2021 21:55:16 | 4,742.60 | 10,750.84 | 0.0000 |
| 6068147 | 02/18/2021 22:00:26 | 4,927.48 | 10,773.83 | 0.0000 |
| 6068155 | 02/18/2021 22:05:16 | 5,261.33 | 11,488.28 | 0.0000 |
| 6068158 | 02/18/2021 22:10:19 | 5,220.99 | 11,548.75 | 0.0000 |
| 6068160 | 02/18/2021 22:15:18 | 5,248.64 | 11,508.28 | 0.0000 |
| 6068164 | 02/18/2021 22:20:19 | 5,233.88 | 11,466.61 | 0.0000 |
| 6068166 | 02/18/2021 22:25:19 | 5,197.63 | 11,517.36 | 0.0000 |
| 6068168 | 02/18/2021 22:30:20 | 5,228.68 | 11,701.43 | 0.0000 |
| 6068172 | 02/18/2021 22:35:19 | 5,205.19 | 11,777.04 | 0.0000 |
| 6068175 | 02/18/2021 22:40:17 | 5,149.92 | 11,503.76 | 0.0000 |
| 6068177 | 02/18/2021 22:45:18 | 5,186.57 | 11,827.86 | 0.0000 |
| 6068181 | 02/18/2021 22:50:20 | 5,262.17 | 12,018.13 | 0.0000 |
| 6068183 | 02/18/2021 22:55:17 | 5,276.67 | 12,053.71 | 0.0000 |
| 6068186 | 02/18/2021 23:00:24 | 5,296.86 | 12,111.64 | 0.0000 |
| 6068194 | 02/18/2021 23:05:18 | 5,222.40 | 11,927.44 | 0.0000 |
| 6068197 | 02/18/2021 23:10:16 | 5,263.62 | 12,117.96 | 0.0000 |
| 6068199 | 02/18/2021 23:15:16 | 5,040.80 | 11,398.42 | 0.0000 |
| 6068204 | 02/18/2021 23:20:18 | 4,963.00 | 11,508.30 | 0.0000 |
| 6068206 | 02/18/2021 23:25:16 | 5,063.64 | 11,811.28 | 0.0000 |
| 6068209 | 02/18/2021 23:30:16 | 5,062.37 | 11,811.15 | 0.0000 |
| 6068214 | 02/18/2021 23:35:19 | 5,115.32 | 11,891.83 | 0.0000 |
| 6068216 | 02/18/2021 23:40:17 | 5,125.75 | 11,818.48 | 0.0000 |
| 6068218 | 02/18/2021 23:45:17 | 5,216.98 | 11,947.34 | 0.0000 |
| 6068222 | 02/18/2021 23:50:17 | 5,206.83 | 11,954.66 | 0.0000 |
| 6068224 | 02/18/2021 23:55:16 | 5,296.60 | 12,074.45 | 0.0000 |
| 6068226 | 02/19/2021 00:00:24 | 5,321.20 | 12,279.19 | 0.0000 |
| 6068235 | 02/19/2021 00:05:17 | 5,514.39 | 12,410.50 | 0.0000 |
| 6068238 | 02/19/2021 00:10:18 | 5,542.15 | 12,432.13 | 0.0000 |

| | | | | |
|---|---|---|---|---|
| 6068240 | 02/19/2021 00:15:18 | 5,535.60 | 12,397.41 | 0.0000 |
| 6068244 | 02/19/2021 00:20:15 | 5,540.19 | 12,211.04 | 0.0000 |
| 6068246 | 02/19/2021 00:25:16 | 5,505.39 | 12,299.96 | 0.0000 |
| 6068248 | 02/19/2021 00:30:15 | 5,399.51 | 12,154.36 | 0.0000 |
| 6068252 | 02/19/2021 00:35:17 | 5,428.21 | 12,087.83 | 0.0000 |
| 6068255 | 02/19/2021 00:40:18 | 5,492.58 | 12,111.42 | 0.0000 |
| 6068257 | 02/19/2021 00:45:17 | 5,603.17 | 12,347.40 | 0.0000 |
| 6068261 | 02/19/2021 00:50:18 | 5,725.44 | 12,538.28 | 0.0000 |
| 6068263 | 02/19/2021 00:55:17 | 5,652.99 | 12,443.62 | 0.0000 |
| 6068265 | 02/19/2021 01:00:26 | 5,626.52 | 12,200.91 | 0.0000 |
| 6068275 | 02/19/2021 01:05:18 | 5,522.22 | 12,118.38 | 0.0000 |
