# PUCT Report
### Feb 17, 2021 HE16 — Feb 18, 2021 HE09

Expected Peak Load:  66,467 MW   at 2/18 HE09

Online Capacity:  57,911 MW   at peak demand

Available Capacity:  63,258 MW   at peak demand



Legend: ● Actual Load   ● Actual Capacity   ● Offline Quickstart Capacity   ● Wind Capacity   ● Solar Capacity   ─ Actual Conventional Capacity   ─ ─ Active Load Forecast   ─ ─ Committed Capacity   ─ ─ Committed Conventional Capacity   ─ Available COP Capacity

| Time (Hour Ending) | Active Load Forecast (A) | Committed Capacity (B) | Offline Quickstart Capacity (C) | Committed Wind Capacity (D) | Committed Solar Capacity (E) | Committed Conventional Capacity (B + C - D - E) | Available COP Capacity (F) | Margin (F - A) |
|---|---|---|---|---|---|---|---|---|
| now | 45,069 | 53,110 | 0 | 2,810 | 3,283 | 47,017 | | |
| Feb 17, 2021 HE16 | 47,570 | 51,528 | 516 | 2,680 | 2,896 | 45,436 | 52,131 | 4,561 |
| Feb 17, 2021 HE17 | 49,382 | 51,860 | 515 | 2,943 | 2,505 | 45,897 | 52,470 | 3,088 |
| Feb 17, 2021 HE18 | 51,714 | 52,520 | 515 | 3,227 | 1,233 | 47,545 | 53,132 | 1,418 |
| Feb 17, 2021 HE19 | 54,400 | 52,646 | 515 | 3,462 | 108 | 48,561 | 53,786 | -614 |
| Feb 17, 2021 HE20 | 55,582 | 53,059 | 521 | 3,879 | 0 | 48,659 | 54,202 | -1,380 |
| Feb 17, 2021 HE21 | 55,629 | 53,623 | 522 | 4,094 | 0 | 49,007 | 54,763 | -866 |
| Feb 17, 2021 HE22 | 54,696 | 53,458 | 522 | 3,860 | 0 | 49,076 | 54,597 | -99 |
| Feb 17, 2021 HE23 | 52,965 | 53,148 | 548 | 3,504 | 0 | 49,096 | 54,261 | 1,296 |
| Feb 17, 2021 HE24 | 51,509 | 52,945 | 548 | 3,248 | 0 | 49,149 | 54,058 | 2,549 |
| Feb 18, 2021 HE01 | 56,588 | 55,639 | 1,412 | 4,148 | 0 | 50,079 | 59,805 | 3,217 |
| Feb 18, 2021 HE02 | 56,967 | 55,705 | 1,392 | 4,207 | 0 | 50,106 | 59,898 | 2,931 |
| Feb 18, 2021 HE03 | 57,289 | 56,044 | 1,392 | 4,480 | 0 | 50,172 | 60,239 | 2,950 |
| Feb 18, 2021 HE04 | 57,544 | 56,688 | 1,394 | 5,063 | 0 | 50,231 | 60,882 | 3,338 |
| Feb 18, 2021 HE05 | 58,463 | 57,146 | 1,395 | 5,659 | 0 | 50,092 | 61,339 | 2,876 |
| Feb 18, 2021 HE06 | 61,968 | 57,661 | 1,399 | 6,106 | 0 | 50,156 | 61,858 | -110 |
| Feb 18, 2021 HE07 | 64,908 | 58,291 | 1,400 | 6,452 | 0 | 50,439 | 62,240 | -2,668 |
| Feb 18, 2021 HE08 | 66,323 | 58,756 | 1,404 | 6,784 | 75 | 50,493 | 62,705 | -3,618 |
| Feb 18, 2021 HE09 | 66,467 | 59,312 | 1,401 | 6,826 | 588 | 50,497 | 63,258 | -3,209 |

