Flag Status: Half-staff Statewide      Español   Contact

# Office of the Texas Governor | Greg Abbott

Home | Governor Abbott | First Lady | Initiatives | News | Organization

Home   News   Governor Abbott Issues Disaster Declaration In Response To Severe Winter Weather In Texas ()

# Governor Abbott Issues Disaster Declaration In Response To Severe Winter Weather In Texas

February 12, 2021 | Austin, Texas | Proclamation

TO ALL TO WHOM THESE PRESENTS SHALL COME:

I, GREG ABBOTT, Governor of the State of Texas, do hereby certify that severe winter weather poses an imminent threat of widespread and severe property damage, injury, and loss of life due to prolonged freezing temperatures, heavy snow, and freezing rain statewide.

THEREFORE, in accordance with the authority vested in me by Section 418.014 of the Texas Government Code, I do hereby declare a state of disaster in all 254 counties based on the existence of such threat.

Pursuant to Section 418.017 of the code, I authorize the use of all available resources of state government and of political subdivisions that are reasonably necessary to cope with this disaster.

Pursuant to Section 418.016 of the code, any regulatory statute prescribing the procedures for conduct of state business or any order or rule of a state agency that would in any way prevent, hinder, or delay necessary action in coping with this disaster shall be suspended upon written approval of the Office of the

Case No. 21-30725
DX 485
Adv. Proc. No. 21-03863

DX0485.0001

Governor. However, to the extent that the enforcement of any state statute or administrative rule regarding contracting or procurement would impede any state agency's emergency response that is necessary to protect life or property threatened by this declared disaster, I hereby authorize the suspension of such statutes and rules for the duration of this declared disaster.

In accordance with the statutory requirements, copies of this proclamation shall be filed with the applicable authorities.

IN TESTIMONY WHEREOF, I have hereunto signed my name and have officially caused the Seal of State to be affixed at my office in the City of Austin, Texas, this the 12th day of February, 2021.

GREG ABBOTT
Governor

| Home | Governor Abbott | First Lady | Initiatives | News | Organization | Contact |

**Office of the Texas Governor**

P.O. Box 12428
Austin Texas 78711
(512) 463-2000

Employment
Site Policies
Accessibility
Report Fraud
Site Map

Where the Money Goes
TRAIL Search
Texas Veterans Portal
Texas.gov
RSS Feed

DX0485.0002