TRANSCRIPTION OF VIDEO RECORDING

TECHNICAL ADVISORY COMMITTEE WORKSHOP

ELECTRIC RELIABILITY COUNCIL OF TEXAS

REVIEW OF ORDC IMPACT AND PRICE REVERSAL CONCERNS -

ERS/LOAD ACTING AS RESPONSIVE RESERVE/RUC

May 29, 2014

Transcribed by:  Lorrie A. Schnoor, CSR, RDR, CRR

Case No. 21-30725
**DX 780**
Adv. Proc. No. 21-03863

```
 1                    (Video recording begins)
 2                    MS. STEPHENSON:  Okay.  I have been
 3     corrected.  We will not start the TAC agenda till one
 4     o'clock based off the meeting notice, so we'll go
 5     straight into the workshop piece now and then pick up
 6     the TAC voting items at 1:00.
 7                    MS. MORRIS:  All right.  We are ready to
 8     go.
 9                    So the purpose of -- of the workshop this
10     morning is to tee up a vote at TAC on the Resource
11     Adequacy Task Force policy decisions that we've been
12     asked to make by the Public Utility Commission.  Our
13     directive was to look at price reversal and impacts on
14     the ORDC from ERS deployments, Load RRS deployments, and
15     RUC 0 to LSO.
16                    Our goal for today at the TAC meeting is
17     not to necessarily approve and endorse specific language
18     but to endorse principles related to price reversal and
19     the impacts on the ORDC from Load ERS -- I mean, from
20     ERS, Load RRS, and then determine a policy direction for
21     RUC.  All NPRR language will still need stakeholder
22     approval, so it will go through the PRS TAC process.
23     So, again, we're -- we're trying to make sure we make a
24     policy cut.
25                    Just as a reminder, the Resource Adequacy
```

**DX 780.0002**

1  Task Force has met a number of times to discuss these

2  issues, and we've also had some discussions and some

3  attempts to vote at TAC previously.  Our due date is

4  today.  I want to make sure that we all know that our

5  due date is today.  And the reason for that is that the

6  PUC meets tomorrow, and it doesn't -- and it meets again

7  on June 20th, which is after -- I mean, prior to the

8  next TAC meeting.  So today is our day to make a

9  decision and -- or tomorrow, because we have a

10 meeting -- the TAC meeting can go into tomorrow.  So,

11 again, our TAC action needed is to vote on policy on the

12 three items that we've discussed.

13            A number of proposals have been out there

14 for -- for each of these topics.  Just at a high level,

15 one deals with the ORDC reserve calculation and that

16 would be to subtract out ERS from the reserve

17 calculation when ERS is deployed, and the other would be

18 to add the estimated ERS deployment to demand when

19 performing a price run, otherwise known as three-step

20 SCED.  There was some discussion of both proposals.

21            Bill?

22            MR. SMITH:  I had a question about the

23 process and what the expectation was.  So are we

24 expected to have a decision on consensus to report at

25 the open meeting tomorrow, which starts at 9:30, or --

**DX 780.0003**

4

```
 1                    MS. STEPHENSON:  No, probably not.
 2                    MR. SMITH:  Okay.
 3                    MS. STEPHENSON:  We -- our task was to
 4   come back by June.  I also want to see if TAC -- I'd
 5   like to give the board an update on where we are --
 6                    MR. SMITH:  Okay.
 7                    MS. STEPHENSON:  -- also, so I think
 8   that's really --
 9                    MR. SMITH:  This isn't something we need
10   to have decided today?
11                    MS. STEPHENSON:  No.  If we need to spill
12   over to tomorrow --
13                    MR. SMITH:  Okay, thanks.
14                    MS. STEPHENSON:  -- I think we have
15   flexibility, yes.
16                    Randy?
17                    MR. RANDY JONES:  Sandy, is it fair to
18   characterize the two bullet points, the first one
19   subtract it when it's deployed versus doing a three-step
20   SCED?  Isn't three-step SCED really the -- part of the
21   ERCOT proposal which most people consider, I think, a
22   longer-term approach to fixing it, whereas the first
23   bullet subtracting it out would be a near-term something
24   that could be accomplished sooner?
25                    MS. MORRIS:  I'm not -- I haven't seen an
```

**DX 780.0004**

1  impact analysis on those, so I would defer to ERCOT on

2  the timing that they could implement those.  I think --

3  I think I hear Brad laughing in the hallway, so...

4              MR. RANDY JONES:  Yeah, I think it's

5  important to -- to distinguish between what can be done

6  soon and what's going to take a longer term to get done.

7  When you say "three-step SCED," lifting the hood on the

8  SCED engine seems to me to be a longer term.

9              MS. MORRIS:  So, Brad, the question is:

10  What is the timing of implementation for either of the

11  two ERS proposals we're looking at on the screen?

12              Have some more coffee.

13              MR. BRAD JONES:  You're just talking about

14  Bullet 1.  Correct?

15              MS. MORRIS:  Bullet 1 or Bullet 2, not --

16              MR. RANDY JONES:  Bullet 1 versus Bullet

17  2.

18              MR. BRAD JONES:  So Bullet 1, short time;

19  Bullet 2, long time.  Yeah, big -- big effort on Bullet

20  2, but -- we can accomplish both of those, but Bullet 1

21  would be an easy change for us to make.

22              MS. MORRIS:  Okay.

23              MR. RANDY JONES:  Okay.  Thank you.  I

24  think that's an important distinction to make.

25              MS. STEPHENSON:  And when you say easy

**DX 780.0005**

1  change, I want to make sure everyone understands:  It

2  would not be done by this summer.  It would be something

3  that's looking like toward the end of next year as --

4  end of this year maybe or -- I don't want to give you

5  any -- but it's not this summer.

6        MR. BRAD JONES:  Yeah, late this year,

7  beginning of next.

8        MS. MORRIS:  And -- and long-term for the

9  three-step SCED would be what -- what's -- what do --

10  how do we define long-term for the three-step SCED?

11        MR. BRAD JONES:  Yeah, I think that would

12  be fair.  We really don't have any data on that, but Cy

13  (phonetic), would you step back up to -- well, I was

14  going to give you John Varnell's seat, but...

15        MS. MORRIS:  Mine's at the end by Chris.

16  You can sit there.

17        UNIDENTIFIED MALE SPEAKER:  I missed the

18  question.

19        MS. MORRIS:  Oh, like you -- you guys have

20  said short-term versus long-term, and we were looking

21  for a little bit more clarification on what long-term

22  meant for the three-step SCED.

23        UNIDENTIFIED MALE SPEAKER:  It would be

24  sometime in 2015, maybe the first half of 2015 that we

25  could get it done if -- if we really had advanced

DX 780.0006

1   notice.

2               One of the things that is happening right

3   now, at least on the MMS side, is we're going through a

4   relatively big refresh of the technologies, you know,

5   updating the servers, operating system, and all that.

6   So that's going to take a bulk of time this year.

7   There's extensive testing that we have to do.  So that

8   really is -- is kind of the lead time.  And it doesn't

9   stop development, but it does kind of hinder the

10  deployment into production of both of these.

11              The first item is less effort, but we'll

12  have to kind of consolidate it with the current

13  activities that are going on.  So that's why the first

14  bullet item might take a little longer, you know.  The

15  effort is not that significant as the second one, but

16  for the second one, since we have a longer time for

17  development, you know, we can wait.  So it'll be -- I

18  would say some -- something like the -- sometime in 2015

19  for the second bullet item.

20              MS. MORRIS:  Okay.

21              MR. BRAD JONES:  So clearly it's really

22  hard to set these down, but if we -- if we began working

23  on that today, I think our target would be to get ready

24  for next summer, the second bullet, and to get the first

25  bullet ready for January perhaps, but that would require

**DX 780.0007**

1  us going back and figuring out exactly what the
2  requirements are.
3                    MS. MORRIS:  Okay.  Okay.  Thank you.  I
4  know that puts you guys on the spot.  Okay.  I'm not
5  going to go through that slide.
6                    Load RRS has three options also.  One is
7  the do-nothing option related to the ORDC reserve
8  calculation.  The other is to subtract out load from the
9  reserve calculation when it's deployed for price
10 formation, and the third is the three-step SCED.
11                   And there are a number of RUC discussions.
12 One is the augmented ORDC or a shifting Mu by a factor
13 of either a standard deviation or a fixed megawatt.  I
14 believe Mr. Helton will be discussing that shortly.
15                   One is removing RUC HSL from Rs.  One is
16 three-step SCED.  I believe Amanda will be discussing
17 that soon.  And then the other would be changing the
18 ancillary service procurement during periods of risk.
19 And that really hasn't been on the table for discussion
20 much through the RATF process.
21                   So that is the tee-up for this.  Are there
22 questions, or shall we proceed with our presentations?
23                   MS. STEPHENSON:  Amanda, did you have
24 something?
25                   MS. FRAZIER:  Well, I actually wanted

**DX 780.0008**

1  to -- on the slide that talks about Load RRS, I don't

2  know if it would be helpful to explain why this is

3  different than ERS in terms of the treatment in both the

4  ORDC and in the energy price.

5              So for ERS, the reason why both -- do both

6  is an option is because ERS is not included in the ORDC

7  at all.  And so when ERS is deployed, it has a price

8  reversal effect in the ORDC, but it also doesn't have a

9  price in SCED.  So it's compounded by -- that effect is

10  compounded in the energy price as well.

11              For Load RRS, Load RRS is in ORDC, so you

12  wouldn't do both, fix the -- change the ORDC and change

13  the energy price because they don't have equivalent

14  effects in the ORDC and in an energy price.

15              MS. MORRIS:  Thanks, Amanda.

16              MS. STEPHENSON:  Well, I first want to

17  thank RATF for all the work they've been doing and

18  everyone who's been contributing.  I know it's been a

19  lot of work and a lot of series of discussions, so we

20  really do appreciate all of that.

21              And we'll start with Bob, I think.  And

22  let's start going through the augmented ORDC.  I know --

23              MR. HELTON:  I don't have slides.

24              MS. STEPHENSON:  I know.  You're talking

25  about it.  And then maybe we could pull up his NPRR, if

DX 780.0009

1    you don't mind.  Could we pull up NPRR627, if you don't

2    mind?

3                    There's two zip files.  One is dedicated

4    to the workshop.

5                    MR. HELTON:  We have 627 in there?

6                    MS. STEPHENSON:  The other zip file is in

7    the upper right-hand corner.

8                    MR. HELTON:  Thank you, Brittney.  Okay.

9    Do you want to do this and page with you?

10                   (Indiscernible discussion)

11                   MR. HELTON:  Okay.  All right.  Let's go

12   through -- and how this came up is, if you recall, there

13   was a couple of things that happened, is, you know, we

14   got the -- the charge from the Commission to go look at

15   price reversal issues.  And the other thing we had going

16   on was the January 6th event and the February events

17   where ERCOT had been doing a considerable amount of RUC

18   based on the weather conditions.  So there was two

19   dynamics going on at the time.  And so therefore this

20   came up as an idea on the RUC in the RATF.

21                   One thing I want to point out is, if you

22   look at the other proposals that are up there, they are

23   designed to either stop a price reversal in the pricing

24   side, which is what 626 does, or they are looking at the

25   ORDC adder side, such as the ERS proposal that Amanda

DX 780.0010

1  was talking about a minute ago.

2              This is different.  This is -- has nothing

3  to do with price reversals in either side of the

4  equation.  It's designed to put together the incentives

5  that would have the market commit additional resources

6  in the realtime through offline and a small amount of

7  online based on how much you add to the -- augment the

8  ORDC to get to a place to where ERCOT no longer needs to

9  or feels like they need to RUC.  And that's what this is

10 designed to do is come out with a market solution to do

11 that.

12             Now, I'll go into the way this was

13 written.  I wrote this in a manner that was very, very

14 open to how we do that.  We could either do it by

15 adjusting the Mu, or we could do it by adjusting by a

16 megawatt level, and we could have a discussion in the

17 way this is written is that TAC would approve that and

18 go to the board for approval on which way we'd go.  And

19 what that is designed to do is to increase the value of

20 those reserves, thus creating a more self-commitment and

21 self-availability that would increase the realtime

22 reliability through the market rather than having RUC

23 being used.

24             The other side of the equation is:  When

25 do you do it?  And I've left that quite open also.  And

DX 780.0011

1  that's been open to whether we could do it seasonally,

2  monthly.  We could put some criteria around it to where

3  we look at and have ERCOT tell us what they believe is

4  the parameters they would be looking at to say, "Look,

5  this day, this condition, we believe there's increased

6  risk, so we would probably RUC on this day."  And,

7  therefore, what we'd do, set up those parameters, have

8  it transparent to the market; and when those parameters

9  were met, ERCOT would implement either the megawatt

10 change or the -- the augmentation through the Mu and the

11 standard deviation.

12             MS. STEPHENSON:  We have a question over

13 here from Seth.

14             MR. HELTON:  Yeah, Seth.

15             MR. COCHRAN:  Yeah.  Seth Cochran.

16             What would have a bigger impact on average

17 price?  So I'm thinking if you increase the standard

18 deviations, you're just going to increase the prices in

19 the tail sort of events, or at least you would augment

20 the tail events; whereas if you increase the average,

21 then is that the Mu?  Right?  The average?

22             MR. HELTON:  The Mu.  What that does is

23 that shifts the LOLP to the right.  So what would happen

24 is, you would therefore increase the value of the

25 reserves by some amount up until you got into the LOLP.

DX 780.0012

```
 1   It shifts it to the right.
 2                 MR. COCHRAN:  Okay.
 3                 MR. HELTON:  Now -- now, let's think about
 4   that.  I'm really glad you --
 5                 MR. COCHRAN:  The other one --
 6                 MR. HELTON:  Go ahead.
 7                 MR. COCHRAN:  -- just fattens the tail.
 8   Right?
 9                 MR. HELTON:  What?
10                 MR. COCHRAN:  The other one just fattens
11   the tail?
12                 MR. HELTON:  It does fatten the tail.  It
13   will do that.  And what that's doing is giving that
14   incentive to commit those resources earlier and at
15   different time frames and sooner than you would under
16   the normal --
17                 MR. COCHRAN:  Now could you --
18                 MR. HELTON:  -- trying to get that.
19                 MR. COCHRAN:  Could you do both?
20                 MR. HELTON:  Both what?
21                 MR. COCHRAN:  Could you increase both, the
22   standard deviation and the mean, or does it have to be
23   one or the other or what's -- what's --
24                 MR. HELTON:  I think to really do it
25   right, you would want to do one or the other to get
```

**DX 780.0013**

1  there, I think, if you start playing with that, because
2  really what we're trying to do is get a self-commit to
3  increase the reliability in realtime, is what we're
4  trying to do.
5         Now, one thing that you mentioned that I'd
6  like to go through, and I would suggest that -- that
7  everyone go back to their shops and dig into the data,
8  is when you do this, there's a couple of dynamics that
9  happen when you're talking about the pricing.  And I
10 want everybody to go back and look at the imbalance real
11 closely and see what happens.
12        What will happen is, you do increase some
13 of the ORDC charges through the imbalance when you're
14 out there at the tail by some amount.  It would be --
15 it's not a very large amount, but it's enough to change
16 some of the commitments.
17        When you go into and start getting closer
18 to scarcity, if -- you're also increasing the ORDC
19 there.  So what happens is, is the ORDC then becomes a
20 larger number while the LMP is still at a lower number
21 and so therefore the adder is higher.  And when you're
22 using reserves, that increases the imbalance credits
23 back to loads at that time.  And therefore -- and the
24 reason it's doing that is, you're actually transferring
25 that value into the energy and out of the ancillary

 1    services.  So if you've hedged your energy and you go

 2    into those events, you actually have a larger credit

 3    back when you're leading up.

