Case No. 21-30725

**PX333**

Adv. Proc. No. 21-03863

To: Operations

Sent: Sat, Feb 13, 2021 09:53 AM

Subject: M-A021321-01 Notice of Railroad Commission of Texas Action on Operation of Gas Utility Systems

---

**NOTICE DATE:** February 13, 2021

**NOTICE TYPE:** M-A021321-01 Operations

**SHORT DESCRIPTION:** Notice of Railroad Commission of Texas Action on Operation of Gas Utility Systems

**INTENDED AUDIENCE:** QSEs representing Natural Gas Resources and Resource Entities with Potential Natural Gas Availability Issues

**DAYS AFFECTED:** February 12, 2021 – February 19, 2021

**LONG DESCRIPTION:** Yesterday evening, the Railroad Commission of Texas (Railroad Commission) held an emergency meeting to consider a reasonably unforeseen situation, namely the winter weather storm impacting the State of Texas. The Railroad Commission issued an emergency order temporarily modifying current natural gas utility curtailment priorities to ensure the protection of human needs customers – such action included elevating deliveries of gas to electric generation facilities to a higher priority. The Emergency Order is attached herein and a statement on the action is located at https://www.rrc.state.tx.us/news/021221-rrc-emergency-order/.

ERCOT provides this Notice for public awareness. ERCOT encourages Qualified Scheduling Entities (QSEs) with natural gas Resources or Resource Entities with potential natural gas availability issues read the Emergency Order and contact their appropriate gas utility providers for assistance.

**CONTACT:** If you have any questions, please contact your ERCOT Account Manager. You may also call the general ERCOT Client Services phone number at (512) 248-3900 or contact ERCOT Client Services via email at ClientServices@ercot.com.

**If you are receiving email from a public ERCOT distribution list that you no longer wish to receive, please follow this link in order to unsubscribe from this list: http://lists.ercot.com.**

dl

ERCOT_B0048883

**Attachment:**

Emergency Order 021221 FINAL Signed.pdf (Feb 13, 2021 – pdf)

ERCOT_B0048884