**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*,[2]<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., *et al.*,[3]<br><br>Defendants. | Adv. Proc. No. 21-03863 (DRJ) |

**ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.'S NOTICE OF COMPLIANCE
WITH ORDER DE-DESIGNATING CERTAIN INFORMATION**
[Dkt. No. 429]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's proposed claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2] The Plaintiff-Intervenors in this Adversary Proceeding are: the Official Committee of Unsecured Creditors, Mid-South Electric Cooperative Association; Denton County Electric Cooperative, Inc., d/b/a CoServ Electric; United Electric Cooperative Services, Inc., d/b/a United Cooperative Services; Tri-County Electric Cooperative, Inc.; Bartlett Electric Cooperative, Inc.; Comanche County Electric Cooperative Association; Cooke County Electric Cooperative Association, Inc. d/b/a PenTex Energy; Hamilton County Electric Cooperative Association; Heart of Texas Electric Cooperative, Inc.; J-A-C Electric Cooperative, Inc.; Navasota Valley Electric Cooperative, Inc.; and Wise Electric Cooperative, Inc.

[3] The Defendant-Intervenors in this Adversary Proceeding are: Calpine Corporation; Tenaska Power Services Co.; NRG Energy, Inc.; ENGIE Energy Marketing NA, Inc.; Talen Energy Supply, LLC; Golden Spread Electric Cooperative, Inc.; South Texas Electric Cooperative; and NextEra Energy Marketing, LLC.

1

In accordance with the Court's Order De-Designating Certain Information (Dkt. No. 429), Electric Reliability Council of Texas, Inc. (ERCOT) re-files the following documents, which were previously filed under seal, publicly:

| **EXHIBITS TO ERCOT'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. NO. 279)** ||
|---|---|
| **Exhibit No.** | **Document Description** |
| Ex. 5 | Emergency Order of the PUCT Affecting ERCOT Market Prices (Karnei Dep. Ex. 13) |
| Ex. 6 | 11/18/21 Karnei Deposition Excerpt |
| Ex. 7 | ERCOT Expectations Regarding Exit EEA3 and PUC Emergency Orders Affecting Market Prices (Walker Dep. Ex. 124) |
| Ex. 8 | 11/30/2021 Walker Deposition Excerpt |
| Ex. 9 | Dean Thrall and Mark Pavelka conversation excerpt (Thrall Dep. Ex. 57) |
| Ex. 10 | 11/5/21 Thrall Deposition Excerpt |
| Ex. 12 | 11/30/21 Kueker Deposition Excerpt |
| Ex. 14 | Ryan Evans email re ERCOT Shortpay Notification concerning Brazos (Karnei Dep. Ex. 35) |
| Ex. 15 | Clifton Karnei email re ERCOT Notice of Force Majeure Event 2/25/21 (Karnei Dep. Ex. 33) |
| Ex. 17 | PRS Motion to Recommend Approval of NPRR1081 as Submitted Vote Result *As of 6/10* (Bivens Dep. Ex. 206) |
| Ex. 18 | PRS Motion to Recommend Approval of NPRR1081 as Submitted Vote Result *As of 6/23* (Bivens Dep. Ex. 207) |
| Ex. 19 | 11/17/21 Bivens Deposition Excerpt |
| Ex. 20 | 12/2/21 D'Andrea Deposition Excerpt |
| Ex. 21 | 11/11/21 Magness Deposition Excerpt |
| Ex. 24 | 11/19/21 Parakkuth Deposition Excerpt |
| Ex. 25 | Conversation excerpt between Daniel Kueker and Dean Thrall (Kueker Dep. Ex. 68) |
| Ex. 26 | 2/13/21 Aces Power Marketing DA ERCOT Nodal Awards Report (Kueker Dep. Ex. 42) |
| Ex. 27 | 2/15 ACES Power Marketing (Kueker Dep. Ex. 44) |
| Ex. 28 | 3/3/20 ACES memo to Brazos re "Unhedged Bidding Strategy" (Clevenger Dep. Ex. 125) |

| Ex. 29 | 11/16/21 Clevenger Deposition Excerpt |
|---|---|
| Ex. 30 | 11/5/21 Ogelman Deposition Excerpt |
| Ex. 31 | 2/15/21 Email re "Emergency Order of PUC Affecting ERCOT Market Prices" (Walker Dep. Ex. 123) |
| **EXHIBITS TO ERCOT'S RESPONSE TO THE UCC'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. NO. 320)** | |
| **Exhibit No.** | **Document Description** |
| Ex. A | 11/19/21 Karnei Deposition Excerpt |
| Ex. B | 11/12/21 Clevenger Deposition Excerpt |
| Ex. C | 11/18/21 Karnei Deposition Excerpt |
| Ex. D | 11/30/21 Kueker Deposition Excerpt |
| **EXHIBITS TO ERCOT'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. NO. 326)** | |
| **Exhibit No.** | **Document Description** |
| Ex. 1 | 11/18/21 Karnei Deposition Excerpt |
| Ex. 3 | 11/11/21 Magness Deposition Excerpt |
| Ex. 4 | 11/17/21 Bivens Deposition Excerpt |
| Ex. 5 | 12/1/21 Maggio Deposition Excerpt |
| Ex. 7 | 11/19/21 Karnei Deposition Excerpt |
| **EXHIBITS TO ERCOT'S RESPONSE TO DEBTOR'S MOTION FOR PARTIAL SUMMARY JUDGMENT (DKT. NO. 336)** | |
| **Exhibit No.** | **Document Description** |
| Ex. 1 | 1/18/22 Siddiqi Deposition Excerpt Including NPRR Comments to ORDC Reversal Mitigation Enhancements |
| Ex. 6 | 11/17/21 Bivens Deposition Excerpt |
| Ex. 7 | 11/18/21 Jones Deposition Excerpt |
| Ex. 9 | 11/30/21 Walker Deposition Excerpt |
| Ex. 10 | 12/2/21 D'Andrea Deposition Excerpt |

4885-5771-0608v.1

Dated: February 19, 2022

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Jamil N. Alibhai*
    Kevin M. Lippman
    Texas Bar No. 00784479
    klippman@munsch.com
    Deborah Perry
    Texas Bar No. 24002755
    dperry@munsch.com
    Jamil N. Alibhai
    Texas Bar No. 00793248
    jalibhai@munsch.com
    Ross Parker
    Texas State Bar No. 24007804
    rparker@munsch.com

    3800 Ross Tower
    500 N. Akard Street
    Dallas, Texas 75201-6659
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

    **WINSTEAD PC**
    Elliot Clark
    State Bar No. 24012428
    401 Congress Avenue, Suite 2100
    Austin, Texas 78701
    Telephone: (512) 370-2800
    Facsimile: (512) 370-2850
    Email: eclark@winstead.com

**COUNSEL FOR ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**

## CERTIFICATE OF SERVICE

    I certify that on February 19, 2022, I caused a copy of the foregoing document to be served via CM/ECF on all counsel of record in this matter.

4885-5771-0608v.1

*/s/ Jamil N. Alibhai*
Jamil N. Alibhai

5