IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*,[2]<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., *et al*.,[3]<br><br>Defendants. | Adv. Proc. No. 21-03863 (DRJ) |

**ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. AND DEFENDANT INTERVENORS' SECOND AMENDED OBJECTIONS TO BRAZOS ELECTRIC POWER COOPERATIVE, INC. AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SECOND AMENDED EXHIBIT LIST**

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's proposed claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2] The Plaintiff-Intervenors in this Adversary Proceeding are: the Official Committee of Unsecured Creditors, Mid-South Electric Cooperative Association; Denton County Electric Cooperative, Inc., d/b/a CoServ Electric; United Electric Cooperative Services, Inc., d/b/a United Cooperative Services; Tri-County Electric Cooperative, Inc.; Bartlett Electric Cooperative, Inc.; Comanche County Electric Cooperative Association; Cooke County Electric Cooperative Association, Inc. d/b/a PenTex Energy; Hamilton County Electric Cooperative Association; Heart of Texas Electric Cooperative, Inc.; J-A-C Electric Cooperative, Inc.; Navasota Valley Electric Cooperative, Inc.; and Wise Electric Cooperative, Inc.

[3] The Defendant-Intervenors in this Adversary Proceeding are: Calpine Corporation; Tenaska Power Services Co.; NRG Energy, Inc.; ENGIE Energy Marketing NA, Inc.; Talen Energy Supply, LLC; Golden Spread Electric Cooperative, Inc.; South Texas Electric Cooperative; and NextEra Energy Marketing, LLC.

To: Brazos Electric Power Cooperative, Inc., by and through one of its attorneys of record, Paul Trahan, Norton Rose Fulbright US LLP, 98 San Jacinto Boulevard, Suite 1100, Austin, Texas 78701, paul.trahan@nortonrosefulbright.com

To: Plaintiff-Intervenor Official Committee of Unsecured Creditors, by and through one of its attorneys of record, John F. Higgins, Porter Hedges LLP, 1000 Main Street, 36th Floor, Houston, Texas 77002-2764, jhiggins@porterhedges.com

Electric Reliability Council of Texas, Inc. ("ERCOT"), together with Calpine Corporation, on behalf of itself and each of its affiliates, including but not limited to Calpine Energy Services, L.P., Calpine Energy Solutions, LLC, and Cavallo Energy Texas, LLC (collectively, "Calpine"); NRG Energy, Inc., on behalf of itself and certain of its intervening affiliates (collectively, "NRG"); ENGIE Energy Marketing NA, Inc., on behalf of itself and certain of its intervening affiliates (collectively, "ENGIE"); Talen Energy Supply, LLC, on behalf of itself and each of its affiliates, including but not limited to Talen Energy Marketing, LLC (collectively "Talen"); NextEra Energy Marketing, LLC ("NEM"); South Texas Electric Cooperative, Inc. ("STEC"); and Tenaska Power Services Co. ("TPS") (together with STEC, NEM, Talen, ENGIE, NRG and Calpine, the "Defendant Intervenors"), provide the following objections to Brazos Electric Power Cooperative, Inc. ("Brazos") and the Official Committee of Unsecured Creditors' (the "Committee") Second Amended Exhibit List [Dkt. No. 431] pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure:

**A.     Objections to Brazos and the Committee's Second Amended Exhibit List**

ERCOT and the Defendant Intervenors' second amended objections to Brazos and the Committee's proposed trial exhibits is attached hereto as **Exhibit A**.

Dated: February 19, 2022

Respectfully submitted,

**MUNSCH HARDT KOPF & HARR, P.C.**

By: /s/ Jamil N. Alibhai
    Kevin M. Lippman
    Texas Bar No. 00784479
    klippman@munsch.com
    Deborah Perry
    Texas Bar No. 24002755
    dperry@munsch.com
    Jamil N. Alibhai
    Texas Bar No. 00793248
    jalibhai@munsch.com
    Ross Parker
    Texas State Bar No. 24007804
    rparker@munsch.com

    3800 Ross Tower
    500 N. Akard Street
    Dallas, Texas 75201-6659
    Telephone: (214) 855-7500
    Facsimile: (214) 855-7584

**WINSTEAD PC**
Elliot Clark
State Bar No. 24012428
401 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone: (512) 370-2800
Facsimile: (512) 370-2850
Email: eclark@winstead.com

**COUNSEL FOR ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC.**


**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**

By: /s/ Mark McKane
David R. Seligman, P.C. (admitted pro hac vice)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email: david.seligman@kirkland.com

3

Mark McKane, P.C. (admitted pro hac vice)
555 California Street
San Francisco, California 94104
Telephone:     (415) 439-1400
Facsimile:     (212) 439-1500
Email: mark.mckane@kirkland.com

Aparna Yenamandra (admitted pro hac vice)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email: aparna.yenamandra@kirkland.com

**COUNSEL FOR CALPINE CORPORATION**


**SHEARMAN & STERLING LLP**

By: */s/ C. Luckey McDowell*
C. Luckey McDowell (SBT 24034565)
Ian E. Roberts (SBT 24056217)
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 271-5777
Email: luckey.mcdowell@shearman.com
Email: ian.roberts@shearman.com

Joel Moss (admitted pro hac vice)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (212) 848-4693
Email: joel.moss@shearman.com

Jonathan M. Dunworth (admitted pro hac vice)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5288
Email: jonathan.dunworth@shearman.com

**COUNSEL FOR NRG ENERGY, INC., ENGIE ENERGY MARKETING NA, INC., TALEN ENERGY SUPPLY, LLC, AND NEXTERA ENERGY MARKETING, LLC**

4

**ROSS & SMITH, PC**

By: */s/ Judith Ross*
Judith Ross
700 North Pearl Street, Suite 1610
Dallas, TX 75201
Telephone:     (214) 377-8659
Email:  judith.ross@judithwross.com

**COUNSEL TO TENASKA POWER SERVICES CO.**

**HAYNES AND BOONE, LLP**

By: */s/ Patrick L. Hughes*
Patrick L. Hughes
Texas State Bar No. 10227300
David Trausch
Texas State Bar No. 24113513
1221 McKinney, Suite 4000
Houston, TX 77010
Telephone:     (713) 547-2000
Facsimile:     (713) 547-2600
Email:  patrick.hughes@haynesboone.com
Email:  david.trausch@haynesboone.com

**COUNSEL TO SOUTH TEXAS ELECTRIC COOPERATIVE, INC.**

## **CERTIFICATE OF SERVICE**

I certify that on February 19, 2022, I caused a copy of the foregoing document to be served via CM/ECF on all counsel of record in this matter.

*/s/ Jamil N. Alibhai*
Jamil N. Alibhai