Conversation with ▮▮▮

Showing messages between dates 2/8/2021 and 3/8/2021

iMessage Message received from ▮▮▮ 2/12/2021 6:06:14 PM

\# Did you get the invitation?

iMessage Message received from ▮▮▮ 2/12/2021 6:10:01 PM

\# Phone number, if that is easier, is ▮ *Private* ▮, *Private*

iMessage Message received from ▮▮▮ 2/12/2021 6:10:34 PM

\# Amanda Frazier is inviting you to a scheduled Zoom meeting.

Topic: Amanda Frazier's Personal Meeting Room

Join Zoom Meeting

https://vistracorp.zoom.us/ *Private* DFreVVmdz09

Meeting ID *Private*
Password: *Private*
One tap mobile

tel:+▮▮▮#,,# *Private* US (Houston)
▮▮▮# US (San Jose)

Dial by your location

CONFIDENTIAL

Case No. 21-30725
**DX 613a**
Adv. Proc. No. 21-03863

ERCOT_B0269553

DX0613a.0001



(Chicago)

Meeting ID: 512 364 3275

Password: Private

Find your local number: https://vistracorp.zoom.us Private

2/13/2021

iMessage Message received from ▇▇▇▇  2/13/2021 2:52:57 PM

> Got your voicemail. I've asked credit to look at our shadow calc with the new numbers and will cancel call for 6:30. I'll let you know if we have any other questions. Thanks for your help

iMessage Message sent 2/13/2021 2:53:26 PM - Delivered

> Liked "Got your voicemail. I've asked credit to look at our shadow calc with the new numbers and will cancel call for 6:30. I'll let you know if we have any other questions. Thanks for your help"

iMessage Message received from ▇▇▇▇  2/13/2021 3:29:17 PM

> The FAF chart is a broken link on ERCOT's website. Do you have the chart you could send?

CONFIDENTIAL                                                           ERCOT_B0269554

DX0613a.0002

iMessage Message received from ███ 2/13/2021
3:29:21 PM



iMessage Message sent 2/13/2021 3:30:34 PM - Delivered

Yes

iMessage Message sent 2/13/2021 3:30:43 PM - Delivered

I will email?

iMessage Message received from ███ 2/13/2021
3:31:38 PM

That would be great

iMessage Message sent 2/13/2021 3:41:53 PM - Delivered

Did you get the email.

iMessage Message received from ███ 2/13/2021
3:42:11 PM

I did and I can see the chart. Thank you very much

CONFIDENTIAL                                                                                    ERCOT_B0269555

DX0613a.0003

> iMessage Message sent 2/13/2021 3:42:42 PM - Delivered
>
> We are working on correcting the issue on the website. Thank you for letting me know.

*2/14/2021*

> iMessage Message sent 2/14/2021 3:53:41 PM - Delivered
>
> I got your voice message and we are making sure we address your questions in our reply.

iMessage Message received from ▉▉▉▉▉▉▉▉▉▉ 2/14/2021 3:56:28 PM

Thanks

*2/15/2021*

iMessage Message received from ▉▉▉▉▉▉▉▉▉▉ 2/15/2021 2:48:51 AM

Price is still at ~$4000

> iMessage Message sent 2/15/2021 2:49:30 AM - Delivered
>
> Yes we are checking

> iMessage Message sent 2/15/2021 3:10:53 AM - Delivered
>
> We are still investigating...

iMessage Message received from ▉▉▉▉▉▉▉▉▉▉ 2/15/2021 3:11:25 AM

Hopefully you will price correct

> iMessage Message sent 2/15/2021 3:12:01 AM - Delivered
>
> We are definitely looking at that too.

iMessage Message sent 2/15/2021 4:34:30 AM - Delivered

> This is not a final answer as I want to check and double check but it appears the magnitude of the load shed impacted price formation as it created reserves. Load shed is not in either adder calculation.

iMessage Message received from ▓▓▓ 2/15/2021 4:42:30 AM

> This is a huge problem. The definition of VOLL is price when load is shed.

iMessage Message sent 2/15/2021 4:48:40 AM - Delivered

> At this point the best answer I can give to that is the issue was discussed when designing both ORDC and RTDPA. For right or wrong this is what was brought forward as the design.

iMessage Message received from ▓▓▓ 2/15/2021 2:11:19 PM

> You've got to get prices up. Need to bring load back on. Pricing is killing the generators

iMessage Message sent 2/15/2021 2:37:16 PM - Delivered

> We are working on this issue.

iMessage Message sent 2/15/2021 7:06:15 PM - Delivered

> How wedded are you to the retroactive part of the adjustment. The price correction.

iMessage Message received from ▓▓▓ 2/15/2021 7:08:37 PM

> Very. We bought a lot of power at very high prices to cover our load expecting that real time price would cover us in load shed situation

iMessage Message sent 2/15/2021 7:11:06 PM - Delivered

> Got it. There is a lot of opposition to that part. It may hold up the other component. You might get asked...

