# NATIVE DOCUMENT PLACEHOLDER

## Please review the native document
## ERCOT_B0309047_CONFIDENTIAL.XML



Case No. 21-30725
**DX 766a**
Adv. Proc. No. 21-03863

CONFIDENTIAL

ERCOT_B0309047
**DX0766a.0001**



# SETTLEMENT INVOICE

| | |
|---|---|
| Invoice No: | STL1239415 |
| Invoice Date: | 08/23/2021 |
| Payments are due to ERCOT by 5:00 P.M. | 08/25/2021 |
| Payments will be made to Invoice Recipients by 5:00 P.M. | 08/26/2021 |
| **AMOUNT OWED (DUE):** | **$371.45** |

| INVOICE RECIPIENT | |
|---|---|
| Name: | **BRAZOS ELECTRIC POWER CO OP INC (QSE)** |
| ID: | **0037722902000** |

| CATEGORY | STATEMENT ID | OPERATING DAY | STATEMENT AMOUNT | SUBTOTAL |
|---|---|---|---|---|
| **True-Up Statements** | RTM_TRUEUP_STATEMENT_20210222_0037722902000_T3 | 02/22/2021 | $28.10 | |
| | RTM_TRUEUP_STATEMENT_20210223_0037722902000_T3 | 02/23/2021 | $335.97 | |
| | RTM_TRUEUP_STATEMENT_20210224_0037722902000_T3 | 02/24/2021 | $7.38 | |
| | | | **True-Up Statements Subtotal** | **$371.45** |
| | | | **NET AMOUNT OWED (DUE)** | **$371.45** |

| REMITTANCE INFORMATION | | |
|---|---|---|
| | **ERCOT Account** | **Recipient Account** |
| Account Name | ELECTRIC RELIABILITY COUNCIL OF TEXAS INC | BRAZOS ELECTRIC POWER COOPERATIVE, INC. |
| Bank Name | JPMORGAN CHASE BANK | BANK OF AMERICA |
| ABA Routing Number | ▮▮▮▮▮ | ▮▮▮▮▮ |
| Account Number | ▮▮▮▮▮ | ▮▮▮▮▮ |

**Overdue Terms**
In the event ERCOT does not receive your payment by close of bank business on the "Payments are due to ERCOT" date your credit standing with ERCOT may be affected and subject to review.