Electronic Appearance Sheet

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Thomas Mayer, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Amy Caton, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Jennifer Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Nancy Bello, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Seth Schinfeld, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Mark McKane, Kirkland & Ellis LLP
Client(s): Calpine Corporation

Michael Esser, Kirkland & Ellis LLP
Client(s): Calpine Corporation

Kevin Lippman, Munsch Hardt Kopf & Harr, PC
Client(s): Electric Reliability Council of Texas, Inc.

Layla Milligan, Office of the Texas Attorney General
Client(s): Public Utility Commission of Texas

Paul Trahan, Norton Rose Fulbright
Client(s): Debtor

Eric Wade, Porter Hedges LLP
Client(s): Unsecured Creditors Committee

Quinette Bonds, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Marc Taubenfeld, McGuire, Craddock & Strother, PC
Client(s): Regions Bank, as Indenture Trustee

Electronic Appearance Sheet

Richard Mach, Pro Se, None, Pro Se
Client(s): real estate purchaser

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Thomas Mayer, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Seth Schinfeld, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Jeffrey Trachtman, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Karen Kennedy, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Jennifer Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Nancy Bello, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Martin McSherry, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Rachel Czwartacky, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

John Higgins, Porter Hedges LLP
Client(s): Official Committee of Unsecured Creditors

Tom Zavala, Haynes and Boone, LLP
Client(s): JPMorgan Chase Bank, N.A.

Andrea Wong, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Leah Lerman, USDOJ, Civil Division
Client(s): FERC

Jason Binford, Office of the Texas Attorney General
Client(s): Public Utility Commission of Texas

Electronic Appearance Sheet

Layla Milligan, Office of the Texas Attorney General
Client(s): Public Utility Commission of Texas

Heather Hatfield, Porter Hedges
Client(s): UCC

Eric Wade, Porter Hedges LLP
Client(s): Unsecured Creditors Committee.

Charles Gibbs, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

Maris Kandestin, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

Mark McKane, Kirkland & Ellis LLP
Client(s): Calpine Corporation

Michael Esser, Kirkland & Ellis LLP
Client(s): Calpine Corporation

Brooksany Barrowes, Kirkland & Ellis LLP
Client(s): Calpine Corporation

Frances Smith, Ross & Smith, PC
Client(s): Tenaska

Annapoorni Sankaran, Holland & Knight LLP
Client(s): Golden Spread Electric Cooperative, Inc.

Judith Ross, Ross & Smith, PC
Client(s): Tenaska Power Services Co.

Charles Cowden, Ross & Smith, PC
Client(s): Tenaska Power Services Co.

Patrick Hughes, Haynes and Boone LLP
Client(s): South Texas Electric Cooperative

Louis Strubeck, O'Melveny & Myers LLP
Client(s): Brazos Electric Power Cooperative

Laura Smith, O'Melveny & Myers LLP
Client(s): Brazos Electric Power Cooperative, Inc.

David Baay, Eversheds
Client(s): Brazos

Electronic Appearance Sheet

Jamil Alibhai, Munsch Hardt Kopf & Harr, P.C
Client(s): Electric Reliability Council of Texas, Inc.

Joshua Eppich, Bonds Ellis Eppich Schafer Jones LLP
Client(s): United Electric Cooperative Services, Inc. d/b/a United Cooperative Services

Ross  Parker, Munsch Hardt Kopf & Harr. P.C.
Client(s): Electric Reliability Council of Texas, Inc.

Melissa Harris, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Quinette  Bonds, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Marc Taubenfeld, McGuire, Craddock & Strother, PC
Client(s): Regions Bank, as Indenture Trustee

Wayne Kitchens, Hughes Watters Askanase LLP
Client(s): HILCO Electric Cooperative

Jason Boland, Norton Rose Fulbright US LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Paul Trahan, Norton Rose Fulbright US LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Maria Mokrzycka, Norton Rose Fulbright US LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Mia Perez, Ercot
Client(s): Ercot

Elliot Clark, Winstead PC
Client(s): ERCOT

Paul Trahan, Norton Rose Fulbright
Client(s): Debtor