Electronic Appearance Sheet

Lino Mendiola, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Michael Boldt, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

David Baay, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Jim Silliman, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Shenghao Wang, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Nick Hendrix, O'Melveny & Myers
Client(s): Brazos

Thomas Mayer, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Ronald Greenberg, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Seth Schinfeld, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Jeffery Trachtman, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Karen Kennedy, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Jennifer Sharret, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Nancy Bello, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Martin McSherry, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Rachel Czwartacky, Kramer Levin Naftalis & Frankel LLP
Client(s): Official Committee of Unsecured Creditors

Tom Zavala, Haynes and Boone, LLP
Client(s): JP Morgan Chase Bank, N.A.

Electronic Appearance Sheet

Mark McKane, Kirkland & Ellis LLP
Client(s): Calpine Corporation

Brooksany Barrowes, Kirkland & Ellis LLP
Client(s): Calpine Corporation

Annapoorni Sankaran, Holland & Knight
Client(s): Golden Spread Electric Cooperative, Inc.

Heather Hatfield, Porter Hedges
Client(s): UCC

Charles Gibbs, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

Maris Kandestin, McDermott Will & Emery LLP
Client(s): Denton County Electric Cooperative, Inc., d/b/a CoServ Electric

Jason Binford, Office of the Texas Attorney General
Client(s): Public Utility Commission of Texas

matthew troy, USDOJ Civil Division
Client(s): RUS

Layla Milligan, Office of the Texas Attorney General
Client(s): Public Utility Commission of Texas

Eric Wade, Porter Hedges LLP
Client(s): Unsecured Creditors Committee

Patrick Hughes, Haynes and Boone LLP
Client(s): South Texas Electric Cooperative Inc.

Laura Smith, O'Melveny & Myers LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Andrea  Wong, Pension Benefit Guaranty Corporation
Client(s): Pension Benefit Guaranty Corporation

Marc Taubenfeld, McGuire, Craddock & Strother, PC
Client(s): Regions Bank, as Indenture Trustee

Lino Mendiola, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Michael Boldt, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Electronic Appearance Sheet

David Baay, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Jim Silliman, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Shenghao Wang, Eversheds Sutherland (US) LLP
Client(s): Brazos Electric Power Cooperative, Inc.

Sarah Schultz, Akin Gump Strauss Hauer & Feld LLP
Client(s): Tri-County Electric Cooperative