United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 25, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*,<br><br>Plaintiff / Plaintiff-Intervenors,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., *et al.*,<br><br>Defendant / Defendant-Intervenors. | Adv. Proc. No. 21-03863 (DRJ) |

**MEDIATION ORDER APPOINTING
<u>JUDGE MARVIN ISGUR AS MEDIATOR</u>**

**WHEREAS**, Plaintiff Brazos Electric Power Cooperative, Inc. ("<u>Brazos</u>" or the "<u>Debtor</u>") and the Plaintiff-Intervenors the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), Mid-South Electric Cooperative Association ("<u>Mid-South</u>"), Denton County Electric Cooperative, Inc., d/b/a CoServ Electric ("<u>CoServ</u>"), United Electric Cooperative Services, Inc., d/b/a United Cooperative Services ("<u>United</u>"), Tri-County Electric Cooperative, Inc. ("<u>Tri-County</u>"), and the Ad Hoc Member Group[2] (collectively, with Mid-South, CoServ, United, and Tri-County, the

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2] The eight members of the Ad Hoc Member Group are: (a) Bartlett Electric Cooperative, Inc.; (b) Comanche County Electric Cooperative Association; (c) Cooke County Electric Cooperative Association, Inc. d/b/a PenTex Energy; (d) Hamilton County Electric Cooperative Association; (e) Heart of Texas Electric Cooperative, Inc.; (f) J-A-C Electric Cooperative, Inc.; (g) Navasota Valley Electric Cooperative, Inc.; and (h) Wise Electric Cooperative, Inc.

"Intervening Co-Op Members," and together with the Committee, the "Plaintiff Intervenors," and together with Brazos, the "Plaintiffs"), on the one hand, and Defendant Electric Reliability Council of Texas, Inc. ("ERCOT") and the Defendant-Intervenors Calpine Corporation, on behalf of itself and each of its affiliates, including but not limited to Calpine Energy Services, L.P., Calpine Energy Solutions, LLC, and Cavallo Energy Texas, LLC (collectively, "Calpine"), NRG Energy, Inc., on behalf of itself and each of its affiliates, including but not limited to Direct Energy LP, NRG Cedar Bayou Development Company, LLC, NRG South Texas LP, NRG Texas Power LLC, NRG Power Marketing LLC, and Cirro Group, Inc. (collectively, "NRG"), NextEra Energy Marketing, LLC ("NextEra"), Talen Energy Supply, LLC, on behalf of itself and each of its affiliates, including but not limited to Talen Energy Marketing, LLC (collectively "Talen"), ENGIE Energy Marketing NA, Inc., on behalf of itself and each of its affiliates, including but not limited to Anson Solar Center LLC, Live Oak Wind Project LLC, Engie Long Draw Solar LLC, Las Lomas Wind Project LLC, Jumbo Hill Wind Project, LLC, Prairie Hill Wind Project, LLC, Solaire Holman 1 LLC, Seymour Hills Wind Project LLC and Engie Resources LLC (collectively, "ENGIE"), Tenaska Power Services Co. ("Tenaska"), Golden Spread Electric Cooperative, Inc. ("Golden Spread"), and South Texas Electric Cooperative, Inc. ("STEC," and collectively with Calpine, NRG, NextEra, Talen, ENGIE, Tenaska, and Golden Spread, the "Defendant Intervenors," and together with ERCOT, the "Defendants," and together with the Plaintiffs, the "Parties" and each individually, a "Party"), on the other hand, agree that mediation may be an efficient and effective mechanism to consensually resolve the issues at hand;

**WHEREAS** the Public Utility Commission of Texas (the "PUCT") also agrees to participate in mediation without waiving or intending to waive sovereign immunity and on the condition that no Party will cite to the PUCT's participation in mediation as a basis for any

argument that the State of Texas or the PUCT does not have sovereign immunity or that it has been waived.

**WHEREAS**, on March 1, 2021, the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and the Debtor has continued in possession of its property and has continued to operate and manage its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code;

**WHEREAS**, on June 14, 2021, ERCOT filed a proof of claim in the above-captioned chapter 11 case (as amended, the "ERCOT Claim");

**WHEREAS**, on August 18, 2021, the Debtor filed its *Complaint Objecting to ERCOT's Proof of Claim and Other Relief* [Adv. Dkt. No. 1] (as amended, the "Debtor's Complaint")[3] objecting to the allowance and classification of the ERCOT Claim, thereby commencing the above-captioned adversary proceeding (the "Adversary Proceeding");

**WHEREAS**, the Committee has intervened in the Adversary Proceeding by stipulation [Adv. Dkt. No. 20];

**WHEREAS**, on October 18, 2021, the Court granted the Intervening Co-Op Members' and the Defendant Intervenors' respective motions to intervene in this Adversary Proceeding;

**WHEREAS**, on February 22, 2022, the Parties commenced the trial on the Debtor's Complaint (the "Trial") before Chief Judge David R. Jones.

