IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*,<br><br>Plaintiff / Plaintiff-Intervenors,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., *et al.*,<br><br>Defendant / Defendant-Intervenors. | Adv. Proc. No. 21-03863 (DRJ) |

**STIPULATED AND AGREED ORDER
EXTENDING MEDIATION OUTSIDE DATE**
**[Related to Adv. Dkt. No. 543]**

**WHEREAS**, on March 25, 2022, the Court entered an order [Adv. Dkt. No. 543] (the "Mediation Order")[2] appointing the Honorable Marvin Isgur, United States Bankruptcy Judge, as mediator in the above-captioned Adversary Proceeding;

**WHEREAS**, the Mediation Order provides, among other things, that the Mediation shall terminate on the earlier of (a) the date on which Judge Isgur determines that the Mediation has

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2] Capitalized terms used but not otherwise defined in this order shall have the meanings assigned to them in the Mediation Order.

terminated or (b) April 25, 2022 (the "Mediation Outside Date") unless the Mediation Outside Date is extended by (x) agreement of each of the Parties or (y) an order of the Court; and

**WHEREAS**, on April 22, 2022, after conferring with Judge Isgur and other Parties participating in the Mediation, the Parties have agreed to extend the Mediation for an additional 30 days; *provided, however*, that any Party may request that Judge Isgur terminate the Mediation after 2 weeks to the extent that such Party believes that no meaningful progress has been made in the continued Mediation.

Based on the forgoing and upon the request and agreement of the Parties, it is **HEREBY ORDERED** that:

1. The Mediation Outside Date shall be extended and shall terminate on the earlier of (a) the date on which Judge Isgur determines that the Mediation has terminated (and advises the Parties of such determination) or (b) May 25, 2022, unless such date is extended by (x) agreement of each of the Parties or (y) an order of the Court. Notwithstanding the forgoing, any Party may request that Judge Isgur terminate the Mediation on or after May 9, 2022, in the event that such Party believes that no meaningful progress has been made in the continued Mediation.

2. During the Mediation, the Trial is abated. The Parties agree that Appellant's Fifth Circuit brief will be due 30 days after the earlier of the date Judge Isgur determines that the Mediation has terminated or May 25, 2022; the Parties agree to file a joint motion requesting that the Fifth Circuit extend the briefing deadlines.

3. Except as otherwise set forth herein, the Mediation Order remains in full force and effect.

4. The Court retains jurisdiction in connection with this Order and all matters related thereto.

| | |
|---|---|
| **NORTON ROSE FULBRIGHT US LLP**<br><br>By: /s/ Jason L. Boland<br>Jason L. Boland (SBT 24040542)<br>Julie G. Harrison (SBT 24092434)<br>Maria Mokrzycka (SBT 24119994)<br>1301 McKinney Street, Suite 5100<br>Houston, TX 77010<br>Telephone:    (713) 651-5151<br>Facsimile:     (713) 651-5246<br>Email: jason.boland@nortonrosefulbright.com<br>Email: julie.harrison@nortonrosefulbright.com<br>Email: maria.mokrzycka@nortonrosefulbright.com<br><br>Paul Trahan (SBT 24003075)<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, TX  78701<br>Telephone:   (512) 536 5288<br>Facsimile:    (512) 536 4598<br>Email: paul.trahan@nortonrosefulbright.com<br><br>*Counsel for the Debtor and Debtor in Possession*<br><br>-and-<br><br>**EVERSHEDS SUTHERLAND (US) LLP**<br>Lino Mendiola (SBT 00791248)<br>Michael Boldt (SBT 24064918)<br>One American Center<br>600 Congress Ave., Suite 2000<br>Austin, TX 78701<br>Telephone:   (512) 721-2700<br>Facsimile:    (512) 721-2656<br>Email: linomendiola@eversheds-sutherland.us<br>Email: michaelboldt@eversheds-sutherland.us<br><br>*Special Counsel for the Debtor and Debtor in Possession*<br><br>-and-<br><br>**O'MELVENY & MYERS LLP**<br>Louis R. Strubeck, Jr. (SBT 19425600)<br>Nick Hendrix (SBT 24087708)<br>2501 North Harwood Street<br>Dallas, Texas 75201<br>Telephone:   (972) 360-1925<br>Email: lstrubeck@omm.com<br>Email: nhendrix@omm.com | **MUNSCH HARDT KOPF & HARR, P.C.**<br><br>By: /s/ Jamil N. Alibhai<br>Kevin M. Lippman<br>Texas Bar No. 00784479<br>klippman@munsch.com<br>Deborah Perry<br>Texas Bar No. 24002755<br>dperry@munsch.com<br>Jamil N. Alibhai<br>Texas Bar No. 00793248<br>jalibhai@munsch.com<br>Ross Parker<br>Texas State Bar No. 24007804<br>rparker@munsch.com<br>3800 Ross Tower<br>500 N. Akard Street<br>Dallas, Texas 75201-6659<br>Telephone: (214) 855-7500<br>Facsimile: (214) 855-7584<br><br>*Counsel for the Electric Reliability Council of Texas, Inc.*<br><br>**KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP**<br><br>By: /s/ Mark McKane<br>David R. Seligman, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: david.seligman@kirkland.com<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (212) 439-1500<br>Email: mark.mckane@kirkland.com<br>Aparna Yenamandra (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email: aparna.yenamandra@kirkland.com |

