IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*,[2]<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., *et al*.,[3]<br>Defendants. | Adv. Proc. No. 21-03863 (DRJ) |

**STIPULATION AND AGREED ORDER REMOVING
TALEN ENERGY SUPPLY, LLC FROM THE ADVERSARY PROCEEDING**

**WHEREAS**, on August 18, 2021, the Debtor filed the *Debtor's Complaint Objecting to ERCOT's Proof of Claim and Other Relief* [Adv. Dkt. No. 1] (the "Complaint") with this Court, commencing the above-captioned adversary proceeding (the "Adversary Proceeding");

**WHEREAS**, on October 22, 2021, the Court entered the *Order Granting Calpine Corporation, Tenaska Power Services Co., NRG Energy, Inc., ENGIE Energy Marketing NA, Inc.,*

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's proposed claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2] The Plaintiff-Intervenors in this Adversary Proceeding are: the Official Committee of Unsecured Creditors, Mid-South Electric Cooperative Association; Denton County Electric Cooperative, Inc., d/b/a CoServ Electric; United Electric Cooperative Services, Inc., d/b/a United Cooperative Services; Tri-County Electric Cooperative, Inc.; Bartlett Electric Cooperative, Inc.; Comanche County Electric Cooperative Association; Cooke County Electric Cooperative Association, Inc. d/b/a PenTex Energy; Hamilton County Electric Cooperative Association; Heart of Texas Electric Cooperative, Inc.; J-A-C Electric Cooperative, Inc.; Navasota Valley Electric Cooperative, Inc.; and Wise Electric Cooperative, Inc.

[3] The Defendant-Intervenors in this Adversary Proceeding are: Calpine Corporation; Tenaska Power Services Co.; NRG Energy, Inc.; ENGIE Energy Marketing NA, Inc.; Talen Energy Supply, LLC; Golden Spread Electric Cooperative, Inc.; South Texas Electric Cooperative; and NextEra Energy Marketing, LLC.

*Talen Energy Supply, LLC, Golden Spread Electric Cooperative, Inc., South Texas Electric Cooperative, Inc., and NextEra Energy Marketing, LLC's Motion to Intervene* [Adv. Dkt. No. 140] (the "<u>Intervention Order</u>"), authorizing certain parties to intervene as defendants in this Adversary Proceeding, including Talen Energy Supply, LLC, on behalf of itself and each of its affiliates, including but not limited to Talen Energy Marketing, LLC (collectively, "<u>Talen</u>");

**WHEREAS**, on May 9, 2022, Talen filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, commencing the case *In re Talen Energy Supply, LLC*, Case No. 22-90054 (MI) (Bankr. S.D. Tex.) in this Court;

**WHEREAS**, in furtherance of, and in deference to, its own restructuring efforts, Talen seeks to be dropped from this Adversary Proceeding pursuant to Federal Rule of Bankruptcy Procedure 7021 as a party to this action.

**NOW THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED:**

1. Pursuant to Federal Rule of Bankruptcy Procedure 7021, Talen is dropped from the Adversary Proceeding and shall no longer be a party or a Defendant Intervenor (as such term is defined in the Intervention Order).

2. The Court retains jurisdiction in connection with this order and all matters related thereto.

**NORTON ROSE FULBRIGHT US LLP**

By: */s/ Paul Trahan*
Jason L. Boland (SBT 24040542)
Julie G. Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone:      (713) 651-5151
Facsimile:      (713) 651-5246
Email: jason.boland@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
98 San Jacinto Boulevard, Suite 1100
Austin, TX  78701
Telephone:   (512) 536 5288
Facsimile:    (512) 536 4598
Email: paul.trahan@nortonrosefulbright.com

*Counsel for the Debtor and Debtor in Possession*

**EVERSHEDS SUTHERLAND (US) LLP**
Lino Mendiola (SBT 00791248)
Michael Boldt (SBT 24064918)
One American Center
600 Congress Ave., Suite 2000
Austin, TX 78701
Telephone:   (512) 721-2700
Facsimile:    (512) 721-2656
Email: linomendiola@eversheds-sutherland.us
Email: michaelboldt@eversheds-sutherland.us

*Special Counsel for the Debtor and Debtor in Possession*

-and-

**O'MELVENY & MYERS LLP**
Louis R. Strubeck, Jr. (SBT 19425600)
Nick Hendrix (SBT 24087708)
2501 North Harwood Street
Dallas, Texas 75201
Telephone:   (972) 360-1925
Email: lstrubeck@omm.com
Email: nhendrix@omm.com

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Kevin M. Lippman*
Kevin M. Lippman
Texas Bar No. 00784479
klippman@munsch.com
Deborah Perry
Texas Bar No. 24002755
dperry@munsch.com
Jamil N. Alibhai
Texas Bar No. 00793248
jalibhai@munsch.com
Ross Parker
Texas State Bar No. 24007804
rparker@munsch.com
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

*Counsel for the Electric Reliability Council of Texas, Inc.*

**KIRKLAND & ELLIS LLP KIRKLAND &ELLIS INTERNATIONAL LLP**

By: */s/ Aparna Yenamandra*
David R. Seligman, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.seligman@kirkland.com

Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (212) 439-1500
Email: mark.mckane@kirkland.com

Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

*Co-Counsel for the Debtor and Debtor inPossession*

**PORTER HEDGES LLP**

By: */s/    John F. Higgins*
John F. Higgins (SBT 09597500)
Eric D. Wade (SBT 00794802)
Heather K. Hatfield (SBT 24050730)
M. Shane Johnson (SBT 24083263)
Megan Young-John (SBT 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Email: jhiggins@porterhedges.com
Email:  ewade@porterhedges.com
Email: hhatfield@porterhedges.com
Email: sjohnson@porterhedges.com
Email: myoung-john@porterhedges.com

-and-

**KRAMER LEVIN NAFTALIS& FRANKEL LLP**
Thomas Moers Mayer (admitted *pro hac vice*)
Amy Caton (admitted *pro hac vice*)
Jennifer Sharret (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
Email: acaton@kramerlevin.com
Email: jsharret@kramerlevin.com

*Counsel for the Official Committee of Unsecured Creditors*

**MCDERMOTT WILL & EMERY LLP**
By: */s/     Charles R. Gibbs*
Charles R. Gibbs (SBT7846300)
Eric Seitz (SBT 24067863)
Jane A. Gerber (SBT 24092416)
2501 North Harwood Street, Suite 1900
Dallas, Texas  75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: crgibbs@mwe.com
Email: eseitz@mwe.com
Email: jagerber@mwe.com

Facsimile: (212) 446-4900
Email: aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation*

**SHEARMAN & STERLING LLP**

By: */s/ C. Luckey McDowell*
C. Luckey McDowell (SBT 24034565)
Ian E. Roberts (SBT 24056217)
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 403-0649
Email: luckey.mcdowell@shearman.com
Email: ian.roberts@shearman.com

Joel Moss (admitted *pro hac vice*)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (212) 848-4693
Email: joel.moss@shearman.com

Jonathan M. Dunworth (admitted *pro hac vice*)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5288
Email: jonathan.dunworth@shearman.com

*Counsel for NRG Energy, Inc., ENGIE Energy Marketing NA, Inc., Talen Energy Supply, LLC, and NextEra Energy Marketing, LLC*

**HAYNES AND BOONE, LLP**

By: */s/ Patrick L. Hughes*
Patrick L. Hughes (SBT 10227300)
David Trausch (SBT 24113513)
1221 McKinney, Suite 4000
Houston, TX 77010
Tel: (713) 547-2000
Fax: (713) 547-2600
Email: patrick.hughes@haynesboone.com
Email: david.trausch@haynesboone.com

*Counsel to South Texas Electric Cooperative, Inc.*

*Counsel to Denton County Electric Cooperative, Inc., d/b/a CoServ Electric*

**BRACEWELL LLP**

By: */s/   Jason Cohen*
Jason Cohen (SBT 24050435)
Nancy McEvily Davis (SBT 24078971)
711 Louisiana, Suite 2300
Houston, Texas 77002
Telephone: (713) 223-2300
Facsimile: (800) 404-3970
Email: jason.cohen@bracwell.com
Email:  nancy.davis@bracewell.com

*Counsel for Mid-South Electric Cooperative Association*

**FORSHEY & PROSTOK LLP**

By: */s/      Sarah Link Schultz*
J. Robert Forshey (SBT 07264200)
Jeff P. Prostok (SBT 16352500) 777 Main Street, Suite 1550
Fort Worth, Texas 76102 Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com
Email: jprostok@forsheyprostok.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Sarah Link Schultz (SBT 24033047)
2300 N. Field Street
Suite 1800
Dallas, Texas  75201
Telephone: (214) 969-4367
Facsimile: (214) 969-4343
Email: sschultz@akingump.com

*Counsel for Tri-County Electric Cooperative, Inc.*

**ROSS & SMITH, PC**

By: */s/     Judith W. Ross*
Judith W. Ross (SBT 21010670)
700 North Pearl Street, Suite 1610
Dallas, TX 75201
Tel: (214) 377-8659
Email: judith.ross@judithwross.com

*Counsel to Tenaska Power Services Co.*

**HOLLAND & KNIGHT LLP**

By: */s/ Annapoorni R. Sankaran*
Annapoorni R. Sankaran
TX Bar No. 24071918
1100 Louisiana Street, Suite 4300
Houston, TX 77002
Telephone: (713) 821-7000
Facsimile: (713) 821-7001
Email: anna.sankaran@hklaw.com

*Counsel to Golden Spread Electric Cooperative,Inc.*

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

By: */s/ Joshua N. Eppich*
John Y. Bonds, III (SBT 02589100)
Joshua N. Eppich (SBT 24050567)
J. Robertson Clarke (SBT 24108098)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
Email: john@bondellis.com
Email: joshua@bondellis.com
Email: robbie.clarke@bondellis.com

*Counsel for United Electric Cooperative Services, Inc. d/b/a United Cooperative Services*

**VINSON & ELKINS LLP**

By: */s/ Jordan W. Leu*
Harry A. Perrin (SBT 15796800)
Michael A. Garza
(S.D. Tex. Fed. I.D. No. 3174861)
Kiran Vakamudi (SBT 24106540)
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: (713) 758-2222
Facsimile: (713) 758-2346
Email: hperrin@velaw.com
Email: mgarza@velaw.com
Email: kvakamudi@velaw.com

Jordan W. Leu (SBT 24070139)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: (214) 220-7700
Facsimile: (214) 220-7716
Email: jleu@velaw.com

*Counsel for the Ad Hoc Group of Member-Owner Distribution Cooperatives*

**Certificate of Service**

I certify that on June 8, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Jonathan M. Dunworth*
Jonathan M. Dunworth