IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*,<br><br>Plaintiff / Plaintiff-Intervenors,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., *et al.*,<br><br>Defendant / Defendant-Intervenors. | Adv. Proc. No. 21-03863 (DRJ) |

**STIPULATED AND AGREED ORDER
EXTENDING MEDIATION OUTSIDE DATE**
**[Related to Adv. Dkt. Nos. 543, 549 & 558]**

**WHEREAS**, on March 25, 2022, the Court entered an order (the "Mediation Order")[2] [Adv. Dkt. No. 543] appointing the Honorable Marvin Isgur, United States Bankruptcy Judge, as mediator in the above-captioned Adversary Proceeding;

**WHEREAS**, the Mediation Order provided, among other things, that the Mediation shall terminate on the earlier of (a) the date on which Judge Isgur determines that the Mediation has

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729). Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos. The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2] Capitalized terms used but not otherwise defined in this order shall have the meanings assigned to them in the Mediation Order, Second Mediation Order, and Third Mediation Order, as applicable.

terminated or (b) April 25, 2022 (the "Mediation Outside Date") unless the Mediation Outside Date is extended by (x) agreement of each of the Parties or (y) an order of the Court; and

**WHEREAS**, on May 3, 2022, the Court entered an order (the "Second Mediation Order") [Adv. Dkt. No. 549], extending the Mediation Outside Date through and including May 25, 2022 (the "Extended Mediation Outside Date");

**WHEREAS**, on May 24, 2022, the Court entered an order (the "Third Mediation Order") [Adv. Dkt. No. 558] extending the Extended Mediation Outside Date through and including June 13, 2022;

**WHEREAS**, on June 10, 2022, Judge Isgur presented his mediator proposal (the "Mediator Proposal") to all the Parties participating in mediation;

Based on the forgoing and upon the request and agreement of the Parties, it is **HEREBY ORDERED** that:

1. The Extended Outside Mediation Date is further extended through and including June 30, 2022.

2. During the Mediation, the Trial is abated. The Parties agree that Appellant's Fifth Circuit brief will be due July 11, 2022; the Parties agree to file a joint motion requesting that the Fifth Circuit extend the deadline for Appellants to file their opening brief on the merits until July 11, 2022.

3. The Court will conduct a continued status conference in this adversary proceeding on June 30, 2022, at 3:30 p.m. (prevailing Central time).

4. The Court retains jurisdiction in connection with this Order and all matters related thereto.

Submitted by:

| **NORTON ROSE FULBRIGHT US LLP** | **MUNSCH HARDT KOPF & HARR, P.C.** |
|---|---|
| By: /s/  Jason L. Boland<br>Jason L. Boland (SBT 24040542)<br>Julie G. Harrison (SBT 24092434)<br>Maria Mokrzycka (SBT 24119994)<br>1301 McKinney Street, Suite 5100<br>Houston, Texas 77010<br>Telephone:    (713) 651-5151<br>Facsimile:      (713) 651-5246<br>Email: jason.boland@nortonrosefulbright.com<br>Email: julie.harrison@nortonrosefulbright.com<br>Email: maria.mokrzycka@nortonrosefulbright.com<br><br>Paul Trahan (SBT 24003075)<br>98 San Jacinto Boulevard, Suite 1100<br>Austin, Texas  78701<br>Telephone:    (512) 536 5288<br>Facsimile:      (512) 536 4598<br>Email: paul.trahan@nortonrosefulbright.com<br><br>James A. Copeland<br>1301 Avenue of the Americas<br>New York, New York  10019<br>Telephone:  (212) 408-5471<br>Email: james.copeland@nortonrosefulbright<br><br>*Counsel for the Debtor and Debtor in Possession*<br><br>-and-<br><br>**O'MELVENY & MYERS LLP**<br><br>Louis R. Strubeck, Jr. (SBT 19425600)<br>Nick Hendrix (SBT 24087708)<br>2501 North Harwood Street<br>Dallas, Texas 75201<br>Telephone:    (972) 360-1925<br>Email: lstrubeck@omm.com<br>Email: nhendrix@omm.com<br><br>*Co-Counsel for the Debtor and Debtor in Possession*<br><br>-and- | By: /s/    Jamil N. Alibhai<br>Kevin M. Lippman<br>Texas Bar No. 00784479<br>klippman@munsch.com<br>Deborah Perry<br>Texas Bar No. 24002755<br>dperry@munsch.com<br>Jamil N. Alibhai<br>Texas Bar No. 00793248<br>jalibhai@munsch.com<br>Ross Parker<br>Texas State Bar No. 24007804<br>rparker@munsch.com<br>3800 Ross Tower<br>500 N. Akard Street<br>Dallas, Texas 75201-6659<br>Telephone: (214) 855-7500<br>Facsimile: (214) 855-7584<br><br>*Counsel for the Electric Reliability Council of Texas, Inc.*<br><br>**KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP**<br><br>By: /s/  Mark McKane<br>David R. Seligman, P.C. (admitted *pro hac vice*)<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: david.seligman@kirkland.com<br>Mark McKane, P.C. (admitted *pro hac vice*)<br>555 California Street<br>San Francisco, California 94104<br>Telephone: (415) 439-1400<br>Facsimile: (212) 439-1500<br>Email: mark.mckane@kirkland.com<br>Aparna Yenamandra (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800 |

