## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BRAZOS ELECTRIC POWER COOPERATIVE, INC.,<br><br>       Debtor.[1] | Chapter 11<br><br>Case No. 21-30725 (DRJ) |
| BRAZOS ELECTRIC POWER COOPERATIVE, INC., *et al.*,<br><br>       Plaintiff / Plaintiff-Intervenors,<br><br>v.<br><br>ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC., *et al.*,<br><br>       Defendant / Defendant-Intervenors. | Adv. Proc. No. 21-03863 (DRJ) |

### STIPULATED AND AGREED ORDER
### EXTENDING MEDIATION OUTSIDE DATE
**[Related to Adv. Dkt. Nos. 543, 549, 558 & 577]**

**WHEREAS**, on March 25, 2022, the Court entered an order (the "Mediation Order")[2]

[Adv. Dkt. No. 543] appointing the Honorable Marvin Isgur, United States Bankruptcy Judge, as

mediator in the above-captioned Adversary Proceeding;

**WHEREAS**, the Mediation Order provided, among other things, that the Mediation shall

terminate on the earlier of (a) the date on which Judge Isgur determines that the Mediation has

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is: Brazos Electric Power Cooperative, Inc. (4729).  Additional information regarding this case may be obtained on the website of the Debtor's claims and noticing agent at http://cases.stretto.com/Brazos.  The Debtor's address is 7616 Bagby Avenue, Waco, TX 76712.

[2] Capitalized terms used but not otherwise defined in this order shall have the meanings assigned to them in the Mediation Order, Second Mediation Order, and Third Mediation Order, Fourth Mediation Order, as applicable.

terminated or (b) April 25, 2022 (the "Mediation Outside Date") unless the Mediation Outside Date is extended by (x) agreement of each of the Parties or (y) an order of the Court; and

**WHEREAS**, on May 3, 2022, the Court entered an order (the "Second Mediation Order") [Adv. Dkt. No. 549], extending the Mediation Outside Date through and including May 25, 2022 (the "Extended Mediation Outside Date");

**WHEREAS**, on May 24, 2022, the Court entered an order (the "Third Mediation Order") [Adv. Dkt. No. 558] extending the Extended Mediation Outside Date through and including June 13, 2022;

**WHEREAS**, on June 10, 2022, Judge Isgur presented his mediator proposal (the "Mediator Proposal") to all the Parties participating in mediation;

**WHEREAS**, on June 20, 2022, the Court entered an order (the "Fourth Mediation Order") [Adv. Dkt. No. 577] extending the Extended Mediation Outside Date through and including June 30, 2022;

Based on the forgoing and upon the request and agreement of the Parties, it is **HEREBY ORDERED** that:

1.      The Extended Mediation Outside Date is further extended through and including July 31, 2022.

2.      During the Mediation, the Trial is abated.  The Parties agree that Appellant's Fifth Circuit brief will be due August 14, 2022; the Parties agree to file a joint motion requesting that the Fifth Circuit extend the deadline for Appellants to file their opening brief on the merits until August 14, 2022.

3.      The Court will conduct a continued status conference in this Adversary Proceeding on July 13, 2022, at 1:00 p.m. (prevailing Central time).

4.      The Court retains jurisdiction in connection with this Order and all matters related thereto.

Submitted by:

<table>
<tr><td>

**NORTON ROSE FULBRIGHT US LLP**

By: */s/  Jason L. Boland*
Jason L. Boland (SBT 24040542)
Julie G. Harrison (SBT 24092434)
Maria Mokrzycka (SBT 24119994)
1301 McKinney Street, Suite 5100
Houston, Texas 77010
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246
Email: jason.boland@nortonrosefulbright.com
Email: julie.harrison@nortonrosefulbright.com
Email: maria.mokrzycka@nortonrosefulbright.com

Paul Trahan (SBT 24003075)
98 San Jacinto Boulevard, Suite 1100
Austin, Texas  78701
Telephone:  (512) 536 5288
Facsimile:  (512) 536 4598
Email: paul.trahan@nortonrosefulbright.com