| 6068278 | 02/19/2021 01:10:17 | 5,594.87 | 12,335.52 | 0.0000 |
| 6068280 | 02/19/2021 01:15:15 | 5,697.50 | 12,630.36 | 0.0000 |
| 6068284 | 02/19/2021 01:20:17 | 5,675.97 | 12,745.08 | 0.0000 |
| 6068286 | 02/19/2021 01:25:16 | 5,604.49 | 12,315.36 | 0.0000 |
| 6068288 | 02/19/2021 01:30:16 | 5,652.77 | 12,481.98 | 0.0000 |
| 6068292 | 02/19/2021 01:35:15 | 5,661.10 | 12,593.25 | 0.0000 |
| 6068295 | 02/19/2021 01:40:15 | 5,594.10 | 12,513.25 | 0.0000 |
| 6068297 | 02/19/2021 01:45:15 | 5,564.66 | 12,478.22 | 0.0000 |
| 6068301 | 02/19/2021 01:50:18 | 5,650.59 | 12,688.64 | 0.0000 |
| 6068303 | 02/19/2021 01:55:17 | 5,624.26 | 12,526.50 | 0.0000 |
| 6068305 | 02/19/2021 02:00:20 | 5,609.38 | 12,648.02 | 0.0000 |
| 6068314 | 02/19/2021 02:05:16 | 5,569.42 | 12,486.16 | 0.0000 |
| 6068317 | 02/19/2021 02:10:17 | 5,552.67 | 12,471.86 | 0.0000 |
| 6068319 | 02/19/2021 02:15:15 | 5,542.93 | 12,400.26 | 0.0000 |
| 6068323 | 02/19/2021 02:20:16 | 5,445.49 | 12,288.91 | 0.0000 |
| 6068325 | 02/19/2021 02:25:16 | 5,373.70 | 12,073.56 | 0.0000 |
| 6068327 | 02/19/2021 02:30:16 | 5,330.57 | 11,996.94 | 0.0000 |
| 6068331 | 02/19/2021 02:35:16 | 5,406.27 | 12,231.78 | 0.0000 |
| 6068334 | 02/19/2021 02:40:16 | 5,374.09 | 12,056.97 | 0.0000 |
| 6068336 | 02/19/2021 02:45:16 | 5,248.54 | 11,827.54 | 0.0000 |
| 6068340 | 02/19/2021 02:50:18 | 5,275.30 | 11,873.34 | 0.0000 |
| 6068342 | 02/19/2021 02:55:16 | 5,290.97 | 11,878.60 | 0.0000 |
| 6068344 | 02/19/2021 02:58:44 | 5,232.54 | 11,664.80 | 0.0000 |
| 6068346 | 02/19/2021 03:00:22 | 5,256.55 | 11,865.22 | 0.0000 |
| 6068354 | 02/19/2021 03:05:18 | 5,197.12 | 11,623.88 | 0.0000 |
| 6068357 | 02/19/2021 03:10:17 | 5,182.68 | 11,576.46 | 0.0000 |
| 6068359 | 02/19/2021 03:15:18 | 5,196.01 | 11,770.94 | 0.0000 |
| 6068363 | 02/19/2021 03:20:16 | 5,179.12 | 11,627.00 | 0.0000 |
| 6068365 | 02/19/2021 03:25:16 | 5,082.55 | 11,473.51 | 0.0000 |
| 6068367 | 02/19/2021 03:30:16 | 5,047.16 | 11,304.97 | 0.0000 |
| 6068371 | 02/19/2021 03:35:15 | 5,032.67 | 11,282.00 | 0.0000 |
| 6068374 | 02/19/2021 03:40:19 | 4,937.73 | 11,049.33 | 0.0000 |
| 6068376 | 02/19/2021 03:45:16 | 4,846.36 | 10,643.29 | 0.0000 |
| 6068380 | 02/19/2021 03:50:18 | 4,882.29 | 10,720.94 | 0.0000 |
| 6068382 | 02/19/2021 03:55:15 | 4,877.80 | 10,575.18 | 0.0000 |
| 6068384 | 02/19/2021 04:00:21 | 4,861.78 | 10,635.68 | 0.0000 |
| 6068393 | 02/19/2021 04:05:16 | 4,627.09 | 10,075.32 | 0.0000 |
| 6068396 | 02/19/2021 04:10:17 | 4,536.69 | 9,889.89 | 0.0000 |
| 6068398 | 02/19/2021 04:15:17 | 4,380.82 | 9,474.10 | 0.0001 |
| 6068402 | 02/19/2021 04:20:17 | 4,371.08 | 9,381.27 | 0.0001 |

| | | | | |