## Description of the Graphs

### Introduction

This chart provides a view of the available capacity (including reserves) and estimated demand in the ERCOT system on a rolling 22 hours basis. The 22 hour time window includes an overview of operations in the past 4 hours. There exists a transition in source of data used for past hours (until end of current hour) and future hours (beginning the next hour). Real time telemetry is used to derive information pertaining to the past 4 hours and forecasts are used for future hours. Consequently:

1. there may be a "gap" between information for the current hour and start of the next hour (this "gap" will narrow as time progresses and start of the next hour comes closer)
2. there may be a visible change in the magnitude of capacities being reported between the current hour and the next for similar types of data (these differences are indicative of operational uncertainties between forecasts and actual operations. For example, temperature based HSLs or differences in online Combined Cycle Train configurations may result in variances between forecasts vs actuals)

### Actual Load (Solid Red Line) / Active Load Forecast (Dashed Red Line)

Actual Load trends the real-time total load for the past 4 hours.
Active Load Forecast is derived from two vendor-provided load forecast models that use different algorithms to project load forecasts for ERCOT. Based on operator experience and how the current ERCOT load has been trending compared to the different load forecasts, the operator has the ability to select a load forecast; this selected load forecast is known as the Active Load Forecast and is used by downstream applications such as Reliability Unit Commitment (RUC).

### Actual Capacity (Solid Blue Line) / Committed Capacity (Dashed Blue Line)

Actual Capacity is the summation of real-time HSLs from all Generation Resources that are online and SCED dispatchable (this includes telemetered Resource Status OFFQS) and real-time MWs from all Generation Resources that are telemetering Resource Status of ONTEST, STARTUP or SHUTDOWN.
Committed Capacity is the summation of the latest COP HSLs for online (including Resource Status of OFFQS) Non-Wind Generation Resources plus the active STWPF for Wind Generation Resources; it excludes DC tie export schedules. Note that the Committed Capacity for the Next Operating Day is displayed even if the Day-Ahead Market (DAM) & Day-Ahead Reliability Unit Commitment (RUC) for that day have not yet completed execution.

### Actual Wind Capacity / Committed Wind Capacity (Shaded Green Area)

Actual Wind Capacity is the summation of the High Sustainable Limits (HSLs) of all Wind Generation Resources (WGRs) for the past 4 hours.
Committed Wind Capacity is based on the active Short Term Wind Power Forecast (STWPF) for all WGRs.

### Actual Solar Capacity / Committed Solar Capacity (Shaded Orange Area)

Actual Solar Capacity is the summation of the HSLs of all Photo Voltaic Generation Resources (PVGRs) for the past 4 hours.
Committed Solar Capacity is the summation of Current Operating Plan (COP) HSLs for all PVGRs.

### Actual Offline Quickstart Capacity / Committed Offline Quickstart Capacity (Shaded Grey Area)

Actual Offline Quickstart Capacity is the summation of the HSLs of all Generation Resources with a real-time telemetered Resource Status of OFFQS for the past 4 hours.
Committed Offline Quickstart Capacity is the summation of COP HSLs for all Generation Resources with a Resource Status of OFFQS.

### Actual Conventional Capacity (Solid White Line) / Committed Conventional Capacity (Dashed White Line)

Actual Conventional Capacity is the summation of the HSLs of conventional (non-WGR and non-PVGR) Generation Resources, excluding those with a real-time telemetered Resource Status of OFFQS for the past 4 hours.
Committed Conventional Capacity is the summation of COP HSLs for all conventional (non-WGR and non-PVGR) Generation Resources excluding those with a Resource Status of OFFQS.

### Available COP Capacity (Solid Purple Line)

Available COP Capacity is the summation of Committed Capacity plus additional capacity that can be brought online considering offline Generation Resource's hot/intermediate/cold states and start-up times. Hot/intermediate/cold states for a Generation Resource are derived from the most recent RUC solution and hot/intermediate/cold start-up times are derived from recent COP submissions. Note that when accounting for additional capacity from Combined Cycle Plants this calculation mimics current RUC logic and does not account for additional capacity attainable from upward transitions.

Case No. 21-20725   DX 483   ERCOT_B0132959

DX0483.0001