 4                   Now, once the LMPs take over and they

 5    become large, the ORDC starts getting smaller because of

 6    the VOLL minus L -- minus system Lambda -- and the

 7    refund back, the credit back through the imbalance,

 8    starts to decrease.  So it actually will increase going

 9    into scarcity the -- the credit back to loads during

10    those times.

11                   So you may be buying two cups of coffee on

12    the tail, but you're getting two Mercedes whenever

13    you're going into scarcity is what happens if you're

14    covered, your energy in realtime, which this would drive

15    you to also do.

16                   (Background noise)

17                   MR. HELTON:  And I suggest go back and --

18    and I'm trying to put some slides together we're working

19    with to look at the data, so I don't have those

20    available today --

21                   UNIDENTIFIED FEMALE SPEAKER:  Hey, could

22    we have everyone please mute their phones.  We're

23    getting a lot of background noise.

24                   MR. HELTON:  -- to show how that actually

25    happens because I believe -- I wasn't even asking for a

DX 780.0015

1    vote on this today basically because of what I said

2    earlier.  This isn't really a price reversal issue, and

3    that's what I thought that the assignment was from the

4    Commission.

5              This is a -- a let's stop RUCing issue.

6    And where I think this should go is to WMS and to the

7    group that we're talking about, Seth, that is looking at

8    killing RUC, which I call "kill bill," and I think

9    that's where that should really be to go through and vet

10   that out and look at how that would interact through

11   trying to stop RUC.

12             And, John, you had something you wanted to

13   add?

14             UNIDENTIFIED MALE SPEAKER:  Yeah.  I just

15   want to clarify -- and I may have misunderstood the

16   question, Seth, so if I did, I apologize; but when you

17   add something to the Mu, you are shifting the curve.

18   You are not changing the shape.  So the shape of the

19   curve is exactly the same.  All you're doing is shifting

20   it.

21             MR. COCHRAN:  So at all levels, you're

22   going to move things up?

23             UNIDENTIFIED MALE SPEAKER:  Yeah, it's

24   basically shifting it out to the right, but it does not

25   change the shape.

**DX 780.0016**

```
 1                    MR. COCHRAN:  Right.
 2                    UNIDENTIFIED MALE SPEAKER:  So I don't
 3    know if that was clear I just wanted to --
 4                    MR. COCHRAN:  But the standard deviation
 5    would change the shape.  Right?
 6                    UNIDENTIFIED MALE SPEAKER:  No, it will
 7    not.
 8                    MR. COCHRAN:  That would not either.
 9    Okay.
10                    (Simultaneous discussion)
11                    UNIDENTIFIED MALE SPEAKER:  What is
12    confusing about it is the amount that you're going to
13    add to Mu.  What Bob is saying is that's one standard
14    deviation, so it could be, you know, 1200, 1500,
15    whatever that number is.  So effectively all you're
16    doing is adding -- I'm going to use 1200 as an
17    example -- you're adding it to Mu and shifting it.  You
18    could change that to any number you want, whether it's
19    500 --
20                    MR. COCHRAN:  Okay.
21                    UNIDENTIFIED MALE SPEAKER:  -- 600 --
22                    MR. COCHRAN:  Okay.
23                    UNIDENTIFIED MALE SPEAKER:  -- whatever.
24    You don't change the shape.
25                    MR. COCHRAN:  Okay.
```

DX 780.0017

```
 1                    MR. HELTON:  Now, correct me if I'm -- if
 2   I'm wrong, John, but another thing it also does, if you
 3   shift the Mu, you have a less drop with the one megawatt
 4   change between 2,000, and 2,001.  I believe that also
 5   comes in with that shift.
 6                    UNIDENTIFIED MALE SPEAKER:  Yeah.
 7                    MR. HELTON:  So you don't have today --
 8   when you go into a situation to where you hit
 9   2000 megawatts, which is LOLP, you go to VOLL.
10                    Now if you're at 2,001 megawatts -- that
11   is, drops to 4500 and possibly below -- based on one
12   megawatt change, because statistically speaking, you
13   have a 50 percent chance of whether you're going to gain
14   a megawatt or lose a megawatt.  And this would -- would
15   mitigate some of that cliff that we have in the LOLP
16   also.  So those are -- that's kind of where we're at.
17                    And I think, Clayton, you have some
18   comments.
19                    MR. GREER:  What timeline would you be
20   using to make these adjustments?
21                    MR. HELTON:  That's what we -- that's why
22   I've wrote this very broadly at this point in time, to
23   where as a stakeholder group, we decide that on whether
24   it could be -- I mean, it's designed to where you could
25   do it all the time.  You could do it seasonally; you
```

**DX 780.0018**

1   could do it monthly; you could do it daily; you could do

2   it hourly; but I understand that the -- the -- if you

3   get that down too low, then trying to look out there and

4   trade around that and expect to see what's going on does

5   get more difficult.  So transparency and getting

6   together to what would be the right frame to do that

7   would be through the stakeholder process.

8                    MR. GREER:  Yeah, it's completely

9   unworkable if you get below seasonal.

10                   MR. HELTON:  That -- I understand your

11  thoughts on that.  And that's why what I really wanted

12  to get into to talk about that is the gives and takes

13  that you have through the imbalance.  And I would

14  suggest that the load side especially take a look at

15  that and take a look at what that imbalance does with

16  the augmented ORDC if you've covered your energy and how

17  that works out.  So I think you'll find some interesting

18  things in there.

19                   So that's really all I have for that

20  piece.  I'm not sure what TAC's pleasure is with that.

21  You've heard what I -- I think we need to do is to move

22  that to the process to look at the piece of how we

23  mitigate RUCs, since this is really not a -- a price

24  reversal issue.  It's trying to keep you out of the

25  situation to where you have those price reversals.

**DX 780.0019**

 1              MS. STEPHENSON:  Okay.  Are there any

 2  questions for Bob, or do we want to go through the NPRR?

 3              MS. MORRIS:  So if Bob isn't asking for a

 4  vote on this today, do we need to go through the NPRR,

 5  or do we just need to decide whether or not we want

 6  somebody else to look at it for some other purpose

 7  besides the assignment we've been given?

 8              MS. STEPHENSON:  It's up to TAC.  I mean,

 9  any preference?

10              MS. MORRIS:  Seems to me we have an awful

11  lot to do today.  If Bob isn't asking for a vote on

12  this, why don't we just go ahead and say we're okay with

13  WMS throwing it into the "Let's look at RUC" pile.

14              MS. STEPHENSON:  Sure.  I do want to say I

15  think it's going to be an ROS discussion as well, so I

16  think it's fine we go through the normal process.  It's

17  going to PRS.

18              MR. HELTON:  Probably next -- whenever.

19              MS. STEPHENSON:  June 11th.

20              MR. HELTON:  June 11th, yeah.

21              MS. STEPHENSON:  And so I think -- so the

22  question is:  Do we want to send it to WMS/ROS before

23  the June 11th PRS meeting?

24              UNIDENTIFIED FEMALE SPEAKER:  Yes, let's

25  do that.

DX 780.0020

1          MS. STEPHENSON:  Okay.  Sounds great.  Any

2  concerns with that?  All right.  So I will remand this

3  to the WMS and ROS chairs for their next meeting to

4  discuss.

5          Randy?

6          MR. RANDY JONES:  Yeah, I'm good with

7  that.

8          Just one question for Bob and probably for

9  John as well.  By -- by moving the -- the entire curve

10  to the right or changing the Mu, what's the distinction

11  between that and changing the minimum contingency level?

12          MR. HELTON:  When you hit -- when you hit

13  the VOLL --

14          MR. RANDY JONES:  Yeah.

15          MR. HELTON:  -- is really the only

16  difference.  What you would do is -- is when you move

17  that over, you will not hit -- you would hit 9,000

18  earlier with the megawatt levels.  This doesn't change

19  when you hit VOLL.  It just changes that curve to the

20  right a little bit below there.

21          MR. RANDY JONES:  Uh-huh.  Have you had

22  any discussions with the Commission about the impact it

23  would have and the fact that it may look somewhat like

24  changing the minimum contingency level that they've set

25  in an open meeting?

**DX 780.0021**

 1              MR. HELTON:  They have been involved and

 2     have seen the augmented ORDC.  They were both at several

 3     presentations that Dr. Hogan put on that went through

 4     the basis for this and what it does and how it reacts

 5     and actually why you actually do it.

 6              If you look at this, just to clarify, this

 7     adder here, the augmentation is augmented in the offline

 8     30-minute adder.  And that is done very specific reason.

 9     What that does is it keeps the difference between the

10     offline and online the same so you do not set up an

11     incentive for everybody to start their units up and

12     flood the market with and be inefficient in the

13     dispatch.  That's why you only augment the offline,

14     since if you think about it, the online includes the

15     offline adder.  So that keeps that ratio the same;

16     therefore, we don't set up an incentive that everybody

17     start their units up and have inefficient dispatch.

18              MR. RANDY JONES:  Okay.  Thanks, Bob.

19              MS. STEPHENSON:  Okay.  Thank you, Bob.

20              MR. HELTON:  Do you want me to say

21     anything about ERS while I'm here, or are you going to

22     carry that with the rest --

23              MS. STEPHENSON:  I think we're going to

24     carry it with the rest of them.

25              MR. HELTON:  Yeah, because Amanda said

1  most of everything I was going to say, and that was

2  about it.

3           MS. STEPHENSON:  I think we're good, and

4  then we can look at the OBD if we need to and talk about

5  the differences in the proposals.

6           MR. HELTON:  Thank you.

7           MS. STEPHENSON:  All right.  Amanda, would

8  you mind.

9           MS. FRAZIER:  Thanks, y'all.  I'm just

10  going to do a real short presentation on NPRR626, which

11  was filed a few weeks ago.  And it's one that we have

12  discussed in RATF a number of times.  And so I -- I

13  think a lot of you probably understand it, but I just

14  want to give a little bit of an overview.

15           So at the first, I just wanted to lay out

16  what the goals are.  I really think there are a few -- a

17  few competing -- maybe competing is probably not the

18  right word because they're both noble sets of goals of

19  what we're trying to do with both the ORDC and prices in

20  SCED.

21           And I think that there is a group of

22  market participants who want to make sure that the ORDC

23  precisely reflects the number of megawatts of reserve

24  that we have on the system, which I think is -- is good

25  and that's the purpose of the -- of the ORDC, but

1   there's also a need to make sure that prices reflect the
2   actions that are being taken for reliability when we're
3   in scarcity conditions.  And so sometimes those goals
4   are competing because it's not always the case that
5   ERCOT's precisely taking, you know, reliability actions
6   based on the number of reserves that we have on the
7   system.  So the primary goal, at least for Luminant, is
8   to have prices reflect scarcity despite reliability
9   solutions that are being deployed by ERCOT operators
10  during an emergency.
11              The prime -- the primary obstacles to
12  achieving that goal are, one, that we have a large
13  volume of load resources both through ERS and the
14  noncontrollable load resources that are under -- on
15  under-frequency relays that provide responsive reserve
16  that are deployed without setting price.  And then
17  second, there is some generation capacity that's brought
18  online for reliability, such as RUC or RMR, rather than
19  by market forces.  And so that -- that generation is
20  online and contributing, at least this LSL amount of
21  energy, for free to the market.
22              So NPRR626 describes an additional SCED
23  execution.  It determines what the clearing price would
24  have been, what the LMP would have been, if, rather than
25  using load resources or unpriced RUC LSL or RMR LSL to

DX 780.0024

1   serve those -- to serve load.  It also creates an adder

2   which is called the realtime reliability deployment

3   price adder based on the difference between the third

4   SCED run and the second SCED run, if any.

5               As written, NPRR626 covers noncontrollable

6   load resources, emergency response service, firm load

7   shed and the 0 to LSL capacity for RUC committed

8   resources and RMR resources that are on -- online.

9               MS. STEPHENSON:  And Amanda, before you go

10   there, can I ask a clarification question back there?

11   So that realtime reliability deployment price adder

12   would be just like an ORDC adder?

13               MS. FRAZIER:  As written in NPRR626, it's

14   applied just like the ORDC.  So it creates an adder and

15   then it's paid and settled just like the ORDC using the

16   ancillary services imbalance and to the same sets of --

17               MS. STEPHENSON:  Great.

18               MS. FRAZIER:  -- resources.

19               MS. STEPHENSON:  Marty?

20               MR. DOWNEY:  Amanda, just -- could you

21   describe noncontrol -- controllable load resources?

22   What do you mean by that?

23               MS. FRAZIER:  Sure.  So the distinction in

24   the protocols between noncontrollable load resources and

25   controllable load resources are that controllable load

DX 780.0025

1 resources have to have offers in SCED and be

2 dispatchable by SCED.  They have to be able to respond

3 to a five-minute base point.

4                    And noncontrollable load resources are

5 just deployed by ERCOT operators or sometimes by

6 frequency deviations on the system.  And normally

7 it's -- it's either in an emergency situation or it's in

8 response to a frequency deviation.

9                    MR. DOWNEY:  So -- so that's still

10 everything -- all the load resources within ERCOT's

11 control and not saying what the market's doing?

12                    MS. FRAZIER:  This does not cover load

13 that's responding on its own.

14                    MR. DOWNEY:  Yes.

15                    MS. FRAZIER:  That's not being dispatched

16 by -- by ERCOT or deployed by ERCOT.

17                    MR. DOWNEY:  Okay.

18                    MS. FRAZIER:  Is that -- does that answer

19 your question, Marty?

20                    MR. DOWNEY:  Yes.

21                    MS. FRAZIER:  Okay.

22                    MR. DOWNEY:  I just want to understand the

23 proposal.