CONFIDENTIAL                                                                 ERCOT_B0269557

DX0613a.0005

**iMessage Message received from** ███████████████ 2/15/2021 7:12:10 PM

\# Understand. Happy to talk to anyone who wants our opinion

---2/21/2021---

**iMessage Message received from** ███████████████ 2/21/2021 4:08:31 PM

\# Are you going to return collateral if appropriate under the credit rules?

**iMessage Message sent 2/21/2021 4:09:53 PM - Delivered**

I believe so. Just want to make sure we understand the order.

---2/22/2021---

**iMessage Message received from** ███████████████ 2/22/2021 8:58:48 AM

\# Will you still be sending invoices and not expecting payment or you won't be sending invoices at all?

**iMessage Message sent 2/22/2021 9:01:39 AM - Delivered**

I cannot comment presently.

**iMessage Message sent 2/22/2021 12:11:26 PM - Delivered**

We will not be sending invoices, or collateral calls we won't send out any payments on past invoices.

**iMessage Message received from** ███████████████ 2/22/2021 12:12:31 PM

\# Will you call me when you have 2 minutes? Not on this. Something less complicated

**iMessage Message sent 2/22/2021 12:13:28 PM - Delivered**

I'm going to be pretty booked over lunch. Is ASAP ok?

**iMessage Message received from** ▬▬▬▬▬▬▬▬▬▬ 2/22/2021 12:13:44 PM

> Yes

**iMessage Message sent 2/22/2021 12:13:52 PM - Delivered**

> Thank you.

---

**2/26/2021**

**iMessage Message received from** ▬▬▬▬▬▬▬▬▬▬ 2/26/2021 4:58:24 PM

> Does ERCOT allocate these invoice shortfalls the same as CRR shortfalls?

**iMessage Message sent 2/26/2021 5:31:44 PM - Delivered**

> Not as I understand it. It is a set of defined factors. Are you seeing an under allocation relative to expectations?

**iMessage Message received from** ▬▬▬▬▬▬▬▬▬▬ 2/26/2021 5:33:37 PM

> No we're just not sure how to understand the short pay vs future uplift

**iMessage Message sent 2/26/2021 5:47:07 PM - Delivered**

> Ok.

**iMessage Message received from** ▬▬▬▬▬▬▬▬▬▬ 2/26/2021 5:47:30 PM

> We assume ERCOT is planning to wait the required 90 days before issuing default uplift invoices. How do you plan to address the $2.5M per month limit on uplift

**iMessage Message sent 2/26/2021 6:00:23 PM - Delivered**

> Short allocation is per 9.19.(1)(d)

CONFIDENTIAL                                       ERCOT_B0269559

DX0613a.0007

iMessage Message sent 2/26/2021 6:01:33 PM - Delivered

> Unless instructed otherwise, we plan to follow the protocols regarding the uplift of short-pay. As you described.

iMessage Message received from [REDACTED] 2/26/2021 6:03:24 PM

\# Thanks

iMessage Message received from [REDACTED] 2/26/2021 6:25:26 PM

\# Why were the short paying parties not listed in today's notice?

---
3/1/2021
---

iMessage Message received from [REDACTED] 3/1/2021 12:59:39 PM

\# Is it possible for you to share with the market, parties' Max MWh Activity Ratios for January so that we can understand the potential impacts of default uplift?

iMessage Message sent 3/1/2021 1:00:52 PM - Delivered

> We can consider all requests. My only ask is that we not work on that until Wednesday or later.

iMessage Message received from [REDACTED] 3/1/2021 1:01:23 PM

\# Ok thanks

iMessage Message received from +15123643275 (+15123643275) 3/1/2021 6:22:12 PM

\# Do you think the short pays are pretty much done from the event?

---
3/6/2021
---

iMessage Message received from ▮▮▮▮▮ 3/6/2021 8:26:50 PM

\# We received a resettlement invoice today that will cause our collateral requirement to exceed the amount we have posted. We assume we are not the only counterparty in that situation. Will ERCOT be exercising discretion to allow us to participate in the DAM for Monday?

iMessage Message sent 3/6/2021 8:28:09 PM - Delivered

I'm working with Mark on this. My expectation is to be able to answer your your question with a yes.

iMessage Message received from ▮▮▮▮▮ 3/6/2021 8:28:28 PM

\# Thanks.

iMessage Message sent 3/6/2021 8:29:22 PM - Delivered

Just so you know at this point you are the first to have this issue but I expect not the last.

iMessage Message received from ▮▮▮▮▮ 3/6/2021 8:30:15 PM

\# Interesting. Thank you

SMS Conversation saved from my iPhone XS by TouchCopy 16 on 9/20/2021

CONFIDENTIAL                                                ERCOT_B0269561

DX0613a.0009