Upon the request and agreement of the Parties, it is **HEREBY ORDERED** that:

1.  The Parties shall participate in a mediation ("Mediation") of all issues in this Adversary Proceeding before the Honorable Marvin Isgur, United States Bankruptcy Judge

---

[3] *See* Adv. Dkt. No. 173.

("Judge Isgur"), and the Mediation may include such other issues as deemed appropriate by Judge Isgur in order to attempt to resolve any issues between the Parties related to the ERCOT Claim.

2. The Mediation shall terminate on the earlier of (a) the date on which Judge Isgur determines that the Mediation has terminated (and advises the Parties of such determination) or (b) April 25, 2022, unless such date is extended by (x) agreement of each of the Parties or (y) an order of the Court.

3. During the Mediation, the Trial is abated. The Parties agree to file a joint motion requesting that the Fifth Circuit extend the briefing deadlines such that Appellant's brief will be due 30 days after the termination of the mediation.

4. Each Party at the Mediation shall participate to the extent practicable with a principal or other representative (or multiple principals or other representatives as needed); *provided, however*, that in the case of the Committee, client representatives of the Committee shall not be required to attend the entirety of the Mediation but shall be reasonably available should they need to be consulted by counsel to the Committee or Judge Isgur. Any such principal or representative of a Party shall either have reasonable settlement authority or have sufficient stature in his or her organization to be able to recommend to any ultimate person, board or commission that a proposal or settlement be approved.

5. Parties' financial advisors may participate in the Mediation, as necessary.

6. ERCOT market participants who are not Parties but who have a short-pay claim against ERCOT for any real-time energy market interval between 22:15 on February 15, 2021 and 9:00 on February 19, 2021 may participate in the Mediation if such market participant agrees to be bound by the terms of this Order and such other and further conditions required by Judge Isgur.

For the avoidance of doubt, the provisions of Paragraph 12 apply to such non-party market participants to the Mediation.

7. The Parties may request that Judge Isgur mediate other issues in connection with, or related to, this Adversary Proceeding and he is authorized to mediate such issues if, and at such time as, he determines appropriate.

8. Judge Isgur has absolute discretion as to the timing, means and methods of the Mediation; *provided, however*, that the Mediation shall be non-binding and that the Mediation may be conducted either in person or via video and teleconference.

9. Judge Isgur will mediate this Adversary Proceeding in his capacity as a United States Bankruptcy Judge and will have full, unqualified judicial immunity in his role as a mediator.

10. Judge Isgur may not be called as a witness in this Adversary Proceeding or any other proceeding concerning his role herein as the mediator.

11. Each Party shall bear its own costs and expenses incurred in connection with the Mediation, including attorney's fees.

12. The Parties and their respective counsel shall participate in the Mediation in good faith.

13. All communications made by and all submissions prepared by a Party in connection with the Mediation, including but not limited to discussions or communications with or in the presence of Judge Isgur and all settlement proposals, counterproposals, and offers of compromise made during the Mediation shall (a) be subject to protection under Rule 408 of the Federal Rules of Evidence and any other equivalent or comparable federal and state laws and rules, (b) not be submitted or offered as evidence in any court, tribunal, or other proceeding, including, without limitation, in any pleading or other submission to any court, (c) be subject to any applicable

confidentiality agreements entered into between a Party and the Debtor governing the disclosure of confidential information (including, if applicable, any cleansing provisions relating to material non-public information), (d) be protected from disclosure under Texas Public Information Act, Texas Government Code Chapter 552, and (e) not constitute material nonpublic information. For the avoidance of doubt, any communications and submissions in connection with the Mediation may be designated "for advisors' eyes only" (or other similar designation), without prejudice to the rights of any Party to object to or challenge such designation.

14. Each Party may share with Judge Isgur any information it has received pursuant to a protective order without regard to the provisions thereof; *provided, however*, the sharing with Judge Isgur of any information designated as Confidential Material or Highly Confidential Material shall not waive the confidentiality designation of such information and Judge Isgur shall not disclose such information to anyone else.

15. As soon as practicable after the conclusion of the Mediation, Judge Isgur shall file a mediation statement in the Adversary Proceeding which shall identify who participated in the Mediation and state whether the proceeding was settled or an impasse was declared by Judge Isgur.