*Co-Counsel for the Debtor and Debtor in Possession*

**PORTER HEDGES LLP**

By: */s/    Jennifer Sharret*
John F. Higgins (SBT 09597500)
Eric D. Wade (SBT 00794802)
Heather K. Hatfield (SBT 24050730)
M. Shane Johnson (SBT 24083263)
Megan Young-John (SBT 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Email: jhiggins@porterhedges.com
Email: ewade@porterhedges.com
Email: hhatfield@porterhedges.com
Email: sjohnson@porterhedges.com
Email: myoung-john@porterhedges.com

-and-

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer (admitted *pro hac vice*)
Amy Caton (admitted *pro hac vice*)
Jennifer Sharret (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
Email: acaton@kramerlevin.com
Email: jsharret@kramerlevin.com

*Counsel for the Official Committee of Unsecured Creditors*

**MCDERMOTT WILL & EMERY LLP**

By: */s/    Charles R. Gibbs*
Charles R. Gibbs (SBT 7846300)
Eric Seitz (SBT 24067863)
Jane A. Gerber (SBT 24092416)
2501 North Harwood Street, Suite 1900
Dallas, Texas  75201
Telephone: (214) 295-8000

*Counsel for Calpine Corporation*
**SHEARMAN & STERLING LLP**

By: */s/  C. Luckey McDowell*
C. Luckey McDowell (SBT 24034565)
Ian E. Roberts (SBT 24056217)
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 403-0649
Email: luckey.mcdowell@shearman.com
Email: ian.roberts@shearman.com
Joel Moss (admitted pro hac vice)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (212) 848-4693
Email: joel.moss@shearman.com
Jonathan M. Dunworth (admitted pro hac vice)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5288
Email: jonathan.dunworth@shearman.com

*Counsel for NRG Energy, Inc., ENGIE Energy Marketing NA, Inc., Talen Energy Supply, LLC, and NextEra Energy Marketing, LLC*

**HAYNES AND BOONE, LLP**

By: */s/  Patrick L. Hughes*
Patrick L. Hughes (SBT 10227300)
David Trausch (SBT 24113513)
1221 McKinney, Suite 4000
Houston, TX 77010
Tel: (713) 547-2000
Fax: (713) 547-2600
Email: patrick.hughes@haynesboone.com
Email: david.trausch@haynesboone.com
*Counsel to South Texas Electric Cooperative, Inc.*

**ROSS & SMITH, PC**

By: */s/    Judith W. Ross*
Judith W. Ross (SBT 21010670)
700 North Pearl Street, Suite 1610
Dallas, TX 75201

Facsimile: (972) 232-3098
Email: crgibbs@mwe.com
Email: eseitz@mwe.com
Email: jagerber@mwe.com
*Counsel to Denton County Electric Cooperative, Inc., d/b/a CoServ Electric*

**BRACEWELL LLP**

By: */s/   Jason Cohen*
Jason Cohen (SBT 24050435)
Nancy McEvily Davis (SBT 24078971)
711 Louisiana, Suite 2300
Houston, Texas  77002
Telephone: (713) 223-2300
Facsimile: (800) 404-3970
Email: jason.cohen@bracwell.com
Email: nancy.davis@bracewell.com

*Counsel for Mid-South Electric Cooperative Association*

**FORSHEY & PROSTOK LLP**

By: */s/      Sarah Link Schultz*
J. Robert Forshey (SBT 07264200)
Jeff P. Prostok (SBT 16352500)
777 Main Street, Suite 1550
Fort Worth, Texas  76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com
Email: jprostok@forsheyprostok.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Sarah Link Schultz (SBT 24033047)
2300 N. Field Street
Suite 1800
Dallas, Texas  75201
Telephone: (214) 969-4367
Facsimile: (214) 969-4343
Email: sschultz@akingump.com

*Counsel for Tri-County Electric Cooperative, Inc.*

Tel: (214) 377-8659
Email: judith.ross@judithwross.com

*Counsel to Tenaska Power Services Co.*

**HOLLAND & KNIGHT LLP**

By: */s/   Annapoorni R. Sankaran*
Annapoorni R. Sankaran
TX Bar No. 24071918
1100 Louisiana Street, Suite 4300
Houston, TX 77002
Telephone: (713) 821-7000
Facsimile: (713) 821-7001
Email: anna.sankaran@hklaw.com

*Counsel to Golden Spread Electric Cooperative, Inc.*

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

By: */s/ Joshua Eppich*
John Y. Bonds, III (SBT 02589100)
Joshua N. Eppich (SBT 24050567)
J. Robertson Clarke (SBT 24108098)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas  76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
Email: john@bondellis.com
Email: joshua@bondellis.com
Email: robbie.clarke@bondellis.com

*Counsel for United Electric Cooperative Services, Inc. d/b/a United Cooperative Services*

**VINSON & ELKINS LLP**

By: */s/ Jordan W. Leu*
Harry A. Perrin (SBT 15796800)
Michael A. Garza
(S.D. Tex. Fed. I.D. No. 3174861)
Kiran Vakamudi (SBT 24106540)
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone:  (713) 758-2222
Facsimile:  (713) 758-2346
Email:  hperrin@velaw.com
Email:  mgarza@velaw.com
Email:  kvakamudi@velaw.com

Jordan W. Leu (SBT 24070139)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone:  (214) 220-7700
Facsimile:  (214) 220-7716
Email:  jleu@velaw.com

*Counsel for the Ad Hoc Group of Member-Owner Distribution Cooperatives*