| | |
|---|---|
| **EVERSHEDS SUTHERLAND (US) LLP**<br>Lino Mendiola (SBT 00791248)<br>Michael Boldt (SBT 24064918)<br>One American Center<br>600 Congress Ave., Suite 2000<br>Austin, Texas 78701<br>Telephone:   (512) 721-2700<br>Facsimile:    (512) 721-2656<br>Email: linomendiola@eversheds-sutherland.us<br>Email: michaelboldt@eversheds-sutherland.us<br><br>*Special Counsel for the Debtor and Debtor in Possession*<br><br>**PORTER HEDGES LLP**<br><br>By: */s/  Jennifer Sharret*<br>John F. Higgins (SBT 09597500)<br>Eric D. Wade (SBT 00794802)<br>Heather K. Hatfield (SBT 24050730)<br>M. Shane Johnson (SBT 24083263)<br>Megan Young-John (SBT 24088700)<br>1000 Main Street, 36th Floor<br>Houston, Texas 77002<br>Telephone: (713) 226-6000<br>Email: jhiggins@porterhedges.com<br>Email: ewade@porterhedges.com<br>Email: hhatfield@porterhedges.com<br>Email: sjohnson@porterhedges.com<br>Email: myoung-john@porterhedges.com<br><br>-and-<br><br>**KRAMER LEVIN NAFTALIS<br>& FRANKEL LLP**<br>Thomas Moers Mayer (admitted *pro hac vice*)<br>Amy Caton (admitted *pro hac vice*)<br>Jennifer Sharret (admitted *pro hac vice*)<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>Email: tmayer@kramerlevin.com<br>Email: acaton@kramerlevin.com<br>Email: jsharret@kramerlevin.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* | Facsimile: (212) 446-4900<br>Email: aparna.yenamandra@kirkland.com<br><br>*Counsel for Calpine Corporation*<br><br>**SHEARMAN & STERLING LLP**<br><br>By: */s/  C. Luckey McDowell*<br>C. Luckey McDowell (SBT 24034565)<br>Ian E. Roberts (SBT 24056217)<br>2828 N. Harwood Street, Suite 1800<br>Dallas, Texas 75201<br>Telephone: (214) 403-0649<br>Email: luckey.mcdowell@shearman.com<br>Email: ian.roberts@shearman.com<br>Joel Moss (admitted pro hac vice)<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Telephone: (212) 848-4693<br>Email: joel.moss@shearman.com<br>Jonathan M. Dunworth (admitted pro hac vice)<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 848-5288<br>Email: jonathan.dunworth@shearman.com<br><br>*Counsel for NRG Energy, Inc., ENGIE Energy Marketing NA, Inc., Talen Energy Supply, LLC, and NextEra Energy Marketing, LLC*<br><br>**HAYNES AND BOONE, LLP**<br><br>By: */s/  Patrick L. Hughes*<br>Patrick L. Hughes (SBT 10227300)<br>David Trausch (SBT 24113513)<br>1221 McKinney, Suite 4000<br>Houston, Texas 77010<br>Tel: (713) 547-2000<br>Fax: (713) 547-2600<br>Email: patrick.hughes@haynesboone.com<br>Email: david.trausch@haynesboone.com<br>*Counsel to South Texas Electric Cooperative, Inc.* |