James A. Copeland
1301 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 408-5471
Email: james.copeland@nortonrosefulbright

*Counsel for the Debtor and Debtor in Possession*

-and-

**O'MELVENY & MYERS LLP**

Louis R. Strubeck, Jr. (SBT 19425600)
Nick Hendrix (SBT 24087708)
2501 North Harwood Street
Dallas, Texas 75201
Telephone:   (972) 360-1925
Email: lstrubeck@omm.com
Email: nhendrix@omm.com

</td><td>

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/   Jamil N. Alibhai*
Kevin M. Lippman
Texas Bar No. 00784479
klippman@munsch.com
Deborah Perry
Texas Bar No. 24002755
dperry@munsch.com
Jamil N. Alibhai
Texas Bar No. 00793248
jalibhai@munsch.com
Ross Parker
Texas State Bar No. 24007804
rparker@munsch.com
3800 Ross Tower
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584

*Counsel for the Electric Reliability Council of Texas, Inc.*

**KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP**

By: */s/  Mark McKane*
David R. Seligman, P.C. (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: david.seligman@kirkland.com
Mark McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400

</td></tr>
</table>

*Co-Counsel for the Debtor and Debtor in Possession*

-and-

**EVERSHEDS SUTHERLAND (US) LLP**
Lino Mendiola (SBT 00791248)
Michael Boldt (SBT 24064918)
One American Center
600 Congress Ave., Suite 2000
Austin, Texas 78701
Telephone:   (512) 721-2700
Facsimile:    (512) 721-2656
Email: linomendiola@eversheds-sutherland.us
Email: michaelboldt@eversheds-sutherland.us

*Special Counsel for the Debtor and Debtor in Possession*

**PORTER HEDGES LLP**

By: */s/   Jennifer Sharret*
John F. Higgins (SBT 09597500)
Eric D. Wade (SBT 00794802)
Heather K. Hatfield (SBT 24050730)
M. Shane Johnson (SBT 24083263)
Megan Young-John (SBT 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Email: jhiggins@porterhedges.com
Email: ewade@porterhedges.com
Email: hhatfield@porterhedges.com
Email: sjohnson@porterhedges.com
Email: myoung-john@porterhedges.com

-and-

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
Thomas Moers Mayer (admitted *pro hac vice*)
Amy Caton (admitted *pro hac vice*)
Jennifer Sharret (admitted *pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

Facsimile: (212) 439-1500
Email: mark.mckane@kirkland.com
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: aparna.yenamandra@kirkland.com

*Counsel for Calpine Corporation*

**SHEARMAN & STERLING LLP**

By: */s/   Luckey  McDowell*
C. Luckey McDowell (SBT 24034565)
Ian E. Roberts (SBT 24056217)
2828 N. Harwood Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 403-0649
Email: luckey.mcdowell@shearman.com
Email: ian.roberts@shearman.com
Joel Moss (admitted pro hac vice)
535 Mission Street, 24th Floor
San Francisco, CA 94105
Telephone: (212) 848-4693
Email: joel.moss@shearman.com
Jonathan M. Dunworth (admitted pro hac vice)
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5288
Email: jonathan.dunworth@shearman.com

*Counsel for NRG Energy, Inc., ENGIE Energy Marketing NA, Inc., Talen Energy Supply, LLC, and NextEra Energy Marketing, LLC*

**HAYNES AND BOONE, LLP**

By: */s/ Patrick L. Hughes*
Patrick L. Hughes (SBT 10227300)
David Trausch (SBT 24113513)
1221 McKinney, Suite 4000
Houston, Texas 77010
Tel: (713) 547-2000
Fax: (713) 547-2600
Email: patrick.hughes@haynesboone.com

Facsimile: (212) 715-8000
Email: tmayer@kramerlevin.com
Email: acaton@kramerlevin.com
Email: jsharret@kramerlevin.com