|---|---|---|---|---|
| 6068404 | 02/19/2021 04:25:15 | 4,340.23 | 9,262.78 | 0.0002 |
| 6068406 | 02/19/2021 04:30:18 | 4,274.14 | 9,066.87 | 0.0005 |
| 6068410 | 02/19/2021 04:35:16 | 4,266.17 | 9,015.59 | 0.0006 |
| 6068413 | 02/19/2021 04:40:17 | 4,203.06 | 8,768.50 | 0.0018 |
| 6068415 | 02/19/2021 04:45:16 | 4,182.23 | 8,619.30 | 0.0035 |
| 6068419 | 02/19/2021 04:50:16 | 4,141.19 | 8,509.90 | 0.0054 |
| 6068421 | 02/19/2021 04:55:17 | 4,082.45 | 8,086.33 | 0.0175 |
| 6068423 | 02/19/2021 05:00:22 | 4,069.89 | 7,872.65 | 0.0383 |
| 6068432 | 02/19/2021 05:05:17 | 4,095.62 | 7,729.12 | 0.0856 |
| 6068435 | 02/19/2021 05:10:15 | 4,030.33 | 7,698.87 | 0.0906 |
| 6068437 | 02/19/2021 05:15:15 | 4,011.64 | 7,564.07 | 0.1464 |
| 6068441 | 02/19/2021 05:20:16 | 3,973.72 | 7,492.29 | 0.1865 |
| 6068444 | 02/19/2021 05:25:16 | 3,796.23 | 7,191.85 | 0.3190 |
| 6068446 | 02/19/2021 05:30:17 | 3,807.65 | 7,158.77 | 0.6466 |
| 6068450 | 02/19/2021 05:35:16 | 3,711.19 | 6,937.01 | 1.2570 |
| 6068453 | 02/19/2021 05:40:15 | 3,641.50 | 6,682.74 | 2.4744 |
| 6068455 | 02/19/2021 05:45:16 | 3,615.54 | 6,492.33 | 4.2365 |
| 6068459 | 02/19/2021 05:50:16 | 3,517.04 | 6,248.59 | 7.9896 |
| 6068461 | 02/19/2021 05:55:16 | 3,432.64 | 5,941.51 | 16.8157 |
| 6068463 | 02/19/2021 06:00:19 | 3,412.39 | 5,649.61 | 31.7710 |
| 6068472 | 02/19/2021 06:05:16 | 3,259.59 | 5,061.53 | 103.6614 |
| 6068475 | 02/19/2021 06:10:15 | 2,921.67 | 4,867.26 | 146.5154 |
| 6068477 | 02/19/2021 06:15:16 | 2,913.14 | 4,726.70 | 188.6449 |
| 6068481 | 02/19/2021 06:20:17 | 2,764.01 | 4,481.70 | 279.1466 |
| 6068483 | 02/19/2021 06:25:17 | 2,820.16 | 4,414.32 | 315.9133 |
| 6068485 | 02/19/2021 06:30:16 | 2,821.86 | 4,385.26 | 331.1418 |
| 6068489 | 02/19/2021 06:35:15 | 2,821.19 | 4,360.88 | 328.8076 |
| 6068492 | 02/19/2021 06:40:16 | 2,705.91 | 4,175.19 | 422.4507 |
| 6068494 | 02/19/2021 06:45:17 | 2,708.08 | 4,129.24 | 453.4707 |
| 6068498 | 02/19/2021 06:50:17 | 2,706.45 | 4,197.33 | 410.6176 |
| 6068500 | 02/19/2021 06:55:17 | 2,752.47 | 4,247.66 | 381.5041 |
| 6068502 | 02/19/2021 07:00:22 | 2,955.59 | 4,575.66 | 245.0517 |
| 6068511 | 02/19/2021 07:05:17 | 2,806.11 | 4,409.92 | 318.2948 |
| 6068514 | 02/19/2021 07:10:16 | 2,855.87 | 4,526.51 | 266.1714 |
| 6068516 | 02/19/2021 07:15:16 | 2,836.18 | 4,567.19 | 248.3390 |
| 6068520 | 02/19/2021 07:20:15 | 2,872.48 | 4,715.01 | 196.7082 |
| 6068522 | 02/19/2021 07:25:17 | 2,951.51 | 4,843.44 | 157.4393 |
| 6068524 | 02/19/2021 07:30:18 | 2,855.99 | 4,813.30 | 167.7804 |
| 6068528 | 02/19/2021 07:35:18 | 2,836.75 | 4,810.07 | 167.4176 |