24                    MS. FRAZIER:  Okay.  Okay.  So NPRR is --

25 so I call it a third SCED run.  It's actually a third

DX 780.0026

```
1   and a fourth SCED run because the third SCED run does
2   consider noncompetitive constraints and makes sure that
3   they are still appropriately treated for generators that
4   may have local market power.  So it is considering
5   noncompetitive constraints in the SCED run.
6              And it also minimizes uplift concerns
7   because the majority of it's reflected in realtime and
8   it's charged to load that's consuming as a component of
9   the price, and for that piece, you can hedge it just
10  like energy.
11             Now, the additional adder that's paid to
12  the capacity that's available that's not actually
13  producing energy is paid mostly through the ancillary
14  service imbalance, but if there is a deficit in the
15  ancillary service imbalance, then it would be an uplift.
16             But because reliability deployments occur
17  primarily during emergency conditions when most
18  generation resources are being dispatched, then it
19  should be a relatively low adder that's being paid to
20  the -- the nonenergy producing capacity.  And when
21  ancillary services are deployed, that's when the
22  ancillary service imbalance is actually being populated
23  with -- it's -- becomes positive when ancillary services
24  are deployed because that's when the ORDC and the adders
25  are populating the imbalance.  That makes sense?
```

**DX 780.0027**

1          Okay.  So we view this as a good

2   compromise because it mitigates price reversal and

3   suppression that's associated with reliability

4   deployments while maintaining least cost dispatch.  And

5   it also adjusts the energy price for reliability

6   deployments without modifying the calculation of

7   reserves in the Operating Reserve Demand Curve function.

8          And the point here, why we believe it is a

9   compromise, is because, like I said earlier, with

10  respect to ERS, the problem is both in the energy price

11  and in the ORDC because the ORDC doesn't have the -- it

12  doesn't have ERS treated in the calculation, so it

13  actually reverses when ERS is deployed because it looks

14  like a reversal of the generation to be dispatched.  The

15  load actually solves itself but then reverses because

16  the reserves aren't counting for the ERS.

17          And that's it, unless anyone has

18  questions.

19          MS. STEPHENSON:  Yeah, I think we have --

20  Eric has a question.

21          MR. GOFF:  So in terms of the calculation

22  of the reliability adder, who is the adder paid to in

23  NPRR626?

24          MS. FRAZIER:  As it is proposed, it's paid

25  just like the ORDC, so it's paid to anybody who is

1  providing energy, and it's paid to the available online
2  capacity.
3              MR. GOFF:  Okay.  So from my perspective,
4  that's a bit problematic because it's paying a adjusted
5  energy price to all available capacity, not just the
6  capacity that either was or would have been producing
7  energy.
8              So the -- if you're going through a
9  process to determine what the -- the energy price should
10 have been but for ERCOT's reliability actions, it
11 shouldn't pay to all of the headroom but instead just to
12 the megawatt hours that were producing that energy that
13 should have had an adjusted price and then those that
14 would have been at a higher base point because of that
15 higher price.  It doesn't seem at all rational to pay an
16 adjusted energy price to all capacity regardless of
17 whether or not they were producing energy.  So I would
18 prefer a different mechanism, and I wonder if Luminant
19 is open to consideration of some sort of mechanism like
20 that.
21             MS. FRAZIER:  We are open to that.
22 It's -- so the -- the distinction is that we need to
23 make sure that no unit loses its physical hedge by the
24 change in the price between the SCED runs.  So as long
25 as you pay the adder both to the energy that's producing

1  and to any capacity that would have been dispatched

2  within the difference in price between this third SCED

3  run and the -- and the second SCED run, that, we

4  believe, covers the -- that makes generators hold to --

5  to the new pricing solution.  So we would be indifferent

6  as to that solution, although this was proposed as the

7  easier to implement --

8              MR. GOFF:  Okay.

9              MS. FRAZIER:  -- option.

10             MR. GOFF:  That makes sense.  If it is,

11  you know, just a choice of ease of implementation, I

12  would prefer to do something that is based on kind of

13  the concepts of how we pay in charge for energy today,

14  which is based on production and consumption of energy,

15  rather than some novel concept of how to pay for energy;

16  but I wouldn't be opposed to having one be implemented

17  first just to get close to the right answer followed by

18  a second phase, if that was necessary to achieve a rapid

19  implementation.  But I would prefer obviously just the

20  implementation that only pays energy adjustments to

21  people that were producing or would have produced energy

22  and charging people that consumed energy.

23             I'd also like, in that regard -- this is

24  calculating an energy adder, but in order to produce

25  energy, typically you have to burn fuel.  And so if

DX 780.0030

1  energy wasn't produced because you're paying somebody

2  off their -- where they would have been but for the

3  reliability dispatch, I think we would need to remove

4  the cost of fuel that wasn't burned from the energy

5  payment.  So I think that would be appropriate in that

6  instance as well.

7          MS. STEPHENSON:  Okay.  Seth?

8          MR. COCHRAN:  Which of the two -- I hear

9  Eric saying you either pay the available capacity or you

10  pay the capacity that would have moved up.  Of course,

11  in all this you pay the energy to produce the adder as

12  well.  What would have less of an impact on make-whole?

13  And is it -- are -- or is make-whole payments not even

14  involved in any of this?

15          MS. FRAZIER:  Well, the -- you know,

16  make-whole is a dirty word, but this is a -- the adder

17  itself is intended to cover -- the adder itself would

18  need to make whole any generator who was -- who would

19  have liked to produce energy with their physical

20  resource.  Above and -- I think intuitively, Seth, my

21  answer would be that Eric's proposal would create

22  less -- a smaller adder, a smaller adder times -- the

23  adder itself is -- will be the same, but a smaller

24  number of people who get paid the adder.

25          MR. COCHRAN:  Okay.  So this adder, it's

```
 1  not included in the SCED LMP?
 2              MS. FRAZIER:  The adder is -- it's created
 3  as a new adder just like the RTORPA.  It's called the
 4  R --
 5              MR. COCHRAN:  Okay.  So the only --
 6              MS. FRAZIER:  -- reliability --
 7              MR. COCHRAN:  In your present form, the
 8  only make-whole would be the people that are getting the
 9  adder that didn't -- that didn't produce.
10              MS. FRAZIER:  Correct.
11              MR. COCHRAN:  Okay.  So --
12              MS. FRAZIER:  Wait, wait, wait.  In the
13  present form, it's not done as a make-whole.  It's just
14  an adder that's paid to all energy and all online
15  capacity.  Eric's proposing that to -- that you limit
16  payment of the adder to only those people who would
17  otherwise need a make-whole.
18              MR. COCHRAN:  And one results in a
19  make-whole and the other doesn't?  That doesn't -- I'm
20  not sure if I catch that, how that...
21              MS. FRAZIER:  They both -- both -- okay.
22  In both situations -- as proposed and as Eric's
23  recommending, you create an adder in realtime just like
24  the ORDC, and it's populated as part of your total
25  energy price.  You know what it is at the time for all
```

1    of the capacity that's producing energy.

2               Then for the capacity that's not producing

3    energy, the online capacity that's available, the way

4    it's written in 626, all of that capacity would also get

5    the adder.

6               MR. COCHRAN:  Right.

7               MS. FRAZIER:  What Eric is proposing is

8    that only a subset of that capacity should get the adder

9    and that subset should be made up of those generators

10   who need the adder to cover their physical hedge.

11              MR. COCHRAN:  Okay.  Okay.  And where does

12   that money come from?

13              MS. FRAZIER:  Still through the ancillary

14   services imbalance settlement.  So to the extent that

15   that is positive because ancillary services are being

16   deployed, then the money is there and will be paid out

17   and it doesn't need to be uplifted to load.

18              To the extent that the ancillary services

19   imbalance is short, then the difference would be

20   uplifted to load just like with the ORDC.

21              MR. COCHRAN:  Just like with the ORDC.

22   Okay, thanks.  That makes sense.  Okay.

23              MS. STEPHENSON:  Okay.  Marty, do you have

24   a question on this topic, because I have a few more,

25   so --

**DX 780.0033**

```
 1                    MR. DOWNEY:  Yes.
 2                    MS. STEPHENSON:  Okay, great.  Go ahead,
 3    Marty, please.
 4                    MR. DOWNEY:  Has this been modeled that
 5    the impact of this, you know, say on the -- the
 6    January 6th event what that would have done versus some
 7    of the other things that are gone on?
 8                    MS. FRAZIER:  I have not.  I don't know if
 9    ERCOT has modeled the impact of this third pricing run
10    on -- for January 6th.  I'm looking at John and Cy.
11    They're shaking their heads.  I don't believe it has
12    been modeled, Marty.
13                    MR. BRAD JONES:  We did look at the
14    pricing impact of the RUC over this period, and it
15    was -- it was fairly small over January 6th.  I mean
16    January 6, there's no RUC; but over the January period,
17    it was very small.
18                    MS. STEPHENSON:  Do you have that slide
19    that you produced (indiscernible) peaker net margins?
20                    MS. FRAZIER:  I think it's difficult to
21    model the -- the extra SCED run because it's --
22                    UNIDENTIFIED MALE SPEAKER:  Yeah.
23                    MS. FRAZIER:  Right.
24                    UNIDENTIFIED MALE SPEAKER:  You had
25    questions?
```

**DX 780.0034**

```
 1              MS. STEPHENSON:  Okay.  I just had some
 2   clarification questions on Eric's proposal on this new
 3   methodology different than what we've been talking about
 4   in 626.  And I'd like ERCOT maybe to answer some
 5   questions on how this uplift would look and the credit
 6   you get back from a load perspective also based off this
 7   type of methodology.
 8              MR. BRAD JONES:  And John is here to help
 9   as well where I stumble, but essentially a 444-type
10   structure, which is what was being discussed by Eric and
11   Seth, would require a make-whole, as already been said.
12   It would require a make-whole to recover the additional
13   cost or the additional revenue associated with those
14   generators that are online, those generators that could
15   have been online based upon their offer curves.
16              Now, I should say, first of all, that's
17   going to be much more difficult, much more complicated
18   for us to do, than what's here in 626.  But beyond that,
19   it will require a make-whole.
20              Now, on the 626 application, Eric's raised
21   a concern that some individuals, resources that are not
22   producing energy, may be getting paid this additional
23   amount of value when it's not appropriate, and that's
24   similar to what I think you were saying.
25              In that case, it -- recognizing that
```

1 | concern, 626 would be applied cross the ORDC in such a
2 | way as when we're using reserves, that value would be
3 | returned to load.
4 | Now in the situation where we're not using
5 | reserves, let's say in a situation where there's some
6 | RUC at 0 to LSL and we would need to reprice, that could
7 | also create a make-whole situation.  But we would expect
8 | in most cases, the way this 626 is developed, that we'd
9 | be in a situation where the ancillary service imbalance
10 | would return value to loads.
11 | Did you have additional questions?
12 | MS. STEPHENSON:  Yeah, I just want to make
13 | sure:  Does anyone have questions about that?  Yeah.
14 | UNIDENTIFIED MALE SPEAKER:  So -- go
15 | ahead.  I can wait.
16 | UNIDENTIFIED MALE SPEAKER:  I guess just
17 | coming back to the genesis of this one, remember we had
18 | the Hogan B plus where we just modified the energy
19 | prices, and then there was issues raised because it will
20 | send the wrong signal, like especially for the quick
21 | starts, then we came up with B plus.  When we came up
22 | with B plus, we're paying that adder to the entire
23 | capacity.
24 | Now if you have concerns about 626, then
25 | you should have the same concerns for the price adder

**DX 780.0036**

1  for ORDC being paid to the entire capacity that's

2  online.  It's the same principle.

3            UNIDENTIFIED MALE SPEAKER:  Well, there

4  were some decisions that were made by the Commission and

5  other decisions that we can evaluate and make the best

6  choices.

7            UNIDENTIFIED MALE SPEAKER:  Okay.  I'm

8  just -- I'm just throwing that out saying that it's the

9  same exact philosophy.

10            UNIDENTIFIED MALE SPEAKER:  I guess the

11  only thing I would -- would add, and I know you probably

12  already know this, at the point that you're deploying

13  ERS or load resources, you're in Step 2, right, which

14  the protocols say Step 2 is 1750.  Any reserves that

15  were sold day ahead, which is ballpark a little over

16  4,000, right, any time you fall below that day ahead,

17  those reserves have to be bought back because it

18  simulates realtime co-optimization.

19            So any time -- any time you're buying out

20  of -- out of a position because you're providing energy

21  instead of reserves, that can result into -- in a

22  positive uplift to loads versus when you're buying more

23  than 4,000 megawatts in realtime, it's -- it's a

24  negative uplift to load.

25            MR. GOFF:  Okay.  Yeah, and so in -- just

DX 780.0037

1  to get to all of this, I guess, in order, first,

2  there's -- Brad, you said there was a make-whole

3  involved, and I guess we can call it a 444-style

4  mechanism, but I hate to use more inexplicable numbers.

5          So in the mechanism of only paying the

6  resources that were producing energy, or would have

7  produced energy, there's a make-whole for the would have

8  produced component.  I agree that that would be a new

9  settlement mechanism; however, not doing that would

10  still result in changes to the outcome of the ancillary

11  service imbalance, which is a load ratio share charge.

12          So in regards to whether or not there is a

13  make-whole component, I think both of these result in

14  changes to the total load ratio share component of -- of

15  additional charges for load -- for load -- load-serving

16  entities.

17          Whether or not it's complicated or not, I

18  assume that y'all have done an impact analysis on it.

19          MR. BRAD JONES:  We have not.

20          MR. GOFF:  Okay.  Okay.  So I'm looking

21  forward to finding that out, but it very well could be

22  more complicated; and that's -- that's fine.  I would --

23  I would still prefer to do the right answer rather than

24  the least complicated answer.

25          In regards to the question of the impact

**DX 780.0038**

1  on quick-start incentives, of course, they may want to

2  come online in response to a price, I think that there's

3  two -- there's two parts to that.  One is we need to

4  make sure that the third, fourth SCED run is producing

5  public data so people can see the trend; and then if you

6  know the integrated price for energy, you can make the

7  same commitment decisions as you do in today's market

8  where you see the integrated price for energy that just

9  happens to be from a two-step SCED run.  And I -- I

10  think that's the sum of it.

11              In terms of how it interacts with the

12  ancillary service imbalance payment or charge, I think

13  that's all true and interesting, but it's irrelevant to

14  whether or not people that weren't producing energy and

15  wouldn't be producing energy should receive an energy

16  price correction.

17              UNIDENTIFIED MALE SPEAKER:  Okay.  Yeah,

18  it seems like my question's now answered.  So there is a

19  new settlement for paying those that would have moved

20  but did not.  Right?

21              MR. BRAD JONES:  Under a 444-type

22  structure --

23              MR. COCHRAN:  Yeah, under a 440 -- there's

24  a new settlement.  Okay.  And then there's an allocation

25  associated with that, and that's considered a make-whole

1  payment.  But with this, there's just the ancillary

2  service imbalance that takes care of everything.  Okay,

3  that's what I was trying to get at with my original

4  questions.  Thanks.  It's all clear to me now.