16. The Court retains jurisdiction in connection with this Order and all matters related thereto.

**Signed:  March 25, 2022.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

| | |
|---|---|
| **NORTON ROSE FULBRIGHT US LLP**<br><br>By: */s/ Jason L. Boland*<br>Jason L. Boland (SBT 24040542)<br>Julie G. Harrison (SBT 24092434)<br>Maria Mokrzycka (SBT 24119994)<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010<br>Telephone:  (713) 651-5151<br>Facsimile:  (713) 651-5246<br>Email: jason.boland@nortonrosefulbright.com<br>Email: julie.harrison@nortonrosefulbright.com<br>Email: maria.mokrzycka@nortonrosefulbright.com<br><br>Paul Trahan (SBT 24003075)<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX  78701<br>Telephone:  (512) 536 5288<br>Facsimile:  (512) 536 4598<br>Email: paul.trahan@nortonrosefulbright.com<br><br>*Counsel for the Debtor and Debtor in Possession*<br><br>-and-<br><br>**EVERSHEDS SUTHERLAND (US) LLP**<br>Lino Mendiola (SBT 00791248)<br>Michael Boldt (SBT 24064918)<br>One American Center<br>600 Congress Ave., Suite 2000<br>Austin, TX 78701<br>Telephone:  (512) 721-2700<br>Facsimile:  (512) 721-2656<br>Email: linomendiola@eversheds-sutherland.us<br>Email: michaelboldt@eversheds-sutherland.us<br><br>*Special Counsel for the Debtor and Debtor in Possession*<br><br>-and-<br><br>**O'MELVENY & MYERS LLP**<br>Louis R. Strubeck, Jr. (SBT 19425600)<br>Nick Hendrix (SBT 24087708)<br>2501 North Harwood Street<br>Dallas, Texas 75201<br>Telephone:  (972) 360-1925<br>Email: lstrubeck@omm.com<br>Email: nhendrix@omm.com | **MUNSCH HARDT KOPF & HARR, P.C.**<br><br>By: */s/ Jamil N. Alibhai*<br>Kevin M. Lippman<br>Texas Bar No. 00784479<br>klippman@munsch.com<br>Deborah Perry<br>Texas Bar No. 24002755<br>dperry@munsch.com<br>Jamil N. Alibhai<br>Texas Bar No. 00793248<br>jalibhai@munsch.com<br>Ross Parker<br>Texas State Bar No. 24007804<br>rparker@munsch.com<br>3800 Ross Tower<br>500 N. Akard Street<br>Dallas, Texas 75201-6659<br>Telephone: (214) 855-7500<br>Facsimile: (214) 855-7584<br><br>*Counsel for the Electric Reliability Council of Texas, Inc.*<br><br>**KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP**<br><br>By: */s/ Mark McKane*<br>David R. Seligman, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: david.seligman@kirkland.com<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (212) 439-1500<br>Email: mark.mckane@kirkland.com<br>Aparna Yenamandra (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: aparna.yenamandra@kirkland.com |

| | |
|---|---|
| *Co-Counsel for the Debtor and Debtor in Possession*<br><br>**PORTER HEDGES LLP**<br><br>John F. Higgins (SBT 09597500)<br>Eric D. Wade (SBT 00794802)<br>Heather K. Hatfield (SBT 24050730)<br>M. Shane Johnson (SBT 24083263)<br>Megan Young-John (SBT 24088700)<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Email: jhiggins@porterhedges.com<br>Email: ewade@porterhedges.com<br>Email: hhatfield@porterhedges.com<br>Email: sjohnson@porterhedges.com<br>Email: myoung-john@porterhedges.com<br><br>-and-<br><br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br><br>**By:** */s/   Jennifer Sharret*<br>Thomas Moers Mayer (admitted *pro hac vice*)<br>Amy Caton (admitted *pro hac vice*)<br>Jennifer Sharret (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>Email: tmayer@kramerlevin.com<br>Email: acaton@kramerlevin.com<br>Email: jsharret@kramerlevin.com<br><br>*Counsel for the Official Committee of Unsecured Creditors*<br><br>**MCDERMOTT WILL & EMERY LLP**<br><br>By: */s/ Charles R. Gibbs*<br>Charles R. Gibbs (SBT 7846300)<br>Eric Seitz (SBT 24067863)<br>Jane A. Gerber (SBT 24092416)<br>2501 North Harwood Street, Suite 1900<br>Dallas, Texas  75201 | *Counsel for Calpine Corporation*<br>**SHEARMAN & STERLING LLP**<br><br>By: */s/     C. Luckey McDowell*<br>C. Luckey McDowell (SBT 24034565)<br>Ian E. Roberts (SBT 24056217)<br>2828 N. Harwood Street, Suite 1800<br>Dallas, Texas 75201<br>Telephone: (214) 403-0649<br>Email: luckey.mcdowell@shearman.com<br>Email: ian.roberts@shearman.com<br>Joel Moss (admitted pro hac vice)<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (212) 848-4693<br>Email: joel.moss@shearman.com<br>Jonathan M. Dunworth (admitted pro hac vice)<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 848-5288<br>Email: jonathan.dunworth@shearman.com<br><br>*Counsel for NRG Energy, Inc., ENGIE Energy Marketing NA, Inc., Talen Energy Supply, LLC, and NextEra Energy Marketing, LLC*<br><br>**HAYNES AND BOONE, LLP**<br><br>By: */s/     Patrick L. Hughes*<br>Patrick L. Hughes (SBT 10227300)<br>David Trausch (SBT 24113513)<br>1221 McKinney, Suite 4000<br>Houston, TX 77010<br>Tel: (713) 547-2000<br>Fax: (713) 547-2600<br>Email: patrick.hughes@haynesboone.com<br>Email: david.trausch@haynesboone.com<br>*Counsel to South Texas Electric Cooperative, Inc.*<br><br>**ROSS & SMITH, PC**<br><br>By: */s/   Frances A. Smith.*<br>Judith W. Ross (SBT 21010670)<br>Frances A. Smith (SBT 24033084)<br>700 North Pearl Street, Suite 1610 |