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP**<br><br>By: */s/   Charles R. Gibbs*<br>Charles R. Gibbs (SBT 7846300)<br>Eric Seitz (SBT 24067863)<br>Jane A. Gerber (SBT 24092416)<br>2501 North Harwood Street, Suite 1900<br>Dallas, Texas  75201<br>Telephone: (214) 295-8000<br>Facsimile: (972) 232-3098<br>Email:  crgibbs@mwe.com<br>Email:  eseitz@mwe.com<br>Email: jagerber@mwe.com<br>*Counsel to Denton County Electric Cooperative, Inc., d/b/a CoServ Electric*<br><br>**BRACEWELL LLP**<br><br>By: */s/   Jason Cohen*<br>Jason Cohen (SBT 24050435)<br>Nancy McEvily Davis (SBT 24078971)<br>711 Louisiana, Suite 2300<br>Houston, Texas  77002<br>Telephone: (713) 223-2300<br>Facsimile: (800) 404-3970<br>Email:  jason.cohen@bracwell.com<br>Email:  nancy.davis@bracewell.com<br><br>*Counsel for Mid-South Electric Cooperative Association*<br><br>**FORSHEY & PROSTOK LLP**<br><br>By: */s/    Sarah Link Schultz*<br>J. Robert Forshey (SBT 07264200)<br>Jeff P. Prostok (SBT 16352500)<br>777 Main Street, Suite 1550<br>Fort Worth, Texas  76102<br>Telephone: (817) 877-8855<br>Facsimile: (817) 877-4151<br>Email: bforshey@forsheyprostok.com<br>Email: jprostok@forsheyprostok.com<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Sarah Link Schultz (SBT 24033047) | **ROSS & SMITH, PC**<br><br>By: */s/ Judith W. Ross*<br>Judith W. Ross (SBT 21010670)<br>700 North Pearl Street, Suite 1610<br>Dallas, Texas 75201<br>Tel: (214) 377-8659<br>Email: judith.ross@judithwross.com<br><br>*Counsel to Tenaska Power Services Co.*<br><br>**HOLLAND & KNIGHT LLP**<br><br>By: */s/  Annapoorni R. Sankaran*<br>Annapoorni R. Sankaran<br>TX Bar No. 24071918<br>1100 Louisiana Street, Suite 4300<br>Houston, Texas 77002<br>Telephone: (713) 821-7000<br>Facsimile: (713) 821-7001<br>Email: anna.sankaran@hklaw.com<br><br>*Counsel to Golden Spread Electric Cooperative, Inc.* |

2300 N. Field Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-4367
Facsimile: (214) 969-4343
Email: sschultz@akingump.com

*Counsel for Tri-County Electric Cooperative, Inc.*

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

By: */s/ J. Robertson Clarke*
John Y. Bonds, III (SBT 02589100)
Joshua N. Eppich (SBT 24050567)
J. Robertson Clarke (SBT 24108098)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
Email: john@bondellis.com
Email: joshua@bondellis.com
Email: robbie.clarke@bondellis.com

*Counsel for United Electric Cooperative Services, Inc. d/b/a United Cooperative Services*

**VINSON & ELKINS LLP**

By: */s/ Jordan W. Leu*

Harry A. Perrin (SBT 15796800)
Michael A. Garza
(S.D. Tex. Fed. I.D. No. 3174861)
Kiran Vakamudi (SBT 24106540)
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone: (713) 758-2222
Facsimile: (713) 758-2346
Email: hperrin@velaw.com
Email: mgarza@velaw.com
Email: kvakamudi@velaw.com

Jordan W. Leu (SBT 24070139)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201

| | |
|---|---|
| Telephone: (214) 220-7700<br>Facsimile: (214) 220-7716<br>Email: jleu@velaw.com<br><br>*Counsel for the Ad Hoc Group of Member-Owner Distribution Cooperatives* | |