*Counsel for the Official Committee of Unsecured Creditors*

**MCDERMOTT WILL & EMERY LLP**

By: */s/ Charles R. Gibbs*
Charles R. Gibbs (SBT 7846300)
Eric Seitz (SBT 24067863)
Jane A. Gerber (SBT 24092416)
2501 North Harwood Street, Suite 1900
Dallas, Texas  75201
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email:  crgibbs@mwe.com
Email:  eseitz@mwe.com
Email: jagerber@mwe.com
*Counsel to Denton County Electric Cooperative, Inc., d/b/a CoServ Electric*

**BRACEWELL LLP**

By: */s/ Jason Cohen*
Jason Cohen (SBT 24050435)
Nancy McEvily Davis (SBT 24078971)
711 Louisiana, Suite 2300
Houston, Texas  77002
Telephone: (713) 223-2300
Facsimile: (800) 404-3970
Email:  jason.cohen@bracewell.com
Email:  nancy.davis@bracewell.com

*Counsel for Mid-South Electric Cooperative Association*

**FORSHEY & PROSTOK LLP**

By: */s/ Sarah Link Schultz*
J. Robert Forshey (SBT 07264200)
Jeff P. Prostok (SBT 16352500)
777 Main Street, Suite 1550
Fort Worth, Texas  76102

Email: david.trausch@haynesboone.com
*Counsel to South Texas Electric Cooperative, Inc.*

**ROSS & SMITH, PC**

By: */s/    Judith W. Ross*
Judith W. Ross (SBT 21010670)
700 North Pearl Street, Suite 1610
Dallas, Texas 75201
Tel: (214) 377-8659
Email: judith.ross@judithwross.com

*Counsel to Tenaska Power Services Co.*

**HOLLAND & KNIGHT LLP**

By: */s/   Annapoorni R. Sankaran*
Annapoorni R. Sankaran
TX Bar No. 24071918
1100 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 821-7000
Facsimile: (713) 821-7001
Email: anna.sankaran@hklaw.com

*Counsel to Golden Spread Electric Cooperative, Inc.*

Telephone: (817) 877-8855
Facsimile: (817) 877-4151
Email: bforshey@forsheyprostok.com
Email: jprostok@forsheyprostok.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Sarah Link Schultz (SBT 24033047)
2300 N. Field Street
Suite 1800
Dallas, Texas  75201
Telephone: (214) 969-4367
Facsimile: (214) 969-4343
Email: sschultz@akingump.com

*Counsel for Tri-County Electric Cooperative, Inc.*

**BONDS ELLIS EPPICH SCHAFER JONES LLP**

By: */s/   Joshua N. Eppich*
John Y. Bonds, III (SBT 02589100)
Joshua N. Eppich (SBT 24050567)
J. Robertson Clarke (SBT 24108098)
420 Throckmorton Street, Suite 1000
Fort Worth, Texas  76102
Telephone: (817) 405-6900
Facsimile: (817) 405-6902
Email: john@bondellis.com
Email: joshua@bondellis.com
Email: robbie.clarke@bondellis.com

*Counsel for United Electric Cooperative Services, Inc. d/b/a United Cooperative Services*

**VINSON & ELKINS LLP**

By: */s/     Harry A. Perrin*
Harry A. Perrin (SBT 15796800)
Michael A. Garza
(S.D. Tex. Fed. I.D. No. 3174861)
Kiran Vakamudi (SBT 24106540)
1001 Fannin Street, Suite 2500
Houston, Texas 77002
Telephone:  (713) 758-2222
Facsimile:  (713) 758-2346
Email:  hperrin@velaw.com

| Email:  mgarza@velaw.com<br>Email:  kvakamudi@velaw.com<br><br>Jordan W. Leu (SBT 24070139)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Telephone:  (214) 220-7700<br>Facsimile:  (214) 220-7716<br>Email:  jleu@velaw.com<br><br>*Counsel for the Ad Hoc Group of Member-Owner*<br>*Distribution Cooperatives* | |