| 6068531 | 02/19/2021 07:40:18 | 3,105.88 | 5,370.08 | 67.2972 |
| 6068533 | 02/19/2021 07:45:16 | 3,079.15 | 5,497.18 | 51.9290 |
| 6068537 | 02/19/2021 07:50:16 | 3,108.47 | 5,682.32 | 34.9487 |
| 6068539 | 02/19/2021 07:55:17 | 3,211.75 | 5,856.53 | 23.7310 |
| 6068541 | 02/19/2021 08:00:20 | 3,232.78 | 6,060.23 | 15.2415 |
| 6068550 | 02/19/2021 08:05:17 | 3,439.45 | 6,454.38 | 5.4778 |
| 6068553 | 02/19/2021 08:10:16 | 3,543.55 | 6,844.02 | 1.8775 |
| 6068555 | 02/19/2021 08:15:16 | 3,663.89 | 7,416.51 | 0.3183 |
| 6068559 | 02/19/2021 08:20:16 | 3,922.22 | 8,028.72 | 0.0370 |
| 6068561 | 02/19/2021 08:25:16 | 4,042.09 | 8,325.75 | 0.0120 |
| 6068563 | 02/19/2021 08:30:16 | 4,162.89 | 8,482.50 | 0.0065 |
| 6068567 | 02/19/2021 08:35:17 | 4,329.20 | 9,020.05 | 0.0007 |

| | | | | |
|---|---|---|---|---|
| 6068570 | 02/19/2021 08:40:18 | 4,579.76 | 9,604.94 | 0.0000 |
| 6068572 | 02/19/2021 08:45:16 | 4,835.37 | 10,123.39 | 0.0000 |
| 6068576 | 02/19/2021 08:50:18 | 4,858.22 | 10,466.67 | 0.0000 |
| 6068578 | 02/19/2021 08:55:16 | 5,078.99 | 11,064.53 | 0.0000 |
| 6068580 | 02/19/2021 09:00:22 | 5,003.72 | 11,246.12 | 0.0000 |
| 6068589 | 02/19/2021 09:05:18 | 4,948.41 | 11,067.37 | 0.0000 |
| 6068592 | 02/19/2021 09:10:16 | 5,174.08 | 11,681.46 | 0.0000 |
| 6068594 | 02/19/2021 09:15:17 | 5,139.95 | 12,018.67 | 0.0000 |
| 6068598 | 02/19/2021 09:20:18 | 5,328.87 | 12,444.45 | 0.0000 |
| 6068600 | 02/19/2021 09:25:20 | 5,582.58 | 12,788.55 | 0.0000 |
| 6068602 | 02/19/2021 09:30:20 | 5,621.48 | 13,168.14 | 0.0000 |
| 6068606 | 02/19/2021 09:35:16 | 5,704.12 | 13,431.51 | 0.0000 |
| 6068609 | 02/19/2021 09:40:16 | 5,725.32 | 13,641.63 | 0.0000 |
| 6068611 | 02/19/2021 09:45:18 | 5,851.07 | 14,123.35 | 0.0000 |
| 6068615 | 02/19/2021 09:50:16 | 5,898.69 | 14,327.11 | 0.0000 |
| 6068617 | 02/19/2021 09:55:27 | 6,198.46 | 14,170.36 | 0.0000 |
| 6068619 | 02/19/2021 10:00:23 | 6,506.42 | 15,088.05 | 0.0000 |
| 6068631 | 02/19/2021 10:05:16 | 6,600.37 | 14,971.26 | 0.0000 |
| 6068634 | 02/19/2021 10:10:16 | 6,254.78 | 13,837.33 | 0.0000 |
| 6068636 | 02/19/2021 10:15:16 | 5,936.93 | 13,254.91 | 0.0000 |
| 6068640 | 02/19/2021 10:20:16 | 5,971.63 | 13,834.91 | 0.0000 |
| 6068642 | 02/19/2021 10:25:16 | 5,887.93 | 13,963.99 | 0.0000 |
| 6068644 | 02/19/2021 10:30:16 | 5,871.70 | 14,432.21 | 0.0000 |
| 6068648 | 02/19/2021 10:35:16 | 6,066.88 | 15,453.75 | 0.0000 |
| 6068650 | 02/19/2021 10:40:17 | 6,056.13 | 15,818.79 | 0.0000 |
| 6068652 | 02/19/2021 10:45:16 | 6,005.94 | 15,838.51 | 0.0000 |
| 6068656 | 02/19/2021 10:50:20 | 6,034.31 | 15,683.56 | 0.0000 |
| 6068658 | 02/19/2021 10:55:17 | 6,096.19 | 15,635.40 | 0.0000 |