5          MS. STEPHENSON:  All right.  Amanda, I'm

6  going to ask if you could, because I just want to make

7  sure everyone knows what's in 626 in the NPRR, if you

8  could pull it up real quick.  And if you can go to the

9  section where we talk about that adder -- I think it's

10  Page 40 or something.  I can't -- where you list all the

11  different services which would get the adder or I --

12  circumstances.  Yeah, there you go.

13          So, I mean, I think this main section is

14  where the meat of the changes are in the NPRR, as, you

15  know, Amanda described it to everybody, but I just

16  wanted to make sure there was no questions on the

17  language that's here because it is pretty specific and

18  detailed on how you would implement each one of those.

19          MS. FRAZIER:  And Randa, while we're here,

20  we did make a change to the draft that RATF looked at

21  with respect to ERS specifically.

22          MS. STEPHENSON:  That's a good point.

23          MS. FRAZIER:  And so what we've done here

24  is -- what we discussed in RATF with respect to the

25  restoration of ERS is that we don't really have a good

DX 780.0040

1    sense of how quickly or at what type of restoration rate

2    load comes back online once they're recalled by ERCOT,

3    but ERS, by its contract term, has ten hours to restore.

4                And so the way that we set it up was to

5    just do it as sort of a linear curve over -- where

6    you're restoring 10 percent every hour for ten hours,

7    but we made it subject to TAC review so that if we have

8    future ERS deployments and we have the data that shows

9    that ERS is coming back quicker or ERS is coming back

10    slower or ERS is coming back a lot at once and then

11    slowly over a long period of time or whatever the data

12    shows, we can in the future change that to be more

13    reflective of the actual restoration of ERS.  And that's

14    here in Subsection D.

15                MS. STEPHENSON:  Any other questions on

16    the load shed piece or anything like that?

17                (No response)

18                MS. STEPHENSON:  Okay.  Thank you, Amanda.

19    Totally appreciate it.

20                Well, next on the agenda was we were going

21    to talk about the historical RUC methodology, but my

22    understanding right now is the submitter of that has

23    kind of backed away from that proposal, so I don't

24    really have an advocate for it unless anyone here would

25    like to discuss it and wanted to tee it up.  Okay.  I'm

DX 780.0041

1   seeing none, so we're going to move on.

2                   So what we'd like to do in that time slot

3   now is -- and I'm going to apologize -- sent out early

4   this morning on, I will say, a version of NPRR626 with

5   some compromise solutions.  So could you pull up that

6   slide?  It's in the TAC workshop zip.

7                   Okay.  I'll just walk through it and then

8   we'll have open discussion about this.  But what this

9   compromise proposal is, is they're taking the shell of

10  NPRR626; however, you are making some adjustments to how

11  that realtime settlement price adder is applied.  And so

12  right now, it'll do -- it'll just be adjusted to the 0

13  to LSL for the RUC, deployed ERS with a 10-hour

14  return -- so same way that Amanda just spoke about

15  NPRR626 -- and then online RMR energy and emergency

16  capacity acquisitions.

17                  It does not include the firm load shed

18  that she had in her, I think, five items that we just

19  looked at.  And then it will also -- I know this is a

20  little out of order, so I'll get back to it -- but will

21  include load resources acting as responsive as well.

22                  Now, the adder is going to be calculated

23  like we've discussed by the third SCED run, and it will

24  be the difference between the third or fourth SCED run

25  compared to the second SCED run, and that will be paid

DX 780.0042

1   to all available generation, which is what Eric just --
2   we had the whole conversation with Eric on.  So this
3   would be still using the 626 methodology and not the 444
4   methodology.

5               And the new component on here would be you
6   would add load resources at -- with the proxy offer
7   curve, and what it would be would be a flat curve right
8   now at $500.  It would be similar to the bid-to-buy
9   process that we're going to be using in loads and SCED
10  Version 1.  I kind of compare it, but ERCOT will have to
11  model it because it will be different.  I think there is
12  some discussion we need to have on how -- because load's
13  not all deployed as responsive as a block, so how does
14  it go in?  How does it hit?  It'll be -- we need to have
15  some discussion on that.

16              But that is one compromise that's being
17  discussed.  Doesn't have to be the only one.  But we
18  wanted to get this up and have some time to talk through
19  it, see if there's other variations of this, and see
20  where the stakeholders are.  So I'm going to start with
21  Eric.

22              MR. GOFF:  So couple questions.  One of
23  the differences you highlighted between this proposal
24  and the prior proposal is that this one does not include
25  the megawatts associated with the firm load shed.  Is

DX 780.0043

```
 1   that correct?
 2                MS. STEPHENSON:  Correct.
 3                MR. GOFF:  So then the implication of that
 4   is if ERCOT sheds 3,000 megawatts of firm load, then
 5   SCED would have 3,000 megawatts fewer to solve for.
 6   Right?  Which --
 7                MS. STEPHENSON:  Yes, the same way we
 8   did --
 9                MR. GOFF:  -- which could lead to a place
10   where we are in scarcity pricing to a place that we're
11   not in scarcity pricing.  Is that a natural implication
12   of that?
13                MR. BRAD JONES:  Yeah, that's a
14   possibility.
15                MS. STEPHENSON:  Yeah.
16                MR. GOFF:  So it seems extremely
17   counter-intuitive to me for us to endorse a proposal
18   that could lead to 50-dollar prices when we're in firm
19   load shed; and as such, I don't think I could support
20   this proposal as -- as is on the screen.
21                MS. STEPHENSON:  Randy?
22                MR. RANDY JONES:  Yeah, for once, I agree
23   with Eric.
24                (Laughter)
25                MR. RANDY JONES:  Yeah, for -- for these
```

**DX 780.0044**

1   out-of-market actions, and I -- I include -- and I think

2   most rational people include -- shedding firm load in

3   Step -- Step 3 is that's definitely an out-of-market

4   action.  And those have to be -- those have to be

5   accounted for.

6               And Eric's right.  You'll end up having

7   oscillations in the very period when you want strong

8   price signals to loads presuming there's no generation

9   available.  You really need strong price signals at that

10  point.  And we've had cases in the past where we've

11  gotten into really tight circumstances, and we've seen

12  the price oscillate back and forth, and that's why we're

13  sitting here today.

14               MS. STEPHENSON:  Kenan?

15               MR. OGELMAN:  Yeah, I mean, I don't

16  disagree with risk of oscillation.  The idea here was to

17  put in a proxy for what the LRs would curtail at.  So

18  essentially if they could put in a bid to buy, what --

19  what they would put in.

20               UNIDENTIFIED MALE SPEAKER:  That's a

21  separate issue.  We're talking about load shed, firm

22  load shed.

23               MR. OGELMAN:  Okay, well, so --

24               MR. RANDY JONES:  Distribution load shed,

25  to be clear.

DX 780.0045

```
 1                    (Simultaneous discussion)
 2                    MS. STEPHENSON:  Okay.  Let's let Kenan
 3    finish, and then we'll go back --
 4                    UNIDENTIFIED MALE SPEAKER:  Okay.  I just
 5    want to make sure he's talking to the right point.
 6                    MR. OGELMAN:  I'm not talking to the
 7    right -- right issue, so I agree with Eric.
 8                    (Laughter)
 9                    MR. OGELMAN:  But -- so -- so -- but if --
10    I mean, big blocks, I mean, this would do that; but on
11    the load -- on the load issue, the reason why I think
12    that should come out is, if you think about what's
13    happening in terms of you're putting this adder in, and
14    I have this set of load, you have sent me a request to
15    shed firm load that I -- my load has paid for that --
16    paid for that generation.  I'm shedding firm load, and
17    then on top of that, the load that is remaining is
18    paying a premium for the load shed when prices are
19    probably at 9,000 anyway, and I don't understand exactly
20    why I'm -- I'm taking this out.
21                    So if you look at it from a load
22    perspective, it's -- it's this double whammy that
23    doesn't make sense to me.  The only time where you would
24    actually have a case, in my opinion, to pull the firm
25    load shed out is if the instruction coming from ERCOT
```

DX 780.0046

 1  was too high.  And I don't think load should have to pay

 2  for that.  And for that reason, I think the firm load

 3  shed needs to come out.

 4              MS. STEPHENSON:  Amanda?

 5              MS. FRAZIER:  So on the firm load shed

 6  piece, I think there -- I agree with Eric that prices

 7  should reflect the fact that you're shedding load.  I

 8  think it will probably naturally do that in most

 9  instances because the ORDC should be at VOLL.

10  Hopefully, we're not shedding firm load at 2,000 -- with

11  2,000 megawatts of reserves still on the system.

12              But the way that NPRR626 was written, it

13  shouldn't create a situation where it keeps prices

14  unnaturally high for firm load shed because we reverse

15  it back out of the SCED run when it's recalled.  There's

16  not any delay period there like there is for other load

17  that takes a little longer to restore.

18              So I think it really is just a natural

19  backstop to make sure that there isn't an oscillation,

20  although I agree with you that it should be the case

21  that prices are at VOLL anyway because of the operation

22  of the ORDC.

23              MS. STEPHENSON:  Okay.  Bill, you are

24  next.

25              MR. SMITH:  Yeah, I'm interpreting firm

DX 780.0047

1  load shed here to be EEA 3., and if we're talking about

2  something different, then, you know, maybe this needs

3  further discussion like local transmission firm shed.

4  I'm not sure if that's what the concern is.  But if

5  we're talking about EEA 3, then, you know, I think I'm

6  agreeing with what I heard Amanda saying, Kenan, is I'm

7  comfortable removing it, because when we are in EEA 3

8  and we're shedding firm load, the ORDC would have to be

9  setting price appropriately at VOLL.  So I just -- I

10 think the risk -- the risk that Eric described, which I

11 agree does exist, I think it's very low, though; and I

12 think we -- we have the situation covered with ORDC.

13            UNIDENTIFIED MALE SPEAKER:  Okay.  On

14 the -- when we deploy load resources with this, that is

15 deployed -- there's telemetry on that and we know

16 exactly how much that is.  On the firm load shed, it's

17 deployed with some under-frequency relays and no

18 telemetry knowing whenever that happens.

19            UNIDENTIFIED MALE SPEAKER:  No, we're

20 talking about something different.

21            UNIDENTIFIED MALE SPEAKER:  Block -- block

22 load shed.  Block load shed --

23            UNIDENTIFIED MALE SPEAKER:  Hundred

24 megawatts --

25            UNIDENTIFIED MALE SPEAKER:  Well, the

**DX 780.0048**

```
 1   rotate --
 2                  MS. STEPHENSON:  Well --
 3                  UNIDENTIFIED MALE SPEAKER:  But the
 4   rotating outage is you don't -- only the TO knows how
 5   much is --
 6                  MS. STEPHENSON:  Exactly.  I don't know --
 7                  MR. RANDY JONES:  They're directed to do
 8   it in hundred megawatt blocks.
 9                  MS. STEPHENSON:  I understand, but I think
10   each one have their own plan.
11                  UNIDENTIFIED MALE SPEAKER:  They have
12   their own plan.  They all do rotating outages in the way
13   they do, and they may hit it or they may not hit it --
14                  MS. STEPHENSON:  Correct.
15                  UNIDENTIFIED MALE SPEAKER:  -- is the --
16   is the point.  (Indiscernible)
17                  Either way, though, things are -- that's
18   usually where they're at is at the -- at the low set
19   under-frequency points that they shed at.
20                  MR. RANDY JONES:  No, that's not accurate.
21                  MS. STEPHENSON:  Let's -- maybe let's get
22   a TSP to answer that question.  I don't know.  Can
23   someone explain?
24                  UNIDENTIFIED MALE SPEAKER:  The load set
25   under frequencies are for large --
```

**DX 780.0049**

```
 1                    UNIDENTIFIED MALE SPEAKER:  They're SCADA.
 2                    MS. STEPHENSON:  Yeah, the firm, how
 3    the --
 4                    UNIDENTIFIED MALE SPEAKER:  Because he
 5    didn't hear it in that ear.
 6                    UNIDENTIFIED MALE SPEAKER:  Yeah, I didn't
 7    hear it.
 8                    MS. STEPHENSON:  So the question --
 9                    UNIDENTIFIED MALE SPEAKER:  The load
10    set -- describe load set under frequency versus block
11    load shed under -- under a Step 3 EEA is what we're --
12    what we're talking about.
13                    UNIDENTIFIED MALE SPEAKER:  Yeah, we're
14    not talking about using relays.  We're talking about
15    manual load shed directed by ERCOT --
16                    UNIDENTIFIED MALE SPEAKER:  That's right.
17                    UNIDENTIFIED MALE SPEAKER:  -- in blocks
18    assigned to TSPs, and they execute that manually by
19    circuit within their distribution load area and do it as
20    expeditiously as possible to achieve the result of
21    stabilizing the system.  And it is known at any given
22    time what our quantity is, but it's not telecommunicated
23    to ERCOT or any other fashion.
24                    UNIDENTIFIED MALE SPEAKER:  Right.
25                    UNIDENTIFIED MALE SPEAKER:  It can be
```

**DX 780.0050**

```
 1  verbally communicated, but it's not -- if we're assigned
 2  to 500 megawatts, we'll achieve that in some number of
 3  minutes, and we will hold that until ordered otherwise.
 4              UNIDENTIFIED MALE SPEAKER:  That's right.
 5              MR. BRAD JONES:  So it may not be an exact
 6  value, but we give targets to --
 7              UNIDENTIFIED MALE SPEAKER:  It would be at
 8  least 500 if that's what's ordered, because otherwise I
 9  won't be in compliance with NERC requirements.
10              MR. BRAD JONES:  So it will be 500 or
11  over.
12              UNIDENTIFIED MALE SPEAKER:  It will be 500
13  or more or whatever the number is directed.
14              MS. STEPHENSON:  Thank you, John.
15              Eric, you were next.
16              MR. GOFF:  So a couple things.  In regards
17  to ORDC should be creating these price outcomes, I think
18  that's true.  It should be.  But given the fact that
19  then you expect in -- in the -- in the typical case of
20  ORDC to do it and the ORDC energy price policy when
21  conjoined together has a maximum cap of the offer cap in
22  2015.  There is no harm in making sure that you're doing
23  it right, especially if we're already opening up the
24  hood for 0 to LSL RUC, deployed ERS, et cetera.
25              And given the certainty of -- given the
```

**DX 780.0051**

1  certain need of having correct prices in EEA 3, come on.

2  There's -- there's no harm in making sure that firm load

3  shed doesn't cause price reversal.  If it -- if it ever

4  causes price reversal, the energy only market would be

5  laughed at.

6              UNIDENTIFIED MALE SPEAKER:  Randy?

7              MS. STEPHENSON:  Yeah, Randy.

8              MR. RANDY JONES:  Just one quick comment.

9  You know, I heard a -- heard a comment about what loads

10  paid for, and I knew we'd -- we'd hit on this threshold

11  issue sooner or later.  And -- and I would just remind

12  TAC members that the Commission's already decided.

13  They've told us what categories of out-of-market actions

14  by the ISO need to be corrected for, and they've told us

15  that we need to come back with solutions.