| | |
|---|---|
| Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>Email:  crgibbs@mwe.com<br>Email:  eseitz@mwe.com<br>Email: jagerber@mwe.com<br>*Counsel to Denton County Electric Cooperative, Inc., d/b/a CoServ Electric*<br><br>**BRACEWELL LLP**<br><br>By: */s/   Jason Cohen*<br>Jason Cohen (SBT 24050435)<br>Nancy McEvily Davis (SBT 24078971)<br>711 Louisiana, Suite 2300<br>Houston, Texas  77002<br>Telephone: (713) 223-2300<br>Facsimile: (800) 404-3970<br>Email:  jason.cohen@bracwell.com<br>Email:  nancy.davis@bracewell.com<br><br>*Counsel for Mid-South Electric Cooperative Association*<br><br>**FORSHEY & PROSTOK LLP**<br><br><br>J. Robert Forshey (SBT 07264200)<br>Jeff P. Prostok (SBT 16352500)<br>777 Main Street, Suite 1550<br>Fort Worth, Texas  76102<br>Telephone: (817) 877-8855<br>Facsimile: (817) 877-4151<br>Email: bforshey@forsheyprostok.com<br>Email: jprostok@forsheyprostok.com<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br><br>By: */s/     Sarah Link Schultz*<br>Sarah Link Schultz (SBT 24033047)<br>2300 N. Field Street<br>Suite 1800<br>Dallas, Texas  75201<br>Telephone: (214) 969-4367<br>Facsimile: (214) 969-4343<br>Email: sschultz@akingump.com | Dallas, TX 75201<br>Tel: (214) 377-8659<br>Email: judith.ross@judithwross.com<br><br>*Counsel to Tenaska Power Services Co.*<br><br><br>**HOLLAND & KNIGHT LLP**<br><br>By: */s/ Annapoorni R. Sankaran*<br>Annapoorni R. Sankaran<br>TX Bar No. 24071918<br>1100 Louisiana Street, Suite 4300<br>Houston, TX 77002<br>Telephone: (713) 821-7000<br>Facsimile: (713) 821-7001<br>Email: anna.sankaran@hklaw.com<br><br>*Counsel to Golden Spread Electric Cooperative, Inc.* |

*Counsel for Tri-County Electric Cooperative, Inc.*

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

By: */s/      Joshua N. Eppich*
John Y. Bonds, III (SBT 02589100)
Joshua N. Eppich (SBT 24050567)
J. Robertson Clarke (SBT 24108098)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas  76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
Email: john@bondellis.com
Email: joshua@bondellis.com
Email: robbie.clarke@bondellis.com

*Counsel for United Electric Cooperative Services, Inc. d/b/a United Cooperative Services*

**VINSON & ELKINS LLP**

By: */s/ Jordan W. Leu*
Harry A. Perrin (SBT 15796800)
Michael A. Garza
(S.D. Tex. Fed. I.D. No. 3174861)
Kiran Vakamudi (SBT 24106540)
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone:  (713) 758-2222
Facsimile:  (713) 758-2346
Email:  hperrin@velaw.com
Email:  mgarza@velaw.com
Email:  kvakamudi@velaw.com

Jordan W. Leu (SBT 24070139)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone:  (214) 220-7700
Facsimile:  (214) 220-7716
Email:  jleu@velaw.com

*Counsel for the Ad Hoc Group of Member-Owner Distribution Cooperatives*