| 6068660 | 02/19/2021 11:00:21 | 6,155.22 | 16,148.98 | 0.0000 |
| 6068668 | 02/19/2021 11:05:17 | 6,075.50 | 15,598.98 | 0.0000 |
| 6068670 | 02/19/2021 11:10:17 | 6,051.07 | 15,597.95 | 0.0000 |
| 6068673 | 02/19/2021 11:15:19 | 6,216.69 | 15,884.97 | 0.0000 |
| 6068679 | 02/19/2021 11:20:17 | 6,317.75 | 16,249.98 | 0.0000 |
| 6068681 | 02/19/2021 11:25:16 | 6,351.26 | 16,372.46 | 0.0000 |
| 6068683 | 02/19/2021 11:30:15 | 6,421.40 | 16,379.34 | 0.0000 |
| 6068687 | 02/19/2021 11:35:16 | 6,502.22 | 16,494.57 | 0.0000 |
| 6068689 | 02/19/2021 11:40:15 | 6,613.73 | 16,931.68 | 0.0000 |
| 6068691 | 02/19/2021 11:45:15 | 6,678.04 | 16,996.15 | 0.0000 |
| 6068695 | 02/19/2021 11:50:16 | 6,535.56 | 17,123.40 | 0.0000 |
| 6068697 | 02/19/2021 11:55:16 | 6,782.48 | 17,476.08 | 0.0000 |
| 6068699 | 02/19/2021 12:00:23 | 6,949.84 | 18,208.62 | 0.0000 |
| 6068707 | 02/19/2021 12:05:16 | 6,995.06 | 18,425.55 | 0.0000 |
| 6068709 | 02/19/2021 12:10:16 | 7,032.50 | 18,557.44 | 0.0000 |
| 6068711 | 02/19/2021 12:15:16 | 7,021.56 | 18,618.34 | 0.0000 |
| 6068715 | 02/19/2021 12:20:16 | 7,088.56 | 18,774.90 | 0.0000 |
| 6068717 | 02/19/2021 12:25:15 | 7,087.08 | 18,972.58 | 0.0000 |
| 6068719 | 02/19/2021 12:30:15 | 7,151.23 | 19,034.15 | 0.0000 |
| 6068723 | 02/19/2021 12:35:16 | 7,244.22 | 19,169.43 | 0.0000 |
| 6068725 | 02/19/2021 12:40:17 | 7,261.28 | 19,025.29 | 0.0000 |
| 6068727 | 02/19/2021 12:45:17 | 7,355.40 | 19,631.64 | 0.0000 |
| 6068731 | 02/19/2021 12:50:16 | 7,431.13 | 19,958.54 | 0.0000 |

| | | | | |
|---|---|---|---|---|
| 6068733 | 02/19/2021 12:55:16 | 7,496.77 | 19,866.71 | 0.0000 |
| 6068735 | 02/19/2021 13:00:21 | 7,477.87 | 20,015.66 | 0.0000 |
| 6068743 | 02/19/2021 13:05:16 | 7,535.80 | 20,103.99 | 0.0000 |
| 6068745 | 02/19/2021 13:10:16 | 7,454.52 | 20,240.04 | 0.0000 |
| 6068747 | 02/19/2021 13:15:18 | 7,403.27 | 19,983.80 | 0.0000 |
| 6068751 | 02/19/2021 13:20:17 | 7,539.11 | 20,545.42 | 0.0000 |
| 6068753 | 02/19/2021 13:25:16 | 7,633.96 | 20,847.33 | 0.0000 |
| 6068755 | 02/19/2021 13:30:16 | 7,829.65 | 21,188.22 | 0.0000 |
| 6068759 | 02/19/2021 13:35:16 | 7,859.93 | 21,069.42 | 0.0000 |
| 6068761 | 02/19/2021 13:40:16 | 7,928.71 | 21,479.46 | 0.0000 |
| 6068763 | 02/19/2021 13:45:17 | 8,013.61 | 21,365.81 | 0.0000 |
| 6068767 | 02/19/2021 13:50:17 | 8,019.14 | 21,777.83 | 0.0000 |
| 6068769 | 02/19/2021 13:55:17 | 8,121.77 | 22,317.61 | 0.0000 |
| 6068771 | 02/19/2021 14:00:21 | 8,095.42 | 22,508.88 | 0.0000 |
| 6068779 | 02/19/2021 14:05:17 | 8,068.61 | 22,383.43 | 0.0000 |
| 6068781 | 02/19/2021 14:10:15 | 8,172.42 | 22,760.07 | 0.0000 |