16              And the idea that load pays for certain

17  things and that we shouldn't adjust the price because

18  they've already paid for it, I think that bus has

19  already left the barn.  You know, we -- we have to make

20  those adjustments.

21              And, you know, there's two different

22  pieces.  We need to be clear about what we're talking

23  about.  There's -- there's the firm load shed that

24  occurs -- and John described it aptly -- it occurs in

25  Step 3.  That's a no-brainer.  You have to make

DX 780.0052

1  adjustments for that.  That's clearly out of merit.

2  There's nothing commercial about it.  It's a last-ditch

3  effort to keep their frequency up, and it's specified in

4  the protocols and operating -- operating guides for that

5  purpose.

6           The other load actions, to the extent that

7  the ISO directs it and it's not the result of commercial

8  activity within SCED, and it's not part of the price

9  setting, then we have to make adjustments for it; and

10  the Commission's already told us that.

11           MS. STEPHENSON:  Okay.  Clayton and then

12  Seth.

13           MR. COCHRAN:  I think Clayton's card is

14  still up from the last time.  Anyway, go ahead.

15           MR. GREER:  I keep getting skipped.  I

16  never got to my issue.  I was just -- I'm wondering what

17  the problem is here.  I'm trying to figure out -- you

18  know, I mean, if we're wanting to make adjustments for

19  firm load shed, because that -- the problem that we had

20  with ERS and LRS is they're not immediately coming back.

21  Whenever we have firm load shed directed by the TDSP,

22  that comes back.  Those are, you know, feeders that have

23  been de-energized and the load comes back automatically.

24  It's your refrigerators and freezers and

25  air-conditioners and all that stuff.  So we don't have

DX 780.0053

1  the lingering problem that we have with some of these

2  industrial loads where they come down on a process and

3  can't start it back up.  So we should be into and out of

4  that situation before we come off of the cap.

5            So, I mean, we can make adjustments, but

6  it doesn't make it any more cappier (sic) than -- than

7  the cap.  So I'm -- I'm wondering if we don't really

8  have a problem here.

9            MS. STEPHENSON:  I'm going to agree with

10  you, Clayton.  I don't know if we really have an issue

11  here, but go ahead, Seth.

12            MR. COCHRAN:  Yeah.  I was just going to

13  say, I can't think of an example where we're in EEA 3

14  and prices should not be at the cap.  I just -- I can't

15  think of an example where -- if we have a systemwide

16  offer cap and we have that to reflect scarcity

17  conditions, EEA 3 would be the time that we're in

18  scarcity conditions, and that's the time when we want

19  price signals to reflect that.

20            So I mean, this sort of reminds me of

21  NPRR508.  Really I think we should just have some

22  protocol that says we're in EEA 3.  We should be putting

23  the cap.  I think it's really immaterial whether we can

24  count it or whether we can't count it and all of those

25  details.

**DX 780.0054**

```
 1              UNIDENTIFIED MALE SPEAKER:  Kenan?
 2              MR. OGELMAN:  Yeah, I guess I -- I've got
 3    two points.  I think the changes that we made with 598
 4    pretty much assure you that you're at the cap.  The only
 5    time this is going to kick in is there's going to be
 6    this adder when you essentially over curtailed load or
 7    something like that and -- and you're -- you're over
 8    counting it.  I just -- I can't see where in EEA 1, 2,
 9    or 3 or -- I mean, all the 598 changes pretty much got
10    us where we need to be on this.
11              Now in terms of the Commission
12    instruction, I mean, I went back and listened to the
13    tape again, and it said, ERS, LRS, and 0 to LSO RUC.
14    Those were the instructions that we got.  And we can
15    throw other things in there, but if you're saying we're
16    not being responsive to the Commission in terms of what
17    they asked for, this is something extra.  This is not on
18    the list of things that they gave us.
19              So I'm -- I'm not seeing the case made to
20    do this change.  I think it's only upside risk to load
21    just to pay more for circumstances where it's actually
22    not -- the price should not be at the cap because we
23    missed a recall or did something strange.  And I don't
24    think that adjustment is appropriate.
25              MS. STEPHENSON:  Eric?
```

DX 780.0055

1      MR. GOFF:  So the -- I still fail to see

2  the downside from making sure that the price is at the

3  cap during EEA 3.  And it's great that we already have a

4  market design that that's very likely to happen, but we

5  don't have a market design where it will happen, because

6  just to walk through the math again, if you shed

7  3,000 megawatts of load, that's 3,000 megawatts fewer

8  for SCED to solve, 3,000 megawatts more that are

9  available to ORDC, and we could get to a situation where

10 we solve the problem because we've got a lot less load

11 to solve for.  And if that results in much lower prices

12 than are appropriate for shedding firm load, I don't

13 know why we would want to do that.

14      And so if all it takes is adding in D,

15 firm load shed, and then most of the time that won't be

16 in effect because most of the time, ORDC takes care of

17 it, great.  There's a minimal incremental impact.  Let's

18 do it.

19      MS. STEPHENSON:  Okay.  Any other comments

20 on this topic?

21      (No response)

22      MS. STEPHENSON:  So I think one of the

23 options that could be discussed here is exactly what

24 Eric is saying, is you add firm load shed during EEA

25 Step 3 events as a consideration.  I hear both sides of

DX 780.0056

1   that, so okay.  Anything else on that?

2               (No response)

3               MS. STEPHENSON:  All right.  I would like

4   to move to the load resources -- no, keep that slide

5   up -- the last bullet on here, because I'd like to hear

6   from ERCOT, maybe get Cy or John to talk a little bit

7   about how you would insert these load resources, pretty

8   much load acting as responsive, in -- with this proxy

9   curve.  This is kind of a new concept, so I want to make

10  sure -- this hasn't been discussed at RATF before, so I

11  want ERCOT to weigh in on this.

12              UNIDENTIFIED MALE SPEAKER:  The way I'm

13  reading this is, it's not -- not really a proxy offer.

14  It's a proxy bid to buy.  And so what it does is that

15  instead of the -- so if you look at it for the deployed

16  load resources and ERS, it's -- it's demand that was

17  withdrawn from the system.  You added back the GTBD, and

18  in 626 it's just a vertical.  If you have on your X axis

19  the megawatts and the Y axis is the price, it's a

20  vertical line saying that the price for that demand is

21  fixed, and I need to serve that no matter what.

22              With this change, all that you're doing is

23  that the vertical demand curve has got a little bit of

24  elasticity at $500.

25              MS. STEPHENSON:  Yes.

DX 780.0057

1      UNIDENTIFIED MALE SPEAKER:  And it is
2 doable because we are already implementing the same kind
3 of demand elasticity with controllble load resources
4 coming in first, and we will have some experience in how
5 that behaves.  So -- so conceptually, it's doable.
6      MS. STEPHENSON:  Okay.
7      UNIDENTIFIED MALE SPEAKER:  And the fact
8 that there's no new submission, if it is just an
9 administrative $500, there's not that much amount of IT
10 stuff that needs to be done in terms of submission or
11 something.  We can just have it in the engine itself.
12      MS. STEPHENSON:  Okay.  Great.
13      John, a question?
14      MR. HOUSTON:  You would add it in as --
15 based on their breaker status.  Right?  Like the load
16 resources --
17      UNIDENTIFIED MALE SPEAKER:  So for the --
18      MR. HOUSTON:  -- telemetered
19 communications --
20      UNIDENTIFIED MALE SPEAKER:  Yeah, the net
21 bar consumption that -- before the event happened,
22 whatever that was, we'll have to come up with the same
23 scheme.  I mean, I think that part was described in the
24 various proposals whether it was removing that capacity
25 from ORDC or adding it to GTBD in 626.  You get the same

DX 780.0058

```
 1   thing based on telemetry.  And for ERS --
 2               (Simultaneous discussion)
 3               MR. HOUSTON:  I want to make sure --
 4               UNIDENTIFIED MALE SPEAKER:  -- it will be
 5   X amount instructions that go out.
 6               MR. HOUSTON:  Yeah, and I was just wanting
 7   to make sure that was pointed out, is what --
 8               MS. STEPHENSON:  Okay.  Thank you.
 9               Bill?
10               MR. SMITH:  Cy, the -- the implementation
11   strategy that you're describing would not materially
12   change the time to implement 626.
13               UNIDENTIFIED MALE SPEAKER:  No, but I
14   think 626 as it is, we -- we -- we haven't really
15   done -- we have to talk to the various groups inside
16   ERCOT, but it should not -- this is a small delta --
17               MR. SMITH:  Okay.
18               UNIDENTIFIED MALE SPEAKER:  -- to the
19   entire 626.
20               MR. SMITH:  Okay.  Thanks.
21               UNIDENTIFIED MALE SPEAKER:  The bigger
22   challenge for 626 in terms of implementation is -- is
23   setting up a third -- a pricing run, and that requires
24   extra storage and -- and all the table definitions and
25   all that, so that will be the major chunk of it and what
```

DX 780.0059

1  needs to be posted.  This is a small delta in comparison

2  to that.

3           MS. STEPHENSON:  Amanda?

4           MS. FRAZIER:  Cy, if we were to -- so

5  rather than doing a straight-line bid to buy at 500, if

6  you had a curve in there, so you had -- it was

7  representative of more than just one price at which all

8  1400 megawatts of load is willing to shed, is that also

9  relatively workable?

10           UNIDENTIFIED MALE SPEAKER:  The -- the

11  challenge with that would be is -- let's say that based

12  on a frequency event and it's -- it's kind of localized,

13  only a certain number of load resources trip off, what

14  price would you want on that, because if you're -- if

15  you're releasing that I want to drop demand curve for

16  this one, it's a megawatt and a price point.  So you

17  have to say how many megawatts you want at this price,

18  how many megawatts you want at that price; and depending

19  on what was curtailed, it's doable.  It just -- we just

20  need to work out the details.  And it's the same delta.

21           MS. FRAZIER:  Right.

22           UNIDENTIFIED MALE SPEAKER:  So -- so

23  having a demand curve rather than a horizontal one is

24  not an issue.

25           MS. FRAZIER:  Right.  So the complication

DX 780.0060

1   is, I think we probably would all agree, it can't be the

2   case that every single megawatt of load resources is

3   valued at $500, but because there's not a specific bid

4   to buy for each of those resources, when you have

5   localized resources that are shed, how do you determine

6   which part of the curve to -- to put on there.

7                    And I think -- I understand the

8   complication, but I'm not sure I'm comfortable that $500

9   is the right relative average price for all 1400 of

10  those megawatts.

11                   UNIDENTIFIED MALE SPEAKER:  Yeah.  The way

12  you look at this one is that you kind of say that as far

13  as pricing that load resource deployment, is if six --

14  you just look at it as one aggregate load resource and

15  build a demand curve for that one.  And that's what SCED

16  is going to price out, not the individual ones.

17                   MS. STEPHENSON:  I'm going to jump -- I

18  just have a question about what you just said, Cy.

19                   So when you deploy it, you'll be just

20  climbing up that curve --

21                   UNIDENTIFIED MALE SPEAKER:  No, no.

22                   MS. STEPHENSON:  -- as you do -- okay.

23  Help me understand that.

24                   UNIDENTIFIED MALE SPEAKER:  Okay.  So the

25  supply curve -- I guess you'll have to see my flailing

DX 780.0061

1  hands.  This is the supply curve.  I'm not touching the

2  supply curve.  This is your demand curve.  Right?  Now

3  it's a vertical line in 626 as written.  All that you'll

4  do is you'll have a kink over there.

5              MS. STEPHENSON:  Yeah, but if we were

6  going to do it from 500 to a thousand dollars --

7              UNIDENTIFIED MALE SPEAKER:  To a thousand,

8  it'll be like a slope like that.

9              MS. STEPHENSON:  Okay.  But just

10  distribute it linearly?

11              UNIDENTIFIED MALE SPEAKER:  Yeah.

12              MS. STEPHENSON:  Okay.  Got it.

13              UNIDENTIFIED MALE SPEAKER:  I mean, you

14  could -- you don't have to make it a fixed line.  You

15  could have multiple points on it, and we'll just

16  linearly go along that line.

17              MS. STEPHENSON:  Got it.  Thank you.

18  Sorry to cut in front of you guys.

19              Eric and then Bill.

20              MR. GOFF:  So the instance you described

21  would -- potentially problematic is on under-frequency

22  load shed when you might have a localized frequency

23  event.  Is that -- I just want to make sure I understand

24  that correctly.

25              UNIDENTIFIED MALE SPEAKER:  Well,

**DX 780.0062**

1    typically what's -- what we have seen in certain cases
2    is that we think that the frequency has gone below, but
3    not all load resources --
4                    MR. GOFF:  Right.
5                    UNIDENTIFIED MALE SPEAKER:  -- respond.
6    And then you look at the high-speed data recordings --
7                    MR. GOFF:  Yeah.
8                    UNIDENTIFIED MALE SPEAKER:  -- it looks
9    like the frequency in this area was below the threshold,
10   and all the load resource bid to respond over here, but
11   maybe out in West Texas or something, maybe the
12   frequency took some time; but when these guys tripped
13   off, the frequency recovered.
14                   MR. GOFF:  Yeah.
15                   UNIDENTIFIED MALE SPEAKER:  So it never
16   went there.  So all that we will do is take those
17   megawatts and create this elastic demand curve.  This --
18   the other load resource is never deployed if you're
19   looking at the two-second telemetry.
20                   MR. GOFF:  So -- but it -- in that
21   instance when you have, you know, these UFR loads that
22   are operating maybe a little bit too conservatively or
23   maybe you have some -- for some bizarre reason, you have
24   a regional, you know, frequency, that has not happened
25   in every deployment of UFR.  Right?  It's pretty -- it's

1  pretty exceptional when you have a localized frequency

2  event?

3            UNIDENTIFIED MALE SPEAKER:  I don't know

4  of a localized frequency event --

5            MR. GOFF:  Right.

6            (Indiscernible)

7            MR. GOFF:  Right.  And there have been a

8  couple times where you've had one trip off earlier

9  because, you know, there was some setting on their

10  machine, but typically --

11            UNIDENTIFIED MALE SPEAKER:  Well, there

12  are -- there are -- you know, there's a requirement in

13  the protocol that you come off of (indiscernible) --

14            MR. GOFF:  Yeah.

15            UNIDENTIFIED MALE SPEAKER:  There are a

16  few that --

17            MR. GOFF:  Slightly high set.

18            UNIDENTIFIED MALE SPEAKER:  -- slightly

19  higher --

20            MR. GOFF:  Yeah.

21            UNIDENTIFIED MALE SPEAKER:  -- make sure

22  to meet that --

23            MR. GOFF:  Yeah.

24            UNIDENTIFIED MALE SPEAKER:  We've hit that

25  a time or two.