| 6068783 | 02/19/2021 14:15:15 | 8,158.92 | 22,583.47 | 0.0000 |
| 6068787 | 02/19/2021 14:20:16 | 8,161.68 | 22,544.21 | 0.0000 |
| 6068789 | 02/19/2021 14:25:17 | 8,185.59 | 22,931.24 | 0.0000 |
| 6068791 | 02/19/2021 14:30:18 | 8,116.62 | 22,735.83 | 0.0000 |
| 6068795 | 02/19/2021 14:35:15 | 8,130.56 | 22,757.68 | 0.0000 |
| 6068797 | 02/19/2021 14:40:17 | 8,030.50 | 22,484.59 | 0.0000 |
| 6068799 | 02/19/2021 14:45:16 | 8,093.16 | 22,776.46 | 0.0000 |
| 6068803 | 02/19/2021 14:50:16 | 8,106.66 | 22,883.07 | 0.0000 |
| 6068805 | 02/19/2021 14:55:17 | 8,098.87 | 22,701.38 | 0.0000 |
| 6068809 | 02/19/2021 15:00:20 | 8,119.43 | 22,764.46 | 0.0000 |
| 6068817 | 02/19/2021 15:05:16 | 8,118.89 | 22,942.95 | 0.0000 |
| 6068819 | 02/19/2021 15:10:16 | 8,194.77 | 22,968.97 | 0.0000 |
| 6068821 | 02/19/2021 15:15:19 | 8,238.42 | 23,001.19 | 0.0000 |
| 6068825 | 02/19/2021 15:20:16 | 8,192.60 | 23,099.75 | 0.0000 |
| 6068827 | 02/19/2021 15:25:16 | 8,169.23 | 23,327.59 | 0.0000 |
| 6068829 | 02/19/2021 15:30:17 | 8,338.06 | 23,397.79 | 0.0000 |
| 6068836 | 02/19/2021 15:35:17 | 8,342.78 | 23,438.77 | 0.0000 |
| 6068839 | 02/19/2021 15:40:17 | 8,384.31 | 23,552.42 | 0.0000 |
| 6068843 | 02/19/2021 15:45:26 | 8,406.35 | 23,904.19 | 0.0000 |
| 6068849 | 02/19/2021 15:50:17 | 8,458.74 | 23,795.68 | 0.0000 |
| 6068851 | 02/19/2021 15:55:17 | 8,487.41 | 23,895.61 | 0.0000 |
| 6068853 | 02/19/2021 16:00:21 | 8,516.92 | 24,062.93 | 0.0000 |
| 6068861 | 02/19/2021 16:05:18 | 8,493.43 | 24,002.22 | 0.0000 |
| 6068863 | 02/19/2021 16:10:16 | 8,425.55 | 23,796.87 | 0.0000 |
| 6068865 | 02/19/2021 16:15:15 | 8,359.45 | 24,086.20 | 0.0000 |
| 6068869 | 02/19/2021 16:20:15 | 8,457.45 | 23,776.77 | 0.0000 |
| 6068871 | 02/19/2021 16:25:16 | 8,361.50 | 23,725.11 | 0.0000 |
| 6068873 | 02/19/2021 16:30:17 | 8,384.37 | 23,910.71 | 0.0000 |
| 6068877 | 02/19/2021 16:35:17 | 8,303.96 | 23,466.28 | 0.0000 |
| 6068879 | 02/19/2021 16:40:17 | 8,254.17 | 23,154.53 | 0.0000 |
| 6068881 | 02/19/2021 16:45:16 | 8,252.52 | 22,943.17 | 0.0000 |
| 6068885 | 02/19/2021 16:50:17 | 8,139.78 | 22,530.52 | 0.0000 |
| 6068887 | 02/19/2021 16:55:17 | 8,110.71 | 22,190.26 | 0.0000 |
| 6068889 | 02/19/2021 17:00:22 | 8,077.86 | 22,051.61 | 0.0000 |
| 6068897 | 02/19/2021 17:05:17 | 7,986.82 | 21,498.60 | 0.0000 |

| | | | | |
|---|---|---|---|---|
| 6068899 | 02/19/2021 17:10:19 | 7,892.69 | 20,963.00 | 0.0000 |
| 6068901 | 02/19/2021 17:15:18 | 7,907.08 | 20,453.76 | 0.0000 |
| 6068905 | 02/19/2021 17:20:17 | 7,925.93 | 20,200.54 | 0.0000 |
| 6068907 | 02/19/2021 17:25:16 | 7,787.84 | 19,669.54 | 0.0000 |