DX 780.0064

```
 1                    MR. GOFF:  Yeah.
 2                    UNIDENTIFIED MALE SPEAKER:  That may be
 3   what you're -- but those are during frequency events not
 4   really -- frequency events --
 5                    UNIDENTIFIED MALE SPEAKER:  Scarcity --
 6                    MR. GOFF:  Yeah.  And then during --
 7   during scarcity deployments, you have it divided into
 8   Group 1 and Group 2, and you can do one or both.
 9                    UNIDENTIFIED MALE SPEAKER:  Yeah.
10                    MR. GOFF:  So the instance of a problem is
11   kind of an exceptional case.  Right?
12                    UNIDENTIFIED MALE SPEAKER:  Yeah.
13                    MR. GOFF:  Okay.
14                    UNIDENTIFIED MALE SPEAKER:  In all cases
15   we will know exactly -- well, based on telemetry that's
16   coming from the load resources, how much -- back to
17   GTBD.
18                    MR. GOFF:  Right.
19                    MS. STEPHENSON:  Okay.  Bill, you were
20   next.
21                    MR. SMITH:  Just clarifying the curve
22   concept that's being discussed here is we would -- for
23   load resources, the deployed amount of load resources
24   would be -- would -- would be inserted as a virtual bid
25   into the pricing runs from some beginning price to some
```

DX 780.0065

```
 1   ending price and not the total procured -- let's say we
 2   bought 1400 megawatts of -- of noncontrollable load in
 3   the day-ahead market.  We wouldn't have a static curve
 4   from beginning point to 1400.  It would only be what's
 5   deployed.  So if we only shed 500, the curve would be
 6   beginning point to end point on price from 0 to
 7   500 megawatts?
 8                   UNIDENTIFIED MALE SPEAKER:  That's right.
 9                   MR. SMITH:  Okay.  Thanks.
10                   MS. STEPHENSON:  Okay.  Thanks.
11                   Amanda?
12                   MS. FRAZIER:  I want to ask a point of
13   clarification.  It's -- it's my NPRR, so I should
14   probably know the answer to this.  And I've -- and I've
15   looked through the NPRR language, and I just want to
16   make sure that ERCOT agrees with my interpretation
17   because ERCOT helped with the language.  That's not even
18   true.  Cy wrote the language.  You guys all saw it at
19   RATF.
20                   On deployment of load resources carrying
21   RRS with -- set on high-set, under-frequency relays,
22   those can be tripped by frequency obviously, or they can
23   be deployed in an EEA 2.  Both of those in the protocols
24   are called deployments.  And so my understanding is that
25   both of those instances would also be captured in the
```

DX 780.0066

 1  third SCED run.  It's -- it's not just when the -- when

 2  the UFRs are deployed during SCED step two.  Right?

 3              UNIDENTIFIED MALE SPEAKER:  Even if it's a

 4  frequent deployment, it's a reliability action, so it is

 5  included in the third SCED run.

 6              MS. FRAZIER:  Okay.  Thank you.

 7              MS. STEPHENSON:  Kenan?

 8              MR. OGELMAN:  Okay.  So let me follow up

 9  with what Cy said.  Okay.  That -- then that doesn't

10  make sense to me.  So the frequency events aren't about

11  systemwide reliability.  I mean, what -- what's the

12  objective here in terms of -- of the pricing?  That --

13  that doesn't fit.

14              So let's make an analogy to the

15  adjustments that we would have made with the floors.

16  The frequency deployment would not have triggered the --

17  the floors in the past.  So that logically does not make

18  sense to me that you would move up -- up the offer curve

19  for a frequency deployment, which is not a lack of

20  capacity or it's just an inability to get to -- get to

21  the ramp energy.  Right?  So to me that -- I'm seeing a

22  disconnect there, and that doesn't make sense to me.

23              UNIDENTIFIED MALE SPEAKER:  Okay.  I

24  guess -- actually, there's another thing that I didn't

25  answer on Amanda's thing, is right now, I think Mark

DX 780.0067

1  kind of reminded me is, we may not know that the load

2  resource has been deployed at that instant of time

3  unless we're looking at --

4               UNIDENTIFIED MALE SPEAKER:  Under

5  frequency.

6               UNIDENTIFIED MALE SPEAKER:  -- on under

7  frequency.

8               So -- so one thing is we'll -- if we go

9  down that path, we'll have to figure that out.

10              And coming to Kenan's point, I think

11  that's for, I guess, the stakeholder process to decide

12  on -- on what conditions load resource deployments needs

13  to be considered in this third pricing run.

14              MR. OGELMAN:  And by the way, the

15  generators that you would be giving this additional

16  money to has nothing to do with what is triggering -- or

17  necessarily triggering the frequency deployment.  So not

18  only is there a -- kind of the policy thing, but then

19  the dollars aren't going to the right places either in

20  that instance or not necessarily going to the right -- I

21  mean, it's -- it just kind of depends on where -- where

22  offers are and stuff.  So --

23              UNIDENTIFIED MALE SPEAKER:  I'll defer to

24  you guys.  The only thing I was thinking is that

25  frequency is a system reliability measure, 60-hertz.

DX 780.0068

1    And if something happens because we are deviating from

2    that, protocols that are reliability deployment; but

3    I'll -- I'll let you guys make a decision on that.  But

4    there's one thing is that we still need to work out on

5    how we detect it.  If we go down that path, we need to

6    figure out how to detect that and put it in the SCED.

7                    MS. STEPHENSON:  Okay.  Katie is next.

8                    MS. COLEMAN:  Kenan said a lot of what I

9    was going to say, but, you know, we're viewing this as a

10   scarcity pricing initiative.  And we were envisioning

11   doing this third SCED run during the manual deployment

12   during EEA 2 and not for any time it's tripped for

13   under-frequency.  And like Kenan said, that's consistent

14   with what we did on the price floor, so I feel like that

15   shouldn't be very controversial.  And I think we'd like

16   to see this limited to just the scarcity situations.

17                    UNIDENTIFIED MALE SPEAKER:  I just have

18   one comment.  So let's say there is a frequency event

19   and the load comes off because of the relay and it's off

20   for maybe an hour, hour and a half.  During that time,

21   do you need any price correction?  Because I don't -- I

22   don't -- I would like them to come back, but they

23   have -- the protocols allowed them to -- one and a half

24   hours to come back.  So during that time, is the price

25   formation correct or not?

DX 780.0069

```
 1                    MS. FRAZIER:  I think it's my turn.  My --
 2   I mean, I'm going to repeat what Cy said.  I -- I agree
 3   that it's reliability deployment, and I think the reason
 4   that the price floors didn't cover it is because the
 5   price floors didn't cover any version of load that was
 6   carrying RRS because they don't have bids in SCED and so
 7   there wasn't a way to put a -- to address a price for --
 8   with respect to these UFRs.
 9                    And I think the issue for -- for us is on
10   the restoration time because now you -- once you've
11   deployed those UFRs, regardless of whether you deployed
12   them for frequency or you deployed them in EEA 2, you no
13   longer have them available to provide RRS, but you --
14   they're not being treated for price at all.  And so if
15   they're deployed by frequency, I think they should be
16   treated the exact same way as if they're deployed by
17   ERCOT.
18                    And I think you can -- I think there's an
19   obligation to update your ancillary service resource
20   schedule for the UFRs even if they're tripped by
21   frequency, and so I think that would be the way that
22   ERCOT would have to track what was deployed and
23   undeployed.
24                    MS. STEPHENSON:  And that is correct.
25                    Katie and then Kenan.
```

DX 780.0070

1          MS. COLEMAN:  I actually have a question,
2    because my understanding of how this -- and this is for
3    Cy or John probably.

4          My understanding of how this virtual offer
5    would work is that if the energy from the LaaR isn't
6    needed, that offer isn't really triggered in the third
7    SCED run anyway.  And so I'm wondering if, during a UFR
8    trip, it might be that this doesn't make that much of a
9    difference because you don't need the energy.  So could
10   somebody speak to that?

11         UNIDENTIFIED MALE SPEAKER:  If -- let's
12   put it this way.  If there's sufficient capacity from
13   the -- on the supply side from the generators and all
14   the offers are below 500, even if it's a UFR trip, you
15   won't see anything happening.  The prices will be below
16   that.

17         MS. STEPHENSON:  Okay.  Does that --
18         UNIDENTIFIED MALE SPEAKER:  That's
19   typically what happens most of the time anyway.

20         MS. STEPHENSON:  Yes.  That's fine.

21         MR. OGELMAN:  So I guess -- I mean the
22   thing I'm thinking of, based on what Amanda said, is
23   okay, so you trip these UFRs, reserves on the -- you
24   adjust your COP, reserves on the system go down, ORDC
25   adder goes up, so -- so why -- why am I adjusting twice?

**DX 780.0071**

```
 1                MS. STEPHENSON:  Wait.
 2                MS. FRAZIER:  You're not --
 3                (Simultaneous discussion)
 4                MR. OGELMAN:  Load went down, ORDC went
 5   up, and then I'm thrown another adder in for the
 6   deployment, so I got -- I'm increasing my ORDC adder,
 7   and then I'm throwing another adder in.
 8                MS. FRAZIER:  Your ORDC adder stays flat.
 9                MR. OGELMAN:  No, I've taken -- I've
10   taken --
11                MS. FRAZIER:  You've taken it out, and
12   it's all set by the --
13                MR. OGELMAN:  There's less RRS on the
14   system.
15                MS. FRAZIER:  And less -- and less load on
16   the system by an exact same amount.
17                MR. OGELMAN:  Okay.  So, again, then
18   you're throwing this other adder in.
19                MS. FRAZIER:  It's -- I'm not throwing an
20   adder in.  I'm accounting for the fact that you've
21   deployed the LRS, and so you need to -- you need to have
22   SCED reflect the fact that you've lost that reserve
23   availability.  And it's -- it's not necessarily going to
24   be restored for up to three hours without any price
25   effect.
```

DX 780.0072

 1              MR. OGELMAN:  But -- and at the same

 2  time -- at the same time, there's going to show less --

 3  until those come back, there's less RRS on the system as

 4  well, right, until those come back?

 5              MS. FRAZIER:  Uh-huh.

 6              MR. OGELMAN:  So your reserves are going

 7  to be shorter.

 8              MS. FRAZIER:  Uh-huh.

 9              MR. OGELMAN:  So --

10              MS. FRAZIER:  It's to try to get --

11              MR. OGELMAN:  It's all in --

12              MS. FRAZIER:  -- a price effect for the --

13              MR. OGELMAN:  It's all in balance so far.

14              MS. FRAZIER:  -- for the load resource.

15              MR. OGELMAN:  So -- so I got a plus and

16  a -- and a minus.  Everything's in balance, and then I'm

17  throwing another adjustment in.  And for frequency,

18  that -- I guess I'm -- I'm not following the logic for

19  that.

20              MS. FRAZIER:  What's not in balance is

21  that SCED, except if you do this third and fourth SCED

22  run, sees a zero price for that load.  And now we're

23  submitting a price for the load at whatever bid we

24  determine is the appropriate proxy bid.

25              MR. OGELMAN:  But at the same time, ORDC

**DX 780.0073**

1    is bigger than it was before the deployment.

2                    MS. FRAZIER:  ORDC is flat because ORDC

3    loses the reserves but also loses the load.

4                    MS. STEPHENSON:  Yeah, so I think it's not

5    a double adder.

6                    Are you there, Kenan?  Okay.

7                    Bill is next and then Walter.

8                    MR. SMITH:  I think we're -- we're

9    getting -- I think we're getting there, but I just want

10   to kind of reiterate the point that Amanda was making,

11   and I think Katie mentioned it as well, is if we're --

12   we're concerned -- if the item we're talking about is

13   load resource deployments for frequency trips and the --

14   you know, the point of what we're doing here is making

15   sure that we have accurate price formation.  So if we

16   trip a load resource when there's ample capacity, in the

17   SCED pricing run, that -- that curve won't even come

18   into effect.  So it's already -- in my mind, it's

19   already managed by the amount of capacity that's going

20   to be counted in the SCED run, so it's going to take the

21   existing offers.

22                    And if we have sufficient capacity when --

23   when we have a frequency trip -- like January 18th comes

24   to mind when we lost a large unit, but we had

25   10,000 megawatts of reserves -- then there will be no

DX 780.0074

1  price adjustment to be made because there's enough

2  capacity on the system.  I think that's what the concern

3  that I heard was that we would be actually adjusting

4  price up when we didn't need to, but the offer stack

5  should already -- should already be telling us where

6  this capacity resides and would manage that price

7  adjustment accordingly, so I -- I think we're okay.

8              UNIDENTIFIED MALE SPEAKER:  Yeah, the only

9  thing I wanted to mention is -- because I think it does

10 affect price, depends on the conditions, whether you

11 have a shortage or not, and the likelihood is you won't

12 and you'll have a lot of capacity.

13             And the main thing I want to, you know,

14 make sure everybody realizes, I think this happens like

15 three times a year.  So, you know, as a -- as a material

16 effect, I'd be very surprised it has a material effect.

17             MS. STEPHENSON:  Okay.  So right now, it

18 looks like it's all the load resources being deployed

19 for frequency reasons or the manual deployment.

20             Are you okay down there on that side?  I'm

21 just making sure.