| 6068909 | 02/19/2021 17:30:18 | 7,644.75 | 18,800.12 | 0.0000 |
| 6068913 | 02/19/2021 17:35:16 | 7,540.41 | 18,088.94 | 0.0000 |
| 6068915 | 02/19/2021 17:40:17 | 7,464.08 | 17,393.17 | 0.0000 |
| 6068917 | 02/19/2021 17:45:16 | 7,437.80 | 17,027.94 | 0.0000 |
| 6068921 | 02/19/2021 17:50:18 | 7,372.66 | 16,815.55 | 0.0000 |
| 6068923 | 02/19/2021 17:55:16 | 7,135.63 | 16,214.92 | 0.0000 |
| 6068925 | 02/19/2021 18:00:21 | 6,871.09 | 15,377.66 | 0.0000 |
| 6068933 | 02/19/2021 18:05:18 | 6,517.24 | 14,439.33 | 0.0000 |
| 6068935 | 02/19/2021 18:10:15 | 5,961.10 | 13,708.57 | 0.0000 |
| 6068937 | 02/19/2021 18:15:15 | 5,643.83 | 13,250.74 | 0.0000 |
| 6068941 | 02/19/2021 18:20:16 | 5,452.48 | 12,797.04 | 0.0000 |
| 6068943 | 02/19/2021 18:25:15 | 5,389.24 | 12,693.78 | 0.0000 |
| 6068945 | 02/19/2021 18:30:17 | 5,136.23 | 12,176.13 | 0.0000 |
| 6068949 | 02/19/2021 18:35:15 | 5,151.91 | 11,986.73 | 0.0000 |
| 6068951 | 02/19/2021 18:40:15 | 5,096.48 | 11,662.33 | 0.0000 |
| 6068953 | 02/19/2021 18:45:13 | 5,299.84 | 12,096.52 | 0.0000 |
| 6068957 | 02/19/2021 18:50:14 | 4,985.52 | 11,905.08 | 0.0000 |
| 6068959 | 02/19/2021 18:55:13 | 4,903.16 | 11,528.61 | 0.0000 |
| 6068961 | 02/19/2021 19:00:17 | 4,827.42 | 11,634.96 | 0.0000 |
| 6068969 | 02/19/2021 19:05:15 | 5,131.01 | 11,882.57 | 0.0000 |
| 6068971 | 02/19/2021 19:10:12 | 5,002.07 | 11,920.12 | 0.0000 |
| 6068973 | 02/19/2021 19:15:13 | 5,079.59 | 12,213.25 | 0.0000 |
| 6068977 | 02/19/2021 19:20:14 | 5,088.67 | 12,283.11 | 0.0000 |
| 6068979 | 02/19/2021 19:25:13 | 5,116.51 | 12,367.53 | 0.0000 |
| 6068981 | 02/19/2021 19:30:13 | 5,164.36 | 12,454.79 | 0.0000 |
| 6068985 | 02/19/2021 19:31:47 | 5,141.24 | 12,473.08 | 0.0000 |
| 6068986 | 02/19/2021 19:35:13 | 5,061.38 | 12,474.26 | 0.0000 |
| 6068988 | 02/19/2021 19:40:12 | 4,990.42 | 12,362.59 | 0.0000 |
| 6068990 | 02/19/2021 19:45:13 | 4,989.03 | 12,411.66 | 0.0000 |
| 6068994 | 02/19/2021 19:50:14 | 4,976.34 | 12,404.45 | 0.0000 |
| 6068996 | 02/19/2021 19:55:13 | 4,953.88 | 12,422.81 | 0.0000 |
| 6068998 | 02/19/2021 20:00:16 | 5,073.08 | 12,694.90 | 0.0000 |
| 6069006 | 02/19/2021 20:05:16 | 5,072.91 | 12,818.23 | 0.0000 |
| 6069008 | 02/19/2021 20:10:13 | 5,013.52 | 12,715.31 | 0.0000 |
| 6069010 | 02/19/2021 20:15:18 | 4,985.28 | 12,546.95 | 0.0000 |
| 6069014 | 02/19/2021 20:20:16 | 5,159.30 | 12,634.82 | 0.0000 |
| 6069016 | 02/19/2021 20:25:17 | 5,244.27 | 12,827.73 | 0.0000 |
| 6069018 | 02/19/2021 20:30:16 | 5,194.51 | 12,438.57 | 0.0000 |
| 6069022 | 02/19/2021 20:35:15 | 5,350.58 | 12,855.29 | 0.0000 |
| 6069024 | 02/19/2021 20:40:13 | 5,292.29 | 12,810.40 | 0.0000 |