22             MR. OGELMAN:  I think Amanda and Bill are

23 correct --

24             MS. STEPHENSON:  Okay.

25             MR. OGELMAN:  -- in what -- how they --

DX 780.0075

1 | how it would work, and I think I'm -- I'm fine with
2 | that.
3 |         MS. STEPHENSON:  Okay.  Katie?
4 |         MR. OGELMAN:  If that's worth it.
5 |         MS. COLEMAN:  I mean, I still, you know,
6 | have concerns about the idea that we need to offset the
7 | impact of any reliability action at any time whether it
8 | relates to scarcity or not; but in this particular
9 | scenario, I don't think it's going to make a difference,
10 | so I think we're okay with that.
11 |         MS. STEPHENSON:  Okay.  Any discussion
12 | on -- at the $500 level?  Amanda, then we'll get to
13 | Katie.
14 |         MS. FRAZIER:  I understand the principle
15 | behind the compromise that if you don't have a virtual
16 | bid in at all, then you are just relying on whatever the
17 | generator stack is to set the price for -- for the load,
18 | which may or may not be representative of their
19 | willingness to -- to curtail.  But I am concerned that
20 | we've just picked 500 out of the blue, and without --
21 |         (Laughter)
22 |         MS. FRAZIER:  It's not out of the blue.
23 | It's out of the Brattle report or something?
24 |         And so it sounds low to me.  And I realize
25 | that there are a number of industrial loads that have a

**DX 780.0076**

1  fairly low value of lost load or opportunity cost of
2  turning off.  And so for some of them, I'm sure 500 is
3  even higher than what their opportunity costs are, but
4  I'm not sure it's reflective of all 1400 megawatts of
5  RRS that we -- that we buy.  And so I'd like to see it
6  be -- be a little higher.
7            The other -- the other issue that I have
8  is really with the RUC floors, that we set the energy
9  price at a thousand.  And, you know, we had some of
10  these -- we had some events this winter where gas prices
11  got out of control, and we talked about that price
12  floors of a thousand dollars might interrupt some of
13  those offers.
14            I think it's also the case -- I know it's
15  the case for some quick start units that have to
16  amortize their start costs into their expected
17  deployment that offers are higher than a thousand
18  dollars, and so the RUC floor being at a thousand also
19  gives me a little bit of heartburn.  And I would be more
20  comfortable picking -- picking something around $500 for
21  the load resources if we move to boot the RUC energy
22  floor up perhaps back to the $3,000 offer cap that we
23  had back in 2011 or something that gets it substantially
24  above where you'd ever see a competitive offer come in.
25            And a couple of reasons behind that.  One,

**DX 780.0077**

```
 1    you don't ever want RUC to interrupt the competitive
 2    offer; but second, we really want to start working on
 3    making sure the incentives are correct so that we are
 4    having less and less RUC.  And I think the incentives
 5    are correct on the generator side, but I'm not sure
 6    they're correct on the load side -- on the load side yet
 7    to ensure that there's going to be that competitive
 8    solution in the day-ahead market to get less and less
 9    and hopefully at some point no RUC for capacity.
10                    UNIDENTIFIED MALE SPEAKER:  Katie?
11                    MS. COLEMAN:  A couple things.  The first
12    point about the $500 price for the virtual offer for the
13    loads, that was based on historical data that showed
14    that most of the loads were coming off between 350 and
15    500, so that's on the high end of that.
16                    That being said, I've had discussions with
17    some of the people in the room who are interested in
18    having a curve instead of a flat price for this virtual
19    offer, and I think if we straddled the $500 evenly on
20    either side and went from like three to seven, that's
21    something that we could live with.
22                    On the RUC piece, I understand what you're
23    saying, but I think $3,000 is really overshooting.  If
24    we're just trying to get above some of the offers that
25    we have seen, I think you're looking at more like the
```

1   1200 to $1500 range, not -- not 3,000.

2             And my concern with going much higher is,

3   now that we're doing this 0 to LSL adjustment, if you

4   start keeping the RUC from being deployed until prices

5   are 3,000, that adjustment's going to be active a lot

6   more of the time and there's going to be a lot more

7   uplift associated with that than I think we've been

8   talking about.  So I am concerned about going much

9   higher than 12 or 1500 on the RUC floor.

10            UNIDENTIFIED MALE SPEAKER:  Eric?

11            MR. GOFF:  I think that it's a little bit

12   weird to imagine a aggregate offer curve that includes

13   1400 megawatts all at $500.  I don't know we would see

14   that in a natural market, so I would prefer for there to

15   be some sort of curve to that.  And I understand there's

16   potential -- you know, need to assign, you know, that to

17   different points of the curve.  And if it settled out

18   around the same average price, I think that would be

19   okay; and I wonder if the compromise advocates are

20   comfortable with that.  For example, it could be

21   something like 300 to 700 if you have the 500 median

22   point.

23            MS. COLEMAN:  I think Kenan is not paying

24   attention, but -- but I think I mentioned earlier, I

25   think TIEC can live with that.

**DX 780.0079**

1          UNIDENTIFIED MALE SPEAKER:  Brad, go

2  ahead.

3          MR. BRAD JONES:  So let me fill a void,

4  not on this exact same topic but on the previous one,

5  the issue about frequency shed load.  We're going to

6  have to make sure that we have enough information

7  associated with that.  It may require some additional

8  telemetry points.  So all I wanted to make sure everyone

9  knew is that as we go through the IA, we may come back

10  depending upon how much that element costs to get that

11  additional level of information and re-raise that issue

12  to you just to make sure that you're aware of the cost

13  of it.

14          UNIDENTIFIED MALE SPEAKER:  Anything else

15  on this slide?

16          MS. STEPHENSON:  Yeah, let me walk through

17  the changes real quick.

18          UNIDENTIFIED MALE SPEAKER:  Okay.

19          MS. STEPHENSON:  Okay.  So we tried to add

20  some clarification here on the slide so everyone's on

21  the same page.

22          So the way 626 was done, there was

23  removal -- when you look at A, B, and C, there was the

24  firm load as well as the load acting as responsive.  So

25  those are actually now removed from that adjustment,

DX 780.0080

1  right now the way it is, and we put a proxy bid to buy

2  for those load resources -- and I think we've all said

3  it doesn't matter if there's a frequency deployment or a

4  manual deployment, they will all be in -- right now,

5  it's at $500.

6          Everyone understand the proposal?  I just

7  want to make sure there's not any confusion on the way

8  it would work.  That's what I was thinking.

9          Amanda, go.

10          MS. FRAZIER:  So the way 626 was written

11  with respect to Load RRS is there is a treatment to the

12  generation to be dispatched value representative of the

13  load, and it just -- the pricing piece of it just worked

14  on whatever the generation offer stack was, but you

15  still had the restoration piece and you had the

16  generation to be dispatched that was adjusted as part of

17  that.

18          My original understanding was that the

19  compromise was that you would still make that adjustment

20  to generation to be dispatched, you would just have the

21  offer represent the load resources' willingness to

22  curtail.  Is that not part of the compromise?

23          MS. STEPHENSON:  That's not part of the

24  compromise.

25          MS. FRAZIER:  Then there's no compromise.

DX 780.0081

1          MS. STEPHENSON:  Well, and I'm going to

2  ask -- that's the way -- I'm looking at Kenan to

3  confirm, but are you guys there?  Do we need to break

4  and get back to this point?

5          MR. OGELMAN:  Yeah, I think -- I think we

6  need to get back to this point.

7          MS. STEPHENSON:  Okay.

8          MR. OGELMAN:  Because, I mean, so the

9  thought process was just to not do a third SCED run

10 adjustment for LRS.

11         MS. STEPHENSON:  Correct.

12         MR. OGELMAN:  And substitute that with an

13 offer for LRS.

14         MS. STEPHENSON:  Yes.

15         MR. OGELMAN:  However, we need to make

16 sure that that offer gets taken, so there's --

17 there's -- there's a gap.  But I mean --

18         MS. STEPHENSON:  How does it show up in

19 the third or fourth --

20         MR. OGELMAN:  -- when we edited the

21 document, LRS went out completely.

22         MS. STEPHENSON:  Correct, of that Section

23 6.5.7.3.1.

24         MR. OGELMAN:  Yeah, of the basket of

25 stuff.

```
 1              MS. STEPHENSON:  Yes.  Okay.  So we need
 2   to -- let's take -- this has been a lot of fun, so let's
 3   take a ten-minute break, I think.  Let's get ERCOT and
 4   some of the SMEs to talk about this and get back to this
 5   and start back up at 11 o'clock.
 6              (Recess taken)
 7              MS. STEPHENSON:  All right.  Are we ready
 8   to get back or need more time?  I think we're good.
 9   Okay.  Let's get back to it.  I think we have some
10   clarification on the compromise.  Let's go.
11              UNIDENTIFIED MALE SPEAKER:  I like the TAC
12   gavel.  That's good.
13              MR. BRAD JONES:  Isn't that cool?  That's
14   a new addition.
15              UNIDENTIFIED MALE SPEAKER:  It just
16   says -- oh, it just says TAC, ERCOT TAC.
17              MS. STEPHENSON:  Isn't that nice?
18              UNIDENTIFIED MALE SPEAKER:  Yeah.
19              MS. STEPHENSON:  Eric got it for me.
20              UNIDENTIFIED MALE SPEAKER:  Solid cherry
21   for this?  Solid mahogany?
22              MS. STEPHENSON:  Okay.
23              UNIDENTIFIED MALE SPEAKER:  Just don't get
24   it wet.
25              MS. STEPHENSON:  I know.  Don't want to
```

**DX 780.0083**

1  misuse the gavel.

2           Okay.  So I think where we are now is

3  after having some discussions with ERCOT, we are going

4  to -- for this load resource to take an impact at that

5  $500, we do need to adjust how we're doing the

6  calculation and remove the controllable load, so we'd

7  add a "D" here.  Could you add a "D," if you don't mind?

8  Let me get the right term.

9           UNIDENTIFIED MALE SPEAKER:  The letter

10  "D"?

11           MR. BRAD JONES:  Yeah, letter "D" in the

12  upper section.

13           MS. STEPHENSON:  Yes.

14           UNIDENTIFIED MALE SPEAKER:  I see.  You

15  mean Bullet D?

16           MS. STEPHENSON:  And we would put, I

17  guess, deployed load resources other than controllable

18  load resources.  Is that right?  That should get it.

19  Right?  And then we would keep the proxy -- or the proxy

20  bid to buy at the 500 level, and that should make the

21  impact we've been discussing.

22           Go ahead, Eric.

23           MR. GOFF:  I think I agree with what

24  you're intending to do.

25           MS. STEPHENSON:  Uh-huh.

DX 780.0084

1          MR. GOFF:  But loads in SCED is also a
2   load resource, so that would be a deployed load
3   resource.

4          UNIDENTIFIED MALE SPEAKER:  Yeah, but it
5   would be --

6          MS. STEPHENSON:  It's a controllable load
7   resource.

8          MR. GOFF:  It's always a controllable load
9   resource?  Okay.

10          MS. STEPHENSON:  So we're good?  Okay.

11          I dare to say, we may have something here.
12   But any other questions on the proposal?  There will be
13   no changes to ORDC with this proposal.  It'll all be the
14   NPRR626.

15          Mr. Goff, sorry.

16          MR. GOFF:  Is there a motion from someone
17   on that?

18          MS. STEPHENSON:  We need to wait till TAC
19   starts --

20          MR. GOFF:  Okay.  Right.

21          MS. STEPHENSON:  -- to do anything.

22          MR. GOFF:  And then I think there was
23   interest on a curve for Bullet 4 from 300 to 700.  I
24   heard interest from the advocates for this proposal that
25   there would be -- that would be acceptable.

**DX 780.0085**

1          (Indiscernible discussion)

2          MS. STEPHENSON:  Okay.  There is a deal.

3 Is that okay with everyone?  300 to $700 curve?  I see

4 people nodding.

5          MS. FRAZIER:  Is it a straight curve?

6          MS. STEPHENSON:  Oh, my goodness.

7          MS. FRAZIER:  Two points on this curve?

8          MR. GOFF:  Well, you've got two groups of

9 load resources.  Right?  So you have to figure out --

10          UNIDENTIFIED MALE SPEAKER:  Well, but they

11 don't -- they don't --

12          MS. STEPHENSON:  No.  Go ahead.

13          UNIDENTIFIED MALE SPEAKER:  They don't

14 deploy the A and B groups the -- just based on price or

15 anything like that.  It's -- so there would have to be

16 some more thought about how it was -- how -- what's --

17 who's the 300 and who's the 700 on that if we're not

18 going to add anything for adding in a price on the bid.

19 And so that's not --

20          MS. FRAZIER:  And I think the --

21          UNIDENTIFIED MALE SPEAKER:  I don't think

22 it's doable.

23          MS. FRAZIER:  -- easier way to do it is

24 the -- the amount of deployed megawatts on a curve with

25 two points, the -- the first megawatt is at 300 and the

1  last megawatt is at 700.

2                UNIDENTIFIED MALE SPEAKER:  Yeah.

3                UNIDENTIFIED MALE SPEAKER:  It's a pricing

4  run, so that's all we need to do.

5                UNIDENTIFIED MALE SPEAKER:  Yeah.

6                MS. STEPHENSON:  Yeah.  Okay.  So it's a

7  linear curve from 300 to 700.

8                Could we change that, Kelly, if you don't

9  mind?  Last bullet.  So bid to buy to curtail at a

10  curve -- at a linear curve starting -- what -- that's

11  true -- starting at 300 to 700.

12                All right.  I do think we're going to have

13  to have more debate on how we back out of this, but we

14  can get that all done, I think, in the NPRR piece so --

15                Amanda?

16                MS. FRAZIER:  Can we add to -- to this

17  proposal a increase in the RUC energy floor from the

18  current $1,000 to $1500?  Kelly is willing to say -- to

19  type it, I can see.

20                MS. STEPHENSON:  So right now, the RUC --

21  does everyone understand the RUC -- this has nothing to

22  do with NPRR626, so this would be a separate NPRR, which

23  would come in and change the RUC floor, which is now at

24  a thousand dollars, to $1500.

25                MS. FRAZIER:  We could write it into

DX 780.0087

1  NPRR626.  You just have to add a section.

2           MS. STEPHENSON:  Oh, it's just not in

3  right.  Yeah, we'd have to -- we could make comments.

4  You're right.

5           You want it put all together?  Okay.  Do

6  we hear support for that?  Any concerns with that?

7           I'll just ask the basis of the $1500.

8           MS. FRAZIER:  The -- the goal is to get

9  that RUC energy floor above the level of any competitive

10 offers in -- in the market because the way that it is

11 now, you have RUC undercutting some competitive offers,

12 especially in tight gas situations or for some quick

13 units.  And so when you are now adding another layer of

14 resources in at a flat spot at 500, it's just a lot of

15 flat spots that could undercut competitive offers.

16          MS. STEPHENSON:  Bill?

17          MR. SMITH:  I think we are -- is everybody

18 on a formal assignment to WMS to take a look at RUC?  I

19 mean, I think there's another initiative that's going to

20 address RUC as a whole.

21          MS. STEPHENSON:  So ROS is talking about

22 RUC and how it's being deployed and some analysis around

23 that.  I don't know what else -- there's this idea of do

24 we need RUC or do we change how we use RUC in the

25 future.  We haven't really kicked that off yet, I don't

DX 780.0088

1 think, in any of the working groups.

2                UNIDENTIFIED MALE SPEAKER:  The -- my

3 response to what Amanda's concerns are is that I don't

4 think that issue, you know, is -- there's still going to

5 be work done on that.  And I think the assignment

6 that -- that we're charged with is best met through what

7 we see up on the board.

8                MS. FRAZIER:  No, I understand that.  I

9 understand that, that there are other outstanding issues

10 with RUC; but what we're doing is trying to come up with

11 a compromise that addresses various types of price

12 suppression created by -- and we're doing it in the

13 energy price by -- this compromise is focused on 626,

14 which is an energy price.

15                And I think by voting for this, we're

16 foregoing some of our opportunity to get other fixes

17 that we had, you know, talked about through the ORDC

18 that would address some of those energy -- you know,

19 ORDC price suppression issues.

20                And so while I recognize that RUC -- there

21 are a lot of other issues with RUC and RUC is still on

22 the table in a number of different forums, it would make

23 me more able to vote on a compromise dealing with price

24 suppression if we could address the energy offer floor

25 for RUC as part of this compromise.