| 6069026 | 02/19/2021 20:45:13 | 5,611.01 | 13,433.48 | 0.0000 |
| 6069030 | 02/19/2021 20:50:13 | 5,639.33 | 13,598.57 | 0.0000 |
| 6069032 | 02/19/2021 20:55:13 | 5,571.53 | 13,606.98 | 0.0000 |
| 6069034 | 02/19/2021 21:00:16 | 5,549.90 | 13,770.31 | 0.0000 |
| 6069042 | 02/19/2021 21:05:14 | 5,633.16 | 13,914.30 | 0.0000 |
| 6069044 | 02/19/2021 21:10:16 | 5,604.19 | 13,864.84 | 0.0000 |
| 6069046 | 02/19/2021 21:15:16 | 5,705.70 | 13,891.01 | 0.0000 |

| | | | | |
|---|---|---|---|---|
| 6069050 | 02/19/2021 21:20:18 | 5,795.51 | 13,992.49 | 0.0000 |
| 6069054 | 02/19/2021 21:25:15 | 5,815.70 | 14,111.20 | 0.0000 |
| 6069056 | 02/19/2021 21:30:16 | 5,853.62 | 14,239.74 | 0.0000 |
| 6069060 | 02/19/2021 21:35:15 | 5,891.63 | 14,273.86 | 0.0000 |
| 6069062 | 02/19/2021 21:40:16 | 5,809.44 | 14,046.14 | 0.0000 |
| 6069064 | 02/19/2021 21:45:16 | 5,767.26 | 14,036.84 | 0.0000 |
| 6069068 | 02/19/2021 21:50:16 | 5,809.81 | 14,216.31 | 0.0000 |
| 6069070 | 02/19/2021 21:55:18 | 5,810.95 | 14,324.15 | 0.0000 |
| 6069072 | 02/19/2021 22:00:22 | 5,894.54 | 14,469.99 | 0.0000 |
| 6069082 | 02/19/2021 22:05:16 | 5,878.06 | 14,495.85 | 0.0000 |
| 6069086 | 02/19/2021 22:10:16 | 5,826.50 | 14,444.72 | 0.0000 |
| 6069089 | 02/19/2021 22:15:19 | 5,818.93 | 14,459.63 | 0.0000 |
| 6069093 | 02/19/2021 22:20:17 | 5,874.75 | 14,473.63 | 0.0000 |
| 6069095 | 02/19/2021 22:25:16 | 5,881.42 | 14,561.56 | 0.0000 |
| 6069097 | 02/19/2021 22:30:16 | 5,847.53 | 14,394.01 | 0.0000 |
| 6069101 | 02/19/2021 22:35:16 | 5,891.53 | 14,563.27 | 0.0000 |
| 6069103 | 02/19/2021 22:40:16 | 5,907.89 | 14,538.76 | 0.0000 |
| 6069105 | 02/19/2021 22:45:16 | 5,963.39 | 14,769.17 | 0.0000 |
| 6069109 | 02/19/2021 22:50:19 | 6,059.01 | 14,889.46 | 0.0000 |
| 6069111 | 02/19/2021 22:55:16 | 5,978.79 | 14,856.98 | 0.0000 |
| 6069113 | 02/19/2021 23:00:21 | 6,184.80 | 15,163.13 | 0.0000 |
| 6069121 | 02/19/2021 23:05:16 | 6,247.85 | 15,371.23 | 0.0000 |
| 6069123 | 02/19/2021 23:10:15 | 6,267.98 | 15,302.74 | 0.0000 |
| 6069125 | 02/19/2021 23:15:16 | 6,263.53 | 15,278.89 | 0.0000 |
| 6069129 | 02/19/2021 23:20:15 | 6,288.96 | 15,186.80 | 0.0000 |
| 6069131 | 02/19/2021 23:25:15 | 6,377.87 | 15,183.38 | 0.0000 |
| 6069133 | 02/19/2021 23:30:17 | 6,401.88 | 15,277.46 | 0.0000 |
| 6069137 | 02/19/2021 23:35:16 | 6,334.82 | 15,192.27 | 0.0000 |
| 6069139 | 02/19/2021 23:40:16 | 6,329.37 | 15,153.83 | 0.0000 |
| 6069141 | 02/19/2021 23:45:16 | 6,359.97 | 15,168.05 | 0.0000 |
| 6069145 | 02/19/2021 23:50:16 | 6,383.44 | 15,211.55 | 0.0000 |
| 6069147 | 02/19/2021 23:55:17 | 6,396.50 | 15,348.13 | 0.0000 |