 1                    MR. BRAD JONES:  So I think what we're
 2    looking for:  Is there any opposition to that?
 3                    MS. STEPHENSON:  I'm trying to recall how
 4    we set the thousand dollars in the first place, and I
 5    believe it was a Dan Jones recommendation.  Does -- does
 6    anyone else remember more about that?  Yeah, less than
 7    3,000 and 1,000.
 8                    MS. FRAZIER:  It was also part of a
 9    compromise to get the ORDC passed back in November at
10    PRS.
11                    MS. STEPHENSON:  Yes.  Okay.
12                    Okay.  I'm not hearing any objections.
13    Okay.  Put it on there.
14                    UNIDENTIFIED MALE SPEAKER:  Can you -- is
15    this going to be a sub bullet of this last bullet, or
16    are we starting a new bullet?
17                    MS. FRAZIER:  A new bullet just like
18    you've got it there and just say, Raise RUC energy offer
19    floor -- it's actually a floor and cap -- to -- to $1500
20    per megawatt hour.
21                    MS. STEPHENSON:  Go ahead, Marty.
22                    MR. DOWNEY:  Simple terms.  So any time
23    RUC is dispatched, it's at $1500 in the price --
24                    (Indiscernible discussion)
25                    MR. DOWNEY:  Say that again, please?

DX 780.0090

1          UNIDENTIFIED MALE SPEAKER:  The energy is

2    in SCED at that price, so dispatched usually means the

3    unit is on and running.

4          MR. DOWNEY:  Yeah.

5          UNIDENTIFIED MALE SPEAKER:  If it's

6    deployed on its offer curve, it will be at that price.

7          UNIDENTIFIED MALE SPEAKER:  At least that

8    price.

9          MS. STEPHENSON:  At least that price.

10          UNIDENTIFIED FEMALE SPEAKER:  When it is

11    deployed for capacity and when we -- when we dispatch

12    it -- a poor condition --

13          MR. DOWNEY:  Yeah, that's a good

14    clarification.  So if it's transmission constrained,

15    then it's -- it will still be mitigated.

16          MS. STEPHENSON:  So if there's a local

17    reason, it will still have been mitigated.

18          MR. DOWNEY:  And most of RUC is local

19    reasons.  Right?

20          MS. STEPHENSON:  Well --

21          MR. BRAD JONES:  Not all.

22          MS. STEPHENSON:  Not all.  This --

23          MR. DOWNEY:  Not all.

24          MS. STEPHENSON:  The past winter showed a

25    lot more RUC for capacity shortage.

**DX 780.0091**

1          MR. DOWNEY:  Yeah, if you ignore January

2    and February of this year, yeah, you're right.

3          MS. STEPHENSON:  Exactly.  In those

4    extreme weather events, you're going to see more RUC for

5    capacity shortages.

6          MS. FRAZIER:  And Marty, the goal here is

7    that you won't be deploying those RUC units, that you'll

8    be deploying competitive units instead that are lower

9    priced.

10          MR. DOWNEY:  I'd rather see a market

11   solution than a regulated solution, yes.

12          MS. STEPHENSON:  Okay.  Eric.

13          MR. GOFF:  I just realized that kind of

14   some of the offline conversations I've had about the

15   curve, we haven't totally had online -- online isn't

16   appropriate in this context, I apologize -- on the

17   microphone.  And so there's been discussion about using

18   the best available information or publicly available

19   information to update that in maybe two years, so we

20   could see that it's lower, we could see that it's

21   higher; but if we have any actually relevant offer data

22   from similar loads or IMM reports, then it might make

23   sense to take a look at that again in two years, so to

24   look at the best available data in two years.

25          MS. STEPHENSON:  We could try, but I don't

**DX 780.0092**

 1  know how we're going to get public data on that.
 2              MR. GOFF:  Well, for example, offer curves
 3  expire, confidentiality.
 4              MS. STEPHENSON:  But they don't put
 5  anything in.
 6              MR. GOFF:  At the moment, they don't.
 7              MS. STEPHENSON:  Okay.  When loads in SCED
 8  Step 2 --
 9              MR. GOFF:  Yeah.
10              MS. STEPHENSON:  -- Version 2, I should
11  say --
12              MR. GOFF:  Yeah.
13              MS. STEPHENSON:  -- occurs, there --
14              MR. GOFF:  Yeah.
15              MS. STEPHENSON:  -- may be some of this.
16              Yeah, I know.  Or Version 5.
17              MR. GOFF:  And -- and then there's also,
18  you know, the IMM might report -- in the -- state in her
19  report when they typically come offline, like we've --
20  you know, that kind of stuff, so just the best available
21  data.
22              MS. STEPHENSON:  Sure.  I think that's
23  something that WMS can review and see what's out there.
24              MR. GOFF:  But I'd like to have that in
25  the protocol language to have them review it in two

1    years.

2              MS. STEPHENSON:  Okay.  So could we add

3    under the second-to-last bullet, just you can add it

4    after that 700 megawatts, that a stakeholder review will

5    occur.

6              MR. GOFF:  In two years using the best

7    available data.

8              MS. STEPHENSON:  Okay.

9              MR. GOFF:  And then we've talked a lot

10   about how none of us like the effects of RUC on the

11   market and how to mitigate that.  And so it would be

12   great if we also made an assignment to WMS to look at

13   ways to minimize the --

14             MS. STEPHENSON:  We already --

15             MR. GOFF:  -- of RUC.

16             MS. STEPHENSON:  -- we already have that.

17   WMS and ROS have that assignment to look at the way

18   ERCOT's using RUC, and minimizing it is --

19             MR. GOFF:  Okay.

20             MS. STEPHENSON:  -- definitely the key

21   there, so I think we're good.

22             MR. GOFF:  Did that assignment occur --

23   when did that assignment occur?

24             MS. STEPHENSON:  Months ago.

25             UNIDENTIFIED MALE SPEAKER:  Couple months.

**DX 780.0094**

```
 1              MS. STEPHENSON:  Yeah, months ago.  And
 2   that's in process.  April is what I've been told.  Okay.
 3              Okay.  So any other discussion?  So this
 4   is the compromise right now.  From a process standpoint,
 5   we'll come back at 1:00.  This will be one of the early
 6   voting items to see if we can get this passed.
 7              If this is passed, the way we've kind of
 8   talked about it is, I would go to the board, just give
 9   them an update what's going on, make sure they're aware
10   of this.  They know what's going on through the RATF
11   process for the past few months, so, you know, I
12   don't -- I'm not asking for a vote from them or anything
13   like that but just an update.  You know, obviously the
14   Commission will be informed of this.
15              And then unless we hear otherwise, we'll
16   continue with NPRR626, which comments that will need to
17   be filed to make these adjustments, and that will go
18   through the PRS process and hopefully at the June
19   meeting, because I think this is going to become a high
20   priority item for PRS, if this is approved.  Okay.
21              Seth?
22              MR. COCHRAN:  I don't have a question
23   about the process --
24              MS. STEPHENSON:  Okay.
25              MR. COCHRAN:  -- or a comment about that,
```

**DX 780.0095**

 1    but on the proposal itself, so on that item that says

 2    "D, deploy load resources other than controllable --

 3    controllable load resources," are we going to add the

 4    LaaR deployment back in to generation to be dispatched,

 5    and we're going to have the bid to buys?

 6                    MS. STEPHENSON:  Correct.

 7                    MR. COCHRAN:  We're going to do both?

 8                    MS. STEPHENSON:  Yes.

 9                    MR. COCHRAN:  Okay.

10                    MS. STEPHENSON:  Resmi or Cy can explain

11    how that will work.

12                    MR. COCHRAN:  Why is that -- why is that

13    necessary?  I'm just trying to wrap my head around that.

14                    UNIDENTIFIED MALE SPEAKER:  It's part of

15    the package.  I mean, all that we're saying is, we

16    have -- if you look at the original 626, the GTBD was

17    shifted by adding it back.  All we are saying is, we

18    take it and we put a slope to that in a bid to buy.  So

19    you have to do that.  It's not either/or.  You're not

20    double-counting; you're not doing anything.  That is how

21    it has to be done in terms of if you want to have demand

22    side elasticity.

23                    MR. COCHRAN:  Okay.

24                    UNIDENTIFIED MALE SPEAKER:  So it's --

25    coming back, I can -- I can bring up some slides on the

DX 780.0096

1    loads and SCED kind of stuff.  It's just how you model

2    demand side elasticity is you add the demand that could

3    be curtailed, but you put a slope on it.  So the price

4    is right, that thing is going to get curtailed.

5                    MR. COCHRAN:  Okay.  You just made that

6    make sense.  Okay.  Gotcha.  Thank you.

7                    MS. STEPHENSON:  I will say, one thing

8    Brad just said that ERCOT's going to have to evaluate if

9    they do it on the supply side or the demand side.  It'll

10   have the same impact, but it may be easier to do a proxy

11   generation offer curve for that load, but we'll get

12   there when we start fleshing out the details.

13                    Okay.  Randy?

14                    MR. RANDY JONES:  So I guess we should

15   anticipate that TAC would be asked to endorse this in

16   concept?

17                    MS. STEPHENSON:  Correct.

18                    MR. RANDY JONES:  Only because we've still

19   got to vet the -- all the edits and everything?

20                    MS. STEPHENSON:  Correct.  This would be a

21   policy cut, pretty much.

22                    MR. RANDY JONES:  Okay.

23                    MS. STEPHENSON:  But I want to say that,

24   you know, I think all the technical details will

25   continue to be worked out at PRS and the right

DX 780.0097

1 subcommittees, but I'm hoping we're not renegotiating

2 anything that we've just put down here.  We're not

3 adding anything.  This is -- this would be the format

4 this NPRR should come up to TAC.  Does that make sense?

5              MR. RANDY JONES:  I agree with you, but

6 there's no guarantee.

7              MS. STEPHENSON:  There's no guaran -- I

8 agree a hundred percent.

9              MR. RANDY JONES:  Okay.

10              MS. STEPHENSON:  But I'm hoping we don't

11 want to do this again.

12              Okay.  Amanda?

13              MS. FRAZIER:  I just have a process

14 question.  So during the RATF portion of our TAC meeting

15 this afternoon, this is going to be back up on the

16 screen and we're going to take a formal vote?

17              MS. STEPHENSON:  If people are ready to do

18 that, I'd like to, yes.

19              MS. FRAZIER:  Okay.  Thanks.

20              MS. STEPHENSON:  Okay.  We do have another

21 item that was on the agenda which is about ERS and the

22 OBD change to add it back into the calculation -- well,

23 take it out of the calculation, I should say.  I don't

24 know if we need to have that discussion anymore unless

25 anyone has a --

DX 780.0098

```
 1                    UNIDENTIFIED MALE SPEAKER:  We're here --
 2                    MS. STEPHENSON:  -- big desire to do that.
 3    Bob submitted that OBD.  Do you want to talk about it or
 4    would you like to?
 5                    MR. HELTON:  I can talk about the ERS
 6    portion.
 7                    MS. STEPHENSON:  Yeah.  That would be
 8    great, yeah.
 9                    MR. HELTON:  Of course, I'm not sure what
10    you want me to add to it.  I mean, I could just run
11    through the scenario.  We know what happens on the -- on
12    the ORDC side, which is different than the LRS.
13                    The LRS, as we know, it's in the equation.
14    And then whenever they're deployed, it transfers that
15    over so it's flat on the ORDC.
16                    Now what happened with the ERS is the
17    Commission -- and this is one thing that was in, I
18    think, what Kenan had put out on the compromise that I
19    kind of thought was interesting, that the ERS, the valid
20    reason we had for that not being in the ORDC was because
21    the Commission told us not to put it there.  So to me,
22    that's a valid reason.
23                    Now, what happens is is, say, you have
24    200 megawatts of reserves on the system and
25    500 megawatts of ERS is deployed.  What happens is, the
```

DX 780.0099

1    reserves actually go to 2500 then on the system, so you
2    have a reversal in the ORDC.
3               And that's what we're looking at here, is
4    to keep it flat, which is what happens with LRS.  You
5    would have to pull the ERS out of the ORDC so that when
6    they were deployed, it would remain -- the reserves
7    would remain 2,000 before deployment, 2,000 after
8    deployment.  And which is the same way it's handled
9    through the -- with the LRS, except we don't have to
10   pull it out because it's added into the front end of --
11   of the ORDC.  So that's what that other binding document
12   does.  It keeps it flat like you do with the OR -- with
13   the LRS.
14               MS. STEPHENSON:  Okay.  Great.
15               Any questions for Bob?
16               (No response)
17               MS. STEPHENSON:  Okay.  So we can break
18   now.  I don't think lunch is here, for those who ordered
19   sandwiches, but we cannot take up -- can we go into a
20   TAC meeting and not take up voting items, or we can't
21   even do that?  Okay.  Well, we can't do anything.  All
22   right.  So you have an hour and a half.  What?
23               UNIDENTIFIED MALE SPEAKER:  You can't
24   waive notice?
25               MS. STEPHENSON:  Can we waive notice to at

DX 780.0100

1    least -- I -- I still think if -- if we can get through

2    the compromise vote quickly, we'll get through this

3    today.  I don't think we'll need to meet tomorrow,

4    unless -- so, I mean, we'll just go until we finish.

5    How about that?  All right.  And you still get an hour

6    and a half lunch break.

7              All right.  Thank you guys for everyone's

8    work and compromise on all of this.  I think this is a

9    great result, so appreciate it.

10             (Video recording concluded)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

DX 780.0101

```
 1                  C E R T I F I C A T E
 2    STATE OF TEXAS          )
 3    COUNTY OF WILLIAMSON  )
 4            I, Lorrie A. Schnoor, Certified Shorthand
 5    Reporter in and for the State of Texas, Registered Merit
 6    Reporter and Texas Certified Realtime Reporter, do
 7    hereby certify that the foregoing is a correct
 8    transcription, to the best of my ability, from the video
 9    recording of the proceedings in the above-entitled
10    matter.
11            I FURTHER CERTIFY THAT I am neither counsel
12    for, related to, nor employed by any of the parties to
13    the action in which this proceeding was taken, and
14    further that I am not financially or otherwise
15    interested in the outcome of the action.
16            IN WITNESS WHEREOF, I have hereunto set my hand
17    and seal this 13th day of January, 2022.
18
19    _____
20    LORRIE A. SCHNOOR, RDR, RMR, CRR
      Certified Shorthand Reporter
      CSR No. 4642 - Expires 1/31/24
21
      Firm Registration No. 276
22    Kennedy Reporting Service, Inc.
      100 E. Whitestone Blvd., Suite 148
23    Cedar Park, Texas 78613
      512.474.2233
24
25
```

**DX 780.0102**